# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

_____/

In re:

SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1]

Debtors.

Chapter 11
Case No. 19-800064-TLS
Jointly Administered

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel of record for **RPT Realty, L.P.** ("Creditor"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Rule 9010-1.A. of Nebraska Rules of Bankruptcy Procedure, requests that copies of all papers filed in this case be delivered to and served upon the undersigned at the following address:

David M. Blau, Esq.
c/o Clark Hill, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Telephone: (248) 988-1817
Fax: (248) 988-2336
Email: dblau@clarkhill.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

1

written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Creditors': (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

CLARK HILL, PLC

By:  /s/ David M. Blau
David M. Blau (MI P52542)
Attorneys for RPT Realty, LP
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 988-1817
(248) 988-2336 Fax
dblau@clarkhill.com

Date: January 17, 2019