# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>SPECIAL RETAIL SHOPS HOLDING CORP., *et al.*,[1]<br><br>Debtors. | Bankruptcy Case No. 19-80064-TLS<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>ENTRY OF APPEARANCE AND REQUEST FOR NOTICE |

COMES NOW Evan C. Hollander and enters his appearance on behalf of Column Financial, Inc., a party in interest, and further requests copies of all notices filed in the above-captioned matter to be sent to the undersigned and pursuant to Rule 2002(g), the following to be added to the Court's master mailing list:

Column Financial, Inc.
c/o Evan C. Hollander
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019

                Column Financial, Inc.

                By: */s/ Evan C. Hollander*
                Evan C. Hollander (admitted *pro hac vice*)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                51 West 52nd Street
                New York, New York
                Tel:  212-506-5000
                Fax:  212-506-5151
                echollander@orrick.com.com

                *Attorney for Party in Interest Column Financial, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); ShopKo Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin, 54304.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

Dated:  January 17, 2019

                                        /s/ *Evan C. Hollander*
                                        Evan C. Hollander