# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **SPECIALTY RETAIL SHOPS** ) | |
| **HOLDING CORP.**, *et al.*, ) | CASE NO. **BK19-80064** |
| ) | CHAPTER 11 |
| Debtors. ) | |
| _____ ) | Jointly Administered |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above-named Debtors being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**HANESBRANDS, INC.**
ATTENTION:   BARRY HYTINEN
1000 East Hanes Mill Road
Winston-Salem, NC 27105
Phone: 336-519-7010
Email: barry.hytinen@hanes.com

**READERLINK DISTRIBUTION SERVICES, LLC,**
ATTENTION:   MICHAEL L. MALKIN
1420 Kensington Road, Suite 300
Oak Brook, IL 60523
Phone: 708-356-3626
Email:   mmalkin@readerlink.com

**HOME PRODUCTS INTERNATIONAL N.A.**
ATTENTION:   DENNIS DOHENY
4501 West 47th Street
Chicago, IL 60632
Phone:    773-890-8901
Email:   ddoheny@homzproducts.com

**McKESSON CORP.**
ATTENTION:   JENIFER TOWSLEY
6555 State Highway 161
Irving, TX 75039
Phone:   972-869-8334
Email:   jenifer.towsley@mckesson.com

**NOTATIONS, INC.**
ATTENTION:   RIC LAZARUS
539 Jacksonville Road
Warminster, PA 18974
Phone:    215-259-2000, extension 120
Email:    ricl@notations.com

**LCN SKO OMAHA (MULTI) LLC**
ATTENTION:    JOSHUA LEVENTHAL
c/o LCN Capital Partners
888 Seventh Avenue, 4th Floor
New York, NY 10019
Phone:   212-201-4073
Email:    jleventhal@LCNpartners.com

**REALTY INCOME CORPORATION**
ATTENTION:   Kirk Carson
11995 El Camino Real
San Diego, CA 92130
Phone:    858-284-5256
Email:    kcarson@realtyincome.com


DATED this 18th day of January, 2019.

RESPECTFULLY SUBMITTED:

DANIEL J. CASAMATTA
Acting United States Trustee

BY:/s/ Jerry L. Jensen
Jerry L. Jensen
Acting Assistant United States Trustee
United States Department of Justice
111 South 18th Plaza, Suite 1148
Roman L. Hruska U.S. Courthouse
Omaha, NE    68102
(402) 221-4302
Email:   Jerry.L.Jensen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification to all CM/ECF participants.

/s/ Jerry L. Jensen
Jerry L. Jensen