## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064 (TLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF SARAH K. BAKER IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE
EMPLOYMENT AND RETENTION OF HILCO REAL ESTATE, LLC AS
REAL ESTATE ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION
DATE, (B) WAIVING CERTAIN TIMEKEEPING REQUIREMENTS PURSUANT
TO LOCAL RULE 2016-1, AND (C) GRANTING RELATED RELIEF**

I, Sarah K. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a Vice President and Assistant General Counsel at Hilco Trading, LLC ("Hilco Trading"), the managing member of Hilco Real Estate, LLC ("Hilco Real Estate"), which maintains an office at 5 Revere Drive, Suite 206, Northbrook, Illinois 60062.  I am duly authorized to make and submit this declaration (this "Declaration") on behalf of Hilco Real Estate in support of the *Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Hilco Real Estate as Real Estate Advisors Effective Nunc Pro Tunc to the Petition Date, (B) Waiving Certain Timekeeping Requirements Pursuant to Local Rule 2016-2(h), and*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); ShopKo Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592);.  The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin, 54304.

*(C) Granting Related Relief* (the "<u>Application</u>") of the above captioned debtors and debtors in possession (the "<u>Debtors</u>").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

<b><u>Hilco Real Estate's Qualifications</u></b>

2.      I believe that Hilco Real Estate and the professionals it employs are well qualified to advise the Debtors on the matters which for Hilco Real Estate is proposed to be employed in a cost effective, efficient, and timely manner.

3.      Hilco Real Estate is a diversified real estate consulting and advisory firm that evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate located both nationally and internationally.  Hilco Real Estate and/or certain of its professionals have provided real estate advisory services to debtors in many cases, including, among others: *In re Bertucci's Holdings, Inc.*, Case No. 18-10894 (Bankr. D. Del. May 3, 2018); *In re hhgregg, Inc.*, Case No. 17-01302 (Bankr S.D. Ind. April 6, 2017); *In re City Sports, Inc.*, Case No. 15-12054 (KG) (Bankr D. Del. Nov. 23, 2015); *In re Cengage Learning, Inc.*, No. 13-44106 (ESS) (Bankr. E.D.N.Y. Nov. 6, 2013); *In re AMF Bowling Worldwide, Inc.*, No. 12-36495 (KRH) (Bankr. E.D. Va. February 25, 2013); and *In re Great Atlantic and Pacific Tea Company, Inc.*, No. 10-24549 (RDD) (Bankr. S.D.N.Y. Mar. 15, 2011).

4.      I believe the Debtors have selected Hilco Real Estate as their real estate advisors based upon, among other things: (a) the Debtors' need to retain a skilled real estate advisory firm to provide advice with respect to the Debtors' numerous real property leaseholds and ownership interests; and (b) Hilco Real Estate's extensive experience and expertise in providing consulting and advisory services in connection with the restructuring of leases and the sale of  real property in chapter 11 cases such as these.  In light of the size of these chapter 11 cases, Hilco Real Estate's resources, capabilities, and experience are important to the Debtors' successful restructuring.  An

4

experienced real estate consultant such as Hilco Real Estate fulfills a critical service and complements the services offered by the Debtors' other professionals.  For these reasons, I understand that the Debtors believe Hilco Real Estate is both well-qualified and uniquely able to perform the services for which it is being sought to be retained in these chapter 11 cases in an efficient and timely manner, as well as that the retention and employment of Hilco Real Estate is in the best interests of the Debtors, their estates, and other parties-in-interest.

5.      Hilco Real Estate commenced its engagement with the Debtors to provide real estate advisory services in connection with the Debtors' chapter 11 cases pursuant to a real estate consulting and advisory services agreement, dated as of December 6, 2018 (the "Services Agreement"), a copy of which is attached hereto as **Exhibit A** to the Application.

### Services To Be Provided

6.      As further set forth in the Services Agreement, the Debtors have requested that Hilco Real Estate serve as real estate advisor during the chapter 11 cases to perform a broad range of services (the "Services") on behalf of the Debtors in connection with the Debtors' real property holdings. Among other things, the Services include:[2]

   a.      meeting with the Debtors to ascertain the Debtors' goals, objectives and financial parameters and working with the Debtors' management on an ongoing basis to review the Debtors' real estate portfolio, or portions thereof, in order to develop an appropriate series of cost savings and value strategies on both a portfolio-wide and property-by-property basis;

   b.      mutually agreeing with the Debtors with respect to a strategic plan for restructuring the Debtors' Leases and selling the Debtors' Properties (the "Strategic Plan");

   c.      at the Debtors' direction and on the Debtors' behalf, engaging with the landlord for a particular real property Lease to negotiate the terms of a

---

[2]   The summary provided herein is otherwise for illustrative purposes only.  In the event of any inconsistency between the Services as set forth herein and the Services Agreement the Services Agreement will control. Capitalized terms used but not otherwise defined in this summary shall have the meanings ascribed to them in the Services Agreement.

restructuring agreement for such Lease in accordance with the Strategic Plan, and engaging with potential purchasers to negotiate the terms of purchase and sale agreements of the Debtors' Properties;

d.      providing periodic written reports to the Debtors regarding the status of the negotiations in subsection (c); and

e.      assisting the Debtors in closing the pertinent lease restructuring agreements and real property purchase and sale agreements.

7.      Hilco Real Estate is both well-qualified and uniquely able to perform these services and assist the Debtors in these chapter 11 cases.  Accordingly, I believe the Services are necessary to enable the Debtors to maximize the value of their estates.  Additionally, all of the Services will be undertaken at the request of the Debtors.

## Professional Compensation

8.      Real estate advisors such as Hilco Real Estate do not typically charge for their services on an hourly basis.  Instead, compensation arrangements such as those contemplated by the Services Agreement are customary.  Further, such compensation arrangements are consistent with and typical of compensation arrangements entered into by Hilco Real Estate and other comparable firms in connection with the rendering of similar services under similar circumstances.

9.      Subject to the Court's authorization, the Debtors will compensate Hilco Real Estate in accordance with the terms and conditions and at the times set forth in the Services Agreement, which provides in relevant part for the following compensation structure (the "Fee Structure"):[3]

a.      for each Lease that becomes a Restructured Lease, Hilco Real Estate shall earn a fee equal to the sum of (i) $1,000 and (ii) the aggregate Restructured Lease Savings multiplied by three percent (inclusive of term shortening, although the fee percentage on Restructured Lease Savings attributable to term shortening shall be calculated at two and three quarters percent and shall be capped at $15,000 per Lease);

---

[3]     The summary provided herein is otherwise for illustrative purposes only and is subject to the Services Agreement in all respects except for the Waived Terms.  In the event of any inconsistency between the Fee Structure as set forth herein and the Services Agreement the Services Agreement will control.

b.    for each Lease that becomes a Restructured Lease, Hilco Real Estate shall earn a fee equal to the Restructured Lease Savings Fee.  The amounts payable on account of a Restructured Lease shall be paid in a lump sum upon closing of the transaction having the effect of restructuring the Lease, subject to any applicable orders of the Court and other applicable United States Trustee guidelines and laws;

c.    for each Property that is sold, Hilco Real Estate shall earn a fee equal to four percent of the Gross Sale Proceeds.  The fee shall be payable at the time of closing on a sale of a Property, subject to any applicable orders of the Court and other applicable United States Trustee guidelines and laws; and

d.    all fees payable to Hilco Real Estate under the Services Agreement shall be free and clear of any liens, claims, and encumbrances, including the liens of any secured parties, subject to any applicable orders of the Court and other applicable United States Trustee guidelines and laws.

10.    In addition to any fees payable to Hilco Real Estate, the Debtors will reimburse Hilco Real Estate for its reasonable, documented (through receipts or invoices) out-of-pocket expenses incurred in performing the Services, including, without limitation, reasonable expenses of postage, overnight express courier fees and other mutually agreed-upon expenses incurred in connection with performing the Services.

11.    I believe that the Fee Structure is comparable to compensation generally charged by real estate advisory firms of similar stature to Hilco Real Estate for comparable engagements, both in and out of bankruptcy.  Furthermore, I believe that the Fee Structure is consistent with Hilco Real Estate's normal and customary billing practices for cases of comparable size that require the level and scope of the Services to be provided in these chapter 11 cases.  Moreover, the Fee Structure has been agreed upon by the parties in anticipation that a substantial commitment of professional time and effort will be required of Hilco Real Estate and its professionals, and in the light of the fact that such commitment may foreclose other opportunities for Hilco Real Estate and that the actual time and commitment required of Hilco Real Estate and its professionals to perform

the Services may vary substantially from week to week or month to month, creating "peak load"

issues for Hilco Real Estate.

12.     Hilco Real Estate's expertise and experience in the realm of restructuring real estate

leases for client companies were important factors in determining the Fee Structure.  I believe that

the ultimate benefit of the Services cannot be measured by reference to the numbers of hours to be

expended by Hilco Real Estate's professionals in the performance of such Services.  I also believe

that by using a transactional fee structure, Hilco Real Estate's compensation is directly tied to and

contingent upon the level of cost savings from restructuring the Debtors' leases, and the proceeds

from sales of the Debtors' owned property, and aligns the interests of Hilco Real Estate with those

of the Debtors and the Debtors' estates.

13.     Hilco Real Estate intends to apply for final compensation for professional services

rendered and reimbursement of expenses incurred in connection with these chapter 11 cases,

subject to the Court's approval, after notice and hearing, and in compliance with applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the compensation

guidelines promulgated by the Office of the United States Trustee (the "U.S. Trustee Guidelines"),

and any other applicable procedures and orders of the Court, including any order granting this

Application (to the extent compliance is not waived).

14.     Due to the transactional fee structure of the engagement, Hilco Real Estate requests

that it not be required to file detailed time records in accordance with Bankruptcy Rule 2016(a)

and the U.S. Trustee Guidelines.  Sales and marketing agents generally are not compensated based

on hours devoted to their services, and instead are compensated based on fee structures similar to

the one proposed in this case.  Notwithstanding that Hilco Real Estate does not charge for its

services on an hourly basis, Hilco Real Estate will nonetheless file a certification of its fees,

8

commissions, and reimbursable expenses with the Court and cause such certification to be served

on the U.S. Trustee and the Debtors, as well as any other entities required by the Debtors or the

Court.  Hilco Real Estate will file a final fee application for allowance of the fees and expenses

payable under the Services Agreement.

15.    I believe that the Fee Structure set forth above is market based and reasonable and

should be approved under section 328(a) of the Bankruptcy Code.  Additionally, the compensation

terms negotiated with Hilco Real Estate were the result of arm's-length negotiations, and I believe

such terms are fair and reasonable.

## Indemnification

16.    The Services Agreement provides that the Debtors and Hilco Real Estate owe

certain indemnification obligations to each other.  The provisions governing the Debtors and Hilco

Real Estate's indemnification obligations (the "Indemnification Provisions") are attached to and

made a part of the Services Agreement.  The Indemnification Provisions were fully negotiated

between the Debtors and Hilco Real Estate at arm's length.  Hilco Real Estate believes that, subject

to the modifications set forth in the Order, the Indemnification Provisions are customary and

reasonable for real estate advisory engagements, both in chapter 11 cases and outside of chapter

11, and reflect the qualifications and limitations on indemnification provisions that are customary

in this district and other jurisdictions.

## Disclosures Concerning Connections with the Debtors and Parties in Interest

17.    The Debtors have numerous creditors, equity holders, and other parties with whom

they maintain business relationships.  In connection with its proposed retention by the Debtors in

these chapter 11 cases, Hilco Real Estate undertook to determine whether it had any conflicts or

other relationships that might cause it not to be disinterested or to hold or represent an interest

adverse to the Debtors.  Specifically, Hilco Real Estate obtained from the Debtors and their

9

representatives the names of individuals and entities that may be parties in interest in these chapter

11 cases (the "Potential Parties in Interest"), and such parties are listed on **Schedule 1** attached

hereto.  To the extent that I have been able to ascertain to date that Hilco Real Estate has been

engaged within the last two years or is currently engaged by any of the Potential Parties in Interest

(or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed

on **Schedule 2** attached hereto.  **Schedule 2** also sets forth certain other relationships Hilco Real

Estate has with certain Potential Parties in Interest.

18.    To the best of my knowledge and belief, Hilco Real Estate has not represented any

Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets,

or businesses and will not represent other entities that are creditors of, or have other relationships

to, the Debtors in matters relating to these chapter 11 cases except as set forth herein.

19.    Attached as **Schedule 3** is a list detailing the payments received by Hilco Real

Estate in the 90-day period prior to the Petition Date.  The Debtors have paid two installments of

the Retainer, of which Hilco is holding $50,000, and three invoices for lease restructuring services,

which invoices were paid pursuant to the Services Agreement and in the ordinary course of

business.  As of the Petition Date, Hilco Real Estate does not hold a prepetition claim against the

Debtors for services rendered.

20.    To the best of my knowledge and belief, insofar as I have been able to ascertain

after reasonable inquiry, neither I, nor Hilco Real Estate, nor any of its professional employees has

any connection with the Debtors, their creditors, the United States Trustee, or any other Potential

Parties in Interest in these chapter 11 cases or their respective attorneys or accounts, except as set

forth on **Schedule 2**.

21.     I am not related or connected to and, to the best of my knowledge after reasonable inquiry, no other professional of Hilco Real Estate who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Nebraska, any of the District Judges for the District of Nebraska, the United States Trustee for the District of Nebraska, or any employee in the Office of the United States Trustee for the District of Nebraska.

22.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the employees of Hilco Real Estate working on this engagement on the Debtors' behalf has had, or will have in the future, direct contact concerning these chapter 11 cases with the Debtors' creditors, other Potential Parties in Interest, the United States Trustee, or anyone employed in the Office of the United States Trustee for the District of Nebraska other than in connection with performing the Services on behalf of the Debtors, except as otherwise disclosed herein.

23.     To the best of my knowledge, Hilco Real Estate has no agreement with any other entity to share with such entity any compensation received by Hilco Real Estate in connection with the Debtors' bankruptcy cases.

24.     Accordingly, except as otherwise set forth herein, and insofar as I have been able to determine after reasonable inquiry, none of Hilco Real Estate, I, nor any employee of Hilco Real Estate who will work on this engagement holds or represents any interest adverse to the Debtors or their estates, and Hilco Real Estate is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code), in that Hilco Real Estate, its professionals, and employees:

   a.      are not creditors, equity security holders, or insiders of the Debtors;

   b.      were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

11

     c.     do not have an interest materially adverse to the Debtors, their respective estates, or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

25.     If any new relevant facts or relationships are discovered or arise during the pendency of these chapter 11 cases, Hilco Real Estate will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit as required by Bankruptcy Rule 2014.

### Efforts to Avoid Duplication of Services

26.     Hilco Real Estate believes that its services will be complementary rather than duplicative of the services to be performed by other professionals.  Hilco Real Estate will carry out unique functions and will use reasonable efforts to coordinate with the Debtors and their professionals retained in these chapter 11 cases to avoid the unnecessary duplication of services.

[*Remainder of page intentionally left blank*]

12

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated:  January 22, 2019

Respectfully submitted,

Declarant:  Sarah K. Baker
Title: Vice President and Assistant General
Counsel, Hilco Trading, LLC

## **SCHEDULE 1**

**Potential Parties in Interest**

SHOPKO
Interested Parties

**Sub & Affiliates**

SKO Group Holding, LLC
Specialty Retail Shops Holding Corp
Shopko Finance, LLC
ShopKo Holding Company, LLC
Retained R/E SPE, LLC
ShopKo Stores Operating Co., LLC
Pamida StoresOperating Co., LLC
ShopKo Properties, LLC
Penn-Daniels, LLC
SVS Trucking, LLC
ShopKo GiftCard Co., LLC
ShopKo Optical Manufacturing, LLC
Shopko Institutional Care Services Co., LLC
Pamida TransportationLLC
Place's Associates' Expansion, LLC

**Shareholders**

H.I.G. Sun Partners, Inc.
KLA-Shopko, LLC
Pamida Stores Operating Co., LLC
ShopKo Holding Company, LLC
ShopKo Stores Operating Co., LLC
SKO Group Holding, LLC
Specialty Retail Shops Holding Corp.
Sun SKO, LLC
Waverly Securities, LP

**Current Officers and Directors**

Russell Steinhorst
J. Per Brodin
Susan Buckna
Gary Gibson
Denise Domian
Matt Cahill
James DePaul
Ronald Ota
Ray Petersen
Todd Armstrong
Dilip Sedani

Terry Singla
Kathy Friedland-Howard
Jon Instefjord
Matt Schultz
Debbie Bentlage
Jeff Druley
Donna Capichano Simmons
Kelly Weerts
Jannie Paschal
Jimmy Mansker
Jennifer S. McGinnity
Casey Lanza
Donald Roach
Michael J. McConvery
Melissa Klafter
Mohsin Meghji
Steve Winograd

**Former Officers and Directors**

Bruce Roberson
Cathy Shifflett
Charles Liu
Clarence E. Terry
Darren Singer
Debbie Bentlage
Denise Domian
Dilip Sedani
Donald Roach
Donna Capichano Simmons
Gary Gibson
J. Per Brodin
Jack Milligan
Jannie Paschal
Jeff Druley
Jennifer Lemirande
Jennifer S. McGinnity
Jim DePaul
Jimmy Mansker
Jon Instefjord
Julian Day

1

SHOPKO
Interested Parties

| | |
|---|---|
| Kathy Friedland-Howard | ORGANIZE IT ALL INCO |
| Kelly Weerts | HANESBRANDS INC  BAL |
| Martin Lee | PURE FISHING |
| Matt Schultz | QUAD GRAPHIC |
| Matthew McAdam | ONTEL PRODUCTS CORPO |
| Matthew Sesto | HNW INDUSTRY INC DBA |
| Melissa Klafter | VAXSERVE INC |
| Michael J. McConvery | HASBRO INCORPORATED |
| Mindy DeHate | ROYAL APPLIANCE (HOO |
| Mohsin Meghji | ESSENDANT CO |
| Peter G. Vandenhouten | INGRAM ENTERTAINMENT |
| Ray Petersen | U S NUTRITION |
| Ronald Milligan | BERGENSONS P |
| Ronald Ota | ALLIANCE ENTERTAINME |
| Russell Steinhorst | ADIDAS AMERICA INCOR |
| Steve Winograd | SPECTRUM AME |
| Susan A. Buckna | MELISSA & DOUG LLC |
| Terry Singla | TRILLIANT FOOD & NUT |
| Todd Armstrong | TWENTIETH CENTURY FO |
| William Bresnehan | COMFORT SYST |
| | HERSHEY CHOCOLATE CO |
| | BERKELEY RES |
| **Top 50** | SAMSONITE CORPORATIO |
| | TRACFONE WIRELESS IN |
| MCKESSON DRUG | PT LAXMIRANI MITRA G |
| US BANK | IGNITE USA |
| PROVIDER PAY | COLONIAL CANDLE  MVP |
| WISCONSIN VISION ASS | NINTENDO OF AMERICA |
| NSA MEDIA GR | GREEN MOUNTAIN COFFE |
| ENGLEWOOD IGLOO | JACOB ASH COMPANY IN |
| AMERICAN RUG | WHITMOR INCORPORATED |
| HOME PRODUCTS INTERN | |
| RUSSELL STOVER CANDI | |
| ANDA INCORPORATED | **Bankruptcy Professionals** |
| IMPACT INNOVATIONS I | |
| UNIQUE TREASURES | Kirkland & Ellis |
| KIMBERLY CLARK GLOBA | Houlihan Lokey |
| MINGTEL INC | Berkeley Research Group |
| READERLINK DISTRIBUT | Primeclerk |
| SAUDER WOODWORKING C | Teneo |
| W APPLIANCE CO LLC | Gordon Brothers |
| BLACKHAWK NE | Hilco |
| STAR PLASTIC | Willkie Farr & Gallagher LLP |

SHOPKO
Interested Parties

## Litigation

William French
Lauri Palet
Denise Tuttle
Tanya Munkel
Matthew Munkel
Brenda Bronson
Tim McGregor
Randall Check
Kinzie Hager
Neale Johnson
Betty Lou Ashley
The Fashion Exchange, LLC
Horizon Group USA, Inc.
Galen Rowell
Global Intellectual Property Services "Deere & Company"
Bath & Body Works
Nebraska Department of Environmental Quality
IDL Worldwide
J.S. International
Earl Gaudio & Son, Inc.
EMC Insurance Companies
Kirra Sumner
James Ruehl
Tabitha Hurford
Kassandra Soward
Jacquelyn Meyer
William Tadisch
Betty Willenbrang

## Lenders and Lienholders

WELLS FARGO BANK, NATIONAL ASSOCIATION
TD Bank, N.A.
CITIZENS BUSINESS CAPITAL, a division of Citizens Asset Finance, Inc.
BANK OF AMERICA, N.A.
PNC BANK, NATIONAL ASSOCIATION
CIT BANK
JPMORGAN CHASE BANK, N.A.
U.S. BANK NATIONAL ASSOCIATION
GORDON BROTHERS FINANCE COMPANY, LLC
BANK OF MONTREAL

Spirit Realty L.P.

## Landlords

Shopko West Associates
Spirit SPE Portfolio 2006-1, LLC
Robin Manitowoc, LLC
SMTA Shopko Portfolio I, LLC
Medici Rossmore LLC
LaCrosse Shopko Properties, LLC
RCM Wausau LLC
Keller Real Estate Group
National Retail Properties, LP
EQK Bridgeview Plaza, Inc.
Spirit SPE Portfolio 2006-2, LLC
WI Cal-Mar, LLC
Eau Claire Associates L.P.
7401 MINERAL POINT RD OWNER LLC
Jeanine Landsinger
RMD Menasha, LLC, et al
Alexander & Bishop 1, LLC
Spirit Master Funding VIII, LLC
Raymond J. O'Connor and Jennifer S. O'Connor
Red Bishop Heights JV, LLC
Marketplace LLC
Frederick Square Limited Partnership
DevMar Partners, LLC
SFI Limited Partnership 100
NEB Furst, LLC
Lund 144 Center, LLC and Overland Wolf Building Partnership
CHL Winona LLC
Capview Income & Value Fund IV, LP
GFS Building, LLC
Haile Tekle and Hiwot Tekle
Well Nampa LLC
Shopko Boise LLC
ID Furst Shop, LLC
Foothill Shadows, LLC
Retail on 41st Street, LLC
Phoenix Limited Partnership/Kim Love

SHOPKO
Interested Parties

| | |
|---|---|
| RCAA Owner, LLC | Theda Care |
| P.J. Investments | Brixmor SPE 1 LLC |
| Flintlock Capital, LLC | Jade AA Investments, LLC |
| Summit Northwest LLC | 1011 North Wisconsin Street Owner LLC |
| RS Sandy Partners, LLC | JBOK Enterprises, LLC |
| Retreat on Roslyn, LLC | BTS Properties, LLC and Trip Investments, LLC |
| TPP 217 Taylorsville, LLC | Bellin Memorial Hospital, Inc. |
| CRG Boise LLC & The Ridge, L.P. | Riverside Medical Center, Inc. |
| 2DF No.2, L.C. & ORBIT 1, LLC | Robin Ellsworth, LLC |
| Table Rock Mobile Estates, Inc. | Pamida Stores Operating Co., LLC |
| Corvalis WA, LLC | ARCP SH Valentine NE, LLC |
| Atlas Shopko Owner, LLC | FIDC XXX LLC |
| M Group, L.L.C. | Jorgenson Drug, Inc. |
| Encinal Shopko Redding, LLC | TC Mitchell, LLC and Blacktail Properties, LLC |
| Bridgeport Retail - Utah, LLC | Nicmeyer, Inc. |
| Paradise Wisconsin Properties LLC | Rayne Company, Inc |
| CHL Neenah LLC | Westwind Plaza, Inc. |
| PAL, Inc. and H. Lauren Lewis Living Trust | FIDC 50 LLC |
| 1ST AVENUE SELF STORAGE, LLC | THE BLOCH FAMILY 2005 PARTNERSHIP, L.P., |
| RS Orem Partners, LLC | Zhangusa Investments, LLC d/b/a ZiMart Kermit, LLC |
| 905 South 24th Street West Owner LLC | Chaffin, Inc. |
| RS Lacey Partners, LLC | Donald and Marlyn Herman |
| Smithlin, McIntire & young | NLD Hardin, LLC |
| SHS Building, LLC | Beaver Development, LLC |
| OB INVESTORS LLC | Hamstra Builders, Inc. |
| Elizabeth Trainor LLC | Mr. Leslie K. Halbert |
| THBH SL, L.L.C. | LEECO Properties, Inc |
| SVK Capital, LLC | FIDC XL LLC |
| Retained R/E SPE, LLC | The Patton Group Limited Partnership |
| Concord 6, LLC | Ensign Development Group, LLC |
| Friedman Brokerage Company-WI, LLC | L & S Properties of Redfield, LLC |
| Menard, Inc. | CGP Orofino, LLC |
| OLP Lincoln LLC | Cornelsen Leasing Co |
| Realty Income Properties 28, LLC | VEREIT SH Cokato MN, LLC |
| St. Croix Trail, LLC | Lakeside Storage, LLC |
| Legacy CB LLC | East Med LLC |
| Lucky 13, LLC | VEREIT, SH Webster City IA, LLC |
| WG REG Clifton LLC | VEREIT SH Cherokee IA, LLC |
| ARG Lumar, LLC | Realty Income Corporation |
| H&M Ely, LLC. | L & S Properties of Milbank, LLC |
| L & C DG Investments, LLC | East Dakota Properties |
| Next Generation Properties of Nebraska, LLC | L & S Properties of Webster, LLC |

4

SHOPKO
Interested Parties

| | |
|---|---|
| Leadville Holdings, LLC | Jerry Uittenbogaard |
| KLEMA PLAZA, INC. | New Hampton Harvester Holdings, LLC |
| Regency North Indiana LLC | David F. Bolger Revocable Trust/JT Bolger |
| PPG Yuma, LLC | Spirit Master Funding III, LLC |
| Almond Blossom, LLC | Winterset Windfall, LLC |
| Holly Plaza, LLC | Allan S. Noddle |
| Chelt Development LLC | Onawa-Pam Limited Partnership/Ronald Christenson |
| Kamin Realty Co. | James Bingham & Loren Knott d/b/a Nottingham Partners |
| M.A.K. Rentals, LLC | Robert Moorman |
| Backyard Properties of Rock County, LLC | Richard Mau & Donna Mau/Richard Bogue |
| R. Lewis & R. Lewis Brillion, Inc. | Lerner Harlan Partnership/c/o The Lerner Company |
| Marquette Marine LLC | Darrell Andersen & Violet Andersen, Duane Schmidt & Lois Schmidt |
| FIDC XXIII LLC | Richard C. Kelly |
| ENJG, Ltd. | Eldora Industrial Development Corp. |
| Spirit SPE Portfolio 2006-3, LLC | Clover Real Estate, LLC d/b/a Glenwood Plaza |
| Krist Properties & Wagner Family Ltd Partnership c/o Keith Krist | Development Co./Albert Casey |
| Barbara Krueger | Community Development Corporation of Greenfield |
| 1515 E. Main St., LLC/Rick Callahan | Olinger Family Trust |
| Kailas Properties, LLC | N & K Investment Co./Noddle Companies |
| Pickruhn & Kilinski Enterprises/Phillip Kilinski | Pamida Three, LLC/Paul Schwabe |
| Big Pond Properties, LLC/Andy Moyle | Pamida Four, LLC/Paul Schwabe |
| Angeli Management Corp./Don Bastianello | Pamida Five, LLC |
| Cole SH L'Anse MI, LLC | C. Blaine & Marilyn McVicker |
| Barry Raskin and Michael Price, TIC | ARCP SH Broken Bow NE, LLC |
| Two Harbors First LLC/Guy Laverty | Norton Area Development LLC/John Mapes |
| McCullough Family Partnership c/o McCullough Companies | Bill Tuttle/Wilport LLC |
| Pickruhn & Kilinski Enterprise/Phillip Kilinski | Pelstar Kimball LLC/Ted Sleder |
| Kamicutico, LLC | Colleen Kelly and Richard Kelly |
| Terminal Court LLC | ARCP SH Larned KS, LLC |
| Daniel G. Kamin Standish LLC | Downtown Modernization, Inc. |
| Gayle E. Pereira Living Trust | Jerome & Betty Beary |
| Donald J. Martin FLP/DJ Martin | Jubilee Family Investments, LLC |
| MRG, Ltd./Marshall Hess | Woods Super Markets, Inc./Donald Woods |
| Margie Simon/Jerome L. Fine, Agent | Sentry Properties Company/Donald Leathery |
| Gladwin Holdings, LLC | Jeffrey Austin |
| Catt's Realty Company | Sam Larry, LLC |
| Stettinger Enterprises | Cavalier Improvements, Inc./Darold Johnson, Pres. |
| Hinky Dinky Auburn, LLC/Nash Finch Co. (Mary Lou Kingren) | Donna M. Wiese |
| D & L Development, LLC/Dave Baumert | The Henning Group, Inc. |
| Peterson Ventures, LLC | Hamilton Enterprises Central LLC |
| Humboldt Plaza Associates/c/o The Lerner Co. | Lee-Breitbach, LLP/Mathias F. Breitbach |
| Hampton Holdings, LLC/James Bingham | Maxwell-MN, LLC |
| | Kresda, Inc. |

SHOPKO
Interested Parties

Haar Properties, LLC
GUN Group, Inc.
SH Winner Holdings, LLC
The Christensen Corporation
Thomas Mayberry
Daniel G. Kamin/Kelly Serenko
2J Investment Group, LLC
KGL Rentals, Inc./Mike Ortner
Sixteenth Street Development, LLC
Croell Redi-Mix, Inc./Roger Croell
WY1, LLC
Dale Jones/Phoenix Plaza, LC
Pamida Two, LLC/Paul Schwabe
Genesis Investment Properties
Shelby-Pam Limited Partnership/Ronald Christenson
Jack Clark c/o Larry Kloepping
Two Crow of the Big Sky, LLC/Mark Linkesh
Gallatin Campground b/d/a KOA Billings
Pamida One, LLC/Paul Schwabe
Ron's Supermarket, Inc.
Lynn H. Nelson Trust
Pfefferle Management
SKHT Tomahawk LLC
FIDC XXXVI LLC
Argo Whitefish, LLC
VEREIT SH BALLARD UT, LLC
CH Ag, LLC
LCN SKO Omaha (Multi) LLC
D & D Midwest Warehousing, L.L.C.
Liljenquist Salt Lake Company, LTD
Kellogg Shopco Properties, LLC
Kimco Realty Corporation
PD2
Joseph Gallo Farms
CGSK Tulia, Ltd.
SMT Littlefield Partners Limited
Fair Acres Station LLC
W.A. Enterprises, LLC
Realty Income Texas Properties 1, LLC
FD Properties 9 LLC
Cresco Shopko LLC
Mohave Valley DG, LLC

Don Levin Trust
Springerville Plaza, LLC
Performance Systems, L.C.
Pontus SK Portfolio, LLC
Yakima Theatres, Inc
Columbus Commerce Center, LLC
Theodore A & Evangeline Laliotis 2012 Revocable Trust
Mayville 2013 Shopko LLC
Quincy 28-13, LLC
Kranthi Realty, LLC
Green Bay Packaging, Inc.
CoStar Real Estate Group
Spirit Spe Portfolio 2006-01, LLC and Spirit Spe Portfolio 2006-2, LLC

**Insurers**

3E
Aires Consulting (Gallagher Bassett)
American Bankers Insruance
Aon Risk Services
Buxbaum, Daue & Fitzpatrick
BWC State Ins Fund
Careworks Comp
CareWorks Consusltants
Carla Hengel
Chubb Limited
Criselda Vasquez
Dena Cooper
Dept of L&I (WA)
Diane Conder
Donald Brown
Ebix, Inc.
Engels, Ketcham, Olson & Keith PC
Enterprise Rent A Care
ERN West
ERNwest
ESIS
Factual Data
Gallagher Bassett
Hall & Miller PS
Helmsman

SHOPKO
Interested Parties

Homesite Insurance Co
Jamie Peterson-Morrow
Justin Carlson
Liberty Mutual
Lincoln Financial Group
Lockton
Marc Bodow, MD
Marsch
Marsh
ND Workforce Safety & Ins.
NE WI Technical College
OH Bureau of WC
Ohio Bureau of Workers' Comp
Rachel Savala
Residential Land Services
Roger Blauvelt MD INC PS
Roger G Flygare
SD Ins Guaranty Assoc.
Sentry
State of WA, Dept of Labor
State of Washington
Thomas G Hall & Assoc
Tracy Butikofer
Tyson B Allen
Washington DL&I
Werner Value Added Services

**Issuers of Surety Bonds or LCs**

Ace American Insurance
Sentry Insurance
Liberty Mutual Insurance
General Electric Credit
ADTN International LTD
VF JEANSWEAR, L.P.
United States Fidelity & Guaranty
CERTCO INC.
THE CIT GROUP/ COMMERCIAL SERVICES INC.
Nintendo of America
Supervalu Inc.
Sensio Inc.
Intex Development Company

Fisher-Price Brands

**Indentured Trustees**

Rabbi Trust
Bank U.S.

**Professionals**

A & G REALTY PARTNERS LLC
A T KEARNEY INC
ADP INCORPORATED
AFFINE INCORPORATED
ALIX PARTNERS LLC
BANK OF AMERICA N A
BERKELEY RESEARCH GROUP LLC
BRANDEMIX
BRIDGEPARK ADVISORS LLC
BUXTON COMPANY INCORPORATED
CARDEN ASSOCIATES LLC
CASS INFORMATION SYSTEMS
CIOX HEALTH
COGNIZANT TECHNOLOGY SOLUTIONS US CORP
CONCEPT 52 LLC
CORE STRENGTHS MANAGEMENT CONSULTING LLC
Davis, Wright Tremaine, LLP
DELOITTE & TOUCHE LLP
DELOITTE TAX LLP
ECONOMIC RESEARCH INSTITUTE
EGON ZEHNDER INTERNATIONAL INC
ELEMENT CREATIVE LLC
ERNST & YOUNG LLP
EXPERIS FINANCE US LLC
FIRST INSIGHT INC
Godfrey & Kahn, S.C.
GREEN BAY CURLING CLUB INC
Hagens Berman
HOULIHAN LOKEY CAPITAL INCORPORATED
INTERNATIONAL BUSINESS
INTERNATIONAL FOUNDATION OF EMPLOYEE
INTRALINKS INC
JAY HEMBY CONSULTING

SHOPKO
Interested Parties

JAYARAM LAW INC
JEROME KERN
JUSTENOUGH SOFTWARE INCORPORATED
KIRKLAND & ELLIS LLP
KLEHR HARRISON HARVEY BRANZBURG LLP
KORN FERRY HAY GROUP INCORPORATED
KPMG LLP
LIAZON CORPORATION
Littler Mendelson, P.C.
LP SOFTWARE INCORPORATED
MERCER HEALTH & BENEFITS LLC
MERIDIAN KNOWLEDGE SOLUTIONS LLC
METZLER TIMM TRELEVEN SC
M-III PARTNERS LP
MILLIMAN INCORPORATED
MORGAN LEWIS & BOCKIUS LLP
Moulton Bellingham, P.C.
NAVEX GLOBAL INC
NORTH DAKOTA DEPARTMENT OF AGRICULTURE
NSA MEDIA GROUP INCORPORATED
ONETOUCHPOINT CCI GREEN BAY
ORACLE AMERICA INCORPORATED
PANGBURN GROUP INCORPORATED
PDX INCORPORATED
PEOPLE FLUENT INC
PETER G VANDENHOUTEN
PRICEWATERHOUSECOOPERS LLP
PROACTIS
PROTIVITI INCORPORATED
RESOURCES GLOBAL PROFESSIONALS
RUDER WARE LLSC
RUSSELL REYNOLDS ASSOCIATES
SPECIAL INTEREST GROUP FOR IIAS STANDARD
STEVEN WINOGRAD
SUMTOTAL SYSTEMS LLC
SYNERCOMM INCORPORATED
TALX CORPORATION
Tarter, Krinsky & Drogin, LLP
TENEO STRATEGY LLC
TENZING CONSULTING LLC
TREST BENEFIT SOLUTIONS LLC
US POSTAL SERVICE

VANGUARD GROUP INCORPORATED
VPO SERVICES LLC
Westman, Champlin & Koehler
WILLIAM NEE
WIPFLI LLP
WORKFORCE INSIGHT LLC

**Additional Contract Counterparties**

A-5
Affine Analytics
American President Lines
Ashley Furniture
ATKearney
Barcodes
BRG
BullsEye Telecom
Capital Growth Properties
Chesapeake Systems
Cigna Health Medical Vaccine
Computer Associates
Cricket Wireless
DentCo
DTS Pharmacy Solutions, INC
East West Marketing Group
Envision RX Options
Ernst & Young
ExploreDx, Absloute, NHIN, PDX
Express Script
First Insight
Fitting Box
ICA/Extension of J. Kern Agmt
InfoHold  Inc.
IQVIA
JBL/Harmon
Kellermeyer-Bergenson's Services
Kforce Staffing
Korn Ferry / Hay Group
Lectra USA, Inc.
Lincoln National Life Ins Co
Lott Enterprises, Inc d/b/a Pure Air
Maven Wave Partners
Medical College of Wisconsin School of Pharmacy

SHOPKO
Interested Parties

MJ Holding
Monotype
Navitus
NSA Media
Omnicell
OOCL
Proactis
PQS Equipp Star Ratings
Protection 1 Security Solutions
PwC
Resolute / Atlas Sales LLC
Restless Bandit
Resoures Global Professionals
Resourcive
Ring
Rug Doctor, LLC
Russell Reynolds Assoc
Safilo
Sam Larry LLC
SessionM
Shutterstock
State of Colorado DNR
SyncSort
Target Data
Tax Advisors Group
Tenzing
The NDP Group
Trove Professional Services
TrustedSite
TSS ME TZC
Vertiv Services Inc.
Vestcom
Walker
Wyng f/k/a Offerpop
Zabest Commercial Group Inc
Zeiss Vision

## **SCHEDULE 2**

**Disclosures**

**Schedule 2**
Hilco Real Estate, LLC ("Hilco")
DISCLOSURES

a.  Hilco Real Estate Appraisal, LLC, an affiliate of Hilco, was engaged in 2013 by Robert H. Rosenfeld & Associates, a Chicago property tax law firm, for the limited purpose of providing real estate valuations of four Shopko locations in Wisconsin, Nebraska and Idaho. That engagement concluded in 2013.

b.  Hilco provides lease acquisition, disposition, and restructuring services to its commercial real estate clients.  In the course of providing such services to various tenants, Hilco may have transacted with one or more of the parties-in-interest identified as landlords of the Debtors on matters unrelated to the Debtors on behalf of Hilco's tenant clients.  In 2016, Hilco provided consulting services to Vereit, Inc. on a unique matter unrelated to the Debtors, which engagement concluded in 2016.

c.  Hilco was retained in that certain Case No. 13-90942 in the United States Bankruptcy Court for the Central District of Illinois by the Estate of Earl Gaudio & Son, Inc. as debtor [Dkt 576] to serve as real estate broker and list for sale certain real property (unrelated to the Debtors).  The engagement ended September 13, 2017.  Earl Gaudio & Son, Inc. is included on the interested parties list as a litigation party of the Debtors.

d.  Hilco's affiliates partner from time to time with the Gordon Brothers Group affiliated companies.  Gordon Brothers is identified as a professional in these chapter 11 cases.

e.  Affiliates of Hilco have a debt facility in place with Bank of America, JPMorgan Chase Bank, U.S. Bank, and Bank of Montreal.  Hilco is a guarantor under such facility.  Other affiliates of Hilco have a debt facility in place with Wells Fargo Bank.

f.  In matters unrelated to the Debtors, affiliates of Hilco previously performed asset valuation, inventory liquidation or field exam services for (or related to) the following entities: (i) Alliance Entertainment, (ii) Ashley Furniture and Ashley Homestores, (iii) Bank of America, N.A., (iv) CIT Bank, N.A., (v) Citizens Business Capital, (vi) Cricket Wireless, (vii) Essendant Co., (viii) Horizon Group USA, (ix) PNC Bank, (x) Pure Fishing, Inc., (xi) Sauder Woodworking Company, (xii) Supervalu, Inc., (xiii) TD Bank, (xiv) Trilliant Food & Nutrition, LLC, (xv) US Bank, and (xvi) Wells Fargo Bank, N.A.

g.  Hilco and/or its affiliates have retained and/or have transacted with the following firms identified as bankruptcy professionals or ordinary course professionals or potential parties in interest in connection with matters wholly unrelated to the Debtors and these chapter 11 cases: (i) Kirkland & Ellis, (ii) Berkeley Research Group, (iii) Deloitte, (iv) Morgan Lewis & Bockius, (v) Klehr Harrison Harvey Branzburg LLP, (vi) PriceWaterhouseCoopers, and (vii) Ernst & Young.

h.  Because of the magnitude of the entire interested parties list in these cases, it is possible that Hilco or its affiliates may represent or may have represented other creditors or interested parties of the Debtors but does not represent any such creditors or parties in connection with these cases.  Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.

i.  Hilco does not believe that the foregoing connections create a conflict of interest regarding the Debtors or these chapter 11 cases.

## SCHEDULE 3

## Payments Received

Shopko

*Payments Received*

| Cust. ID | Date | Check/Ref | Cust. Amount | Fiscal Year | Type |
|----------|------|-----------|--------------|-------------|------|
| SHOPKO | 12/7/2018 | Check | $ 50,000.00 | 2018 | Retainer |
| SHOPKO | 1/2/2019 | Wire | $ 112,104.00 | 2019 | Invoice |
| SHOPKO | 1/2/2019 | Wire | $ 50,000.00 | 2019 | Retainer |
| SHOPKO | 1/14/2019 | Wire | $ 70,384.00 | 2019 | Invoice |
| SHOPKO | 1/15/2019 | Wire | $ 160,496.00 | 2019 | Invoice |