# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | ) Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) Case No. 19-80064 (TLS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SUCCESSFUL AND BACKUP BIDDER
## WITH RESPECT TO THE AUCTION OF THE DEBTORS' PHARMACY ASSETS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") have solicited offers for the sale(s), liquidation(s), or other disposition(s) (such sale(s), liquidation(s), or other disposition(s), the "Transaction(s)") of the Debtors' stock of prescription pharmaceutical inventory located in the prescription pharmacies in the Debtors' stores (the "Pharmacy Inventory") and/or the prescription files and records, pharmacy customer lists and patient profiles (the "Pharmacy Files," together with the Pharmacy Inventory, the "Pharmacy Assets") located at, and for customers serviced from, such prescription pharmacies (the "Pharmacies") consistent with the bidding procedures (the "Bidding Procedures")[2] approved by the United States Bankruptcy Court for the District of Nebraska (the "Court") by entry of an order on January 17, 2019 [Docket No. 77] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, on January 23, 2019, at 9:00 a.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Debtors conducted the Auction with respect to certain of the Pharmacy Assets at the offices of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in consultation with their professionals, selected the following Successful Bidders and Backup Bidders with respect to the Pharmacy Assets:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

| Pharmacy Assets (Store Number and Location) | Successful Bidder | Backup Bidder |
|---|---|---|
| 62 Great Falls, MT | Albertsons | Kroger |
| 68 Idaho Falls, ID | Albertsons | Walgreens |
| 529 Dillon, MT | Albertsons | NA |
| 556 Prosser, WA | Albertsons | NA |
| 758 Douglas, WY | Albertsons | NA |
| 773 Lewistown, MT | Albertsons | NA |
| 774 Livingston, MT | Albertsons | KC's Western Drug |
| 526 Afton, WY | Broulim Supermarkets | Our Valley Pharmacy |
| 748 Pipestone, MN | Coborn's Inc. | NA |
| 5 De Pere, WI | CVS | NA |
| 20 La Crosse, WI | CVS | Hometown Pharmacy LLC |
| 24 Eau Claire, WI | CVS | Hometown Pharmacy LLC |
| 32 Monona, WI | CVS | NA |
| 99 Onalaska, WI | CVS | Hometown Pharmacy LLC |
| 112 Helena, MT | CVS | Albertsons |
| 140 Jacksonville, IL | CVS | NA |
| 177 Green Bay, WI | CVS | Hometown Pharmacy LLC |
| 501 De Pere, WI | CVS | Hometown Pharmacy LLC |
| 502 Green Bay, WI | CVS | Hometown Pharmacy LLC |
| 613 Winneconne, WI | CVS | Hometown Pharmacy LLC |
| 630 Arcadia, WI | CVS | Walgreens |
| 735 Aitkin, MN | CVS | NA |
| 698 Gothenburg, NE | Gothenburg Discount Pharmacy | NA |
| 683 Audubon, IA | GRX Holdings, LLC | NA |
| 671 Waukon, IA | Hartig Drug Company | NA |
| 742 East Grand Forks, MN | Hugo's Family Marketplace | NA |
| 201 Emmetsburg, IA | Hy-Vee | Walgreens |
| 611 Saint Peter, MN | Hy-Vee | Walgreens |
| 661 West Point, NE | Hy-Vee | Pender Care Centre District, Inc. |
| 679 Toledo, IA | Hy-Vee | Walgreens |
| 689 Mount Ayr, IA | Hy-Vee | Walgreens |
| 791 Forest City, IA | Hy-Vee | J & J Pharmacy, Inc. |
| 49 Aberdeen, SD | Kessler's Inc. | Hy-Vee |
| 704 Falls City, NE | Kex Rx Falls City, LLC | Nash-Finch Company |

2

| Pharmacy Assets (Store Number and Location) | Successful Bidder | Backup Bidder |
|---|---|---|
| 92 Kennewick, WA | Kroger | Rite Aid |
| 22 Mitchell, SD | Lewis Drug | Hy-Vee |
| 681 Ida Grove, IA | Lewis Drug | Hy-Vee |
| 746 Madison, SD | Lewis Drug | NA |
| 747 Luverne, MN | Lewis Drug | NA |
| 749 Saint James, MN | Lewis Drug | Hy-Vee |
| 751 Sisseton, SD | Lewis Drug | Hy-Vee |
| 744 Roseau, MN | Mattson Pharmacy, Inc. | NA |
| 561 Cokato, MN | NuDak Ventures, LLC | Walgreens |
| 627 Neillsville, WI | Prohaska Bros | NA |
| 633 Park Falls, WI | Prohaska Bros | NA |
| 205 Delta, UT | Quality Pharmacy | NA |
| 66 Spokane, WA | Rite Aid | Albertsons |
| 69 Coeur d'Alene, ID | Rite Aid | Walgreens |
| 72 Lewiston, ID | Rite Aid | Walgreens |
| 73 Union Gap, WA | Rite Aid | Albertsons |
| 122 Wenatchee, WA | Rite Aid | Albertsons |
| 659 Auburn, NE | U-Save Pharmacy of Auburn | Nash-Finch Company |
| 668 New Hampton, IA | Vogt Pharmacies | NA |
| 673 Ainsworth, NE | Vogt Pharmacies | NA |
| 690 Holdrege, NE | Vogt Pharmacies | NA |
| 692 Superior, NE | Vogt Pharmacies | NA |
| 695 Broken Bow, NE | Vogt Pharmacies | NA |
| 7 La Crosse, WI | Walgreens | Hy-Vee |
| 10 Marquette, MI | Walgreens | CVS |
| 11 Kingsford, MI | Walgreens | NA |
| 14 Beaver Dam, WI | Walgreens | Hometown Pharmacy LLC |
| 16 Escanaba, MI | Walgreens | Meijer |
| 17 Saint Cloud, MN | Walgreens | CVS |
| 23 Hutchinson, MN | Walgreens | CVS |
| 37 Chippewa Falls, WI | Walgreens | Hometown Pharmacy LLC |
| 51 Fort Atkinson, WI | Walgreens | Hometown Pharmacy LLC |
| 63 Chubbuck, ID | Walgreens | NA |
| 67 Twin Falls, ID | Walgreens | CVS |

| Pharmacy Assets (Store Number and Location) | Successful Bidder | Backup Bidder |
|---|---|---|
| 70 Spokane Valley, WA | Walgreens | Rite Aid |
| 75 Missoula, MT | Walgreens | CVS |
| 78 Rapid City, SD | Walgreens | CVS |
| 88 Layton, UT | Walgreens | CVS |
| 89 Walla Walla, WA | Walgreens | Albertsons |
| 96 Redding, CA | Walgreens | CVS |
| 98 Eugene, OR | Walgreens | Albertsons |
| 102 Marinette, WI | Walgreens | CVS |
| 106 Billings, MT | Walgreens | CVS |
| 109 Riverdale, UT | Walgreens | CVS |
| 111 Salem, OR | Walgreens | Kroger |
| 114 Duluth, MN | Walgreens | CVS |
| 119 Dixon, IL | Walgreens | NA |
| 120 Monroe, WI | Walgreens | Hometown Pharmacy LLC |
| 123 Houghton, MI | Walgreens | NA |
| 127 Delavan, WI | Walgreens | Hometown Pharmacy LLC |
| 130 River Falls, WI | Walgreens | Nash-Finch Company |
| 132 Rice Lake, WI | Walgreens | Hometown Pharmacy LLC |
| 133 Belvidere, IL | Walgreens | CVS |
| 170 Rhinelander, WI | Walgreens | Hometown Pharmacy LLC |
| 179 North Branch, MN | Walgreens | Hy-Vee |
| 215 Shawano, WI | Walgreens | NA |
| 503 Port Washington, WI | Walgreens | Hometown Pharmacy LLC |
| 510 Waupaca, WI | Walgreens | Hometown Pharmacy LLC |
| 512 Ellsworth, WI | Walgreens | CVS |
| 604 Abbotsford, WI | Walgreens | Prohaska Bros |
| 606 Calumet, MI | Walgreens | Gladstone Square Pharmacy |
| 608 Brillion, WI | Walgreens | NA |
| 609 Kiel, WI | Walgreens | Aurora Pharmacy |
| 616 Sister Bay, WI | Walgreens | Hometown Pharmacy LLC |
| 617 Wautoma, WI | Walgreens | Aurora Pharmacy |
| 619 Adams, WI | Walgreens | Hometown Pharmacy LLC |
| 624 L'Anse, MI | Walgreens | Gladstone Square Pharmacy |
| 626 Lancaster, WI | Walgreens | Hartig Drug Company |

| Pharmacy Assets (Store Number and Location) | Successful Bidder | Backup Bidder |
|---|---|---|
| 635 Savanna, IL | Walgreens | Hartig Drug Company |
| 640 Tuscola, IL | Walgreens | NA |
| 687 Greenfield, IA | Walgreens (Scripts), Vogt Pharmacies (Inventory) | NA |
| 688 Missouri Valley, IA | Walgreens | Hy-Vee |
| 710 Gallatin, MO | Walgreens | NA |
| 732 Glencoe, MN | Walgreens | NA |
| 739 Glenwood, MN | Walgreens | NA |
| 752 Torrington, WY | Walgreens | Vandel Drug LLC |
| 753 Hot Springs, SD | Walgreens | NA |
| 757 Belle Fourche, SD | Walgreens | NA |
| 759 Sturgis, SD | Walgreens | County Drug Inc. |
| 760 Green River, WY | Walgreens | NA |
| 765 Mountain View, WY | Walgreens | Our Valley Pharmacy, Inc. |
| 789 Waupaca, WI | Walgreens | NA |
| 790 Stanley, WI | Walgreens (Scripts), Prohaska Bros (Inventory) | Chippewa Pharmacy, Inc. |
| 793 Mayville, WI | Walgreens | NA |
| 794 Quincy, WA | Walgreens | NA |
| 799 Tremonton, UT | Walgreens | Ridley's Family Markets |

**PLEASE TAKE FURTHER NOTICE** that the Transaction Hearing to consider approval of the sale, liquidation, or other disposition of the Pharmacy Assets to the Successful Bidders at the Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Judge Thomas L. Saladino, at the Court, 111 South 18th Plaza #1125, Omaha, Nebraska 68102, **on January 28, 2019, at 1:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE**, that at the Transaction Hearing, the Debtors will seek the Court's approval of the Successful Bids and the Backup Bids (if any). Unless the Court orders otherwise, the Transaction Hearing shall be an evidentiary hearing on matters relating to the Transaction and there will be no further bidding at the Transaction Hearing. In the event that the Successful Bidder cannot or refuses to consummate the Transaction because of the breach or failure on the part of the Successful Bidder, the Backup Bidder will be deemed the new Successful Bidder and the Debtors shall be authorized, but not required, to close with the Backup Bidder on the Backup Bid without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful Bidders and Backup Bidders is subject to the terms and conditions of the Bidding Procedures Order, with such Bidding

Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale, liquidation, or other disposition of the Pharmacy Assets and/or copies of any related document, including the Bidding Procedures Motion or the Bidding Procedures Order, may make a written request to: proposed counsel for the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, Attn: Travis Bayer, Esq. (travis.bayer@kirkland.com); and 601 Lexington Avenue, New York, NY 10022, Attn: Steven Serajeddini Esq. (steven.serajeddini@kirkland.com) and Daniel Rudewicz, Esq. (daniel.rudewicz@kirkland.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Transaction Motion, the Bidding Procedures Order, this Notice, and any other related documents are available: (a) upon request to Prime Clerk LLC (the notice and claims agent retained in these chapter 11 cases) by calling **(844) 205-7495**; (b) by visiting the website maintained in these chapter 11 cases at **http://cases.primeclerk.com/shopko**; or (c) for a fee via PACER by visiting http://www.neb.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  January 25, 2019<br>Omaha, Nebraska | /s/ *Michael T. Eversden* |

James J. Niemeier (NE Bar No. 18838)
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:   (402) 341-3070
Facsimile:    (402) 341-0216
Email:          jniemeier@mcgrathnorth.com
                   meversden@mcgrathnorth.com
                   lgoodman@mcgrathnorth.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                   patrick.nash@kirkland.com
                   travis.bayer@kirkland.com

- and -

Steven Serajeddini (admitted *pro hac vice*)
Daniel Rudewicz (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          steven.serajeddini@kirkland.com
                   daniel.rudewicz@kirkland.com

*Proposed Co-Counsel to the Debtors*