## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) Case No. 19-80064-TLS |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF ADDITIONAL STORE CLOSINGS

**PLEASE TAKE NOTICE** that on January 18, 2019, the United States Bankruptcy Court

for the District of Nebraska (the "Court") entered an interim order (the "Store-Closing Order") in

the above-referenced chapter 11 cases of Specialty Retail Shops Holding Corp. and its affiliated

debtors[1] (collectively, the "Debtors"), establishing procedures (the "Procedures") for the conduct

of Store Closings.[2] (Doc. 87).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Store-Closing Order and by

this written notice (this "Store-Closing Notice"), the Debtors hereby provide notice that they have

determined, in the exercise of their business judgment, to commence Store Closings, in accordance

with the Sale Guidelines, for each Additional Closing Store set forth in as **Exhibit A**, attached

hereto (the "Additional Store Closing List").

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the Additional

Closing Stores listed in the Additional Closing Store List must file and serve a written objection

so that such objection is filed with the Court and is actually received via first class mail, email,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592).  The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

[2]    Capitalized terms not defined herein have the meanings ascribed to them in the Store-Closing Order.

ECF, or fax no later than seven days after the date that the Debtors served this Store-Closing Notice, by the following parties: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven Serajeddini and Daniel Rudewicz, and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Travis Bayer and Whitney Fogelberg, and McGrath North Mullin & Kratz, P.C. LLO, First National Tower, Suite 3700, 1601 Dodge Street, Omaha, Nebraska 68102, Attn: James J. Niemeier, Michael T. Eversden, and Lauren R. Goodman, co-counsel to the Debtors; (b) the Office of the United States Trustee for the District of Nebraska, Attn: Jerry Jensen; (c) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey Pomerantz, Esq., counsel to the Official Committee of Unsecured Creditors; (d) counsel to Wells Fargo Bank, N.A., Otterbourg P.C., 230 Park Avenue, New York, New York 10169, Attn: Chad Simon, Esq. and Daniel Fiorillo, Esq.; and (e) counsel to Shopko Note Holding, LLC successor to Spirit Realty L.P., Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, Attn: Peter Siroka.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors are authorized to proceed with conducting the proposed Store Closings at each of the locations set forth in the Additional Closing Store List, in accordance with the Store-Closing Order or Final Order, as applicable, the Sale Guidelines, and the Consulting Agreement.

**PLEASE TAKE FURTHER NOTICE** that if an objection to an Additional Closing Store is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Additional Closing Store as to which such objection relates[3] at the next regularly scheduled omnibus hearing, subject to the right of any party to seek relief on an

---

[3]   An objection to a particular Additional Closing Store on the Additional Closing Store List shall not constitute an objection to the other Additional Closing Stores listed on Exhibit A to this Store-Closing Notice.

2

emergency basis on shortened notice, to the extent necessary, so that the Debtors may move

promptly to maximize value and minimize expenses for the benefit of creditors and stakeholders.

Dated:  February 6, 2019
  Omaha, Nebraska

/s/ Michael T. Eversden
James J. Niemeier (NE Bar No. 18838)
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:    (402) 341-3070
Facsimile:     (402) 341-0216
Email:         jniemeier@mcgrathnorth.com
               meversden@mcgrathnorth.com
               lgoodman@mcgrathnorth.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
Travis M. Bayer (*pro hac vice* pending)
Whitney Fogelberg (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               patrick.nash@kirkland.com
               travis.bayer@kirkland.com
               whitney.fogelberg@kirkland.com

- and -

Steven Serajeddini (*pro hac vice* pending)
Daniel Rudewicz (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:         steven.serajeddini@kirkland.com
               daniel.rudewicz@kirkland.com

*Co-Counsel to the Debtors*

3

**<u>Exhibit A</u>**
**Additional Store Closing List**

1

Shopko GOB
Post Petition Closures

| Count | Store # | Sqft. | Open Date | Address 1 | Address 2 | Address 3 | City | State | Zip | Lease Termination | Expected Store Close Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 5 | 65,459 | 01-May-67 | 230 NORTH WISCONSIN STREET | | | DEPERE | WI | 54115 | 11/30/2019 | 5/5/2019 |
| 2) | 23 | 71,806 | 07-Nov-72 | 125 MAIN STREET N | | | HUTCHINSON | MN | 55350 | 5/31/2026 | 5/5/2019 |
| 3) | 32 | 97,931 | 02-Nov-81 | 2101 WEST BROADWAY | | | MONONA | WI | 53713 | 11/30/2029 | 5/5/2019 |
| 4) | 62 | 90,505 | 14-Jul-86 | 301 NORTHWEST BYPASS | | | GREAT FALLS | MT | 59404 | 11/30/2034 | 5/5/2019 |
| 5) | 63 | 90,430 | 13-Oct-86 | 4215 YELLOWSTONE AVE | | | CHUBBUCK | ID | 83202 | 11/30/2034 | 5/5/2019 |
| 6) | 66 | 94,076 | 13-Jul-87 | 9520 N NEWPORT HWY | | | SPOKANE | WA | 99218 | 11/30/2029 | 5/5/2019 |
| 7) | 73 | 94,163 | 19-Oct-87 | 2530 RUDKIN ROAD | | | UNION GAP | WA | 98903 | 12/31/2035 | 5/5/2019 |
| 8) | 78 | 94,106 | 22-Feb-88 | 1845 HAINES AVE | | | RAPID CITY | SD | 57701 | 11/30/2034 | 5/5/2019 |
| 9) | 88 | 94,013 | 12-Sep-88 | 1150 NORTH MAIN | | | LAYTON | UT | 84041 | 5/31/2026 | 5/5/2019 |
| 10) | 89 | 83,211 | 12-Jul-89 | 1651 WEST ROSE STREET | BLUE MTN ML | | WALLA WALLA | WA | 99362 | 12/31/2035 | 5/5/2019 |
| 11) | 92 | 106,238 | 12-Jul-89 | 867 NORTH COLUMBIA CENTER BLVD | | | KENNEWICK | WA | 99336 | 12/31/2035 | 5/5/2019 |
| 12) | 96 | 94,418 | 27-Sep-89 | 55 LAKE BOULEVARD | | | REDDING | CA | 96003 | 12/31/2031 | 5/5/2019 |
| 13) | 98 | 100,840 | 27-Sep-89 | 2815 CHAD DRIVE | | | EUGENE | OR | 97408 | 1/31/2027 | 5/5/2019 |
| 14) | 109 | 94,248 | 06-Mar-91 | 4060 RIVERDALE ROAD | | | RIVERDALE | UT | 84405 | 11/30/2029 | 5/5/2019 |
| 15) | 111 | 117,326 | 12-Mar-92 | 1230 LANCASTER DRIVE SE | | | SALEM | OR | 97317 | 1/31/2027 | 5/5/2019 |
| 16) | 116 | 97,859 | 16-Oct-93 | 518 SOUTH TAYLOR DRIVE | | | SHEBOYGAN | WI | 53081 | 12/31/2035 | 5/5/2019 |
| 17) | 123 | 73,956 | 04-Mar-94 | 900 MEMORIAL DRIVE | | | HOUGHTON | MI | 49931 | 12/31/2031 | 5/5/2019 |
| 18) | 127 | 75,844 | 07-Mar-95 | 1450 EAST GENEVA STREET | | | DELAVAN | WI | 53115 | 12/31/2031 | 5/5/2019 |
| 19) | 145 | 60,985 | 24-Jul-98 | 1190 NORTH 6TH STREET | | | MONMOUTH | IL | 61462 | 12/31/2031 | 5/5/2019 |
| 20) | 170 | 89,775 | 05-Oct-99 | 2200 LINCOLN STREET | EAST POINTE CENTRE | | RHINELANDER | WI | 54501 | 12/31/2027 | 5/5/2019 |
| 21) | 201 | 25,875 | 28-Aug-16 | 3402 MAIN STREET | | | EMMETSBURG | IA | 50536 | 8/31/2031 | 5/5/2019 |
| 22) | 215 | 791 | 15-May-17 | 100 COUNTY RD B | | | SHAWANO | WI | 54166 | 5/14/2019 | 5/5/2019 |
| 23) | 501 | 14,265 | 07-Jan-05 | 3705 MONROE ROAD | | | DE PERE | WI | 54115 | 5/31/2026 | 5/5/2019 |
| 24) | 502 | 15,060 | 07-Jan-05 | 2585 LINEVILLE ROAD | | | GREEN BAY | WI | 54313 | 5/31/2026 | 5/5/2019 |
| 25) | 503 | 12,800 | 02-Oct-04 | 1011 N WISCONSIN STREET | | | PORT WASHINGTON | WI | 53074 | 5/31/2026 | 5/5/2019 |
| 26) | 510 | 465 | 17-Sep-12 | 800 RIVERSIDE DRIVE | | | WAUPACA | WI | 54981 | 12/31/2018 | 5/5/2019 |
| 27) | 512 | 32,719 | 04-Nov-13 | 598 LUCAS LANE | P.O. BOX 207 | | ELLSWORTH | WI | 54011 | 5/2/2024 | 5/5/2019 |
| 28) | 528 | 2,358 | 30-Dec-12 | 148 MAIN STREET | | | ROUNDUP | MT | 59072 | 10/31/2018 | 5/5/2019 |
| 29) | 529 | 5,633 | 02-Jul-12 | 125 EAST GLENDALE | | | DILLON | MT | 59725 | 1/4/2019 | 5/5/2019 |
| 30) | 549 | 25,911 | 20-Sep-15 | 1001 N. CENTER AVENUE | | | HARDIN | MT | 59034 | 9/30/2030 | 5/5/2019 |
| 31) | 556 | 25,955 | 20-Sep-15 | 471 WINE COUNTRY ROAD | | | PROSSER | WA | 99350 | 9/30/2030 | 5/5/2019 |
| 32) | 559 | 27,010 | 31-Aug-15 | 429 MICHIGAN AVE | | | OROFINO | ID | 83544 | 10/31/2031 | 5/5/2019 |
| 33) | 561 | 26,192 | 04-Oct-15 | 145 BROADWAY AVENUE N | | | COKATO | MN | 55321 | 10/31/2030 | 5/5/2019 |
| 34) | 579 | 22,425 | 04-Oct-15 | 502 E 8TH AVE | | | YUMA | CO | 80759 | 6/30/2025 | 5/5/2019 |
| 35) | 601 | 36,044 | 23-Jul-10 | 802 N. MAIN STREET | | | KEWAUNEE | WI | 54216 | 7/31/2029 | 5/5/2019 |
| 36) | 608 | 36,323 | 11-Nov-11 | 1010 W. RYAN STREET | | | BRILLION | WI | 54110 | 11/30/2026 | 5/5/2019 |
| 37) | 609 | 35,780 | 11-Nov-11 | 1120 S.T.H. 67 | | | KIEL | WI | 53042 | 10/31/2034 | 5/5/2019 |
| 38) | 611 | 35,775 | 04-Nov-13 | 1002 OLD MN AVE | | | SAINT PETER | MN | 56082 | 11/30/2028 | 5/5/2019 |
| 39) | 613 | 25,871 | 04-Nov-13 | 946 E. MAIN STREET | | | WINNECONNE | WI | 54986 | 11/30/2028 | 5/5/2019 |
| 40) | 624 | 26,282 | 06-Aug-12 | 15900 PICTURE BAY TRAIL | | | L'ANSE | MI | 49946 | 4/30/2024 | 5/5/2019 |
| 41) | 635 | 42,998 | 06-Aug-12 | 251 S. 4TH STREET | | | SAVANNA | IL | 61074 | 12/31/2027 | 5/5/2019 |
| 42) | 638 | 34,998 | 06-Aug-12 | 200 W. BURNSIDE DRIVE | P.O. BOX 647 | | MONTICELLO | IL | 61856 | 5/31/2021 | 5/5/2019 |
| 43) | 640 | 35,551 | 06-Aug-12 | 700 PROGRESS BLVD. | | | TUSCOLA | IL | 61953 | 5/31/2021 | 5/5/2019 |
| 44) | 644 | 36,027 | 10-Sep-12 | 11250 NORTH MISSION ROAD | | | CLARE | MI | 48617 | 5/31/2021 | 5/5/2019 |
| 45) | 659 | 30,000 | 06-Aug-12 | 2410 DAHLKE AVE. | P.O. BOX 306 | | AUBURN | NE | 68305 | 5/31/2021 | 5/5/2019 |
| 46) | 661 | 32,753 | 06-Aug-12 | 500 PLAZA DRIVE | | | WEST POINT | NE | 68788 | 11/30/2027 | 5/5/2019 |
| 47) | 681 | 24,510 | 19-Nov-12 | 202 SUSAN LAWRENCE DRIVE | | | IDA GROVE | IA | 51445 | 6/17/2021 | 5/5/2019 |
| 48) | 683 | 24,543 | 30-Dec-12 | 109 N. MARKET STREET | | | AUDUBON | IA | 50025 | 3/31/2019 | 5/5/2019 |
| 49) | 687 | 24,790 | 30-Dec-12 | 202 SW. KENT | | | GREENFIELD | IA | 50849 | 12/31/2022 | 5/5/2019 |
| 50) | 688 | 18,742 | 19-Nov-12 | 413 W HURON STREET | | | MISSOURI VALLEY | IA | 51555 | 10/21/2019 | 5/5/2019 |
| 51) | 689 | 18,604 | 30-Dec-12 | 201 N. FILLMORE | | | MOUNT AYER | IA | 50854 | 5/31/2021 | 5/5/2019 |
| 52) | 692 | 42,987 | 30-Dec-12 | 1150 EAST 3RD | | | SUPERIOR | NE | 68978 | 6/30/2023 | 5/5/2019 |
| 53) | 694 | 24,199 | 19-Nov-12 | 312 FLACK STREET | PO BOX 720 | | ALLIANCE | NE | 69301 | 1/5/2022 | 5/5/2019 |
| 54) | 698 | 31,549 | 19-Nov-12 | 718 4TH STREET | | | GOTHENBURG | NE | 69138 | 7/31/2029 | 5/5/2019 |

| Count | Store # | Sqft. | Open Date | Address 1 | Address 2 | Address 3 | City | State | Zip | Lease Termination | Expected Store Close Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55) | 706 | 26,586 | 02-Jul-12 | 115 LEROUX DRIVE | | | DONIPHAN | MO | 63935 | 3/31/2025 | 5/5/2019 |
| 56) | 710 | 17,707 | 02-Jul-12 | 212 NORTH MAIN STREET | | | GALLATIN | MO | 64640 | 5/31/2021 | 5/5/2019 |
| 57) | 732 | 42,446 | 06-Aug-12 | 3225 10TH STREET EAST | | | GLENCOE | MN | 55336 | 11/13/2020 | 5/5/2019 |
| 58) | 742 | 40,974 | 10-Sep-12 | 421 GATEWAY DRIVE NE | | | EAST GRAND FORKS | MN | 56721 | 11/30/2027 | 5/5/2019 |
| 59) | 749 | 21,822 | 10-Sep-12 | 301 1ST AVENUE SOUTH | | | SAINT JAMES | MN | 56081 | 3/31/2019 | 5/5/2019 |
| 60) | 751 | 32,364 | 10-Sep-12 | 1712 SD HWY 10 | | | SISSETON | SD | 57262 | 1/31/2023 | 5/5/2019 |
| 61) | 756 | 23,287 | 19-Nov-12 | 1255 MAIN STREET | | | LANDER | WY | 82520 | 7/31/2029 | 5/5/2019 |
| 62) | 788 | 35,893 | 24-Sep-12 | 200 COMMERCE DRIVE | | | COLUMBUS | WI | 53925 | 9/30/2027 | 5/5/2019 |
| 63) | 793 | 35,775 | 02-May-14 | 2050 HORICON STREET | | | MAYVILLE | WI | 53050 | 7/31/2029 | 5/5/2019 |
| 64) | 794 | 35,906 | 24-Nov-14 | 814 13TH AVENUE SW | | | QUINCY | WA | 98848 | 11/30/2029 | 5/5/2019 |
| 65) | 798 | 25,897 | 20-Sep-15 | 1635 E. HIGHWAY 40 | | | BALLARD | UT | 84066 | 9/30/2030 | 5/5/2019 |
| 66) | 799 | 25,915 | 20-Sep-15 | 440 W. MAIN STREET | | | TREMONTON | UT | 84337 | 9/30/2030 | 5/5/2019 |
| 67) | 10 | 124,761 | 13-Nov-69 | 1150 WEST WASHINGTON | | | MARQUETTE | MI | 49855 | 12/31/2031 | 5/12/2019 |
| 68) | 16 | 83,179 | 02-Jun-71 | 2530 FIRST AVENUE NORTH | | | ESCANABA | MI | 49829 | 12/31/2035 | 5/12/2019 |
| 69) | 19 | 96,325 | 07-Sep-72 | 701 S. CHURCH ST. | | | WATERTOWN | WI | 53094 | 12/31/2031 | 5/12/2019 |
| 70) | 26 | 93,845 | 25-Sep-78 | 2761 PRAIRIE AVE. | | | BELOIT | WI | 53511 | 12/31/2031 | 5/12/2019 |
| 71) | 27 | 100,010 | 05-Nov-79 | 4801 WASHINGTON AVE | | | RACINE | WI | 53406 | 12/31/2031 | 5/12/2019 |
| 72) | 28 | 98,030 | 05-Nov-79 | 800 EAST MAES AVE | | | KIMBERLY | WI | 54136 | 12/31/2035 | 5/12/2019 |
| 73) | 31 | 97,961 | 27-Oct-80 | 5300 52ND ST | | | KENOSHA | WI | 53144 | 12/31/2031 | 5/12/2019 |
| 74) | 41 | 90,461 | 19-Mar-84 | 1209 18TH AVE NORTHWEST | OAK PARK MALL | | AUSTIN | MN | 55912 | 12/31/2031 | 5/12/2019 |
| 75) | 48 | 66,827 | 09-Jul-84 | 2005 KRENZIEN DRIVE | | | NORFOLK | NE | 68701 | 12/31/2031 | 5/12/2019 |
| 76) | 49 | 66,735 | 15-Oct-84 | 500 NORTH HIGHWAY 281 | | | ABERDEEN | SD | 57401 | 12/31/2035 | 5/12/2019 |
| 77) | 58 | 66,713 | 30-Sep-85 | 1755 NORTH HUMISTON AVE. | | | WORTHINGTON | MN | 56187 | 12/31/2031 | 5/12/2019 |
| 78) | 60 | 66,784 | 30-Sep-85 | 2610 BRIDGE AVE. | | | ALBERT LEA | MN | 56007 | 12/31/2031 | 5/12/2019 |
| 79) | 61 | 90,414 | 28-Oct-85 | 501 HWY. 10 SE | | | ST CLOUD | MN | 56304 | 5/31/2026 | 5/12/2019 |
| 80) | 67 | 94,068 | 13-Oct-86 | 1649 POLE LINE RD E. | | | TWIN FALLS | ID | 83301 | 12/31/2036 | 5/12/2019 |
| 81) | 70 | 90,590 | 13-Jul-87 | 13414 E SPRAGUE AVE | | | SPOKANE | WA | 99216 | 12/31/2035 | 5/12/2019 |
| 82) | 91 | 94,225 | 12-Jul-89 | 1341 NORTH MAIN STREET | | | LOGAN | UT | 84341 | 5/31/2026 | 5/12/2019 |
| 83) | 102 | 83,180 | 05-Jul-90 | 2741 ROOSEVELT ROAD | | | MARINETTE | WI | 54143 | 12/31/2035 | 5/12/2019 |
| 84) | 122 | 89,447 | 04-Mar-94 | 1340 NORTH WENATCHEE AVENUE | | | WENATCHEE | WA | 98801 | 1/31/2024 | 5/12/2019 |
| 85) | 206 | 30,622 | 06-Nov-16 | 701 GREAT BASIN BLVD | | | ELY | NV | 89301 | 11/30/2031 | 5/12/2019 |
| 86) | 520 | 22,382 | 13-Mar-16 | 2585 STATE HWY 14 | | | ALBION | NE | 68620 | 2/28/2026 | 5/12/2019 |
| 87) | 535 | 25,976 | 27-Mar-15 | 320 HIGHWAY 12 EAST | | | BOWMAN | ND | 58623 | 2/28/2023 | 5/12/2019 |
| 88) | 536 | 25,819 | 27-Mar-15 | 515 EAST OKLAHOMA AVENUE | | | ULYSSES | KS | 67880 | 10/31/2022 | 5/12/2019 |
| 89) | 537 | 26,738 | 27-Mar-15 | 1026 N. INDEPENDENCE AVENUE | | | BELOIT | KS | 67420 | 3/31/2023 | 5/12/2019 |
| 90) | 539 | 35,499 | 27-Mar-15 | 1907 S. STOCKTON AVENUE | | | MONAHANS | TX | 79756 | 3/31/2025 | 5/12/2019 |
| 91) | 540 | 36,399 | 27-Mar-15 | 334 E. HIGHWAY 302 | | | KERMIT | TX | 79745 | 9/30/2022 | 5/12/2019 |
| 92) | 541 | 36,565 | 27-Mar-15 | 509 BLAIR STREET | | | DALHART | TX | 79022 | 3/31/2022 | 5/12/2019 |
| 93) | 542 | 30,470 | 27-Mar-15 | 1301 S. MAIN STREET | | | PERRYTON | TX | 79070 | 9/24/2020 | 5/12/2019 |
| 94) | 544 | 26,057 | 21-Jun-15 | 500 N CENTRAL AVE | | | SIDNEY | MT | 59270 | 10/31/2034 | 5/12/2019 |
| 95) | 551 | 25,021 | 27-Mar-15 | 334 N. HALLECK STREET | | | DEMOTTE | IN | 46310 | 3/31/2021 | 5/12/2019 |
| 96) | 553 | 42,773 | 27-Mar-15 | 1903 NORTH BUCKEYE AVENUE | | | ABILENE | KS | 67410 | 8/31/2028 | 5/12/2019 |
| 97) | 554 | 40,600 | 27-Mar-15 | 1203 NORTH MAIN STREET | | | ANDREWS | TX | 79714 | 9/30/2023 | 5/12/2019 |
| 98) | 555 | 23,459 | 27-Mar-15 | 1145 SOUTH HIGHWAY 191 | | | MOAB | UT | 84532 | 2/28/2030 | 5/12/2019 |
| 99) | 560 | 30,701 | 21-Jun-15 | 816 E STATE RD | | | FAIRVIEW | OK | 73737 | 2/28/2025 | 5/12/2019 |
| 100) | 568 | 25,572 | 21-Jun-15 | 200 10TH AVE SE | | | NEW PRAGUE | MN | 56071 | 10/31/2022 | 5/12/2019 |
| 101) | 569 | 22,331 | 21-Jun-15 | 1400 MORNINGSIDE DR | | | MILBANK | SD | 57252 | 5/31/2020 | 5/12/2019 |
| 102) | 576 | 22,273 | 04-Oct-15 | 2500 E HIGHWAY 90 | | | ALPINE | TX | 79830 | 6/30/2025 | 5/12/2019 |
| 103) | 580 | 22,274 | 04-Oct-15 | 6717 HIGHWAY 200 | | | CARRINGTON | ND | 58421 | 6/30/2025 | 5/12/2019 |
| 104) | 584 | 26,282 | 02-Oct-16 | 6355 MAIN STREET | | | BONNERS FERRY | ID | 83805 | 10/31/2031 | 5/12/2019 |
| 105) | 589 | 31,777 | 13-Mar-16 | 22422 HIGHWAY 9 | | | CRESCO | IA | 52136 | 2/28/2031 | 5/12/2019 |
| 106) | 594 | 25,877 | 10-Jul-16 | 1951 E KING AVE | | | CHAMBERLAIN | SD | 57325 | 7/31/2031 | 5/12/2019 |
| 107) | 606 | 42,456 | 20-May-11 | 56835 STATION DRIVE | | | CALUMET | MI | 49913 | 10/20/2026 | 5/12/2019 |
| 108) | 642 | 36,045 | 15-Oct-12 | 540 JENNER DRIVE | | | ALLEGAN | MI | 49010 | 7/31/2029 | 5/12/2019 |

Shopko GOB
Post Petition Closures

| Count | Store # | Sqft. | Open Date | Address 1 | Address 2 | Address 3 | City | State | Zip | Lease Termination | Expected Store Close Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109) | 643 | 35,527 | 15-Oct-12 | 91 W. PINE LAKE DRIVE | P.O. BOX 979 | | NEWAYGO | MI | 49337 | 7/31/2029 | 5/12/2019 |
| 110) | 647 | 47,108 | 15-Oct-12 | 1101 N. INDIANA AVENUE | | | SYRACUSE | IN | 46567 | 4/30/2019 | 5/12/2019 |
| 111) | 648 | 47,147 | 10-Sep-12 | 2655 WEST CHICAGO BLVD | PO BOX 306 | | TECUMSEH | MI | 49286 | 4/30/2023 | 5/12/2019 |
| 112) | 649 | 45,058 | 10-Sep-12 | 1995 SOUTH CEDAR | PO BOX 97 | | IMLAY CITY | MI | 48444 | 8/31/2023 | 5/12/2019 |
| 113) | 651 | 35,521 | 10-Sep-12 | 2278 N. COMFORT DRIVE | | | HART | MI | 49420 | 5/31/2031 | 5/12/2019 |
| 114) | 652 | 36,335 | 10-Sep-12 | 400 SOUTH MAIN STREET | PO BOX 340 | | BROOKLYN | MI | 49230 | 1/30/2021 | 5/12/2019 |
| 115) | 653 | 42,473 | 10-Sep-12 | 174 JAMES ROBERTSON DRIVE | PO BOX 391 | | GLADWIN | MI | 48624 | 5/22/2021 | 5/12/2019 |
| 116) | 656 | 26,136 | 10-Sep-12 | 784 S. CEDAR STREET STE E | | | KALKASKA | MI | 49646 | 8/31/2024 | 5/12/2019 |
| 117) | 658 | 33,186 | 06-Aug-12 | 123 N. 24TH STREET | | | BEATRICE | NE | 68310 | 5/31/2021 | 5/12/2019 |
| 118) | 669 | 35,716 | 15-Oct-12 | 1345 S. FREDERICK AVENUE | P.O. BOX 271 | | OELWEIN | IA | 50662 | 7/31/2025 | 5/12/2019 |
| 119) | 673 | 32,499 | 19-Nov-12 | 1511 EAST 4TH STREET | | | AINSWORTH | NE | 69210 | 7/31/2029 | 5/12/2019 |
| 120) | 674 | 28,014 | 19-Nov-12 | 1003 CENTRAL AVE. WEST | | | CLARION | IA | 50525 | 7/31/2029 | 5/12/2019 |
| 121) | 679 | 28,117 | 19-Nov-12 | 1006 S. COUNTY ROAD | PO BOX 189 | | TOLEDO | IA | 52342 | 9/30/2021 | 5/12/2019 |
| 122) | 686 | 29,823 | 19-Nov-12 | 902 S LOCUST | | | GLENWOOD | IA | 51534 | 6/30/2019 | 5/12/2019 |
| 123) | 696 | 28,626 | 19-Nov-12 | 505 W. HOLME ST. | PO BOX 361 | | NORTON | KS | 67654 | 7/31/2020 | 5/12/2019 |
| 124) | 697 | 29,441 | 19-Nov-12 | 1710 NORTH STREET | | | SENECA | KS | 66538 | 6/30/2027 | 5/12/2019 |
| 125) | 704 | 32,709 | 02-Jul-12 | 1300 STONE STREET | PO BOX 590 | | FALLS CITY | NE | 68355 | 10/31/2019 | 5/12/2019 |
| 126) | 705 | 42,488 | 02-Jul-12 | 2001 EAST 9TH STREET | | | TRENTON | MO | 64683 | 3/17/2023 | 5/12/2019 |
| 127) | 709 | 27,508 | 02-Jul-12 | 1307 S STATE HWY 32 | | | EL DORADO SPRINGS | MO | 64744 | 9/30/2019 | 5/12/2019 |
| 128) | 729 | 34,502 | 30-Dec-12 | 777 BYPASS ROAD | P.O. BOX 247 | | BRANDENBURG | KY | 40108 | 11/30/2019 | 5/12/2019 |
| 129) | 734 | 28,584 | 15-Oct-12 | 601 DIVISION AVENUE SOUTH | PO BOX 66 | | CAVALIER | ND | 58220 | 1/31/2024 | 5/12/2019 |
| 130) | 737 | 33,180 | 15-Oct-12 | 932 W. 12TH STREET | | | GRAFTON | ND | 58237 | 12/4/2021 | 5/12/2019 |
| 131) | 741 | 28,892 | 15-Oct-12 | 225 HWY 2 SE | P.O. BOX 386 | | RUGBY | ND | 58368 | 12/31/2021 | 5/12/2019 |
| 132) | 760 | 52,071 | 19-Nov-12 | 1105 BRIDGER DRIVE | | | GREEN RIVER | WY | 82935 | 10/31/2020 | 5/12/2019 |
| 133) | 765 | 26,087 | 19-Nov-12 | 1080 HWY 414 | PO BOX 219 | | MOUNTAIN VIEW | WY | 82939 | 2/28/2025 | 5/12/2019 |
| 134) | 767 | 32,133 | 15-Oct-12 | 100 SOUTH 20TH STREET | | | WORLAND | WY | 82401 | 7/31/2029 | 5/12/2019 |
| 135) | 789 | 42,511 | 24-Sep-12 | 825 WEST FULTON STREET | | | WAUPACA | WI | 54981 | 9/30/2027 | 5/12/2019 |
| 136) | 791 | 27,893 | 15-Oct-12 | 616 E US HWY 9 | | | FOREST CITY | IA | 50436 | 3/31/2022 | 5/12/2019 |
| 137) | 797 | 38,750 | 20-Sep-15 | 6475 U.S. HIGHWAY 93 SOUTH #15 | | | WHITEFISH | MT | 59937 | 9/30/2030 | 5/12/2019 |