**Shopko**
**DIP Budget**
($ in 000s)

| ($ in 000s) | Petition 2018 Jan-19 01/19/19 | 2018 Jan-19 01/26/19 | 2018 Jan-19 02/02/19 | 2019 Feb-19 02/09/19 | 2019 Feb-19 02/16/19 | 2019 Feb-19 02/23/19 | 2019 Feb-19 03/02/19 | 2019 Mar-19 03/09/19 | 2019 Mar-19 03/16/19 | 2019 Mar-19 03/23/19 | 2019 Mar-19 03/30/19 | 2019 Mar-19 04/06/19 | 2019 Apr-19 04/13/19 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. Cash Flows** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| 1.) Sales Receipts | 13,891 | 41,113 | 36,301 | 33,265 | 39,940 | 35,788 | 37,064 | 42,503 | 41,802 | 40,613 | 40,343 | 38,247 | 40,442 | 481,313 |
| 2.) Proceeds from Rx Asset Sales | 322 | 289 | 6,701 | 19,378 | 10,117 | 10,339 | 124 | 2,901 | - | - | - | - | - | 50,171 |
| 3.) Total Receipts | 14,213 | 41,402 | 43,002 | 52,643 | 50,058 | 46,127 | 37,188 | 45,404 | 41,802 | 40,613 | 40,343 | 38,247 | 40,442 | 531,484 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| 4.) Merchandise Disbursements | (161) | (5,307) | (8,814) | (13,470) | (9,152) | (4,377) | (1,453) | (8,130) | (7,941) | (8,671) | (7,855) | (4,732) | (3,780) | (83,844) |
| 5.) Payroll, Payroll Tax, & Benefits | (1,394) | (535) | (12,932) | (1,427) | (10,765) | (1,062) | (10,470) | (1,192) | (10,679) | (1,201) | (9,985) | (1,694) | (10,031) | (73,367) |
| 6.) Sales Tax | - | (8,445) | (3,224) | (873) | (1,747) | (2,329) | (873) | (743) | (1,487) | (3,717) | (743) | (743) | (1,601) | (26,528) |
| 7.) Other OpEx | (427) | (3,874) | (8,394) | (4,574) | (8,013) | (4,895) | (6,630) | (8,149) | (7,173) | (6,730) | (5,813) | (6,757) | (5,210) | (76,638) |
| 8.) Subtotal | (1,982) | (18,161) | (33,364) | (20,345) | (29,677) | (12,663) | (19,426) | (18,214) | (27,280) | (20,319) | (24,397) | (13,926) | (20,623) | (260,376) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| 9.) Capital Expenditures | - | - | - | (89) | (72) | (27) | (30) | (47) | (22) | (120) | (25) | (24) | (81) | (539) |
| 10.) Interest & Financing | (2,417) | (432) | (3,423) | (53) | (30) | (46) | (1,958) | - | (133) | (61) | (59) | (2,016) | (80) | (10,708) |
| 11.) Restructuring Related | (6,300) | - | (86) | - | (8,049) | - | (2,705) | (3,020) | (5,348) | (2,200) | (2,200) | (2,975) | (9,925) | (42,808) |
| 12.) Subtotal | (8,717) | (432) | (3,509) | (141) | (8,151) | (73) | (4,693) | (3,067) | (5,504) | (2,381) | (2,285) | (5,015) | (10,086) | (54,054) |
| 13.) **Total Disbursements** | (10,698) | (18,592) | (36,872) | (20,487) | (37,828) | (12,736) | (24,120) | (21,282) | (32,784) | (22,700) | (26,681) | (18,942) | (30,708) | (314,430) |
| 14.) **Net Cash Flow** | 3,515 | 22,810 | 6,130 | 32,156 | 12,230 | 33,391 | 13,069 | 24,123 | 9,018 | 17,913 | 13,661 | 19,305 | 9,733 | 217,054 |
| **II. Financing** | | | | | | | | | | | | | | |
| 15.) Beginning Bank Cash | 50 | 675 | 6,933 | 4,640 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 16.) Net Cash Flow | 3,515 | 22,810 | 6,130 | 32,156 | 12,230 | 33,391 | 13,069 | 24,123 | 9,018 | 17,913 | 13,661 | 19,305 | 9,733 | 217,054 |
| 17.) Revolver Borrowings / (Pay Down) | (2,890) | (16,552) | (8,423) | (36,746) | (12,230) | (33,391) | (13,069) | (24,123) | (9,018) | (17,913) | (13,661) | (19,305) | (9,733) | (217,054) |
| 18.) Ending Bank Cash | 675 | 6,933 | 4,640 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| **II. Availability** | | | | | | | | | | | | | | |
| 19.) Gross Borrowing Base | 464,954 | 444,176 | 419,305 | 388,120 | 359,390 | 333,523 | 323,387 | 308,358 | 286,260 | 271,143 | 254,809 | 238,380 | 218,584 | 218,584 |
| 20.) Beginning Revolver Balance | 344,006 | 341,117 | 324,565 | 316,142 | 279,395 | 267,166 | 233,775 | 220,706 | 196,584 | 187,566 | 169,652 | 155,991 | 136,686 | 344,006 |
| 21.) Revolver Borrowings / (Pay Down) | (2,890) | (16,552) | (8,423) | (36,746) | (12,230) | (33,391) | (13,069) | (24,123) | (9,018) | (17,913) | (13,661) | (19,305) | (9,733) | (217,054) |
| 22.) Additional Paid in Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23.) Ending Revolver Balance | 341,117 | 324,565 | 316,142 | 279,395 | 267,166 | 233,775 | 220,706 | 196,584 | 187,566 | 169,652 | 155,991 | 136,686 | 126,953 | 126,953 |
| 24.) + Letters of Credit | 23,431 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 | 21,595 |
| 25.) + Accrued Interest & Fees | 127 | 594 | 1,001 | 1,460 | 1,908 | 2,326 | 823 | 1,207 | 1,582 | 1,941 | 2,288 | 675 | 995 | 995 |
| 26.) Total ABL Obligation | 364,675 | 346,753 | 338,737 | 302,450 | 290,668 | 257,695 | 243,124 | 219,385 | 210,743 | 193,188 | 179,873 | 158,956 | 149,543 | 149,543 |
| 27.) ABL Availability | 100,280 | 97,423 | 80,568 | 85,670 | 68,721 | 75,828 | 80,262 | 88,973 | 75,517 | 77,955 | 74,936 | 79,424 | 69,041 | 69,041 |
| 28.) **Total Gross Liquidity** | 100,955 | 104,356 | 85,208 | 85,720 | 68,771 | 75,878 | 80,312 | 89,023 | 75,567 | 78,005 | 74,986 | 79,474 | 69,091 | 69,091 |
| 29.) - Availability Block [Original] | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) |
| 30.) **Total Net Liquidity** | 50,955 | 54,356 | 35,208 | 35,720 | 18,771 | 25,878 | 30,312 | 39,023 | 25,567 | 28,005 | 24,986 | 29,474 | 19,091 | 19,091 |