ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

Specialty Retail Shops Holding Corp.    Bankruptcy Proceeding No. 19–80064–TLS
Chapter 11

Debtor(s)

Judge: Thomas L. Saladino

**NOTICE OF NONCOMPLIANCE**

ISSUE:    Amended Disclosure Statement

ATTY:    Michael Eversden

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 2/13/19

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.