**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: <br><br> SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No.: 19-80064 (TLS) <br><br> (Jointly Administered) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING RETENTION OF BACK BAY MANAGEMENT CORPORATION AND ITS DIVISION, THE MICHEL-SHAKED GROUP, AS EXPERT CONSULTANT AND DR. ISRAEL SHAKED AS EXPERT WITNESS *NUNC PRO TUNC* TO FEBRUARY 12, 2019**

The Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession (the "Debtors") in the above-captioned cases hereby submits its application (the "Application") for entry of an order, pursuant to sections 1103(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the retention of Back Bay Management Corporation and its division, The Michel-Shaked Group ("BBM/MSG") as expert consultant and Dr. Israel Shaked as expert witness *nunc pro tunc* to February 12, 2019. In support of the Application, the Committee submits the Declaration of Dr. Israel Shaked (the "Shaked Declaration"), attached hereto as Exhibit A and incorporated herein by reference. In further support of the Application, the Committee respectfully represents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this case and the Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are Bankruptcy Code sections 1103(a) and 328(a) and Bankruptcy Rule 2014(a).

**BACKGROUND**

3. On January 16, 2019 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska (the "Court"), thereby commencing these chapter 11 cases (the "Cases"). The Debtors continue in possession of their property and are operating and managing their businesses as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Cases.

4. On January 18, 2019, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following seven (7) members: (i) Hanesbrands, Inc.; (ii) Readerlink Distribution Services, LLC; (iii) Home Products International N.A.; (iv) McKesson Corp.; (v) Notations, Inc.; (vi) LCN SKO Omaha (Multi) LLC; and (vii) Realty Income Corporation. *See Appointment of Committee of Unsecured Creditors* [Docket No. 95].

**RELIEF REQUESTED**

5. By this Application, the Committee requests the entry of an order, pursuant to sections 1103(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a),

authorizing the Committee to employ and retain BBM/MSG to provide expert consulting services and Dr. Israel Shaked to provide expert witness services to the Committee *nunc pro tunc* to February 12, 2019, in accordance with the terms and conditions set forth in the agreement attached hereto as Exhibit B (the "Engagement Agreement").[2] The biographies of Dr. Shaked and the principals primarily expected to work on this engagement are set forth on Exhibit C hereto.

6. As set forth in the Engagement Agreement, the Committee proposes to retain BBM/MSG for the purpose of providing the expert consulting and testimony services described below. For the reasons set forth herein, the Committee submits that the relief requested is in the best interests of the Committee, unsecured creditors, and the Debtors' estates, and, therefore, should be granted.

## SERVICES TO BE RENDERED

7. The parties have entered into the Engagement Agreement, which governs the relationship between the Committee and BBM/MSG. The terms and conditions of the Engagement Agreement were negotiated at arm's length and reflect the parties' mutual agreement as to the efforts that will be required in this engagement. Under the Engagement Agreement, in consideration for the compensation contemplated thereby, BBM/MSG and Dr. Shaked have agreed to provide the services described herein.

8. The Committee seeks to retain BBM/MSG and Dr. Shaked for the purpose of providing the following services (collectively, the "Services"):

---

[2] Any references to or summaries of the Engagement Agreement in the Application are qualified by the express terms of the Engagement Agreement, which shall govern if there is any conflict between the Engagement Agreement and the summaries provided herein. Additionally, any capitalized terms used in the Application and not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Agreement.

3

    a.    expert consulting services and expert testimony regarding the Debtors' estates' claims relating to the pre-petition dividend recapitalizations, including solvency and capital surplus analysis;

    b.    expert consulting services and expert testimony in connection with the valuation of the Debtors' business and any litigation arising in these cases as reasonably requested by the Committee consistent with BBM/MSG's and Dr. Shaked's roles in these cases and not duplicative of services being performed by other professionals retained by the Committee;

    c.    assisting with the preparation of affidavits/declarations, depositions and briefing in these cases, if necessary, concerning the issues for which they are providing expert consulting services and expert testimony; and

    d.    preparing for and providing both deposition and court testimony in these cases regarding the issues for which they are providing expert consulting services and expert testimony.

By separate applications, the Committee is seeking to retain other professionals in these cases, including Pachulski Stang Ziehl & Jones LLP and FTI Consulting, Inc. BBM/MSG and Dr. Shaked will coordinate and work with these professionals in order to minimize any duplication of services on behalf of the Committee.

## BASIS FOR RELIEF

9.    Prior to the Petition Date, the Debtors engaged in certain equity transactions with Sun Capital, including upstreaming a significant amount of dividends. It is necessary and essential that the Committee, as the statutory fiduciary for all unsecured creditors in these cases, employ an expert consultant and witness to render the foregoing Services. In light of the complexity of the Debtors' transactions with its equity sponsor and the Debtors' business itself, the Committee requires the services of seasoned and experienced experts who can enable the Committee to adequately assess financial and valuation issues with respect to the potential estate claims arising out of the insider transactions and other aspects of the Debtors' business. The Committee believes that BBM/MSG and Dr. Shaked are well-qualified to provide the

Services in a cost-effective, efficient and timely manner. As described below and more fully in the Shaked Declaration, BBM/MSG and Dr. Shaked have extensive experience in the analysis of solvency, capital surplus and valuation of public and privately-held businesses, including businesses that are complex, international organizations. For example, Dr. Shaked has been engaged in the following cases: AIG, American Chain Link Fence, Belle Casinos, Bennett Funding Group, Caesars Entertainment, Congoleum, Dragon Systems, Duro Industries, Enron, Enron Global Power & Pipelines, Flintkote, FoxMeyer, Halliburton, Hechinger, Home Insurance, Jones Truck Lines, Lernout & Hauspie, Lincoln North Partnership, M4 Environmental, Merry-Go-Round, MGM/UA Communications, Mirant, Mirant Americas Energy Marketing, Morse Tool, Munford Inc. (d/b/a Majik Market), North Manchester Foundry, Payless ShoeSource, Polaroid, Quigly, Refco, Telecom Argentina, Vencor, Ventas Realty, Vetta Sports, Wieboldt Stores, and World Bazaar. Accordingly, BBM/MSG and Dr. Shaked are well qualified to perform these services and assist the Committee in these cases.

## DISCLOSURE OF CONNECTIONS

10. To the best of the Committee's knowledge, as set forth in the Shaked Declaration, BBM/MSG has not encountered any creditors of the Debtors in which an actual conflict exists between BBM/MSG and such creditors, and neither Dr. Shaked, BBM/MSG, nor any partner, or associate thereof, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Nebraska, except as set forth in the Shaked Declaration. As set forth in the Shaked Declaration, to the extent that any new relevant facts or relationships bearing on the matters described herein are discovered or arise, BBM/MSG

5

and Dr. Shaked will use reasonable efforts to promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## PROFESSIONAL COMPENSATION

11. BBM/MSG intends to seek compensation for services rendered and expenses incurred in accordance with the Bankruptcy Code, the Bankruptcy Rules, and any applicable Orders of the Court.

12. The Committee proposes to compensate BBM/MSG for services rendered at the hourly rates that are in effect from time to time and to reimburse BBM/MSG according to BBM/MSG's customary reimbursement policies. BBM/MSG's current range of standard hourly rates, subject to change from time to time, range from $850 for managing directors to $175 for paraprofessionals. Specifically, Dr. Shaked's standard hourly rate is $850 and Brad Orelowitz's standard hourly rate is $625.

13. As set forth in the Shaked Declaration, Dr. Shaked believes, and the Committee agrees, that the foregoing compensation arrangements are (a) reasonable, (b) market-based, and (c) merited by BBM/MSG's and Dr. Shaked's extensive knowledge and experience in the matters for which they are being retained.

14. As more fully described in the Shaked Declaration, BBM/MSG is not a prepetition creditor of the Debtors. No promises have been received by BBM/MSG as to compensation or payment in connection with this retention other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and Orders of this Court. BBM/MSG has no agreement with any non-affiliated person or entity to share with such entity any compensation received in connection with this retention except as set forth in the Shaked Declaration.

DOCS_NY:38686.2 78686/002

**APPLICABLE AUTHORITY**

15. To assist the Committee with its statutory rights and duties under section 1103(c) of the Bankruptcy Code, a Committee may retain experts and consultants. *See* 11 U.S.C. §§ 328(a) and 1103(a); *see also In re Payless Holdings, LLC*, Case No. 17-42267 [Docket No. 1146] (Bankr. E.D. Mo. June 16, 2017); *In re Motors Liquidation Co.*, Case No. 09-50026 (Bankr. S.D.N.Y. Apr. 30, 2010) [Docket No. 5683] (authorizing the official committee of unsecured creditors to retain a consultant for valuation of asbestos liabilities under sections 328 and 1103 of the Bankruptcy Code); *In re SFX Entertainment, Inc.*, Case No. 16-10238 (Bankr. D. Del. Sept. 27, 2016) [Docket No. 1068] (authorizing the official committee of unsecured creditors to retain a consultant for valuation of the business pursuant to a plan of reorganization).

16. Bankruptcy Rule 2014 requires that an application for retention of a professional person include:

> [S]pecific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014(a).

17. Based on the foregoing and as further supported by the Shaked Declaration, the Committee believes that the retention of BBM/MSG and Dr. Shaked to provide expert consulting and witness services is necessary and appropriate, and in the best interests of the Committee, the estates and their creditors.

**NOTICE**

18. Notice of this Application has been given to the following parties: (i) the Office of the United States Trustee for the District of Nebraska; (ii) counsel for the Debtors; (iii) the agent under the Debtors' prepetition asset-backed facility; (iv) the agent under the DIP Facility; (v) the agent under the Debtors' prepetition term loan facility; and (vi) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Committee respectfully submits that no other or further notice is required.

**NO PREVIOUS REQUEST**

19. No previous request for the relief sought herein has been made by the Committee to this Court or any other court.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court enter an order granting the relief requested in the Application and such other and further relief as may be just and proper.

Dated: February 24, 2019

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SPECIALTY RETAIL SHOPS HOLDING CORP.**, *et al.*

_____
McKesson Corporation
By: Ben Carlsen

Solely in McKesson's capacity as Chair of the Official Committee of Unsecured Creditors of Specialty Retail Shops Holding Corp., *et al.*, and not in any other capacity

## **CERTIFICATE OF SERVICE**

       I certify that on February 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system.

       I further certify that on February 26, 2019, I served the following parties by first class, U.S. Mail, postage prepaid:

Jeanmarie Baer on behalf of
Creditor Baylor County
Perdue,Brandon,Fielder,Collins&Mott
PO Box 8188
Wichita Falls, TX 76307

Ducera Partners, LLC
499 Park Avenue
16th Floor
New York, NY 60022

Matthew A. Feldman
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

Greenfield Community Development
Corporation
215 S. First Street
Greenfield, IA 50849

Hilco Real Estate, LLC
5 Revere Drive
Suite #206
Northbrook, IL 60062

Holly Plaza LLC
2055 Driscoll Dr.
Reno, NV 89509

IBM Credit LLC
Andrew Gravina - Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082-4859

Dennis Lutgen
Westwind Plaza
1108 North Independence
Box 504
Beloit, KS 67420

Jennifer L. Marines on behalf of Creditor
United Parcel Service, Inc.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Patrick J. Nash, Jr. on behalf of Debtor
Specialty Retail Shops Holding Corp.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Northwest Natural Gas Company
Attn: Ashlee Minty, CCRA, CBA
220 NW 2nd Avenue
Portland, OR 97209

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Trevor R. Pincock on behalf of Creditor
Terence M. Tombari
Lukins & Annis, P.S.
717 West Sprague Ave., Ste. 1600
Spokane, WA 99201

Prime Clerk LLC
830 3rd Avenue
3rd Floor
New York, NY 10022

Wisconsin Rapids Water Works and
Lighting Commission
Attn: Jeff Kuhn, CPA
221 16th St.
PO Box 399
Wisconsin Rapids, WI 54495

Zhangusa Investments, LLC dba ZiMart
Kermit LLC, a Texas series limited liab. Co.
3420 Pine Ave.
Waco, TX 76708

*/s/ Celia M. Baker*
Celia M. Baker