**OPEN LETTER TO GENERAL UNSECURED CREDITORS RECOMMENDING THAT THEY VOTE TO REJECT THE PLAN**

Dear General Unsecured Creditors:

The Official Committee of Unsecured Creditors (the "Official Creditors' Committee")[1] of Specialty Retail Shops Holding Corp. and its affiliated chapter 11 Debtors (the "Debtors") is the statutory fiduciary representative of general unsecured creditors of the Debtors appointed by the Office of the United States Trustee, a division of the United States Department of Justice, and for the reasons set forth below strongly urges general unsecured creditors in Class 4 to vote to **REJECT** the Debtors' Plan enclosed with this letter.

As described below, the Official Creditors' Committee believes that the Debtors' plan does **NOT** comply with the Bankruptcy Code and gratuitously releases potentially valuable claims that could provide a meaningful recovery to general unsecured creditors.

Because the Official Creditors' Committee believes the Plan fails to comply with the Bankruptcy Code, it intends to vigorously object to the Plan on the grounds, among others, that it unfairly treats creditors and that valuable claims against present and former officers, directors and shareholders of the Debtors are being inappropriately released to the detriment of general unsecured creditors.

All of these releases are being given for <u>no consideration</u> to the general unsecured creditors, notwithstanding that there are potentially valuable colorable claims against certain of the proposed released parties. The fact that the Debtors are seeking to release these potentially valuable claims for no consideration is illegal, is wrong and makes the Plan unconfirmable.

The Official Creditors' Committee intends to vigorously oppose confirmation of the Plan, which is scheduled to be heard on April 3, 2019. In addition to objecting to confirmation of the Plan, the Official Creditors' Committee will take such other actions as are necessary and appropriate in this case to protect the interests of general unsecured creditors.  However, the Official Creditors' Committee needs your help by making sure that you vote to **REJECT THE PLAN by the voting deadline of 4:00 p.m., prevailing Central Time, on March 29, 2019**.

**In summary, the Official Creditors' Committee urges general unsecured creditors in Class 4 (General Unsecured Claims) to vote to REJECT THE PLAN by the voting deadline of 4:00 p.m., prevailing Central Time, on March 29, 2019.**

General unsecured creditors who wish to contact the Official Creditors' Committee or express their support for the positions articulated by the Official Creditors' Committee are

---

[1] The members of the Official Creditors' Committee are: (a) HanesBrands, Inc.; (b) Rederlink Distribution Services; (c) Home Products International N.A.; (d) McKesson Corp.; (e) Notations, Inc.; (f) LCN SKO Omaha (Multi) LLC; and (g) Realty Income Corporation.

**EXHIBIT A**

Letter to General Unsecured Creditors
**Recommendation to Vote to Reject the
Specialty Retail Shops Holding Corp. Plan**
_____, 2019
Page 2

invited to contact its counsel, Pachulski Stang Ziehl & Jones, LLP, Attn: Jeffrey Pomerantz or Robert Feinstein.

    Very truly yours,

    **THE OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS OF SPECIALTY
    RETAIL SHOPS HOLDING CORP.**, *et al.*

    McKesson Corporation
    By:  Ben Carlsen

    Solely in McKesson's capacity as Chair of the Official Committee of Unsecured Creditors of Specialty Retail Shops Holding Corp., *et al.*, and not in any other capacity