## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064-TLS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MONTHLY FEE STATEMENT OF
## MCGRATH NORTH MULLIN & KRATZ, PC, LLO
## FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM
## FOR COMPENSATION AND REIMBURSEMENT OF
## EXPENSES INCURRED FROM JANUARY 16, 2019 THROUGH JANUARY 31, 2019

| Name of Applicant: | MCGRATH NORTH MULLIN & KRATZ, PC, LLO |
|---|---|
| Authorized to provide professional services to: | Specialty Retail Shops Holding Corp., *et al.* Debtors and Debtors in Possession |
| Date of retention order: | January 25, 2019, *nunc pro tunc* to January 16, 2019 [Docket No. 175] |
| Period for which compensation and reimbursement are sought: | January 16, 2019 Through January 31, 2019 |
| Compensation sought as actual, reasonable, and necessary: | $65,722.00 (80% of $82,152.50) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $26,082.03 |
| Type of fee statement or application: | Monthly Fee Statement[2] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Granting Application to Employ McGrath North Mullin & Kratz, PC, LLO as Attorneys for the Debtors and Debtors in Possession* entered January 25, 2019 [Docket No. 175] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief*, dated February 21, 2019 [Docket No. 473] (the "Interim Compensation Order"), and the Nebraska Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Nebraska (the "Local Rules"), the law firm of McGrath North Mullin & Kratz, PC, LLO ("McGrath North"), counsel for Specialty Retail Shops Holding Corp. and its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Monthly Fee Statement") for the allowance of compensation for the reasonable and necessary legal services rendered by McGrath North for the period from January 16, 2019 through January 31, 2019 (the "Fee Period") and reimbursement of the actual and necessary expenses that McGrath North incurred during the Fee Period.  By this Monthly Fee Statement, McGrath North seeks allowance of compensation for services rendered in the amount of $82,152.50 and payment in the amount of $65,722.00 (which equals 80% of the compensation sought herein).  McGrath North also seeks allowance and reimbursement of actual and necessary expenses in the amount of $26,082.03.

### Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, McGrath North has attached the following:

- **<u>Exhibit A</u>** is a summary of the prior fee statements and applications submitted by McGrath North and the amounts allowed by the Court in connection with these chapter 11 cases.

- **<u>Exhibit B</u>** is a summary of the number of hours expended and fees incurred (on an aggregate basis) by McGrath North partners, of counsel, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories that McGrath North established in accordance with its internal billing procedures.  McGrath North incurred $82,152.50 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, McGrath North seeks reimbursement for 80% of such fees ($65,722.00 in the aggregate).

- **<u>Exhibit C</u>** is a summary providing certain information regarding the McGrath North attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.  McGrath North's attorneys and paraprofessionals expended a total of 233.20 hours in connection with these chapter 11 cases during the Fee Period.

- **<u>Exhibit D</u>** is a summary of the expenses incurred by McGrath North during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which McGrath North is seeking reimbursement in this Monthly Fee Statement.  These disbursements comprise the requested sum for McGrath North's out-of-pocket expenses. Included in these expenses are the filing fees for each of the cases which total the majority of those expenses.

- **<u>Exhibit E</u>** is a true and correct copy of McGrath North's invoice for the Fee Period, which reflects the fees and expenses sought in this Monthly Fee Statement.

### <u>Representations</u>

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  McGrath North reserves the right to make further application to this Court for allowance of such fees and expenses not included

herein including the minimal pre-filing fees discussed in footnote 3 below[3]. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and Interim Compensation Order.

**Notice**

2.      The Debtors have provided notice of this Motion to the following parties or their respective counsel: (a) the office of the U.S. Trustee for the District of Nebraska; (b) counsel to the Committee; (c) the agents under the Debtors' prepetition asset-based facility; (d) the agents under the proposed DIP Facility; (e) the agents under the Debtors' prepetition term loan facility; (f) the Internal Revenue Service; (g) the United States Securities and Exchange Commission; (h) the office of the attorneys general for the states in which the Debtors operate; (i) the United States Attorney's Office for the District of Nebraska; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, McGrath North respectfully requests that an allowance be made to McGrath North for 100% of its fees of $82,152.50 and 100% of its expenses of $26,082.03 incurred during the Fee Period. McGrath North also respectfully requests payment by the

---

[3]      Because the Interim Fee Order limits the fees that may be requested in a professional's First Monthly Fee Statement to the period January 16, 2019 through January 31, 2019, McGrath North has only included fees for work performed during this period in its initial monthly fee statement. As explained in its application, McGrath North received a $25,000.00 retainer which was applied to the amounts due for the fees up to the days immediately prior to filing. Due to the overwhelming volume of work that required processing for the voluminous first day filings during this brief period, not all of McGrath North's time for preparation of the initial filings for the case were able to be inputted, invoiced and paid prior to the Petition Date. A small amount of time from January 14 and 15 immediately prior to their filing on January 16[the] was unable to be billed and paid prior to filing. The majority of the time spent was during the day and through the night on the 15th, when McGrath North was reviewing, revising and preparing the necessary filings to commence the case, including the disclosure statement and plan for filing the next morning. The total time expend totaled 39.90 hours for the three McGrath North partners involved and $14,572.50 in fees for all 14 cases that were filed. McGrath North is not asking for approval or payment of those relatively minimal fees for these necessary services by this Monthly Fee Statement at this time due to the restrictions under the Interim Compensation Order, but McGrath North reserves the right to seek such approval of those minimal fees and expenses as part of its final fee application in this case.

Debtors of $65,722.00 representing the sum of 80% of its fees requested herein plus 100% of the

expense reimbursement of $26,082.03 requested herein.

Dated:  February 28, 2019    /s/ *James J. Niemeier*
Omaha, Nebraska            James J. Niemeier (NE Bar No. 18838)
                    Michael T. Eversden (NE Bar No. 21941)
                    Lauren R. Goodman (NE Bar No. 24645)
                    **MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
                    First National Tower, Suite 3700
                    1601 Dodge Street
                    Omaha, Nebraska 68102
                    Telephone:    (402) 341-3070
                    Facsimile:    (402) 341-0216
                    Email:       jniemeier@mcgrathnorth.com
                                    meversden@mcgrathnorth.com
                                    lgoodman@mcgrathnorth.com

- and -

/s/_____
James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
               patrick.nash@kirkland.com
               travis.bayer@kirkland.com

- and -

Steven Serajeddini (admitted *pro hac vice*)
Daniel Rudewicz (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:       steven.serajeddini@kirkland.com
               daniel.rudewicz@kirkland.com

*Co-Counsel to the Debtors*

## EXHIBIT A

**Prior Fee Statements, Applications, and Allowances**

**NOT APPLICABLE**

**EXHIBIT B**

**Statement of Fees by Subject Matter during the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0.0 | 0.00 |
| 2 | Asset Disposition | 33.4 | 12,580.00 |
| 3 | Assumption Rejection of Leases Contracts | 0.2 | 65 |
| 4 | Avoidance Action Analysis | 0.0 | 0.00 |
| 5 | Budgeting (Case) | 3.8 | 1,287.50 |
| 6 | Business Operations | 0.00 | 0.00 |
| 7 | Case Administration | 105.9 | 34,335.00 |
| 8 | Claims Administration and Objections | 0.0 | 0.00 |
| 9 | Corporate Governance and Board Matters | 0.0 | 0.00 |
| 10 | Employee Benefits and Pensions | 0.0 | 0.00 |
| 11 | Employment and Fee Applications | 18.1 | 6,642.5 |
| 12 | Employment Fee Application Objections | 0.0 | 0.00 |
| 13 | Financing and Cash Collateral | 5.0 | 1,760.00 |
| 14 | Litigation | 22.2 | 8,527.50 |
| 15 | Meetings Communications with Creditors | 28.9 | 10,997.50 |
| 16 | Non-Working Travel | 5.0 | 1,875.00 |
| 17 | Plan and Disclosure Statement | 6.4 | 2,470.00 |
| 18 | Real Estate | 4.3 | 1,612.50 |
| 19 | Relief from Stay and Adequate Protection | 0.0 | 0.00 |
| 20 | Reporting | 0.0 | 0.00 |
| 21 | Tax | 0.0 | 0.00 |
| 22 | Valuation | 0.0 | 0.00 |
| **Totals** | | **233.2** | **$82,152.50** |

## EXHIBIT C

### Professionals Rendering Services during the Fee Period

The McGrath North attorneys who rendered professional services in these cases during

the Fee Period include:

| Attorney | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert J. Bothe | Partner | 1976 | | $450.00 | 2.6 | $1,170.00 |
| James J. Powers | Partner | 1984 | | $450.00 | 2.5 | $1,125.00 |
| Douglas E. Quinn | Partner | 1978 | | $425.00 | 0.7 | $297.50 |
| James J. Niemeier | Partner | 1988 | | $400.00 | 69.0 | $27,600.00 |
| Michael Eversden | Partner | 2000 | | $375.00 | 86.6 | $32,475.00 |
| Lauren Goodman | Partner | 2010 | | $325.00 | 49.8 | $16,185.00 |
| Jay D. Koehn | Associate | 2015 | | $230.00 | 0.0 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** | | | | | **211.2** | **$78,852.50** |

The McGrath North paraprofessionals who rendered professional services in these cases during the Fee

Period include:

| Paraprofessional | Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Gary W. Thomson | Paralegal | | $150.00 | 9.8 | $1,470.00 |
| Alison Barthel Jacobson | Paralegal | | $150.00 | 2.1 | $315.00 |
| Mandy L. Bender | Litigation Support | | $150.00 | 2.0 | $300.00 |
| Erin M. Sullivan | Litigation Support | | $150.00 | 8.1 | $1,215.00 |
| **Totals** | | | | **22.0** | **$3,300.00** |

**EXHIBIT D**

**Summary of Expenses Incurred during the Fee Period**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $0.0 |
| Standard Copies or Prints | $312.75 |
| Binding | $0.00 |
| Color Copies or Prints | $0.00 |
| Scanned Images | $0.00 |
| Court Filing Fees | $24,038.00 |
| Overnight Delivery | $0.00 |
| Local Transportation | $0.00 |
| Travel Expense | $0.00 |
| Airfare | $0.00 |
| Transportation to/from airport | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Outside Copy/Binding Services | $0.00 |
| Outside Retrieval Service | $0.00 |
| Overtime Transportation | $0.00 |
| Working Meals – Professionals and Necessary Staff | $1,594.88 |
| Online Legal Research | $136.40 |
| **Total** | **$26,082.03** |

# **EXHIBIT E**

## **Invoice for the Fee Period**

[See Attached]

# McGrath | North
## ATTORNEYS

First National Tower, Suite 3700 | 1601 Dodge Street
Omaha, NE 68102 | 402.341.3070
www.mcgrathnorth.com

February 5, 2019

| | |
|---|---|
| Susan Buckna | Invoice No.     528470 |
| Attn: Susan Buckna | Client No.        31907 |
| Vice President Associate General Counsel | |
| ShopKo Stores Operating Co., LLC | |
| 700 Pilgrim Way | |
| PO Box 19060 | |
| Green Bay, WI  54307-9060 | |

## INVOICE SUMMARY

For professional services rendered through January 31, 2019:

RE:  **Specialty Shops Holding Corp.**

| Matter # | Description | Legal Fees | Disbursements | Total |
|---|---|---|---|---|
| 2 | Asset Disposition | 12,580.00 | .00 | 12,580.00 |
| 3 | Assumption Rejection of Leases Contracts | 65.00 | .00 | 65.00 |
| 5 | Budgeting (Case) | 1,287.50 | .00 | 1,287.50 |
| 7 | Case Administration | 34,335.00 | .00 | 34,335.00 |
| 11 | Employment and Fee Applications | 6,642.50 | .00 | 6,642.50 |
| 13 | Financing and Cash Collateral | 1,760.00 | .00 | 1,760.00 |
| 14 | Litigation | 8,527.50 | .00 | 8,527.50 |
| 15 | Meetings Communications with Creditors | 10,997.50 | .00 | 10,997.50 |
| 16 | Non-Working Travel | 1,875.00 | .00 | 1,875.00 |
| 17 | Plan and Disclosure Statement | 2,470.00 | .00 | 2,470.00 |
| 18 | Real Estate | 1,612.50 | .00 | 1,612.50 |
| 23 | Expenses | .00 | 26,082.03 | 26,082.03 |
| **Total** | | 82,152.50 | 26,082.03 | 108,234.53 |

**TOTAL THIS INVOICE**          **$ 108,234.53**

Invoice No. 528470  
Client No. 31907

February 5, 2019  
Matter No. 2

# INVOICE DETAILS

**RE:  Asset Disposition**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 1/17/19 | JJN | Work on revisions to asset sale order for pharmacy assets final submission; correspond with court and Mr. Rudewicz regarding same. | 1.30 | 520.00 |
| 1/18/19 | JJN | Call with Daniel Rudwicz regarding oral testimony practices at motion hearings and notice requirements and strategy for same with respect to successful bidders and 363 protections regarding pharmacy sales. | .40 | 160.00 |
| 1/19/19 | JJN | Correspond with Travis Bayer regarding pharmacy sale hearing issues and notices and other requirements for same. | .40 | 160.00 |
| 1/21/19 | MTE | Prepared motion for permission to present oral testimony at hearing to confirm sale of pharmacy assets. | 2.90 | 1,087.50 |
| 1/22/19 | JJN | Work on notices for oral testimony for sale hearing; confer with primary counsel regarding hearing request requirements for same. | .30 | 120.00 |
| 1/22/19 | MTE | Prepare revised draft of motion for permission to present oral testimony for sale hearing; prepared correspondence to lead counsel re same. | .60 | 225.00 |
| 1/22/19 | MTE | Analyze issues re live testimony at hearing on sale motion and venue motion. | .50 | 187.50 |
| 1/22/19 | MTE | Prepare for pharmacy auction asset. | 1.00 | 375.00 |
| 1/23/19 | MTE | Attend auction of pharmacy assets; various meetings re same. | 5.30 | 1,987.50 |
| 1/24/19 | MTE | Prepare for hearing on sale of pharmacy assets; confer with co-counsel re same; prepared correspondence to lead counsel re same; confer with courtroom deputy re evidence. | 2.30 | 862.50 |
| 1/25/19 | MTE | Prepare motion for expedited hearing, shortened notice re motion to approve bidding procedures; prepare correspondence to lead counsel re same; received and reviewed correspondence from lead counsel re same; confer with courtroom deputy re same. | 2.50 | 937.50 |
| 1/26/19 | JJN | Work on evidentiary submissions for pharmacy sale hearing; coordinate with primary counsel regarding same. | 1.20 | 480.00 |
| 1/26/19 | LRG | Review Affidavit of Steven Spencer for compliance with local rules; and have the same filed. | .90 | 292.50 |
| 1/28/19 | JJN | Prepare for sale hearing; confer with Court regarding same given no objections. | .50 | 200.00 |
| 1/28/19 | JJN | Prepare for sale hearing; correspondence with Court regarding order; work on proposed sale order for same. | 2.10 | 840.00 |
| 1/28/19 | JJN | Appear and participate in sale hearing and work on post hearing sale order issues. | 2.00 | 800.00 |
| 1/28/19 | MTE | Meeting with lead counsel re sale motion and venue motion opposition and work on same; prepare for hearing on sale motion venue. | .40 | 150.00 |
| 1/28/19 | MTE | Attend hearing on sale of pharmacy assets. | 1.00 | 375.00 |
| 1/28/19 | MTE | Review draft of order approving sale. | 1.20 | 450.00 |
| 1/28/19 | MTE | Prepare for hearing on sale motion and venue motion | 1.70 | 637.50 |

1

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 2

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/28/19 | LRG | Assist with preparation for second day hearing on sale motion; attention to communications from lead counsel regarding the same. | 1.80 | 585.00 |
| 1/29/19 | MTE | Confer with Karl Heinzerling re leases; analyzed revised lease amendment and lease proposal; prepared correspondence to co-counsel re same. | 1.30 | 487.50 |
| 1/31/19 | MTE | Received and reviewed correspondence from Cameron Lallier re Minnesota leases; prepared correspondence to Cameron Lallier re same. | .20 | 75.00 |
| 1/31/19 | MTE | Received and reviewed correspondence from Kimberly Pageau re bidding procedures motion; prepared correspondence to Kimberly Pageau re same; confer with Dan Rudewicz re same; confer with co-counsel re same. | 1.30 | 487.50 |
| 1/31/19 | LRG | Attention to question from lead counsel regarding bidding procedures motion. | .30 | 97.50 |

**TOTAL PROFESSIONAL SERVICES**          **$ 12,580.00**

**TOTAL THIS MATTER**          **$ 12,580.00**

2



ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

**RE:   Assumption and Rejection of Leases and Contracts**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/24/19 | LRG | Review Motion filed by Ferrandino & Sons regarding executory contract. | .20 | 65.00 |
|  |  | **TOTAL PROFESSIONAL SERVICES** |  | **$ 65.00** |
|  |  | **TOTAL THIS MATTER** |  | **$ 65.00** |

# McGrath | North

ATTORNEYS

First National Tower, Suite 3700 | 1601 Dodge Street
Omaha, NE 68102 | 402.341.3070
www.mcgrathnorth.com

RE:  **Budgeting (Case)**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/17/19 | JJN | Work on McGrath North budget for case and on compliance with U.S. Trustee standards regarding same. | .70 | 280.00 |
| 1/17/19 | LRG | Work on post-petition budget and staffing plan for US Trustee compliance guidelines. | .40 | 130.00 |
| 1/21/19 | LRG | Work on case budget for fees and expenses required by US Trustee. | 1.90 | 617.50 |
| 1/29/19 | LRG | Work on response to BRG regarding fee accrual. | .80 | 260.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 1,287.50**

**TOTAL THIS MATTER**          **$ 1,287.50**

# McGrath | North

ATTORNEYS

First National Tower, Suite 3700 | 1601 Dodge Street
Omaha, NE 68102 | 402.341.3070
www.mcgrathnorth.com

**RE:  Case Administration**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/16/19 | JJN | Review of Stenhouse declaration; comments to same for first day motions | .80 | 320.00 |
| 1/16/19 | JJN | Review of Benjamin Steele declaration and comments to same for Prime Clerk application | .80 | 320.00 |
| 1/16/19 | JJN | Review revised utilities motion; comments regarding same | .40 | 160.00 |
| 1/16/19 | JJN | Review of revised bid procedures/sale motion; prepare comments regarding same | 1.30 | 520.00 |
| 1/16/19 | MTE | Prepare motion to seal document | 1.50 | 562.50 |
| 1/16/19 | JJN | Work on filing of all first day motions. | .80 | 320.00 |
| 1/16/19 | JJN | Conferences with Court to coordinate first day motions filing and hearing setting and calls with the U.S. Trustee office regarding first day filings. | .70 | 280.00 |
| 1/16/19 | JJN | Revisions to 9013 Notice for disclosure statement. | .40 | 160.00 |
| 1/16/19 | JJN | Prepare for first day hearings review of and work on introductory presentation for same, review of Shopko and Pamida business histories for same. | 1.40 | 560.00 |
| 1/16/19 | JJN | Address order submission issues for granted first day motions post hearing with Court and work on revisions to orders to address changes ordered at hearing. | .80 | 320.00 |
| 1/16/19 | JJN | Review of objection by McKesson to DIP. | .60 | 240.00 |
| 1/16/19 | JJN | Appear and attend first day hearings; work on post hearing issues and order submissions. | 5.70 | 2,280.00 |
| 1/16/19 | GWT | Attend Shopko Coordination Meeting. | 3.50 | 525.00 |
| 1/16/19 | GWT | Preparation of first day and related pleadings for filing with bankruptcy court and for hearing. | 6.30 | 945.00 |
| 1/16/19 | MLB | Preparation of pleadings and voluminous exhibits and other support documents for first day filings and hearings. | 2.00 | 300.00 |
| 1/16/19 | MTE | Prepare 9013 notice and request for expediate relief motion. | 1.40 | 525.00 |
| 1/16/19 | MTE | Revision and comments regarding utilities motion. | .80 | 300.00 |
| 1/16/19 | MTE | Revisions and comments regarding bank account motion. | 1.20 | 450.00 |
| 1/16/19 | MTE | Revisions and comments to administrative consolidation motion. | .70 | 262.50 |
| 1/16/19 | MTE | Revisions and comments to lease rejection procedures motion draft. | 1.40 | 525.00 |
| 1/16/19 | MTE | Schedule extension motion. | .60 | 225.00 |
| 1/16/19 | MTE | Review of objection to DIP by parties in interest. | 1.20 | 450.00 |
| 1/16/19 | MTE | Confer with primary counsel to prepare for first day hearings. | 2.10 | 787.50 |
| 1/16/19 | MTE | Attend first-day hearing. | 3.30 | 1,237.50 |
| 1/16/19 | MTE | Prepare orders for the filing first day motions for submission to the Court. | 3.30 | 1,237.50 |
| 1/16/19 | MTE | Prepare correspondence to court re same. | .30 | 112.50 |

McGrath | North

Invoice No. 528470                                              February 5, 2019
Client No. 31907                                                 Matter No. 7

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/16/19 | LRG | Assist in review of and preparation of first day hearings and filings, including multiple meetings with lead counsel in Omaha (.3). Final review of the following motions: Joint Administration (.3), First Day Declaration, Motion to Expedite (.3), DIP Motion (.3), DIP Declaration (.2), Pharmacy Bidding Procedures (.3), Pharmacy Declaration (.2), All-Asset Bidding Procedures (.3), Store Closings (.3), Store Closing Declarations (.2), Wages (.3), Customer Program (.3), Cash Management (.3), Taxes (.3), Insurance (.3), Utilities (.3), Lienholders (.3), Prime Clerk Application (.3), Prime Clerk Declaration (.1), Lease Rejection/Contract Procedures (.3), Consolidated Creditor Matrix (.2), SOFA/Schedule Extension (.2), Claims Bar Date (.3), Plan (.3), Disclosure Statement, Disclosure Statement Motion (.3), and First Day Agenda (.2). | 7.00 | 2,275.00 |
| 1/16/19 | LRG | Review and assist filings of each entities' bankruptcy petitions and work on filing the same. | 2.20 | 715.00 |
| 1/16/19 | LRG | Prepare for hearing on all first day motions, including multiple conferences with lead counsel. | 2.00 | 650.00 |
| 1/16/19 | EMS | Preparation of exhibits and required service copies of first day filings. | 4.50 | 675.00 |
| 1/17/19 | JJN | Call with Eva Roeber; work on administrative issues regarding order formatting for proposed order submitted to the Judge from court's internal rule requirements. | .20 | 80.00 |
| 1/17/19 | JJN | Call with Travis regarding future hearing dates needed, timing and local practices regarding same. | .20 | 80.00 |
| 1/17/19 | MTE | Work on submitting approved order on first-day motions to the court and corresponded with lead counsel, communicate to coordinate same. | 2.30 | 862.50 |
| 1/17/19 | MTE | Received calls from multiple creditors regarding filing and reclamation issues and prepare responses to same. | 2.50 | 937.50 |
| 1/17/19 | EMS | Document management of pleadings for bankruptcy. | .30 | 45.00 |
| 1/18/19 | JJN | Work on 9013 notice issues; confer with Court regarding schedule extension notices. | .40 | 160.00 |
| 1/18/19 | LRG | Multiple conferences with Court staff regarding first day Orders regarding creditor's matrix, entering DIP Order, store closing Order and wages Order not yet entered, hearing dates and objection deadlines; revise relevant Orders per Court staff's request and coordinate with lead counsel. | 2.10 | 682.50 |
| 1/18/19 | EMS | Document management of pleadings for bankruptcy. | .30 | 45.00 |
| 1/18/19 | MTE | Received and reviewed correspondence from lead counsel re amended 50369 Order; prepared correspondence to lead counsel re same; analyzed issues re same; confer with courtroom deputy re same. | 1.40 | 525.00 |
| 1/18/19 | MTE | Received and reviewed correspondence form lead counsel re store closing Order; confer with co-counsel re same. | .60 | 225.00 |
| 1/18/19 | MTE | Creditors' committee selection call. | .30 | 112.50 |
| 1/18/19 | MTE | Received and reviewed creditor calls and correspondence including Newell suppliers, and Royal Linens; prepared correspondence to same; received and reviewed correspondence from same; confer with Jamie Cassel re same. | 2.30 | 862.50 |
| 1/18/19 | MTE | Work on amended SOFA extension; prepare 9013 notice re same. | .60 | 225.00 |
| 1/19/19 | MTE | Review drafts of disclosure statements and comments regarding same. | 1.00 | 375.00 |

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 7

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/20/19 | MTE | Work on issues re 2004 exam requested by Committee; received and reviewed correspondence from lead counsel re 2004 exam and protective Order; confer with co-counsel re same. | .30 | 112.50 |
| 1/21/19 | MTE | Review and analyze trustee guidelines for professional retention applications. | .30 | 112.50 |
| 1/21/19 | MTE | Analyze case deadlines re exclusivity and remove extension; received and reviewed correspondence from lead counsel re same. | .50 | 187.50 |
| 1/21/19 | LRG | Review and respond to multiple communications with lead counsel regarding local practice and case administration. | .50 | 162.50 |
| 1/21/19 | EMS | Document management of pleadings filed in bankruptcy case for internal files. | .30 | 45.00 |
| 1/22/19 | JJN | Review of correspondence from US Trustee; confer with Mr. Bayer regarding IDI and 341 dates; work on scheduling same. | .40 | 160.00 |
| 1/22/19 | MTE | Conference call with lead counsel re outstanding matters. | .60 | 225.00 |
| 1/22/19 | LRG | Review and respond to multiple communications with lead counsel regarding local practice and case administration issues tied to upcoming DIP hearings. | .50 | 162.50 |
| 1/22/19 | EMS | Document management of court pleadings for internal bankruptcy file purposes. | .30 | 45.00 |
| 1/23/19 | JJN | Confer with US Trustee regarding timing for first meeting and IDI meeting; correspondence with local counsel to firm up same during day. | .40 | 160.00 |
| 1/23/19 | LRG | Review and comment on Amended Motion to Set Bar Dates; handle filing of the same. | .90 | 292.50 |
| 1/24/19 | JJN | Correspondence with U.S. Trustee to schedule IDI and first meeting; multiple communications with constituents to prepare for same. | .80 | 320.00 |
| 1/24/19 | MTE | Meeting with co-counsel re case planning. | .30 | 112.50 |
| 1/24/19 | MTE | Conference with lead counsel re reclamation, vendor, and manners of response to same. | 1.00 | 375.00 |
| 1/24/19 | ABJ | Work on review of docket to determine case deadlines. | .30 | 45.00 |
| 1/24/19 | ABJ | Preparation of calendar of case deadlines to be used as reference by multiple counsel; work on same. | 1.80 | 270.00 |
| 1/24/19 | LRG | Prepare for and participate in meeting regarding case administration and logistics for second day hearings or DIP, sale and related matters. | 1.00 | 325.00 |
| 1/24/19 | LRG | Coordinate preparation of case calendar with A. Barthel Jacobson. | .30 | 97.50 |
| 1/24/19 | EMS | Input pleading from bankruptcy court to update internal files. | .30 | 45.00 |
| 1/25/19 | DEQ | Conference with WebTex counsel re: goods in transit to Debtor. | .40 | 170.00 |
| 1/25/19 | JJN | Work to finalize 341 scheduling with U.S. Trustee and clients; conferences with U.S. Trustee representative to coordinate. | .80 | 320.00 |
| 1/25/19 | JJN | Work on arguments and evidence issues for hearing on sale motion. | .70 | 280.00 |
| 1/25/19 | MTE | Prepare revisions to objection to change of venue motion. | 1.30 | 487.50 |
| 1/25/19 | LRG | Research and analyze the critical case dates, as requested by office of lead counsel. | 1.00 | 325.00 |
| 1/25/19 | EMS | Document management of pleadings for bankruptcy. | .30 | 45.00 |
| 1/26/19 | MTE | Received and reviewed various correspondence from lead counsel re sale and venue motions and work on resolution to disputes regarding same; prepared various correspondence to lead counsel re same. | 3.20 | 1,200.00 |

McGrath | North

Invoice No. 528470                                      February 5, 2019
Client No. 31907                                        Matter No. 7

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 1/26/19 | LRG | Prepare for second day hearing; coordinate logistics with lead counsel. | .90 | 292.50 |
| 1/27/19 | LRG | Attention correspondence from lead counsel regarding plan for second day hearing. | .20 | 65.00 |
| 1/28/19 | DEQ | Advise regarding local court procedures for live testimony. | .30 | 127.50 |
| 1/28/19 | JJN | Work on issues and production of information to US Trustee for IDI meeting. | .60 | 240.00 |
| 1/28/19 | LRG | Work through document requests from US Trustee regarding IDI call. | .80 | 260.00 |
| 1/28/19 | EMS | Work on document preparation for bankruptcy hearing. | 1.50 | 225.00 |
| 1/29/19 | JJN | Prepare for IDI meeting review of information submitted to US Trustee and participate in meeting. | 2.50 | 1,000.00 |
| 1/29/19 | MTE | Work on issue re stoppage of goods in transit; received and reviewed correspondence re same; prepared correspondence to lead counsel re same. | .40 | 150.00 |
| 1/29/19 | MTE | Work on issues re SOFA extension motion; confer with clerk re same; prepared correspondence to lead counsel re same; received and reviewed correspondence from lead counsel re same; review 9013-1 notice. | 1.10 | 412.50 |
| 1/29/19 | MTE | Prepared revised draft of 9019 motion; prepared correspondence to lead counsel re same; received and reviewed correspondence from lead counsel re same. | 2.20 | 825.00 |
| 1/29/19 | MTE | Confer with lead counsel re stoppage of freight issues. | .50 | 187.50 |
| 1/29/19 | MTE | Research re authority for stoppage of goods in transit in light of automatic stay. | .70 | 262.50 |
| 1/29/19 | LRG | Work on submission to US Trustee regarding IDI conference. | .40 | 130.00 |
| 1/29/19 | EMS | Document management of pleadings for bankruptcy. | .30 | 45.00 |
| 1/30/19 | JJN | Review of information from US Trustee determine client preference regarding communication with the US Trustee's office and review of waiver form from US Trustee office. | .40 | 160.00 |
| 1/30/19 | MTE | Prepared correspondence to lead counsel re reclamation of Danecraft. | .10 | 37.50 |
| 1/30/19 | MTE | Review 365(d)(4) extension motion; received and reviewed correspondence from Davion Chism re same; prepared correspondence to Davion Chism re same. | .70 | 262.50 |
| 1/30/19 | MTE | Confer with Susan Buckna re lease in Monahans, TX; prepared correspondence to Andy Goldberg re same; received and reviewed correspondence from Andy Goldberg re same. | .30 | 112.50 |

**TOTAL PROFESSIONAL SERVICES**                         **$ 34,335.00**


**TOTAL THIS MATTER**                                   **$ 34,335.00**

# McGrath | North

ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

RE:  **Employment and Fee Applications**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/17/19 | JJN | Work on employment application from McGrath North to comply with U.S. Trustee standards and revisions to same | .50 | 200.00 |
| 1/21/19 | JJN | Work on finalizing McGrath North retention application | .80 | 320.00 |
| 1/21/19 | JJN | Confer with Travis regarding K& E questions regarding retention and interim fee procedures and provide summary of requirements for same required under Nebraska local rules. | 1.20 | 480.00 |
| 1/21/19 | JJN | Work on structure of motion to approval of the Ordinary Course professionals motion | .70 | 280.00 |
| 1/22/19 | JJN | Work on comments to ordinary course professionals employment motion | .50 | 200.00 |
| 1/22/19 | MTE | Work on application to employ McGrath North | 1.80 | 675.00 |
| 1/22/19 | LRG | Work on initial retention application for McGrath North. | 3.90 | 1,267.50 |
| 1/24/19 | JJN | Finalize and file McGrath North employment application | .80 | 320.00 |
| 1/24/19 | JJN | Work on filing of applications for Kirkland & Ellis, BRG and Houlihan | .90 | 360.00 |
| 1/24/19 | MTE | Work on application to employ McGrath North | .40 | 150.00 |
| 1/24/19 | MTE | Work on various applications to employ professionals; prepared correspondence to lead counsel re same; received and reviewed correspondence from lead counsel re same | 2.50 | 937.50 |
| 1/24/19 | LRG | Initial review of retention application from lead counsel; advise lead counsel on local rules with respect to the same. | .80 | 260.00 |
| 1/24/19 | LRG | Review and coordinate filing of retention applications; coordinate notice of the same with Prime Clerk. | 1.50 | 487.50 |
| 1/25/19 | JJN | Work on order form; communicate with Court regarding order submission for OCP motion and correspondence to Court to submit same | .60 | 240.00 |
| 1/25/19 | JJN | Coordinate filing of applications and supporting documents approving employment of professionals | .60 | 240.00 |
| 1/31/19 | MTE | Work on Prime Clerk retention; confer with clerk's office re same. | .60 | 225.00 |

|  |  | **TOTAL PROFESSIONAL SERVICES** | | **$ 6,642.50** |
|--|--|--|--|--|
|  |  | **TOTAL THIS MATTER** | | **$ 6,642.50** |

# McGrath | North
## ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

**RE:  Financing and Cash Collateral**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/18/19 | JJN | Calls with Brandon Tomjack representing secured lender interest regarding DIP motion order entry issues and timing | .40 | 160.00 |
| 1/31/19 | JJN | Research 506 (c) waiver issue in connection with questions raised by interested parties specifically the effect of the Hen House decision and current 8th Circuit precedent in connection with DIP financing Interim Order | .80 | 320.00 |
| 1/31/19 | JJN | Review and execute waiver form for US Trustee IDI responses, correspond with US Trustee off ice regarding same. | .30 | 120.00 |
| 1/31/19 | JJN | Review motion for equity sale bid procedures and work on response to amendment issue | .30 | 120.00 |
| 1/31/19 | LRG | Research and analyze eighth circuit case law regarding enforceability of 506(c) waivers. | 3.20 | 1,040.00 |

|  | **TOTAL PROFESSIONAL SERVICES** | **$ 1,760.00** |
|--|--|--|
|  | **TOTAL THIS MATTER** | **$ 1,760.00** |

# McGrath | North

ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE 68102 | 402.341.3070
www.mcgrathnorth.com

RE: **Litigation**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/17/19 | JJN | Correspond and confer Jana at K&E regarding background for McKesson protective order and 2004 exam preparation; work on providing local version of same. | .70 | 280.00 |
| 1/17/19 | LRG | Multiple communications with lead counsel regarding post-petition discovery, including research on motion under bankruptcy rule 2004. | .90 | 292.50 |
| 1/18/19 | JGP | Confer with Mr. Niemeier re confidential document protection in 2004 exam. | .40 | 180.00 |
| 1/18/19 | JGP | Preparation of protective order to be used in connection with Debtor's document production and in 2004 exam. | 1.80 | 810.00 |
| 1/18/19 | JGP | Revise proposed protective order. | .30 | 135.00 |
| 1/18/19 | JJN | Research and work on draft of 2004 exam motion. | .80 | 320.00 |
| 1/18/19 | JJN | Work on review of McKesson venue change motion. | .80 | 320.00 |
| 1/18/19 | LRG | Review and comment on draft Protective Order. | 1.20 | 390.00 |
| 1/18/19 | LRG | Work on draft 2004 Motion; advise lead counsel on local practice and procedure regarding the same. | .90 | 292.50 |
| 1/19/19 | JJN | Work on review of McKesson venue change motion. | 1.20 | 480.00 |
| 1/20/19 | LRG | Review and respond multiple correspondences from lead counsel regarding required notices. | .30 | 97.50 |
| 1/21/19 | RJB | Work on strategies to attack McKesson reclamation claim. | .80 | 360.00 |
| 1/22/19 | JJN | Work on response to change of venue motion; conference with primary counsel to advise of local practice from oral testimony and review of potential witnesses and issues to be addressed and review of hearing notice regarding same. | 1.20 | 480.00 |
| 1/23/19 | LRG | Prepare for and participate in conference call with lead litigation counsel regarding strategy for hearing on McKesson's Motion to Change Venue. | .70 | 227.50 |
| 1/23/19 | LRG | Work on draft of Notice of Intent to Offer Live Testimony. | .70 | 227.50 |
| 1/24/19 | JJN | Work on opposition and objection to venue motion filed by McKesson. | 1.30 | 520.00 |
| 1/24/19 | JJN | Work on strategy for hearing on sale motion, declarations and potential witness lists and discuss testimony issues with primary counsel to advise regarding local preferences. | 1.40 | 560.00 |
| 1/24/19 | LRG | Analyze evidentiary matter related to second day hearing and Motion to Change Venue. | .30 | 97.50 |
| 1/25/19 | JJN | Work on comments to draft venue motion opposition. | 1.20 | 480.00 |
| 1/25/19 | LRG | Review and comment on draft Objection to McKesson's Motion to Change Venue. | 1.90 | 617.50 |
| 1/26/19 | JJN | Conferences with local counsel for McKesson and primary counsel; work on documentation for resolution of venue motion. | 1.20 | 480.00 |
| 1/26/19 | JJN | Review of stipulation regarding venue dispute. | .70 | 280.00 |

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 14

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/26/19 | JJN | Review of correspondence from clients regarding resolution of dispute with Ferrnadino & Sons; coordinate withdrawal of motion to assume or reject. | .30 | 120.00 |
| 1/28/19 | JJN | Confer with counsel for McKesson; work on withdrawal; review comments of venue motion. | .40 | 160.00 |
| 1/30/19 | JJN | Review of relief stay motion from Creditor Landlord Reality Trust Group, Inc. work on response to same. | .80 | 320.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 8,527.50**

**TOTAL THIS MATTER**          **$ 8,527.50**

# McGrath | North
ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

RE:   **Meetings and Communications with Creditors**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/16/19 | JJN | Respond to calls by Blackhawk regarding gift card issue. | .30 | 120.00 |
| 1/17/19 | JJN | Prepare for and participate in call with U.S. Trustee regarding committee issues. | 1.20 | 480.00 |
| 1/17/19 | JJN | Review of U.S. Trustee guidelines regarding committee formation advise primary counsel of local practices associated with same. | .80 | 320.00 |
| 1/17/19 | JJN | Work on obtaining final hearing date; conference with court deputy to finalize same. | .40 | 160.00 |
| 1/17/19 | JJN | Call with Minnesota Energy and Utilities regarding utility issues and respond to same. | .30 | 120.00 |
| 1/17/19 | JJN | Call and correspondence with Blackhawk counsel regarding gift card issue. | .40 | 160.00 |
| 1/17/19 | LRG | Attention to communication from attorney S. Cook regarding snow removal contract in Michigan and follow up with lead counsel regarding the same. | .40 | 130.00 |
| 1/18/19 | JJN | Prepare for and participate in conference call with U.S. Trustee and potential committee members regarding committee formation | .60 | 240.00 |
| 1/18/19 | JJN | Conference with Ferrandino and Son's counsel, Sam King regarding snow removal contract issues and work on issues. | .40 | 160.00 |
| 1/21/19 | RJB | Work on McGrath North retention application. | 1.40 | 630.00 |
| 1/21/19 | RJB | Confer with vendor regarding status of case and offer of services. | .40 | 180.00 |
| 1/22/19 | JJN | Review of correspondence from and confer with Sam King representing Ferrandino and Sons on executing contract counterparty; work on response to same. | .80 | 320.00 |
| 1/22/19 | JJN | Confer with Mr. Thrill representing landlord in Wisconsin area regarding lease performance issues. | .30 | 120.00 |
| 1/22/19 | JJN | Respond to inquiry by email regarding claim filing issues for Glacial Ridge Health System. | .30 | 120.00 |
| 1/22/19 | MTE | Confer with vendors re supply issues; received and reviewed correspondence from vendors re reclamation and supply issues. [ANY NAMES] | 1.30 | 487.50 |
| 1/22/19 | LRG | Handle multiple communications from vendors regarding bankruptcy. | .60 | 195.00 |
| 1/23/19 | JJN | Review of additional correspondence from Mr. King and work on revisions to response to Ferrandino and Sons demand. | .70 | 280.00 |
| 1/23/19 | JJN | Review of correspondence from and confer with Kate Derr regarding vendor payment inquiry and issues regarding future payments confer with Ms. Derr and work on response to same. | .80 | 320.00 |
| 1/23/19 | JJN | Review of correspondence from Mr. Walz regarding his clients (Ringgold County Hospital) claims to pharmaceutical inventory; work on response to same. | .40 | 160.00 |

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 15

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/23/19 | JJN | Review of inquiry by Idaho taxing authority and work on response to same. | .40 | 160.00 |
| 1/23/19 | JJN | Review of correspondence from ferrellgas, a gas supplier and work on response to same. | .50 | 200.00 |
| 1/23/19 | LRG | Review documentation provided by counsel for Ferrandino & Sons; draft response letter to counsel regarding the same. | 1.90 | 617.50 |
| 1/23/19 | LRG | Handle multiple communications with vendors RE bankruptcy filing. | .40 | 130.00 |
| 1/24/19 | JJN | Review and work on response to Ferrellgas demand for payment. | .30 | 120.00 |
| 1/24/19 | JJN | Review and work on response to My Pillows demand for payment. | .40 | 160.00 |
| 1/24/19 | JJN | Review and work on response to Edward Oil demand for payment. | .40 | 160.00 |
| 1/24/19 | MTE | Confer with Emily Stedman re alcohol supplier issues; prepare correspondence to same. | .20 | 75.00 |
| 1/25/19 | JJN | Confer with Patrick Turner attorney representing creditor Webtex regarding their claim regarding towels in transit work on response to same. | .50 | 200.00 |
| 1/25/19 | JJN | Correspond with Landlord for Lincoln, NE property regarding sublease issue and communicate with client regarding same. | .50 | 200.00 |
| 1/25/19 | JJN | Review of correspondence from PPS Data regarding executory contact issues. | .30 | 120.00 |
| 1/25/19 | LRG | Attention to reclamation demands received from creditors. | .30 | 97.50 |
| 1/25/19 | LRG | Handle multiple vendor communications. | .50 | 162.50 |
| 1/26/19 | JJN | Review of correspondence from Jerry Jensen and correspond with Jerry Jensen respond to inquiry regarding venue motion status advise of stipulation with McKesson and related matters for sale hearing. | .40 | 160.00 |
| 1/28/19 | JJN | Confer with Texas Attorney General offices regarding lottery commission claim and with Susan Buchna regarding same. | .50 | 200.00 |
| 1/28/19 | JJN | Work on responses to creditor, DTM International Giftware, PPM Data, and US Bank (leasing) regarding this case. | .60 | 240.00 |
| 1/28/19 | MTE | Received and responded to creditor inquiries, including Winterset and New Hampton. | 2.10 | 787.50 |
| 1/28/19 | LRG | Multiple exchanges with S. King, counsel for Ferrandino & Sons regarding resolution of its Motion. | .60 | 195.00 |
| 1/28/19 | LRG | Attention to multiple communications from creditors and vendors. | .80 | 260.00 |
| 1/29/19 | JJN | Review of information from Kathyrn Derr and Communicate with her regarding stoppage in transit claim work on obtaining response to her questions. | .80 | 320.00 |
| 1/29/19 | JJN | Review of information from counsel for Evergreen Lines regarding stoppage of goods in transit work on obtaining response to same. | .40 | 160.00 |
| 1/29/19 | JJN | Respond to multiple calls and emails from creditors regarding claim information and respond to their questions regarding same. | .40 | 160.00 |
| 1/29/19 | MTE | Prepared correspondence to creditor's counsel re stoppage of goods in transit; received and reviewed correspondence re same. | .30 | 112.50 |
| 1/29/19 | LRG | Attention to communication from K. Derr on issue concerning goods in transit. Conference with lead counsel regarding the same. | .40 | 130.00 |
| 1/29/19 | LRG | Attention to several communications from vendors seeking information regarding the bankruptcy. | .50 | 162.50 |

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 15

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/30/19 | JJN | Review of information from Thompson Associates Corporation regarding the lease of property in Spanish Fork Utah work on response to same research authority cited by landlord for their position for same. | .80 | 320.00 |
| 1/30/19 | JJN | Review of information from Waco Texas Claimant Zhangusa Investments and respond to inquiry regarding claim filing question. | .50 | 200.00 |
| 1/30/19 | JJN | Review of information from Us Trustee confer with Jerry Jensen regarding utility claimant inquiry. | .40 | 160.00 |
| 1/30/19 | LRG | Attention to telephone calls from creditors seeking information regarding the bankruptcy case. | .50 | 162.50 |
| 1/31/19 | LRG | Attention to several communications from creditors seeking information regarding the bankruptcy case. | .50 | 162.50 |

**TOTAL PROFESSIONAL SERVICES**   **$ 10,997.50**

**TOTAL THIS MATTER**   **$ 10,997.50**

# McGrath | North
ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

**RE:  Non-Working Travel**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/22/19 | MTE | Travel from Omaha to Chicago | 2.50 | 937.50 |
| 1/23/19 | MTE | Travel from Chicago to Omaha | 2.50 | 937.50 |
|  |  | **TOTAL PROFESSIONAL SERVICES** |  | **$ 1,875.00** |
|  |  | **TOTAL THIS MATTER** |  | **$ 1,875.00** |

# McGrath | North

ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

---

**RE:  Plan and Disclosure Statement**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/16/19 | JJN | Work on final revisions of disclosure statement and Plan for filing, and on filing of same | 2.80 | 1,120.00 |
| 1/31/19 | MTE | Research re 506c waivers in response to committee's objection; confer with co-counsel re same; work on memo to lead counsel re same. | 3.60 | 1,350.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 2,470.00** |
| **TOTAL THIS MATTER** | **$ 2,470.00** |

# McGrath | North
## ATTORNEYS

First National Tower, Suite 3700 | 1601 Dodge Street
Omaha, NE 68102 | 402.341.3070
www.mcgrathnorth.com

**RE: Real Estate**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 1/29/19 | MTE | Confer with landlord's counsel in Salt Lake regarding assumption of lease issues. | .20 | 75.00 |
| 1/29/19 | MTE | Prepared correspondence to Jake Schumer re leases in Minnesota; prepared correspondence to Karl Heinzerling re same. | .30 | 112.50 |
| 1/30/19 | MTE | Work on resolving lease issues with landlord in Salt Lake; review motion for relief from stay; prepare correspondence to lead counsel re same; received and reviewed correspondence from lead counsel re same. | 1.50 | 562.50 |
| 1/30/19 | MTE | Research re stub rent cases. | 1.60 | 600.00 |
| 1/30/19 | MTE | Conference call with Kevin McClelland re lease issues regarding stub rent claims to prepare responses to same. | .70 | 262.50 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 1,612.50** |
| **TOTAL THIS MATTER** | | **$ 1,612.50** |

# McGrath | North
### ATTORNEYS

First National Tower, Suite 3700  | 1601 Dodge Street
Omaha, NE  68102 | 402.341.3070
www.mcgrathnorth.com

**RE:  Expenses**

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 1/16/19 | Court Filing Fees: Bankruptcy Court Filings | 22,321.00 |
| 1/16/19 | Court Filing Fees: Bankruptcy Court Filing | 1,717.00 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local)  - Panera Bread Breakfast - 1.15.2019 | 50.79 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local)  - Potbelly Lunch  -  1.15.2019 | 258.34 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local)  -  Stay Sweet Nicola's Dinner  - 1.15.2019 | 666.08 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local) - Dinner Meal - 1.15.2019 | 146.59 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local)  - Pettits Pastry Breakfast  - 1.16.2019 | 21.42 |
| 1/16/19 | Working Meals - Professionals and Necessary Staff: (local)  - Mayne St. Market Lunch  - 1.16.2019 | 219.40 |
| 1/16/19 | Standard Copies or Prints: 4,476 black and white copies - documents for first day filings | 223.80 |
| 1/28/19 | Working Meals - Professionals and Necessary Staff: (local) Meeting expenses  1.28.2019 | 25.56 |
| 1/28/19 | Working Meals - Professionals and Necessary Staff: (local), Pickleman's  1.28.2019 | 206.70 |
| 1/28/19 | Standard Copies or Prints: Three CD's  - Information Requested for IDI | 30.00 |
| 1/28/19 | Standard Copies or Prints: 1,179 black & white copies  -  Binders for sale hearing | 58.95 |
| 1/31/19 | Online Legal Research: Bankruptcy search, Deadline/Schedule, Docket reports, Searches | 136.40 |

|  |  |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 26,082.03** |
| **TOTAL THIS MATTER** | **$ 26,082.03** |
| **TOTAL THIS INVOICE** | **$ 108,234.53** |

McGrath | North

Invoice No. 528470
Client No. 31907

February 5, 2019
Matter No. 23

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| James G. Powers | 2.50 | 450.00 | 1,125.00 |
| Robert J. Bothe | 2.60 | 450.00 | 1,170.00 |
| Douglas E. Quinn | .70 | 425.00 | 297.50 |
| James J. Niemeier | 69.00 | 400.00 | 27,600.00 |
| Gary W. Thomson | 9.80 | 150.00 | 1,470.00 |
| Mandy L. Bender | 2.00 | 150.00 | 300.00 |
| Michael T. Eversden | 86.60 | 375.00 | 32,475.00 |
| Alison Barthel Jacobson | 2.10 | 150.00 | 315.00 |
| Lauren R. Goodman | 49.80 | 325.00 | 16,185.00 |
| Erin M. Sullivan | 8.10 | 150.00 | 1,215.00 |
| **TOTALS** | 233.20 | | **$ 82,152.50** |

**Balance Due This Invoice**                                **$ 108,234.53**

# McGrath│North

## ATTORNEYS

First National Tower, Suite 3700  │ 1601 Dodge Street
Omaha, NE  68102 │ 402.341.3070
www.mcgrathnorth.com

February 5, 2019

Susan Buckna
Attn: Susan Buckna
Vice President Associate General Counsel
ShopKo Stores Operating Co., LLC
700 Pilgrim Way
PO Box 19060
Green Bay, WI  54307-9060

Invoice No.           528470
Client No.             31907
Federal ID No.  47-0551221

## REMITTANCE ADVICE

**RE:  Specialty Shops Holding Corp.**

| **BALANCE DUE THIS INVOICE** | **$ 108,234.53** |
|---|---|

### To Pay by Check

Please return this advice with payment to:
McGrath North
ATTN: Accounts Receivable
1601 Dodge Street, Suite 3700
Omaha, NE 68102

### To Pay by Wire

Wire transfer instructions:
First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68102
(402) 341-0500
Swift Code FNBOUS44
ABA No. 104000016
Account No. 110473721
Account Name:
McGrath North Mullin & Kratz, PC LLO
Depository Account

Email confirmation to lsmith@mcgrathnorth.com

**PAYMENT DUE UPON RECEIPT**