**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) Case No. 19-80064 (TLS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE
OF REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on January 17, 2019, the United States Bankruptcy Court for the District of Nebraska (the "Court") entered an order (the "Procedures Order") in the above-referenced chapter 11 cases of Specialty Retail Shops Holding Corp. and its affiliated debtors (collectively, the "Debtors"), establishing, among other things, procedures (the "Rejection Procedures") for the rejection of executory contracts and unexpired leases (the "Contracts").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Rejection Notice"), the Debtors hereby provide notice that they have determined, in the exercise of their business judgment, that each Contract set forth on **Exhibit I** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in **Exhibit I**, or such other date as the Debtors and the counterparty or counterparties to such Contract(s) agree in accordance with the Procedures Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

**PLEASE TAKE FURTHER NOTICE** that, parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court and is actually received no later than fourteen (14) days after the date that the Debtors served this Notice by the following parties: (i) the Debtors, Specialty Retail Shops Holding Corp., 700 Pilgrim Way, Green Bay, Wisconsin, 54304, Attn: Russ Steinhorst, Chief Executive Officer; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., and Travis Bayer Esq.; Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven Serajeddini, Esq. (iii) co-counsel to the Debtors, McGrath North Mullin & Kratz, P.C. LLO, 1601 Dodge St., Omaha, Nebraska 68102, Attn: James Niemeier, Esq.; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, # 1125 Omaha, Nebraska 68102, Attn: Jerry Jensen, Esq.; (v) counsel to Wells Fargo Bank, N.A., Otterbourg P.C., 230 Park Avenue, New York, New York 10169, Attn: Chad Simon, Esq.; (vi) proposed counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017, Attn: Robert J. Feinstein and Bradford J. Sandler and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey N. Pomerantz; and (vii) proposed co-counsel to the Committee, Goosmann Law Firm, PLC, The Advent Building, Suite 250, Omaha, NE 68118, Attn: Elizabeth M. Lally, Jeana Goosmann, and Joel Carney (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of each Contract shall become effective on the Rejection Date set forth in **Exhibit I**, or such other date as the Debtors and the counterparty or counterparties to such Contract(s) agree.[2]

---

[2] An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract(s) to which such objection relates.  If such objection is overruled or withdrawn, such Contract(s) shall be rejected as of the Rejection Date set forth in **Exhibit I** or such other date as the Debtors and the counterparty or counterparties to such Contract(s) agree in accordance with the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree in accordance with the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in **Exhibit I** shall be deemed abandoned as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim(s) with respect to rejection of your Contract(s), you must do so by the later of:  (a) the claims bar date established in these chapter 11 cases, if any; (b) 30 days after the Rejection Date; and (c) any date established by further order of the Court.  FAILURE TO ASSERT SUCH CLAIMS ON TIME WILL RESULT IN SUCH CLAIMS BEING FOREVER BARRED.

[*Remainder of page intentionally left blank*]

---

directed.  For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

| | |
|---|---|
| Dated: February 28, 2019<br>Omaha, Nebraska | */s/ Lauren R. Goodman*<br>James J. Niemeier (NE Bar No. 18838)<br>Michael T. Eversden (NE Bar No. 21941)<br>Lauren R. Goodman (NE Bar No. 24645)<br>**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**<br>First National Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone: (402) 341-3070<br>Facsimile: (402) 341-0216<br>Email: jniemeier@mcgrathnorth.com<br>meversden@mcgrathnorth.com<br>lgoodman@mcgrathnorth.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Travis M. Bayer (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>patrick.nash@kirkland.com<br>travis.bayer@kirkland.com<br><br>- and -<br><br>Steven Serajeddini (admitted *pro hac vice*)<br>Daniel Rudewicz (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: steven.serajeddini@kirkland.com<br>daniel.rudewicz@kirkland.com<br><br>*Co-Counsel to the Debtors* |

## **Exhibit I**

## **Rejected Contracts**

| Counterparty | Debtor Counterparty | Description of Contract[1] | Abandoned Personal Property | Rejection Date |
|---|---|---|---|---|
| Adheris<br>1 Van De Graaf Drive<br>Burlington, MA 01803 | ShopKo Stores Operating Co., LLC | Patent Outreach | N/A | 2/28/2019 |
| Chain Drug Consortium LLC<br>2300 NW Corporate Blvd<br>Boca Raton, FL 33431 | ShopKo Stores Operating Co., LLC | Group Purchasing Organization | N/A | 2/28/2019 |
| Good Samaritan Society-St. James<br>100 2nd Street South<br>St. James, MN 56081 | ShopKo Stores Operating Co., LLC | Residential Care | N/A | 2/28/2019 |
| SMART Temps LLC<br>435 Park Place Circle<br>Mishawaka, IN 46545 | ShopKo Stores Operating Co., LLC | Temperature Monitor | N/A | 2/28/2019 |
| Yell Steel Enterprise Co.<br>1231 E. Dyer Rd.<br>Suite 280<br>Santa Ana, CA 92705 | ShopKo Stores Operating Co., LLC | Energy Zone Mesh Leggings | N/A | 2/28/2019 |
| H20 Furnighings LLC<br>3100 W. Higgins Rd.<br>Hoffman Estates, IL 60169 | ShopKo Stores Operating Co., LLC | Decorative Shelving | All Units Produced | 2/28/2019 |
| Havas Media Group USA LLC<br>200 Hudson Street<br>New York, NY 10013 | ShopKo Stores Operating Co., LLC | Broadcast/Radio Advertising | N/A | 2/28/2019 |
| Adair County Memorial Hospital<br>609 SE Kent Street<br>Greenfield, IA 50849 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Altru Health System<br>1200 South Columbia Rd.<br>Grand Forks, ND 58201 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| | | | | |
|---|---|---|---|---|
| Aspirus Keweenaw Hospital<br>205 Osceola St.<br>Laurium, MI 49913 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Audubon County Memorial Hospital<br>515 Pacific Ave.<br>Audubon, IA 50025 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Avera Gregory Hospital<br>400 Park Ave.<br>Gregory, SD 57533 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Avera Marshall d/b/a Avera Marshall Regional Medical Center<br>300 S. Bruce St.<br>Marshall, MN 56258 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Avera McKennan Hospital and University Health Center<br>1325 South Cliff Ave.<br>Sioux Falls, SD 57105 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Baraga County Memorial Hospital<br>18341 U.S. Hwy 41<br>L'anse, MI | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Barrett Hospital Development Corporation<br>600 MT Hwy 91 South<br>Dillon, MT 59725 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Baum Harmon Mercy Hospital<br>255 North Welch Ave.<br>Primghar, IA 51245 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Benefis Hospitals, Inc.<br>1101 26th St. South<br>Great Falls, MT 59405 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Borgess Lee Memorial Hospital<br>420 West High St.<br>Dowagiac, MI 49047 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Boundary Community Hospital<br>6640 Kaniksu St.<br>Bonners Ferry, ID 83805 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| | | | | |
|---|---|---|---|---|
| Brodstone Memorial Hospital 520 E. 10th St. Superior, NE 68978 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Brown County Hospital 945 E. Zero St. Ainsworth, NE 69210 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Burgess Health Center 1600 Diamond St. Onawa, IA 54040 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Butte Silver Bow Community Health Center 445 Centennial Ave. Butte, MT 59701 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Callaway Hospital District d/b/a Callaway District Hospital 211 East Kimball Callaway, NE 68825 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Central Montana Community Health Center, Inc. 406 1st Ave. S Lewistown, MT 59457 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Central Montana Medical Center 408 Wendell Ave. Lewistown, MT 59457 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| CGH Medical Center 100 East LeFevre Rd. Sterling, IL 61081 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Cherry County Hospital 510 N. Green St. Valentine, NE 69201 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Columbus Community Hospital, Inc. 1515 Park Ave. Clumbus, MI 53925 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Community Health Association of Spokane 15818 E. Indiana Ave. Spokane Valley, WA 99216 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

3

| | | | | |
|---|---|---|---|---|
| Community Health Center of the Black Hills, Inc.<br>350 Pine St.<br>Rapid City, SD 57701 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Community Health Services, Inc.<br>810 4th Ave. South Suite 101<br>Moorehead, MN 56560 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Community Medical Center, Inc.<br>3307 Barada St.<br>Falls City, NE 68355 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Coteau Des Prairies Hospital<br>205 Orchard Dr.<br>Sisseton, SD 57262 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| County of Lewis and Clark<br>1930 9th Ave.<br>Helena, MT 59601 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Covenant Medical Center, Inc.<br>3421 W. 9th St.<br>Waterloo, IA 50702 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Crete Area Medical Center<br>2910 Betten Drive<br>Crete, NE 68333 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Davis County Hospital<br>509 N. Madison St.<br>Bloomfield, IA 52537 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Dickinson County Healthcare System, a Michigan Municipal Health Facilities Corporation,<br>1721 S. Stephenson Ave.<br>Iron Mountain, MI 49801 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Dirne Health Centers, Inc.<br>1090 W. Park Pl.<br>Coeur D'Alene, ID 83814 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

4

| | | | | |
|---|---|---|---|---|
| Door County Memorial Hospital<br>323 S. 18th Ave.<br>Sturgeon Bay, WI 54235 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Fall River Health Services<br>1201 Hwy 71 South<br>Hot Springs, SD 57747 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Family Medicine Residency of Idaho, Inc.<br>2275 S. Eagle Rd.<br>Suite 120<br>Meridian, ID 83642 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Fort Madison Community Hospital<br>5445 Avenue O<br>Fort Madison, IA 52627 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Glacial Ridge Health System<br>10 Fourth Avenue, SE<br>Glenwood, MN 56334 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Gothenburg Memorial Hospital<br>901 20th St.<br>Gothenburg, NE 69138 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Granite Falls Municipal Hospital and Manor<br>345 10th Ave.<br>Granite Falls, MN 56241 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Grant Regional Health Center<br>507 S. Monroe St.<br>Lancaster, WI 53813 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Great River Medical Center<br>1221 S. Gear Ave.<br>West. Burlington, IA 52655 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Hancock County Memorial Hospital d/b/a Hancock County Health System<br>532 1st St. NW<br>Britt, IA 50423 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| Harlan County Health System
717 N. Brown St.
Alma, NE 68920 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
|---|---|---|---|---|
| Harrison County Memorial Hospital
2600 Miller St.
Bethany, MO 64424 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Health West, Inc.
500 S. 11th Ave.
Pocatello, ID 83201 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Hospital Dist. No. 1 of Rice County
619 S. Clark St.
Lyons, KS 67554 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Hot Springs County Memorial Hospital
150 E. Arapahoe St.
Thermopolis, WY 82443 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Hutchinson Health
1095 Hwy 15 South
Hutchinson, MN 55350 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Ida County Iowa Community Hospital d/b/a Horn Memorial Hospital
701 E. 2nd St.
Ida Grove, IA 51445 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Johnson County Healthcare Center
497 W. Lott St.
Buffalo, WY 82834 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Kalkaska Memorial Health Center
419 S. Coral St.
Kalkaska, MI 49646 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Katherine Shaw Bethea Hospital
403 E. 1st St.
Dixon, IL 61021 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Kittias County Publis Hospital District #1
603 S. Chestnut St.
Ellensburg, WA 98926 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| Kootenai Hospital District 2003 Kootenai Health Way Coeur D'Alene, ID 83814 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
|---|---|---|---|---|
| La Clinica De Los Campesinos, Inc. 400 Townline Rd. Wautoma, WI 54982 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Livingston Healthcare 320 Alpenglow Land Livingson, MN 59047 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Lucas County Health Center 1200 N. 7th St. Chariton, IA 50049 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Madison Community Hospital 323 SW 10th St. Madison, SD 57042 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Marias Healthcare Services, Inc. 670 Park Ave. Shelby, MT 59474 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Memorial Hospital of Converse County 11 South 5th St. Douglas, WY 82633 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Memorial Medical Center 216 Sunset Place Neillsville, WI 54456 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Mercy Health Partners Lakeshore Campus 72 S. State St. Shelby, MI 49455 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Mercy Hospital of Franciscan Sisters, Inc. 201 8th Ave. Oelwein, IA 50662 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Mercy Medical Center North Iowa 1000 4th St. SW Mason City, IA 50401 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Mile Bluff Medical Center, Inc. 1050 Division St. | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| | | | | |
|---|---|---|---|---|
| Mauston, WI 53948 | | | | |
| Mitchell County Regional Health Center<br>616 N. 8th St.<br>Osage, IA 50461 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Morrison Community Hospital<br>303 N. Jackson St.<br>Morrison, IL 61270 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Mosaic Medical<br>850 SW 4th St.<br>Madras, OR 97741 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Shelby County Chris A Myrtue Memorial Hospital<br>1213 Garfield Ave.<br>Harlan, IA 51537 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| The Nebraska Medical Center<br>989200 Nebraska Medical Ctr.<br>Omaha, NE 68198 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| North Lincoln County Hospital District<br>901 Adams St.<br>Afton, WY 83110 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Northwest Medical Center Association, Inc.<br>705 N. College Ave.<br>Albany, MO 64402 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Norton County Hospital<br>102 E. Holme St.<br>Norton, KS 67654 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Olmstead Medical Center<br>1650 4th St SE<br>Rochester, MN 55904 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| St. Francis Hospital<br>3401 Ludington St.<br>Escanba, MI 49829 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| OSF Holy Family Medical Center<br>1000 W. Harlem Ave.<br>Monmouth, IL 61462 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Ascension Our Lady of Victory Hospital, Inc.<br>1120 Pine St. | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| | | | | |
|---|---|---|---|---|
| Stanley, WI 54768 | | | | |
| Palo Alto County Hospital<br>3201 First St.<br>Emmetsburg, IA 50536 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Pawnee County Memorial Hospital<br>600 I St.<br>Pawnee City, NE 68420 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Pella Regional Health Center<br>404 Jefferson St.<br>Pella, IA 50219 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Pend Oreille County Public Hospital District No. 1 d/b/a Newport Community Hospital<br>714 W. Pine St.<br>Newport, WA 99156 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Pender Community Hospital<br>100 Hospital Dr.<br>Pender, NE 68047 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Pipestone County Medical Center<br>916 4th Ave. SW<br>Pipestone, MN 56164 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Portage Health<br>500 Campus Dr.<br>Hancock, MI 49930 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Powell Valley Healthcare<br>777 Avenue H<br>Powell, WY 82435 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Prairie Ridge Hospital and Health Services<br>1411 Hwy 79 East<br>Elbow Lake, MN 56531 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Prosser Public District Hospital of Benton County d/b/a Prosser Memorial Hospital<br>723 Memorial St.<br>Prosser, WA 99350 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Quincy Valley Medical Center<br>908 10th Ave SW | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

Case 19-80064-TLS   Doc 556   Filed 02/28/19   Entered 02/28/19 20:53:47   Desc Main
Document      Page 14 of 18

| | | | | |
|---|---|---|---|---|
| Quincy, WA 98848 | | | | |
| Rapid City Regional Hospital d/b/a Regional Health Rapid City Hospital<br>353 Fairmount Blvd.<br>Rapid City, SD 57701 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Regional Health Services of Howard County<br>235 8th Ave. West<br>Cresco, IA 52136 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Regional Health Network, Inc. d/b/a Regional Health Spearfish Hospital<br>1440 N. Main St.<br>Spearfish, SD 57783 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Regional Heath Network, Inc. d/b/a Regional Health Sturgis Hospital<br>2140 Junction Ave.<br>Sturgis, SD 57785 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Ringgold County Hospital<br>504 N. Cleveland St.<br>Mount Ayr, IA 50854 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Aitkin Community Hospital d/b/a Riverwood Healthcare Center<br>200 Bunker Hill Dr.<br>Aitkin, MN 56431 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Roundup Memorial Healthcare<br>1202 3rd St. West<br>Roundup, MY 59072 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Rural Health Care, Inc.<br>202 Island Dr.<br>Suite 1<br>Fort Pierre, SD 57532 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Ascension Sacred Heart St. Mary's Hospitals, Inc.<br>2251 North Shore Dr.<br>Rhinelander, WI 54501 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Ascension Sacred Heart St. Mary's Hospitals, Inc.<br>401 W. Mohawk Dr. | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| | | | | |
|---|---|---|---|---|
| Tomahawk, WI 54487 | | | | |
| Schoolcraft Memorial Hospital<br>7870 W. US Hwy 2<br>Manistique, MI 49854 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Sea-Mar Community Health Center<br>1040 S. Henderson St.<br>Seattle, WA 98108 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Sibley Medical Center<br>601 W. Chandler St.<br>Arlington, MN 55307 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| South Big Horn Hospital<br>388 Hwy 20 South<br>Basin, WY 82410 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Southwest Health Center<br>1400 East Side Rd.<br>Platteville, WI 53818 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| St. Charles Health System, Inc. d/b/a St. Charles Bend<br>2500 NE Neff Rd.<br>Bend, OR 97701 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| St. Charles Health System, Inc. d/b/a St. Charles Bend<br>1253 N. Canal Blvd.<br>Redmond, OR 97756 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| St. Francis Memorial Hospital<br>430 North Monitor St.<br>West Point, NE 68788 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Steele Memorial Medical Center<br>203 S. Daisy St.<br>Salmon, ID 83467 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Sterling Area Health Center<br>725 E. State St.<br>Sterling, MI 48659 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Stevens Community Medical Center<br>400 East 1st St.<br>Morrison, MN 56267 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |

| | | | | |
|---|---|---|---|---|
| Tri-State Memorial Hospital<br>1221 Highland Ave.<br>Clarkston, WA 99403 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Upper Great Lakes Family Health Center<br>600 Macinnes Dr.<br>Houghton, MI 49931 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Wayne County Hospital<br>417 South E. Street<br>Corydon, IA 50060 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Baldwin Area Medical Center d/b/a Western Wisconsin Health<br>1100 Bergslien St.<br>Baldwin, WI 54002 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Wheaton Franciscan Healthcare<br>All Saints, Inc.<br>3801 Spring St.<br>Racine, WI 53405 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Whitman Hospital and Medical Center<br>1200 W. Fairview<br>Colfax, WA 99111 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Yakima Neighborhood Health Services, Inc.<br>12 S. 8th St.<br>Yakima, WA 98901 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| Yakima Valley Memorial Hospital d/b/a Yakima Valley Memorial Hospital Association<br>2811 Tieton Drive<br>Yakima, WA 98902 | ShopKo Stores Operating Co., LLC | 340B Contract | N/A | 2/28/2019 |
| BTS Properties, LLC and Trip Investments, LLC<br>c/o American Management Group, Inc.<br>3305C N. Ballard Rd.<br>Appleton, WI 54911 | ShopKo Stores Operating Co., LLC | Store No. 505<br>2101 East Evergreen Dr.<br>Appleton, WI 54913 | Assorted store merchandising fixtures<br>Assorted office and store furniture<br>Assorted warehouse materials<br>Miscellaneous equipment | 2/28/2019 |

12

| | | | | |
|---|---|---|---|---|
| EQK Bridgeview Plaza, Inc.<br>Grand Pacific Holdings Corporation<br>P.O. Box 301683<br>Dallas, TX 75303 | ShopKo Stores Operating Co., LLC | Store No. 20<br>Lease of Pharmacy<br>2438 Rose St.<br>La Crosse, WI 54603 | Assorted store merchandising fixtures<br>Assorted office and store furniture<br>Assorted warehouse materials<br>Miscellaneous equipment | 2/28/2019 |
| Theda Care, Inc.<br>122 E. College Ave.<br>Appleton, WI 54304 | ShopKo Stores Operating Co., LLC | Store No. 215<br>100 County Road B<br>Suite W181<br>Shawano, WI 54166 | Assorted store merchandising fixtures<br>Assorted office and store furniture<br>Assorted warehouse materials<br>Miscellaneous equipment | 2/28/2019 |
| JBOK Enterprises, LLC<br>200 E. Washington St.<br>Suite 2A<br>Appleton, WI 54911 | ShopKo Stores Operating Co., LLC | Store No. 504<br>W3208 Van Roy Rd.<br>Appleton, WI 54915 | Assorted store merchandising fixtures<br>Assorted office and store furniture<br>Assorted warehouse materials<br>Miscellaneous equipment | 2/28/2019 |
| ThedaCare Medical Center Waupaca, Inc., f/k/a Riverside Medical Center, Inc.<br>800 Riverside Dr.<br>Waupaca, WI 54981 | ShopKo Stores Operating Co., LLC | Store No. 510<br>800 Riverside Dr.<br>Waupaca, WI 54981 | Assorted store merchandising fixtures<br>Assorted office and store furniture<br>Assorted warehouse materials<br>Miscellaneous equipment | 2/28/2019 |