IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| SPECIALTY RETAIL SHOPS HOLDING ) | |
| CORP. ) | Case No. BK 19-80064-TLS |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Luke F. Vavricek hereby enters his appearance on behalf of Creditor, Constructors, Inc., a creditor in the above-captioned matter, and respectfully requests that all further notifications and/or filings served, be served upon him, as attorney for Constructors, Inc., pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, at the following address:

Luke F. Vavricek
Attorney for Constructors, Inc.
P.O. Box 80268
1815 Y Street,
Lincoln, Nebraska 68501
Telephone:  (402) 434-1212
Fax: (402) 434-1799
lukev@nebcoinc.com

Dated this 14th day of March, 2019.

Constructors, Inc., Creditor,

BY:   /s/ Luke F. Vavricek
Luke F. Vavricek, No. 24208
Attorney for Constructors, Inc.
P.O. Box 80268
1815 Y Street,
Lincoln, Nebraska 68501
Telephone:  (402) 434-1212
Fax: (402) 434-1799
lukev@nebcoinc.com

## **CERTIFICATE OF SERVICE**

    I certify that on March 14, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court via the CM/ECF system which sent notification of such filing to all CM/ECF participants.

/s/  Luke F. Vavricek
Luke F. Vavricek