**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) ) ) | Case No. 19-80064-TLS |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**9013-1 NOTICE OF FILING AND NOTICE SETTING OBJECTION/RESISTANCE DEADLINE AND HEARING REGARDING DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING THE DEBTORS TO SURCHARGE CERTAIN COLLATERAL, (II) ALLOWING THE LENDERS' SECURED CLAIM IN AN AMOUNT THAT ACCOUNTS FOR THE SURCHARGE, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 13, 2019, Specialty Retail Shops Holding Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their *Debtors' Motion for an Order (I) Authorizing the Debtors to Surcharge Certain Collateral, (II) Allowing the Lenders' Secured Claim in an Amount that Accounts for the Surcharge, and (III) Granting Related Relief* (the "Motion") (Doc. 656) with the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objection, resistance or request for hearing with respect to the Motion must be filed on or before **March 26, 2019** with United States Bankruptcy Court, for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); ShopKo Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin, 54304.

Plaza, Suite 1125, Omaha, Nebraska 68102 and served on (i) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Travis Bayer, and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven Serajeddini; (ii) co-counsel to the Debtors, McGrath North Mullin & Kratz, P.C. LLO, 1601 Dodge St., Omaha, Nebraska 68102, Attn: James Niemeier, Esq. (iii) the U.S. Trustee, and (iv) any other entity designated by the Bankruptcy Court.

**IF ANY OBJECTIONS** are filed on or before the date set forth above, a hearing will be held on the Motion on **April 2, 2019 at 10:00 a.m.** at the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102. Attached hereto is a true and correct copy of the notice from the court setting the objection deadline and hearing date.

**IF NO OBJECTION OR RESISTANCE** is filed on or before the date set forth above, the Bankruptcy Court may enter an order on the Motion without further notice or opportunity to be heard.

Dated:  March 14, 2019         /s/ *Michael T. Eversden*
                               James J. Niemeier (NE Bar No. 18838)
                               Michael T. Eversden (NE Bar No. 21941)
                               Lauren R. Goodman (NE Bar No. 24645)
                               **MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
                               First National Tower, Suite 3700
                               1601 Dodge Street
                               Omaha, Nebraska 68102
                               Telephone:   (402) 341-3070
                               Facsimile:   (402) 341-0216
                               Email:       jniemeier@mcgrathnorth.com
                                            meversden@mcgrathnorth.com
                                            lgoodman@mcgrathnorth.com

                               - and –

2

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Jamie Netznik (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              patrick.nash@kirkland.com
              jamie.netznik@kirkland.com
              travis.bayer@kirkland.com

- and -

Steven Serajeddini (admitted *pro hac vice*)
Daniel Rudewicz (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        steven.serajeddini@kirkland.com
              daniel.rudewicz@kirkland.com

*Co-Counsel to the Debtors*