IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>SPECITALTY RETAIL SHOPS HOLDING CORP., et al.,<br>Debtors | Chapter 11<br><br>Case No. 19-80064 (TLS)<br><br>**ENTRY OF APPEARANCE** |

    COMES NOW, David Hepperlen, and enters his appearance on behalf of GE Lighting, a business unit of General Electric Company. Any and all notices may be sent to: 6681 Country Club Drive, Golden Valley MN 55427.

DATE: March 15, 2019                    GURSTEL LAW FIRM, P.C.

                                                by /s/David Hepperlen
                                                David Hepperlen (#23028)
                                                10110 Nicholas Street, Suite 203
                                                Omaha, NE 68114
                                                Telephone: (877) 344-4002
                                                Fax: (763) 267-6777
                                                NEAdmin@gurstel.com