# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-80064-TLS<br><br>(Jointly Administered) |

## REQUEST FOR TRANSCRIPT OF HEARING

Shopko Note Holding, LLC (as successor to Spirit MTA REIT, L.P.) ("SNH") respectfully requests a written transcript of the hearings held on February 28, 2019, on *Debtors' Amended Disclosure Statement* (Doc. No. 392), *Debtors' Motion for Examination* (Doc. No. 409), and *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto* (Doc. No. 412). SNH further requests the transcript be delivered on an expedited basis and within three (3) calendar days of this request.

Dated: March 18, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

4831-0383-5531.1

SHOPKO NOTE HOLDING, LLC (as successor to Spirit MTA REIT, L.P.),

By: */s/ Brian J. Koenig*
   Brian J. Koenig, NE#23807
   Kristin Krueger, NE#23919
   KOLEY JESSEN P.C., L.L.O.
   One Pacific Place, Suite 800
   1125 South 103rd Street
   Omaha, NE  68124-1079
   (402) 390-9500
   (402) 390-9005 (facsimile)
   Brian.Koenig@koleyjessen.com
   Kristin.Krueger@koleyjessen.com

and

   Brad Eric Scheler
   Michael C. Keats
   Peter B. Siroka
   FRIED, FRANK, HARRIS, SHRIVER &
     JACOBSON LLP
   One New York Plaza
   New York, New York 10004-1980
   (212) 859-8000
   Brad.Eric.Scheler@friedfrank.com
   Michael.Keats@friedfrank.com
   Peter.Siroka@friedfrank.com

*Attorneys for Shopko Note Holding, LLC (as successor to Spirit MTA REIT, L.P.)*

4831-0383-5531.1

**CERTIFICATE OF SERVICE**

On this 18th day of March, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

/s/ Brian J. Koenig
Brian J. Koenig

4831-0383-5531.1