# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064-TLS |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### CERTIFICATION OF NO OBJECTION TO THE MONTHLY FEE STATEMENT OF MCGRATH NORTH MULLIN & KRATZ, PC LLO FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 16, 2019 THROUGH JANUARY 31, 2019

The undersigned hereby certifies that, as of the date hereof, he is not aware of, and to his knowledge he has not been served with, any answer, objection, or other responsive pleading with respect to the *Monthly Fee Statement of McGrath, North, Mullin & Kratz, PC LLO for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 16, 2019 through January 31, 2019* [Docket No. 553] (the "Monthly Fee Statement"). McGrath North Mullin & Kratz, PC LLO (the "Applicant") filed the Monthly Fee Statement with the United States Bankruptcy Court for the District of Nebraska ("the Court") on February 28, 2019 and caused the Monthly Fee Statement to be served on all necessary parties on March 1, 2019. Pursuant to the procedures set forth in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals And (II) Granting Related Relief* dated February 21, 2019 [Docket No. 473] (the "Interim Compensation Order"), objections to the Monthly Fee Statement were to be filed and served no later than March 15, 2019 at 12:00 p.m. (prevailing Central Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); ShopKo Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin, 54304.

The undersigned further certifies that he has inquired and no one appearing for McGrath North has received any objection to the Monthly Fee Statement, and that he further caused a review of the Court's docket in this case to be conducted and that no answer, objection, or other responsive pleading to the Monthly Fee Statement appears thereon. The Monthly Fee Statement was filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and without the need for a further order of the Court, the Debtors are authorized to pay the Applicant eighty percent (80%) of its fees and one hundred percent (100%) of its expenses as requested in the Monthly Fee Statement upon the filing of this certification.

Dated:  March 18, 2019        */s/ James J. Niemeier*
 Omaha, Nebraska              James J. Niemeier (NE Bar No. 18838)
                              Michael T. Eversden (NE Bar No. 21941)
                              Lauren R. Goodman (NE Bar No. 24645)
                              **MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
                              First National Tower, Suite 3700
                              1601 Dodge Street
                              Omaha, Nebraska 68102
                              Telephone:    (402) 341-3070
                              Facsimile:    (402) 341-0216
                              Email:        jniemeier@mcgrathnorth.com
                                            meversden@mcgrathnorth.com
                                            lgoodman@mcgrathnorth.com

                              **Nebraska Counsel For The Debtors**