## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064-TLS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ADDITIONAL STORE CLOSINGS

**PLEASE TAKE NOTICE** that on February 8, 2019, the United States Bankruptcy Court for the District of Nebraska (the "Court") entered a final order (the "Store-Closing Order") in the above-referenced chapter 11 cases of Specialty Retail Shops Holding Corp. and its affiliated debtors (collectively, the "Debtors")[1], establishing procedures (the "Procedures") for the conduct of Store Closings.[2] (Doc. 369).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Store-Closing Order and by this written notice (this "Store-Closing Notice"), the Debtors hereby provide notice that they have determined, in the exercise of their business judgment, to commence Store Closings, in accordance with the Sale Guidelines, for each Additional Closing Store set forth in as **Exhibit A**, attached hereto (the "Additional Store Closing List").

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the Additional Closing Stores listed in the Additional Closing Store List must file and serve a written objection

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592).  The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

[2]    Capitalized terms not defined herein have the meanings ascribed to them in the Store-Closing Order.

so that such objection is filed with the Court and is actually received via first class mail, email, ECF, or fax no later than seven days after the date that the Debtors served this Store-Closing Notice, by the following parties:  (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven Serajeddini and Daniel Rudewicz, and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn:  Travis Bayer and Whitney Fogelberg, and McGrath North Mullin & Kratz, P.C. LLO, First National Tower, Suite 3700, 1601 Dodge Street, Omaha, Nebraska 68102, Attn: James J. Niemeier, Michael T. Eversden, and Lauren R. Goodman, co-counsel to the Debtors; (b) the Office of the United States Trustee for the District of Nebraska, Attn: Jerry Jensen; (c) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn:  Jeffrey Pomerantz, Esq., counsel to the Official Committee of Unsecured Creditors; (d) counsel to Wells Fargo Bank, N.A., Otterbourg P.C., 230 Park Avenue, New York, New York 10169, Attn: Chad Simon, Esq. and Daniel Fiorillo, Esq.; and (e) counsel to Shopko Note Holding, LLC successor to Spirit Realty L.P., Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, Attn: Peter Siroka.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors are authorized to proceed with conducting the proposed Store Closings at each of the locations set forth in the Additional Closing Store List, in accordance with the Store-Closing Order, the Sale Guidelines, and the Consulting Agreement.

**PLEASE TAKE FURTHER NOTICE** that if an objection to an Additional Closing Store is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Additional Closing Store as to which such objection relates[3] at the

---

[3] An objection to a particular Additional Closing Store on the Additional Closing Store List shall not constitute an objection to the other Additional Closing Stores listed on **Exhibit A**.

2

next regularly scheduled omnibus hearing, subject to the right of any party to seek relief on an

emergency basis on shortened notice, to the extent necessary, so that the Debtors may move

promptly to maximize value and minimize expenses for the benefit of creditors and stakeholders.

| | |
|---|---|
| Dated:  March 18, 2019<br>Omaha, Nebraska | /s/ Lauren R. Goodman |

James J. Niemeier (NE Bar No. 18838)
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:    (402) 341-3070
Facsimile:    (402) 341-0216
Email:        jniemeier@mcgrathnorth.com
              meversden@mcgrathnorth.com
              lgoodman@mcgrathnorth.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
Travis M. Bayer (*pro hac vice* pending)
Whitney Fogelberg (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              patrick.nash@kirkland.com
              travis.bayer@kirkland.com
              whitney.fogelberg@kirkland.com

- and -

Steven Serajeddini (*pro hac vice* pending)
Daniel Rudewicz (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        steven.serajeddini@kirkland.com
              daniel.rudewicz@kirkland.com

*Co-Counsel to the Debtors*

## Exhibit A

### Additional Store Closing List

| Store # | Street Address | City | State | Zip | Expected Close Date |
|---|---|---|---|---|---|
| 2 | 301 BAY PARK SQUARE | ASHWAUBENON | WI | 54304 | 6/16/2019 |
| 4 | 2430 EAST MASON | GREEN BAY | WI | 54302 | 6/16/2019 |
| 7 | 4344 MORMON COULEE RD | LA CROSSE | WI | 54601 | 6/16/2019 |
| 8 | 1105 E. GRAND AVE. | ROTHSCHILD | WI | 54474 | 6/16/2019 |
| 9 | 1306 N. CENTRAL AV | MARSHFIELD | WI | 54449 | 6/16/2019 |
| 11 | 500 S. CARPENTER AVE | KINGSFORD | MI | 49802 | 6/16/2019 |
| 12 | 1100 EAST RIVERVIEW EXPRESSWAY | WISCONSIN RAPIDS | WI | 54494 | 6/16/2019 |
| 14 | 822 PARK AVE | BEAVER DAM | WI | 53916 | 6/16/2019 |
| 15 | 1000 WEST NORTHLAND AVE | APPLETON | WI | 54914 | 6/16/2019 |
| 17 | 4161 SECOND STREET SOUTH | ST CLOUD | MN | 56301 | 6/16/2019 |
| 21 | 1850 E MADISON AVE. | MANKATO | MN | 56001 | 6/16/2019 |
| 22 | 1900 N. MAIN STREET | MITCHELL | SD | 57301 | 6/16/2019 |

| 24 | 955 W CLAIREMONT AVE. | EAU CLAIRE | WI | 54701 | 6/16/2019 |
|----|----|----|----|----|----|
| 25 | 1200 SUSAN DRIVE | MARSHALL | MN | 56258 | 6/16/2019 |
| 30 | 2500 E US HWY 14 | JANESVILLE | WI | 53545 | 6/16/2019 |
| 36 | 3708 HWY 63 NORTH | ROCHESTER | MN | 55906 | 6/16/2019 |
| 37 | 2677 S PRAIRIE VIEW ROAD | CHIPPEWA FALLS | WI | 54729 | 6/16/2019 |
| 38 | 2208 NORTH WEBB RD | GRAND ISLAND | NE | 68803 | 6/16/2019 |
| 40 | 3025 HAMILTON BLVD | SIOUX CITY | IA | 51104 | 6/16/2019 |
| 42 | 1300 S KOELLER ROAD | OSHKOSH | WI | 54902 | 6/16/2019 |
| 50 | 616 WEST JOHNSON STREET | FOND DU LAC | WI | 54935 | 6/16/2019 |
| 51 | 1425 JANESVILLE AVE | FORT ATKINSON | WI | 53538 | 6/16/2019 |
| 52 | 615 SOUTH MONROE AVE. | MASON CITY | IA | 50401 | 6/16/2019 |
| 53 | 510 EAST PHILIP AVE. | NORTH PLATTE | NE | 69101 | 6/16/2019 |
| 54 | 700 9TH AVENUE SE | WATERTOWN | SD | 57201 | 6/16/2019 |
| 56 | 14445 WEST CENTER ROAD | OMAHA | NE | 68144 | 6/16/2019 |

2

| 57 | 405 COTTONWOOD DR | WINONA | MN | 55987 | 6/16/2019 |
|---|---|---|---|---|---|
| 59 | 1001 HIGHWAY 15 SOUTH | FAIRMONT | MN | 56031 | 6/16/2019 |
| 68 | 800 EAST 17TH STREET | IDAHO FALLS | ID | 83404 | 6/16/2019 |
| 69 | 217 W. IRONWOOD DR. | COEUR D' ALENE | ID | 83814 | 6/16/2019 |
| 72 | 2120 THAIN GRADE | LEWISTON | ID | 83501 | 6/16/2019 |
| 75 | 2510 SOUTH RESERVE STREET | MISSOULA | MT | 59801 | 6/16/2019 |
| 79 | 200 SOUTH 18TH AVE | WAUSAU | WI | 54401 | 6/16/2019 |
| 99 | 9366 STATE HIGHWAY 16 | ONALASKA | WI | 54650 | 6/16/2019 |
| 106 | 905 SOUTH 24 WEST | BILLINGS | MT | 59102 | 6/16/2019 |
| 112 | 3101 N MONTANA AVE | HELENA | MT | 59602 | 6/16/2019 |
| 114 | 801 WEST CENTRAL ENTRANCE | DULUTH | MN | 55811 | 6/16/2019 |
| 119 | 1350 NORTH GALENA AVENUE | DIXON | IL | 61021 | 6/16/2019 |
| 120 | 405 W. EIGHTH STREET | MONROE | WI | 53566 | 6/16/2019 |
| 125 | 555 WEST SOUTH STREET | FREEPORT | IL | 61032 | 6/16/2019 |

| 128 | 1370 US HWY 2 EAST | KALISPELL | MT | 59901 | 6/16/2019 |
|-----|--------------------|-----------|-----|--------|-----------|
| 130 | 1777 PAULSON ROAD | RIVER FALLS | WI | 54022 | 6/16/2019 |
| 132 | 320 S.  ACCESS ROAD | RICE LAKE | WI | 54868 | 6/16/2019 |
| 133 | 1400 BIG THUNDER BLVD | BELVIDERE | IL | 61008 | 6/16/2019 |
| 139 | 3200 BROADWAY | QUINCY | IL | 62301 | 6/16/2019 |
| 140 | 1964 W. MORTON AVE. | JACKSONVILLE | IL | 62650 | 6/16/2019 |
| 164 | 255 JOHN F KENNEDY RD | DUBUQUE | IA | 52002 | 6/16/2019 |
| 177 | 2320 LINEVILLE ROAD | SUAMICO | WI | 54313 | 6/16/2019 |
| 179 | 5630 ST. CROIX TRAIL | NORTH BRANCH | MN | 55056 | 6/16/2019 |
| 207 | 67 SELKIRK WAY | OLDTOWN | ID | 83822 | 6/16/2019 |
| 523 | 525 E HWY 20 | VALENTINE | NE | 69201 | 6/16/2019 |
| 526 | 679 S WASHINGTON STREET | AFTON | WY | 83110 | 6/16/2019 |
| 532 | 102 COLLEGE DRIVE | NEW TOWN | ND | 58763 | 6/16/2019 |
| 544 | 500 N CENTRAL AVE | SIDNEY | MT | 59270 | 6/16/2019 |
| 545 | 2008 WEST HIGHWAY 12 | MOBRIDGE | SD | 57601 | 6/16/2019 |

4

| 547 | 4791 COUNTY ROAD 10 | MOOSE LAKE | MN | 55767 | 6/16/2019 |
|-----|---------------------|------------|----|--------|-----------|
| 550 | 100 E HELENA STREET | DILLON | MT | 59725 | 6/16/2019 |
| 562 | 702 WESTVIEW LANE | STANLEY | ND | 58784 | 6/16/2019 |
| 602 | 126 CHARLES STREET | OCONTO | WI | 54153 | 6/16/2019 |
| 604 | 1011 E. SPRUCE ST. | ABBOTSFORD | WI | 54405 | 6/16/2019 |
| 605 | 340 S. HWY 65 | MORA | MN | 55051 | 6/16/2019 |
| 610 | 650 US HWY 41 WEST | ISHPEMING | MI | 49849 | 6/16/2019 |
| 615 | 291 S. MAIN STREET | CLINTONVILLE | WI | 54929 | 6/16/2019 |
| 616 | 2541 SOUTH BAY SHORE DRIVE | SISTER BAY | WI | 54234 | 6/16/2019 |
| 617 | N2585 PLAZA ROAD | WAUTOMA | WI | 54982 | 6/16/2019 |
| 618 | 1515 E. MAIN STREET | REEDSBURG | WI | 53959 | 6/16/2019 |
| 619 | 220 W LINCOLN STREET | ADAMS | WI | 53910 | 6/16/2019 |
| 620 | 810 N. RAILROAD ST. | EAGLE RIVER | WI | 54521 | 6/16/2019 |
| 621 | 717 E. LAKESHORE DRIVE | MANISTIQUE | MI | 49854 | 6/16/2019 |
| 623 | 890 RIVERSIDE PLAZA | IRON RIVER | MI | 49935 | 6/16/2019 |

| 625 | 1201 12TH AVENUE SE | DYERSVILLE | IA | 52040 | 6/16/2019 |
|---|---|---|---|---|---|
| 626 | 1625 HIGHWAY 61 | LANCASTER | WI | 53813 | 6/16/2019 |
| 627 | 1008 E. DIVISION | NEILLSVILLE | WI | 54456 | 6/16/2019 |
| 628 | 1009 7TH AVENUE | TWO HARBORS | MN | 55616 | 6/16/2019 |
| 629 | 1500 E. SHERIDAN STREET | ELY | MN | 55731 | 6/16/2019 |
| 630 | 1625 E BLASCHKO AVENUE | ARCADIA | WI | 54612 | 6/16/2019 |
| 632 | 650 W. BEAVERBROOK AVE. | SPOONER | WI | 54801 | 6/16/2019 |
| 633 | 1333 4TH AVENUE SOUTH | PARK FALLS | WI | 54552 | 6/16/2019 |
| 664 | 511 10TH AVE NORTH | HUMBOLDT | IA | 50548 | 6/16/2019 |
| 667 | 1501 PARK STREET | SHELDON | IA | 51201 | 6/16/2019 |
| 668 | 660 WEST MILWAUKEE STREET | NEW HAMPTON | IA | 50659 | 6/16/2019 |
| 670 | 615 DEARBORN STREET | WAYNE | NE | 68787 | 6/16/2019 |
| 671 | 819 11TH AVENUE SW | WAUKON | IA | 52172 | 6/16/2019 |
| 672 | 404 E. HIGHWAY 20 | O'NEILL | NE | 68763 | 6/16/2019 |

6

| 675 | 402 E. HWY 92 | WINTERSET | IA | 50273 | 6/16/2019 |
|---|---|---|---|---|---|
| 680 | 1305 141ST STREET | PERRY | IA | 50220 | 6/16/2019 |
| 682 | 2099 CHATBURN AVENUE | HARLAN | IA | 51537 | 6/16/2019 |
| 690 | 1533 BURLINGTON STREET | HOLDREGE | NE | 68949 | 6/16/2019 |
| 695 | 2353 SOUTH E | BROKEN BOW | NE | 68822 | 6/16/2019 |
| 733 | 226 E. LINCOLN | FERGUS FALLS | MN | 56537 | 6/16/2019 |
| 735 | 190 SOUTHGATE DRIVE | AITKIN | MN | 56431 | 6/16/2019 |
| 736 | 727 15TH AVENUE SW | VALLEY CITY | ND | 58072 | 6/16/2019 |
| 738 | 300 JAKE STREET | PERHAM | MN | 56573 | 6/16/2019 |
| 739 | 710 COUNTY ROAD 21 S | GLENWOOD | MN | 56334 | 6/16/2019 |
| 740 | 116 EAST STATE HWY 28 | MORRIS | MN | 56267 | 6/16/2019 |
| 744 | 1087 3RD STREET NW | ROSEAU | MN | 56751 | 6/16/2019 |
| 745 | 1140 E. 5TH STREET | WINNER | SD | 57580 | 6/16/2019 |
| 746 | 800 S. WASHINGTON AVENUE | MADISON | SD | 57042 | 6/16/2019 |
| 747 | 405 W. INTERSTATE DRIVE | LUVERNE | MN | 56156 | 6/16/2019 |

| 748 | 1002 7TH STREET SE | PIPESTONE | MN | 56164 | 6/16/2019 |
|---|---|---|---|---|---|
| 750 | 2155 1ST AVENUE N | WINDOM | MN | 56101 | 6/16/2019 |
| 752 | 1100 EAST VALLEY ROAD | TORRINGTON | WY | 82240 | 6/16/2019 |
| 753 | 2701 HWY 18 WEST | HOT SPRINGS | SD | 57747 | 6/16/2019 |
| 755 | 1701 16TH STREET | WHEATLAND | WY | 82201 | 6/16/2019 |
| 757 | 1 NORTH 5TH AVENUE | BELLE FOURCHE | SD | 57717 | 6/16/2019 |
| 758 | 1950 E. RICHARDS | DOUGLAS | WY | 82633 | 6/16/2019 |
| 759 | 2105 LAZELLE ST. | STURGIS | SD | 57785 | 6/16/2019 |
| 761 | 205 BOYD AVENUE | NEWCASTLE | WY | 82701 | 6/16/2019 |
| 764 | 129 HARMONY ST. | BUFFALO | WY | 82834 | 6/16/2019 |
| 766 | 1950 W ROOSEVELT HWY | SHELBY | MT | 59474 | 6/16/2019 |
| 768 | 804 US HWY 2 WEST | GLASGOW | MT | 59230 | 6/16/2019 |
| 772 | 1005 W COULTER AVENUE | POWELL | WY | 82435 | 6/16/2019 |
| 773 | 825 NE MAIN | LEWISTOWN | MT | 59457 | 6/16/2019 |
| 774 | 100 WASHINGTON STREET | LIVINGSTON | MT | 59047 | 6/16/2019 |

| 775 | 31071 US HIGHWAY 2 | LIBBY | MT | 59923 | 6/16/2019 |
|-----|---------------------|-------|-----|--------|-----------|
| 786 | 801 N. BROADWAY ST. | RED OAK | IA | 51566 | 6/16/2019 |
| 790 | 409 JUNCTION AVENUE | STANLEY | WI | 54768 | 6/16/2019 |
| 792 | 79 HOMETOWN DRIVE | TOMAHAWK | WI | 54487 | 6/16/2019 |
| 795 | 1026 S. CHALLIS STREET | SALMON | ID | 83467 | 6/16/2019 |
| 796 | 301 SOUTH MANTORVILLE AVENUE | KASSON | MN | 55944 | 6/16/2019 |