**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Craig A. Wolfe, Esq.

*Counsel to Sun Capital Management IV, LLC
and SKO Group Holding, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re:<br><br>**SPECIALTY RETAIL SHOPS HOLDING CORP.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-80064 (TLS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the undersigned appears for Sun Capital Management IV, LLC and SKO Group Holding, LLC (collectively, "**Sun**") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Craig A. Wolfe, Esq.
> **MORGAN, LEWIS & BOCKIUS LLP**
> 101 Park Avenue
> New York, New York 10178-0600
> Telephone: (212) 309-6000
> Facsimile: (212) 309-6001
> Email: craig.wolfe@morganlewis.com
>     - and -
> Andrew Gallo, Esq.
> **MORGAN, LEWIS & BOCKIUS LLP**
> 225 Franklin Street
> Boston, MA 02110
> Telephone: (617) 341-7700
> Facsimile: (617) 341-7701
> Email: andrew.gallo@morganlewis.com

DB1/ 82331263.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit constitutes a waiver of any right (1) to have final orders entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Sun is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York  
       March 19, 2019

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**  
*Counsel to Sun Capital Management IV, LLC and SKO Group Holding, LLC*

By: /s/Craig A. Wolfe  
    Craig A. Wolfe

101 Park Avenue  
New York, New York 10178-0600  
Telephone: (212) 309-6000  
Facsimile: (212) 309-6001

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing on March 19, 2019, with the Clerk of Bankruptcy Court using the CM/ECF system which sent notification to all CM/ECF participants.

/s/ Craig A. Wolfe
Craig A. Wolfe