# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | ) Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) Case No. 19-80064 (TLS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF CONTINUANCE OF CONFIRMATION HEARING DATE AND HEARING ON SURCHARGE MOTION, STANDING MOTION, DUCERA MOTION, MOTION TO SEAL, AND RELATED DEADLINES

**PLEASE TAKE NOTICE** that on March 20, 2019, the United States Bankruptcy Court for the District of Nebraska (the "Court") entered an order (the "Confirmation Procedures Order") (Docket No. 702) in the above-referenced chapter 11 cases of Specialty Retail Shops Holding Corp. and its affiliated debtors (collectively, the "Debtors"), granting the *Debtors' Motion for Continuance of Confirmation Hearing Date; Hearings on Debtors' Motion to Surcharge Collateral; the Official Unsecured Creditor's Committee's Motion to Clarify the Order Approving Ducera's Employment; and Motion Authorizing the Committee to Prosecute Certain Claims on Behalf of the Estates, and Request for Approval of Form of Notice of Deadlines Associated Therewith* (the "Motion") (Docket No. 701).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing Date has been continued to April 18, 2019 at 10:00 a.m. and will be held at the Roman L. Hruska Courthouse 111 South 18th Plaza, Courtroom #8, 2nd Floor, Omaha, Nebraska 68102.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion and the Confirmation Procedures Order, the following dates and deadlines have been set concerning the confirmation of the *Second Amended Joint Chapter 11 Plan of Specialty Retail Shops Holding Corp. and Its Debtor Affiliates* (Docket No. 570) (the "Plan"):

| Event | Proposed Revised Date |
|---|---|
| Resolution Event (as defined in the Disclosure Statement Order) | April 5, 2019 |
| Plan Objection Deadline | April 5, 2019 at 5 PM CDT |
| Deadline to file objections to the Debtors' proposed assumption, rejection, and/or cure amounts for Executory Contracts and Unexpired Leases | April 5, 2019 at 5 PM CDT |
| Voting Deadline | April 5, 2019 at 5 PM CDT |
| Deadline to File Confirmation Brief | April 17, 2019 at 12 PM CDT |
| Plan Objection Response Deadline | April 17, 2019 at 12 PM CDT |
| Deadline to File Voting Report | April 17, 2019 at 12 PM CDT |
| Confirmation Hearing | April 18, 2019 at 10 AM CDT |

For further information concerning how to participate in the hearing on confirmation of the Plan or the requirements for voting or filing any objections to confirmation of the Debtors' Plan, please refer to the *Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* (Doc. 572) (the "Disclosure Statement Order"), which remains in full force and effect, except as modified by the Confirmation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Motion for an Order (I) Authorizing the Debtors to Surcharge Certain Collateral, (II) Allowing the Lenders' Secured Claim in an Amount that Accounts for the Surcharge, and (III) Granting Related Relief* (Docket No. 656) (the "Surcharge Motion") has been continued to April 18, 2019 at 10:00 a.m. Any objection, resistance, or request for hearing with respect to the Surcharge Motion must be filed on or before **April 5, 2019 at 5 PM CDT** with United States Bankruptcy Court, for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and served on (i) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Travis Bayer, and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven Serajeddini; (ii) co-counsel to the Debtors, McGrath North Mullin & Kratz, P.C. LLO, 1601 Dodge St., Omaha, Nebraska 68102, Attn: James Niemeier, Esq. (iii) the U.S. Trustee, and (iv) any other entity designated by the Bankruptcy Court. For further information concerning how to participate in the hearing on the Surcharge Motion or the requirements for filing any objections thereto, please refer to the *Amended Notice of Filing and Notice Setting Objection/Resistance Deadline and Hearing Regarding Debtors' Motion for an Order (I) Authorizing the Debtors to Surcharge Certain Collateral, (II) Allowing the Lenders' Secured Claim in an Amount that Accounts for the Surcharge, and (III) Granting Related Relief* (Docket No. 665).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute Certain Claims on Behalf of the Bankruptcy Estates and Granting Related Relief* (Docket No. 641) (the "Standing Motion"), *Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Exhibits to the Committee's Motion for Entry*

*of an Order Authorizing the Committee to Prosecute Certain Claims on Behalf of the Bankruptcy Estates* (Docket No. 640) (the "Motion to Seal"), and *Motion of Official Committee of Unsecured Creditors for Reconsideration of Order Granting Application to Employ Ducera Partners, LLC, as Financial Advisors to Special Committee of Independent Directors* (Docket No. 447) (the "Ducera Motion"), has been continued to April 18, 2019 at 10:00 a.m.  Any objection, resistance, or request for hearing with respect to the Standing Motion, Motion to Seal, and the Ducera Motion must be filed on or before **April 12, 2019 at 5 PM CDT** with United States Bankruptcy Court, for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and served on the attorneys for the Official Committee of Unsecured Creditors via the Goosmann Law Firm, P.C., Attn: Elizabeth M. Lally, The Advent Building, 17838 Burke Street, Suite 250 Omaha, NE 68118 and Pachulski Stang Ziehl & Jones LLP, Attn. Robert J. Feinstein or Bradford J. Sandler, 780 Third Avenue, 34th Floor, New York, NY 10017; (b) the U.S. Trustee; and (c) any other entity designated by the Bankruptcy Court.  For further information concerning how to participate in the hearing on the Standing Motion, the Motion to Seal, and the Ducera Motion, or the requirements for filing any objections thereto, please refer to the *9013-1 Notice Setting Objection/Resistance Deadline and Hearing with Certificate of Service Regarding (I) Motion of the Official Committee of Unsecured Creditors ofr Entry of an Order Authorizing the Committee to Prosecute Certain Claims of Behalf of the Bankruptcy Estates; (II) Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Exhibits to the Committee's Motion for Entry of an Order Authorizing the Committee to Prosecute Certain Claims on Behalf of the Bankruptcy Estates, and (III) Motion to Reconsider filed by Official Unsecured Creditors' Committee and Objections Thereto* (Docket No. 654).

| | |
|---|---|
| Dated: March 20, 2019<br>Omaha, Nebraska | */s/ Lauren R. Goodman*<br>James J. Niemeier (NE Bar No. 18838)<br>Michael T. Eversden (NE Bar No. 21941)<br>Lauren R. Goodman (NE Bar No. 24645)<br>**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**<br>First National Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone: (402) 341-3070<br>Facsimile: (402) 341-0216<br>Email: jniemeier@mcgrathnorth.com<br>meversden@mcgrathnorth.com<br>lgoodman@mcgrathnorth.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Travis M. Bayer (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>patrick.nash@kirkland.com<br>travis.bayer@kirkland.com<br><br>- and -<br><br>Steven Serajeddini (admitted *pro hac vice*)<br>Daniel Rudewicz (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: steven.serajeddini@kirkland.com<br>daniel.rudewicz@kirkland.com<br><br>*Co-Counsel to the Debtors* |