**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP, *et al.*, | Case No. 19-80064 (TSL) (Jointly Administered) |
| Debtors. | Re:  Docket No. 421 |

**MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM ON**
**BEHALF OF EAST E STREET REALTY, LLC**

**COMES NOW** East E Street Realty, LLC ("Claimant"), by and through its undersigned counsel, pursuant to this Court's February 14, 2019 *Order (I) Settling a Bar Date For Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Setting a Bar Date For the Filing of Proofs of Claim By Governmental Units, (III) Setting a Bar Date For the Filing of Requests for Allowance of Administrative Expense Claims, (IV) Setting an Amended Schedules Bar Date, (V) Setting a Rejection Damages Bar Date, (VI) Setting a Premis Liability Claims Bar Date, (VII) Approving the Form of an Manner for Filing Proofs of Claim, (VIII) Approving Notice of the Bar Dates, and (IX) Granting Related Relief* (Docket No. 421), hereby submits this request for payment of an administrative claim:

1. <u>Amount of Claim:</u>    $7,634.53

2. <u>Basis for Claim:</u>    11 U.S.C. § 503(b)(1); post-petition rent from January 16-31, 2019 incurred for the lease of 2105 Lazelle Street, Sturgis, SD 57785.

3. <u>Support for Claim</u>:    See attached copy of the Lease.

4. <u>Reservation of Rights:</u>    Claimant reserves the right to request additional post-petition amounts, rents, taxes, interest, costs, attorney's fees and other "impositions" as provided for in the attached Lease agreement.

5.  <u>Right to Amend:</u>  Claimant specifically reserves its right to amend or supplement this request for any additional post-petition Lease obligations not satisfied by Debtor while it is in possession of the subject leased premises.

6.  <u>9013-1 Notice:</u>  Please take notice that pursuant to Rule 9013-1(E), any objection or resistance to this Request for Payment of Administrative Expense Claim must be filed on or before **April 18, 2019** ("Resistance Date").  If no objection or resistance is timely filed on or before the Resistance Date, then pursuant to Rule 9013(D) the Court may enter an order in favor of the Claimant.

**DATED** this 28th day of March 2019.


EAST E STREET REALTY, LLC, CREDITOR


By: */s/ Kathryn J. Derr*
Kathryn J. Derr #19275
1301 S. 75th Street, Suite 100
Omaha, NE 68124
Telephone:    (402) 827-7000
Facsimile:     (402) 827-7001
Email: kderr@berkshire-law.com

ITS ATTORNEYS


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2019, I caused the above document to be filed with the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

NONE.

*/s/ Kathryn J. Derr*