**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| *SPECIALTY RETAIL SHOPS HOLDING CORP., et al.*,[1] | ) | Case No. 19-80064-TLS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**APPLICATION AND REQUEST FOR PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIMS ON BEHALF OF 3M COMPANY**
**AND NOTICE OF OBJECTION/RESISTANCE DEADLINE**

3M Company ("3M"), by and through its undersigned counsel, pursuant to this Court's *Order (I) Setting a Bar Date for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims, (IV) Setting an Amended Schedules Bar Date, (V) Setting a Rejection Damages Bar Date, (VI) Setting a Premise Liability Claims Bar Date, (VII) Approving the Form of and Manner for Filing Proofs of Claim, (VIII) Approving Notice of the Bar Dates, and (IV) Granting Related Relief* [Doc. No. 421] ("Bar Date Order") entered on February 14, 2019, hereby submits this request for payment of its administrative expense claims (this "Request"), as follows:[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

[2] 3M holds an administrative expense claim that arose between January 16, 2019 (the "Petition Date") and April 1, 2019 in the amount of $76,296.59 (the "Postpetition Administrative Expense Claim"). In addition, 3M holds an administrative expense claim in the amount of $116,142.58 that is entitled to priority under section 503(b)(9) of the

1.  <u>Name of Creditor:</u>        3M Company

2.  <u>Amount of Claim(s):</u>      $192,439.17, including:

    a. Postpetition Administrative Expense Claim in the amount of $76,296.59; and
    b. Section 503(b)(9) Claim in the amount of $116,142.58.

3.  <u>Basis for Claim(s):</u>
    a. Postpetition Administrative Expense Claim: amount due 3M for goods provided to Debtors on a post-petition basis; and
    b. Section 503(b)(9) Claim: amount due 3M for good received by the Debtors within 20 days before the Petition Date.

4.  <u>Backup to Claim:</u>
    a. Postpetition Administrative Expense Claim: attached hereto as **Exhibit A** is a summary of invoices reflecting goods provided to Debtors on a post-petition basis; and attached hereto as **Exhibit B** are true and correct copies of the related invoices; and
    b. Section 503(b)(9) Claim: supporting documentation was provided with the 3M POC and is available from the undersigned upon request.

5.  <u>Reservation of Rights:</u>   3M reserves the right to seek allowance of post-petition charges, interest, costs and attorneys' fees, as applicable.

6.  <u>Right to Amend:</u>          3M specifically reserves its right to amend or supplement this Request for any purpose.

7.  <u>9013-1 Notice:</u>           Please take notice that pursuant to Local Rule 9013-1(E), any objection or resistance to this Application and Request for Payment of Administrative Expense Claim must be filed on or before **April 22, 2019** ("<u>Resistance Date</u>"). If no objection or resistance is timely filed on or before the

---

Bankruptcy Code for the value of the goods delivered to and received by the Debtors in the twenty (20) days prior to the Petition Date (the "<u>Section 503(b)(9) Claim</u>"). Pursuant to the requirements of paragraph 4 of the Bar Date Order, 3M previously asserted its Section 503(b)(9) Claim in 3M's filed proofs of claim designated as Claim Numbers 1961 and 2132 (collectively, the "<u>3M POC</u>"). Notwithstanding the Bar Date Order's clear and unambiguous language that administrative claims arising section 503(b)(9) may be asserted via proof of claim, rather than via a request for administrative expense, Article II.A. of the Debtors' proposed plan (Docket No. 570, the "<u>Plan</u>") appears to imply that all administrative claims (including those arising under section 503(b)(9)) must be asserted by a request for payment of administrative expense filed and served on the debtors before the Administrative Claims Bar Date (as defined in the Plan) and pursuant to procedures specified in a yet-to-be-issued confirmation order. Out of an abundance of caution, 3M hereby reasserts and requests payment of its Section 503(b)(9) Claim herein.

          Resistance Date, then pursuant to Local Rule 9013-1(D) the Court may enter an order in favor of the moving party.

Dated: April 1, 2019        Respectfully submitted,

                3M COMPANY

                By: /s/ Alison Elko Franklin
                  Alison Elko Franklin
                  (admitted *pro hac vice*)
                  Dentons US LLP
                  303 Peachtree Street, Suite 5300
                  Atlanta, Georgia 30308
                  Telephone: (404) 527-4000
                  Facsimile: (404) 527-4198
                  E-Mail: alison.franklin@dentons.com

                *Counsel for Creditor 3M Company*

## CERTIFICATE OF SERVICE

  The undersigned certifies that on the 1st day of April 2019, I electronically filed the above-referenced pleading in the above-captioned case with Clerk of the United States Bankruptcy Court using the CM ECF System which sent electronic notification of such filing to those parties receiving electronic notice therein.

                By: /s/ Alison Elko Franklin
                  Alison Elko Franklin

110614619\V-1