**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re:<br><br>SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-80064 (TLS)<br>(Jointly Administered)<br><br>**Re:  Docket No. 813** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT
OF ADMINISTRATIVE CLAIMS OF ST. CROIX TRAIL, LLC [Docket No. 813]**

PLEASE TAKE NOTICE that the Request for Payment of Administrative Claims of St. Croix Trail, LLC [Docket No. 813] is hereby withdrawn.

Dated: April 1, 2019
New York, New York

**KELLEY DRYE & WARREN LLP**

By: */s/ Robert L. LeHane*
    Robert L. LeHane, Esq.
    Maeghan J. McLoughlin, Esq.
    Kayci G. Hines, Esq.
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897

*Counsel to St. Croix Trail, LLC*