# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-80064-TLS<br><br>(Jointly Administered) |

## JIMCO LAMP & MANUFACTURING COMPANY'S
## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Jimco Lamp & Manufacturing Company ("**Jimco**"), by and through its undersigned counsel, pursuant to this Court's February 14, 2019 *Order (I) Setting A Bar Date For Filing Proofs Of Claim, Including Claims Arising Under Section 503(b)(9) Of The Bankruptcy Code, (II) Setting A Bar Date For The Filing Of Proofs Of Claim By Governmental Units, (III) Setting A Bar Date For The Filing Of Requests For Allowance of Administrative Expense Claims, (IV) Setting An Amended Schedules Bar Date, (V) Setting A Rejection Damages Bar Date, (VI) Setting A Premise Liability Claims Bar Date, (VII) Approving The Form Of And Manner For Filing Proofs Of Claim, (VIII) Approving Notice Of The Bar Dates, And (IX) Granting Related Relief* (Doc. 421, the "**Bar Date Order**"), hereby submits this request for payment of an administrative expense claim.

Jimco holds an administrative claim in the amount of $19,660.46 that is entitled to administrative expense status under 11 U.S.C. § 503(b)(9) because it represents the value of goods sold by Jimco to ShopKo Stores Operating Co., LLC ("**ShopKo**") in the ordinary course of Shopko's business and received by Shopko within 20 days prior to Shopko's bankruptcy filing. Pursuant to the requirements of paragraph 4 of the Bar Date Order, Jimco previously asserted this administrative claim arising under 11 U.S.C. § 503(b)(9) in Jimco's filed proof of claim (Proof of Claim Number 1492-1, the "**Jimco POC**").

Notwithstanding the Bar Date Order's clear and unambiguous language that administrative claims arising under 11 U.S.C. § 503(b)(9) may be asserted via proof of claim, rather than via a request for administrative expense, Article II.A. of ShopKo's proposed plan (Doc. 570, the "**Plan**") appears to imply that all administrative claims (including those arising under 11 U.S.C. § 503(b)(9)) must be asserted by a request for payment of administrative expense filed

1

and served on the debtors before the Administrative Claims Bar Date (as defined in the Plan) and pursuant to procedures specified in a yet-to-be-issued confirmation order. This inconsistency between the Plan and the Bar Date Order may well be unintentional. However, out of an abundance of caution, Jimco hereby reasserts and requests payment of its $19,660.46 administrative claim arising under 11 U.S.C. § 503(b)(9):

1. Amount of Claim: $19,660.46.

2. Basis for Claim: In accordance with Section 503(b)(9), this claim represents the value of goods sold by Jimco to ShopKo in the ordinary course of ShopKo's business and received by ShopKo within 20 days prior to ShopKo's bankruptcy filing.

3. Backup to Claim: Attached as Exhibit A are copies of the invoices and bills of lading establishing this administrative claim.

4. Reservation of Rights: Jimco reserves any and all rights it has or may have in law and in equity and any and all rights it has or may have under state law or federal law, including without limitation its right to set off part or all of its claim.

5. Right to Amend: Jimco specifically reserves its right to amend or supplement this request for any purpose.

6. 9013-1 Notice: Please take notice that pursuant to Rule 9013-1(E), any objection or resistance to this Request for Payment of Administrative Expense Claim must be filed on or before **April 22, 2019** ("**Resistance Date**"). If no objection or resistance is timely filed on or before the Resistance Date, then pursuant to Rule 9013-1(D) the Court may enter an order in favor of the moving party.

Dated: April 1, 2019

                JIMCO LAMP & MANUFACTURING COMPANY

                By: s/ Joshua C. Dickinson
                    Joshua C. Dickinson, Bar Number 23700
                    Its Attorney
                    Spencer Fane LLP
                    13520 California Street, Suite 290
                    Omaha, NE 68154
                    Telephone: (402) 965-8600
                    Fax: (402) 965-8601
                    E-mail: jdickinson@spencerfane.com

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system.

I further certify that on April 1, 2019, I served the following parties by first class, U.S. Mail, postage prepaid:

Back Bay Management Corporation and its
division, The Michael-Shaked Group
2 Park Plaza
Suite 500
Boston, MA 02116

Jeanmarie Baer on behalf of
Creditor Baylor County
Perdue,Brandon,Fielder,Collins&Mott
PO Box 8188
Wichita Falls, TX 76307

Custer County Treasurer
431 S 10TH AVE
BROKEN BOW, NE 68822

Ducera Partners, LLC
499 Park Avenue
16th Floor
New York, NY 60022

Matthew A. Feldman
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

Greenfield Community Development
Corporation
215 S. First Street
Greenfield, IA 50849

Hilco Real Estate, LLC
5 Revere Drive
Suite #206
Northbrook, IL 60062

Holly Plaza LLC
2055 Driscoll Dr.
Reno, NV 89509

IBM Credit LLC
Andrew Gravina - Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082-4859

Colleen Kelly
625 Brownsboro Rd.
Eagle Point, OR 97524

Richard C. Kelly
625 Brownsboro Rd.
Eagle Point, OR 97524

Dennis Lutgen
Westwind Plaza
1108 North Independence
Box 504
Beloit, KS 67420

Jennifer L. Marines on behalf of Creditor United
Parcel Service, Inc.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Patrick J. Nash, Jr. on behalf of Debtor Specialty
Retail Shops Holding Corp.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Northwest Natural Gas Company
Attn: Ashlee Minty, CCRA, CBA
220 NW 2nd Avenue
Portland, OR 97209

Oracle America, Inc.
Buchalter
c/o Shawn M. Christianson
55 2nd St 17 Fl
San Francisco, CA 94105

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Trevor R. Pincock on behalf of Creditor Terence M. Tombari
Lukins & Annis, P.S.
717 West Sprague Ave., Ste. 1600
Spokane, WA 99201

Prime Clerk LLC
830 3rd Avenue
3rd Floor
New York, NY 10022

Steven T. Waterman on behalf of Creditor LCN SKO Omaha (Multi) LLC
Dorsey & Whitney LLP
111 So. Main Street, 21st Floor
Salt Lake City, UT 84111

Wisconsin Rapids Water Works and Lighting Commission
Attn: Jeff Kuhn, CPA
221 16th St.
PO Box 399
Wisconsin Rapids, WI 54495

Zhangusa Investments, LLC dba ZiMart Kermit LLC, a Texas series limited liab. Co.
3420 Pine Ave.
Waco, TX 76708


s/ Joshua C. Dickinson

**EXHIBIT A**

[INVOICES AND BILLS OF LADINGS]

WA 12778446.1