UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. BK 19-80064 |
| ) | |
| SPECIALTY RETAIL SHOPS, ) | **ENTRY OF APPEARANCE** |
| HOLDING CORP., et al., ) | **AND REQUEST FOR NOTICE** |
| ) | |
| Debtor. ) | |

COMES NOW Zachary W. Lutz-Priefert, of the law firm and Gross & Welch, P.C., L.L.O., and hereby enters his appearance as attorney for Monarch Alternative Capital, LP and 2105 Lazelle Street LLC, creditor and party-in-interest in the above bankruptcy case. Creditor hereby requests that service of all filings be served upon it at the address set forth below and that the following be added to the Court's Matrix:

Zachary W. Lutz-Priefert
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 So. 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
zlutzpriefert@grosswelch.com

Dated this 2nd day of April, 2019.

MONARCH ALTERNATIVE CAPITAL,
LP/2105 LAZELLE STREET LLC,
Creditor,

By: /s/ Zachary W. Lutz-Priefert
Zachary W. Lutz-Priefert, #25902
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 So. 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
Telephone: 402-392-1500

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

/s/ Zachary W. Lutz-Priefert
Zachary W. Lutz-Priefert

Monarch/#6EX1616