## United States Bankruptcy Court, District of Nebraska

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | |
|---|---|---|
| ☐ Specialty Retail Shops Holding Corp. (Case No. 19-80064) | ☐ Retained R/E SPE, LLC (Case No.19-80068) | ☐ ShopKo Optical Manufacturing, LLC (Case No.19-80073) |
| ☐ Pamida Transportation, LLC (Case No. 19-80063) | ☐ ShopKo Finance, LLC (Case No.19-80069) | ☐ ShopKo Properties, LLC (Case No.19-80074) |
| ☐ Pamida Stores Operating Co., LLC (Case No. 19-80065) | ☐ ShopKo Gift Card Co., LLC (Case No. 19-80070) | ☒ ShopKo Stores Operating Co., LLC (Case No.19-80075) |
| ☐ Penn-Daniels, LLC (Case No. 19-80066) | ☐ ShopKo Holding Company, LLC (Case No. 19-80071) | ☐ SVS Trucking, LLC (Case No. 19-80076) |
| ☐ Place's Associates Expansion, LLC (Case No.19-80067) | ☐ ShopKo Institutional Care Services Co., LLC (Case No. 19-80072) | |

Modified Official Form 410

# Proof of Claim

4/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Blue Buffalo Company, Ltd.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Connie A. Lahn<br>225 South Sixth Street, Suite 2800<br>Minneapolis, MN 55402 | Gregory Ragland<br>11 River Road<br>Wilton, CT 06897 |
| Contact phone (612) 333-2111 | Contact phone (203) 665-3502 |
| Contact email connie.lahn@btlaw.com | Contact email gragland@bluebuff.com |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 1 9 9

**7. How much is the claim?**

$241667.86. **Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold. See attached addendum.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $______

**Amount of the claim that is secured:** $______

**Amount of the claim that is unsecured:** $______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $______

**Annual Interest Rate** (when case was filed) ______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $______

**11. Is this claim subject to a right of setoff?**

☐ No
☑ Yes. Identify the property: ______

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* **Amount entitled to priority**<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $______<br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $______<br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $______<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $______<br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $______<br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. $______<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ **Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** $ 173506.56 |

## Part 3: Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date 02/21/2019 (mm/dd/yyyy)<br><br>[signature]<br>Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name: Gregory Ragland (First name / Middle name / Last name)<br>Title: Director of Finance<br>Company: Blue Buffalo Company, Ltd.<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Address: 11 River Road (Number Street)<br>Wilton (City) CT (State) 06897 (ZIP Code)<br>Contact phone: (203) 665-3502 Email gragland@bluebuff.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| Specialty Retail Shops Holding Corp., *et al.*[1], | Case No. 19-80064-TLS |
| Debtors. | Jointly Administered |

## ADDENDUM TO PROOF OF CLAIM

1. This proof of claim is made for and signed by the claimant, Blue Buffalo Company, Ltd. ("Claimant"), and is based on amounts owed by Shopko Stores Operating Co., LLC ("Debtor") under purchase orders with Claimant.

2. The correct name and address of the Claimant is as follows:

**Blue Buffalo Company, Ltd.**
**11 River Road**
**Wilton, Connecticut 06897**
**Attn: Gregory Ragland**

3. At the time of filing of the petition in this case, Debtor was, and still is, indebted or liable to Claimant, excluding all post-petition interest and other charges, if any, and excluding applicable prepetition interest or other charges, if any, in the total amount shown below:

**TOTAL AMOUNT**
**--- CLAIMED ---**
**$241,667.86**

4. This claim is based on goods sold, delivered to, and received by the Debtor in the ordinary course of business, including goods received by the Debtor within 20

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

days of the Debtor's bankruptcy filing. Supporting documentation evidencing the amounts due are attached hereto as **Exhibits A, B, and C**.

5. Claimant asserts an administrative expense priority claim in the amount of $173,506.56 for the value of goods received by the Debtor within 20 days before the date of commencement of the above-referenced case, in which the goods were sold to the Debtor in the ordinary course of the Debtor's business. Supporting documentation evidencing the amounts due under the administrative expense priority claim are attached hereto as **Exhibit A**.

6. Claimant asserts a general unsecured claim in the amount of $49,142.79 for the value of goods received by the Debtor more than 20 days before the date of commencement of the above-referenced case, in which goods were sold to the Debtor in the ordinary course of the Debtor's business. Supporting documentation evidencing the amounts due under the general unsecured claim are attached hereto as **Exhibit B.**

7. Claimant also asserts a general unsecured claim in the amount of $19,018.51 for the value of deductions Debtor took against invoices of Claimant that Claimant disputes and asserts are still due and owing. Supporting documentation evidencing the unapproved deductions are attached hereto as **Exhibit C**.

8. In the event that the Debtor, or anyone on the Debtor's behalf, asserts a claim against Claimant in these bankruptcy proceedings, this claim may be secured by a right of setoff pursuant to 11 U.S.C. §§ 506(a) and 553. Claimant reserves all of its rights of setoff and/or recoupment.

9. All, if any, payments on this claim have been credited and deducted for the purpose of making this proof of claim. No judgment has been rendered on this claim.

9. All notices concerning this proof of claim shall be sent to:

Blue Buffalo Company, Ltd.
11 River Road Wilton, Connecticut 06897
Attn: Gregory Ragland
with copies to:

BARNES & THORNBURG LLP
Attorneys for General Mills, Inc.
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Attn: Connie A. Lahn

10. Claimant reserves its right to amend this claim or filed additional proofs of claim to reflect any additional claims against the Debtor.

11. This claim is filed as:

| | |
|---|---|
| **SECURED CLAIM** | **$0** |
| **503(B)(9) CLAIM** | **$173,506.56** |
| **UNSECURED NONPRIORITY CLAIM** | **$68,161.30** |

**[*Signature page follows.*]**

Dated: February 21, 2019

By: ______________________
Gregory Ragland
Director of Finance
Blue Buffalo Company, Ltd.

# EXHIBIT A

Blue Buffalo Company, Ltd.
Invoices evidencing 503(b)(9) Claim

| Invoice Number | Invoice Date | Delivery Location | Amount |
|---|---|---|---|
| 90242490 | 12/27/2018 | Shopko DC 998 Omaha, 10808 South 132nd Street, Omaha, NE 68138 | $19,288.24 |
| 90242745 | 12/28/2018 | Shopko DC 998 Omaha, 10808 South 132nd Street, Omaha, NE 68138 | $47,743.45 |
| 90243497 | 12/31/2018 | Shopko DC 998 Omaha, 10808 South 132nd Street, Omaha, NE 68138 | $22,680.40 |
| 90243496 | 12/31/2018 | Shopko DC 999, 1717 Lawrence Drive, De Pere, WI 54115 | $25,519.88 |
| 90243495 | 12/31/2018 | Shopko DC 997 Boise, 1001 E. Gowen Road, Boise, ID 83716 | $11,054.48 |
| 90243498 | 12/31/2018 | Shopko DC 999, 1717 Lawrence Drive, De Pere, WI 54115 | $47,220.11 |
| | | | $173,506.56 |



**_Blue Buffalo Company, Ltd._**
**_11 River Road_**
**_Wilton, Connecticut 06897_**
**_USA_**
**_Phone +1 (203) 762-9751_**
**_Web: www.bluebuff.com_**

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

01/18/2019 13:09:20

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha NE 68138

| **Information** | |
|---|---|
| **Invoice No.** | 90243497 |
| **Invoice Date** | 12/31/2018 |
| **Delivery No.** | 80248131 |
| **Order No.** | 214072 |
| **Order Date** | 11/17/2018 |
| **Customer PO No.** | 018605353B |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 9,800.000 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 802265<br>2019 FDM Blue Cat Quarter Pallet<br>UPC No. : 840243129713<br>Customer Material No. : 27015197<br>2019 FDM Blue Cat Quarter Pallet | 40 EA | 319.220 | 12,768.80 |
| 21 | 802264<br>Blue Dog Quarter Pallet<br>UPC No. : 840243129706<br>Customer Material No. : 23858905<br>Blue Dog Quarter Pallet | 40 EA | 247.790 | 9,911.60 |
| | **SubTotal** | | | 22,680.40 |
| | **Total Amount (USD)** | | | 22,680.40 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

**ShopKo**

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138

Track ID: 1751347229.5

Purchase Order

018605353B

Identification Code: 0998

Identification Code: 0998

850 PURCHASE ORDER COMMENTS

LINKED POS 018599431-B,018605353-B

SO 214072

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018605353B | Stand-alone Order | Original | 11/16/2018 | 9075555002 | 12/11/2018 |

| Do Not Deliver After (063) | Agreement Number |
|---|---|
| 12/11/2018 | 850 PURCHASE ORDER COMMENTS |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 840243129713 | | | 40<br>Inner Packs: 1 | Each | $319.22 | $12,768.80 |
| 2 | 840243129706 | | | 40<br>Inner Packs: 1 | Each | $247.79 | $9,911.60 |
| | | | | Total Qty | | | Total |
| | | | | 80 | | | $22,680.40 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|
| Basic | 2% | 10 Days | 30 Days |

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

Door 7

INNOMARK
COMMUNICATIONS
the total merchandising solution

| Date: 12/13/2018 | CS: CS0000736882 | | |
|---|---|---|---|
| Bill of Lading No: 2012879-003 | Route | PO: 018605353B | SO: 214072 |

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | Shopko DC 998 Omaha | From Shipper | InnoMark Communications |
| Street | 10808 South 132nd Street | Street | 420 Distribution Circle |
| City-State-Zip | Omaha, NE 68138 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | ( 513 ) 645-8497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 40 | | Case Blue Dog Quarter Pallet | 8850 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 40 | | Case 2019 FDM Blue Cat Quarter Pallet | 8850 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | Seal # 18729522 | | |
| | | | | |
| | | Bill Freight To:Blue Buffalo LLC, 11 River Road Wilton, CT 06897 | | |
| | | | | |
| | | | | |
| Total: 80 | | Special Instructions: | Total: 17700 lbs | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

Freight Charges:

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. PER

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

Unit Number 3699

Units (skids, ctns, bundle, etc.)

(SIGNATURE OF CONSIGNOR) Saul / H C

Date

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

INNOMARK
COMMUNICATIONS
the total merchandising solution

| | |
|---|---|
| Date: 12/13/2018 | CS: CS0000736862 |
| Bill of Lading No: 2012879-003 | Route |
| PO: 018605353B | SO: 214072 |

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | Shopko DC 998 Omaha | From Shipper | InnoMark Communications |
| Street | 10808 South 132nd Street | Street | 420 Distribution Circle |
| City-State-Zip | Omaha, NE 68138 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | ( 513 ) 645-8497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 40 | | Case Blue Dog Quarter Pallet | 8850 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 40 | | Case 2019 FDM Blue Cat Quarter Pallet | 8850 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | Seal # 8822522 | | |
| | | | | |
| | | Bill Freight To:Blue Buffalo LLC, 11 River Road Wilton, CT 06897 | | |
| | | | | |
| | | | | |
| Total: 80 | | Special instructions: | Total: 17700 lbs | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING. THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

Freight Charges:

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. PER

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FRIEGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

Unit Number 3699

Units (skids, ctns, bundle, etc.)

Date

Jared 0749 GIX Drop

Spectrum 14 Dec 2018 3699

RECEIVED
DEC 14 2018
By



***Blue Buffalo Company, Ltd.***
***11 River Road***
***Wilton, Connecticut 06897***
***USA***
***Phone +1 (203) 762-9751***
***Web: www.bluebuff.com***

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

01/18/2019 13:09:01

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
SHOPKO DC 999
1717 Lawrence Drive
De Pere WI 54115

| **Information** | |
|---|---|
| **Invoice No.** | 90243496 |
| **Invoice Date** | 12/31/2018 |
| **Delivery No.** | 80247819 |
| **Order No.** | 214074 |
| **Order Date** | 11/17/2018 |
| **Customer PO No.** | 018805351A |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 10,740.000 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 802265<br>2019 FDM Blue Cat Quarter Pallet<br>UPC No. : 840243129713<br>Customer Material No. : 27015197<br>2019 FDM Blue Cat Quarter Pallet | 52 EA | 319.220 | 16,599.44 |
| 21 | 802264<br>Blue Dog Quarter Pallet<br>UPC No. : 840243129706<br>Customer Material No. : 23858905<br>Blue Dog Quarter Pallet | 36 EA | 247.790 | 8,920.44 |
| | **SubTotal** | | | 25,519.88 |
| | **Total Amount (USD)** | | | 25,519.88 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

## ShopKo

Track ID: 1751347229.3

SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115

Purchase Order

018605351A

Identification Code: 0999

Identification Code: 0999

850 PURCHASE ORDER COMMENTS

LINKED POS 018605351-A,018605749-A

SO 214074

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018605351A | Stand-alone Order | Original | 11/16/2018 | 9075555002 | 12/11/2018 |

| Do Not Deliver After (063) | Agreement Number |
|---|---|
| 12/11/2018 | 850 PURCHASE ORDER COMMENTS |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 840243129713 | | | 52 | Each | $319.22 | $16,599.44 |
| | | | | Inner Packs: 1 | | | |
| 2 | 840243129706 | | | 36 | Each | $247.79 | $8,920.44 |
| | | | | Inner Packs: 1 | | | |
| | | | | Total Qty | | | Total |
| | | | | 88 | | | $25,519.88 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|
| Basic | 2% | 10 Days | 30 Days |

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

| Date: | CS: CS0000736884 | | |
|---|---|---|---|
| Bill of Lading No: 2012879-005 | Route | PO: 018605351A | SO: 214074 |

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | SHOPKO DC 999 | From Shipper | InnoMark Communications |
| Street | 1717 Lawrence Drive | Street | 420 Distribution Circle |
| City-State-Zip | De Pere, WI 54115 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | ( 513 ) 645-8497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 36 | | Case Blue Dog Quarter Pallet | 7965 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 52 | | Case 2019 FDM Blue Cat Quarter Pallet | 11505 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | | | |
| | | Seal # 18729507 | | |
| | | Bill Freight To:Blue Buffalo LLC, 11 River Road Wilton, CT 06897 | | |
| | | | | |
| | | | | |
| Total: 88 | | Special instructions: | Total: 19470 lbs | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN) MARKED CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

**Freight Charges:**

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED ON DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. PER

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

Unit Number 13012

Units (skids, ctns, bundle, etc.)

Date

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

| Date: | CS: CS0000736884 | | |
|---|---|---|---|
| Bill of Lading No: 2012879-005 | Route | PO: 018605351A | SO: 214074 |

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | SHOPKO DC 999 | From Shipper | InnoMark Communications |
| Street | 1717 Lawrence Drive | Street | 420 Distribution Circle |
| City-State-Zip | De Pere, WI 54115 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | (513) 645-3497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 36 | | Case Blue Dog Quarter Pallet | 7965 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 52 | | Case 2019 FDM Blue Cat Quarter Pallet | 11505 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | Seal # 1873927 | | |
| 88 | RCVD | | | |
| CTNS | | Bill Freight To:Blue Buffalo LLC, 11 River Road Wilton, CT 06897 | | |
| 52 | PLTS | [signature] Shopko | | |
| | | Kent Parker 12-14-18 | | |
| Total: 88 | | Special Instructions: | Total: 19470 lbs | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

Freight Charges:

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING ______ PER ______

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

Unit Number 1302

Units (skids, ctns, bundle, etc.)

Date



***Blue Buffalo Company, Ltd.***
***11 River Road***
***Wilton, Connecticut 06897***
***USA***
***Phone +1 (203) 762-9751***
***Web: www.bluebuff.com***

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

01/18/2019 13:08:38

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
Shopko DC 997 Boise
1001 E. Gowen Road
Boise ID 83716

| **Information** | |
|---|---|
| **Invoice No.** | 90243495 |
| **Invoice Date** | 12/31/2018 |
| **Delivery No.** | 80244131 |
| **Order No.** | 214073 |
| **Order Date** | 11/17/2018 |
| **Customer PO No.** | 018605352C |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 4,920.000 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 802265<br>2019 FDM Blue Cat Quarter Pallet<br>UPC No. : 840243129713<br>Customer Material No. : 27015197<br>2019 FDM Blue Cat Quarter Pallet | 16 EA | 319.220 | 5,107.52 |
| 21 | 802264<br>Blue Dog Quarter Pallet<br>UPC No. : 840243129706<br>Customer Material No. : 23858905<br>Blue Dog Quarter Pallet | 24 EA | 247.790 | 5,946.96 |
| | **SubTotal** | | | 11,054.48 |
| | **Total Amount (USD)** | | | 11,054.48 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

## ShopKo

Track ID: 1751347229.4

Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716

Purchase Order

018605352C

Identification Code: 0997

Identification Code: 0997

850 PURCHASE ORDER COMMENTS

LINKED POS 018599430-C,018605352-C

SO 214073

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018605352C | Stand-alone Order | Original | 11/16/2018 | 9075555002 | 12/11/2018 |

| Do Not Deliver After (063) | Agreement Number |
|---|---|
| 12/11/2018 | 850 PURCHASE ORDER COMMENTS |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 840243129713 | | | 16 | Each | $319.22 | $5,107.52 |
| 2 | | | | Inner Packs: 1 | | | |
| | 840243129706 | | | 24 | Each | $247.79 | $5,946.96 |
| | | | | Inner Packs: 1 | | | |
| | | | | Total Qty | | | Total |
| | | | | 40 | | | $11,054.48 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|
| Basic | 2% | 10 Days | 30 Days |

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

| Date: 12/12/2018 | CS: CS0000736881 | | |
|---|---|---|---|
| Bill of Lading No: 2012879-004 | Route | PO: 018605352C | SO: 214073 |

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | Shopko DC 997 Boise | From Shipper | InnoMark Communications |
| Street | 1001 E. Gowen Road | Street | 420 Distribution Circle |
| City-State-Zip | Boise, ID 83716 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | ( 513 ) 645-8497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 24 | | Case Blue Dog Quarter Pallet | 5310 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 16 | | Case 2019 FDM Blue Cat Quarter Pallet | 3540 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | Seal # 18728526 | | |
| Total: 40 | | Special instructions: | Total: 8850 lbs | |

RECEIVED SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN) MARKED CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

Freight Charges:

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY, THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. PER

SUBJECT TO SECTION 7 OF THE CONDITIONS IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FRIEGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR) ____

Unit Number 004

Units (skids, ctns, bundle, etc.)

Date

STRAIGHT BILL OF LADING NOT NEGOTIABLE

# BILL OF LADING

Date: 12/12/2018

CS: CS0000736881

Bill of Lading No: 2012879-004

Route

PO: 018605352C

SO: 214073

| Destination | | Origin | |
|---|---|---|---|
| To Consignee | Shopko DC 997 Boise | From Shipper | InnoMark Communications |
| Street | 1001 E. Gowen Road | Street | 420 Distribution Circle |
| City-State-Zip | Boise, ID 83716 | City-State-Zip | Fairfield, OH 45014 |
| Phone | | Phone | ( 513 ) 645-8497 Tim Gilbert |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions list hazardous materials first | Weight Lbs. (subject to corrections) | Class |
|---|---|---|---|---|
| 24 | | Case Blue Dog Quarter Pallet | 5310 | 60 |
| | | UPC 840243129706 Lot 20200108 | | |
| 16 | | Case 2019 FDM Blue Cat Quarter Pallet | 3540 | 60 |
| | | UPC 840243129713 Lot 20200108 | | |
| | | [signature] 12/17/18 Andrew Schobley | | |
| Total: 40 | | Special Instructions: | Total: 8850 lbs | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING. THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

Freight Charges:

**PPD 3rd Party**

If not otherwise marked freight charges will be prepaid

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper

Per

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING. PER

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR) ____________

Unit Number

Units (skids, ctns, bundle, etc.)

Date

28267331 8



***Blue Buffalo Company, Ltd.***
***11 River Road***
***Wilton, Connecticut 06897***
***USA***
***Phone +1 (203) 762-9751***
***Web: www.bluebuff.com***

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

01/18/2019 13:06:42

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha NE 68138

| **Information** | |
|---|---|
| **Invoice No.** | 90242745 |
| **Invoice Date** | 12/28/2018 |
| **Delivery No.** | 80245991 |
| **Order No.** | 220437 |
| **Order Date** | 12/13/2018 |
| **Customer PO No.** | 018676665B |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 18,500.900 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 800318<br>BLUE Bts Ckn 4ozDg<br>UPC No. : 859610005165<br>Customer Material No. : 22776082<br>BB BLUE BITS TRAINING CHICKEN 4 oz | 312 EA | 3.020 | 942.24 |
| 21 | 800489<br>BLUE Bts Beef 4ozDg<br>UPC No. : 859610008353<br>Customer Material No. : 22776116<br>BB BEEF TRAINING BITS 4 OZ | 312 EA | 3.020 | 942.24 |
| 31 | 800385<br>BLUE Bones LG 12ozDg<br>UPC No. : 859610006472<br>Customer Material No. : 22776256<br>BLUE Bones Large Dog 12oz | 132 EA | 9.790 | 1,292.28 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 41 | 801713<br>BLUE Stix Chicken Recipe 6oz Dg<br>UPC No. : 840243123032<br>Customer Material No. : 22776355<br>BLUE Stix Chicken Recipe 6oz | 224 EA | 4.200 | 940.80 |
| 51 | 800324<br>BLUE Bones REG 12ozDg<br>UPC No. : 859610005307<br>Customer Material No. : 22776421<br>BLUE Bones Regular Dog 12oz | 132 EA | 9.790 | 1,292.28 |
| 71 | 801715<br>BLUE Stix Beef Recipe 6oz Dg<br>UPC No. : 840243122998<br>Customer Material No. : 22776629<br>BLUE Stix Beef Recipe 6oz | 224 EA | 4.200 | 940.80 |
| 81 | 800282<br>BLUE HBr Appls & Yog 16ozDg<br>UPC No. : 840243105618<br>Customer Material No. : 22776637<br>BLUE HEALTH BARS Apples & Yogurt 16oz Dog | 216 EA | 3.670 | 792.72 |
| 91 | 800280<br>BLUE HBr Bac Egg & Ch 16ozDg<br>UPC No. : 840243106332<br>Customer Material No. : 22776660<br>BLUE HEALTH BARS Bacon, Egg, & Cheese 16oz Dog | 216 EA | 3.670 | 792.72 |
| 101 | 801490<br>BLUE KC Ckn 2oz Cat<br>UPC No. : 840243120215<br>Customer Material No. : 22786339<br>BLUE Chicken Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 111 | 801491<br>BLUE KC Salm 2oz Cat<br>UPC No. : 840243120239<br>Customer Material No. : 22786396<br>BLUE Salmon Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 121 | 801492<br>BLUE KC Tuna 2oz Cat<br>UPC No. : 840243120253<br>Customer Material No. : 22786446<br>BLUE Tuna Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 131 | 801864<br>BLUE Ckn Sq 12oz Cat<br>UPC No. : 840243125098<br>Customer Material No. : 22786487<br>BLUE Kitty Cravings Chicken 12oz | 80 EA | 5.990 | 479.20 |
| 141 | 801664<br>BLUE Adlt Indr Ckn & BR 5# Cat<br>UPC No. : 840243122455<br>Customer Material No. : 22776868<br>BLUE Indoor Adult Cat Chicken 5lb/2.3kg | 100 EA | 13.950 | 1,395.00 |
| 151 | 801669<br>BLUE SS Adlt Ckn & BR 5# Cat<br>UPC No. : 840243122509<br>Customer Material No. : 22777106<br>BLUE Sensitive Stomach Adult Cat Chicken 5lb/2.3kg | 100 EA | 13.950 | 1,395.00 |
| 161 | 801662<br>BLUE Adlt Indr Ckn & BR 10# Cat<br>UPC No. : 840243122431<br>Customer Material No. : 22777197<br>BLUE Indoor Adult Cat Chicken 10lb/4.5kg | 64 EA | 20.980 | 1,342.72 |
| 171 | 801666<br>BLUE Adlt Indr Salm&BR 5# Cat<br>UPC No. : 840243122479<br>Customer Material No. : 22777783<br>BLUE Indoor Adult Cat Salmon 5lb/2.3kg | 50 EA | 13.950 | 697.50 |
| 181 | 801673<br>BLUE Kit Ckn & BR 5# Cat<br>UPC No. : 840243122547<br>Customer Material No. : 22777973<br>BLUE Kitten Cat Chicken 5lb/2.3kg | 100 EA | 13.950 | 1,395.00 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 191 | 801667<br>BLUE SS Adlt Ckn & BR 10# Cat<br>UPC No. : 840243122486<br>Customer Material No. : 22778088<br>BLUE Sensitive Stomach Adult Cat Chicken 10lb/4.5kg | 64 EA | 20.980 | 1,342.72 |
| 201 | 801660<br>BLUE Adlt Ckn & BR 5# Cat<br>UPC No. : 840243122417<br>Customer Material No. : 22778237<br>BLUE Adult Cat Chicken 5lb/2.3kg | 50 EA | 13.950 | 697.50 |
| 221 | 801545<br>BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat<br>UPC No. : 840243121229<br>Customer Material No. : 22778484<br>BLUE Healthy Gourmet Flaked Tuna/Fish & Shrimp/Chicken 3 oz. Can Variety Pack 12 ct. | 74 EA | 10.220 | 756.28 |
| 231 | 801703<br>BLUE HG Adlt Pate 3oz Var 12ct Cat<br>UPC No. : 840243122974<br>Customer Material No. : 22778575<br>BLUE Healthy Gourmet Adult Variety Pack (12 count) - Pate | 74 EA | 10.220 | 756.28 |
| 241 | 800125<br>BLUE HG Pate Adlt Trky Ckn 5.5oz Cat<br>UPC No. : 840243102280<br>Customer Material No. : 22785505<br>BLUE Healthy Gourmet Paté Adult Cat Turkey + Chicken Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 251 | 800130<br>BLUE HG FLKD CKN & LIVER 5.5oz Cat<br>UPC No. : 840243102334<br>Customer Material No. : 22786149<br>BLUE HG FLKD CKN & LIVER 5.5oz CAT | 336 EA | 1.140 | 383.04 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 261 | 800155<br>BLUE Sr Ckn & BR 6#Dg<br>UPC No. : 859610000135<br>Customer Material No. : 22774905<br>BLUE LPF Senior Dog Chicken 6lb/2.7kg | 150 EA | 14.540 | 2,181.00 |
| 271 | 800168<br>BLUE Adlt Lamb & BR 6#Dg<br>UPC No. : 859610000333<br>Customer Material No. : 22775308<br>Blue Life Protection Formula Lamb and Brown Rice Recipe<br>Adult Dog<br>6lb/2.7kg | 150 EA | 14.540 | 2,181.00 |
| 281 | 800147<br>BLUE Adlt HW Ckn & BR 6#Dg<br>UPC No. : 859610000029<br>Customer Material No. : 22775332<br>BLUE LPF Healthy Weight Adult Dog Chicken 6lb/2.7kg | 150 EA | 14.540 | 2,181.00 |
| 291 | 800165<br>BLUE Adlt Fish & BR 6#Dg<br>UPC No. : 859610000289<br>Customer Material No. : 22775506<br>BLUE Adlt Fish & BR 6#Dg | 50 EA | 15.450 | 772.50 |
| 301 | 800195<br>BLUE HR Ckn 12.5ozDg<br>UPC No. : 840243104932<br>Customer Material No. : 22775621<br>BLUE Homestyle Recipe Adult Dog Chicken Dinner w. Garden<br>Vegetables<br>12.5oz/354g | 204 EA | 1.870 | 381.48 |
| 311 | 800442<br>BLUE HR Sr Ckn 12.5ozDg<br>UPC No. : 859610007479<br>Customer Material No. : 22775704<br>BLUE Homestyle Recipe Senior Chicken Dinner w. Garden<br>Vegetables<br>12.5oz/354g | 204 EA | 1.870 | 381.48 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 321 | 800237<br>BLUE BStw Beef 12.5ozDg<br>UPC No. : 840243105212<br>Customer Material No. : 22775712<br>BLUE BStw Beef 12.5ozDg | 204 EA | 2.210 | 450.84 |
| 331 | 800199<br>BLUE HR Trky 12.5ozDg<br>UPC No. : 840243104963<br>Customer Material No. : 22775795<br>BLUE Homestyle Recipe Adult Dog Turkey Meatloaf Dinner w. Garden<br>Vegetables 12.5oz/354g | 204 EA | 1.870 | 381.48 |
| 341 | 801856<br>BLUE HR Ckn & Beef 12.5oz Dg Var 8ct<br>UPC No. : 840243125159<br>Customer Material No. : 22775993<br>BLUE Homestyle Recipes Variety Pack (8 count) - Chicken and Beef | 96 EA | 14.630 | 1,404.48 |
| 351 | 801677<br>BLUE Adlt Ckn & BR 24# Dg<br>UPC No. : 840243122585<br>Customer Material No. : 23290943<br>BLUE LPF Adult Dog Chicken 24lb/10.9kg | 90 EA | 36.310 | 3,267.90 |
| 361 | 801679<br>BLUE LB Adlt Ckn & BR 24# Dg<br>UPC No. : 840243122608<br>Customer Material No. : 23292279<br>BLUE LPF Large Breed Adult Dog Chicken 24lb/10.9kg | 60 EA | 36.310 | 2,178.60 |
| 371 | 800187<br>BLUE SB Adlt Ckn & BR 6#Dg<br>UPC No. : 840243104871<br>Customer Material No. : 23292923<br>BLUE LPF Small Breed Adult Dog Chicken 6lb/2.7kg | 300 EA | 14.540 | 4,362.00 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 381 | 800152<br>BLUE Adlt Ckn & BR 6#Dg<br>UPC No. : 859610000074<br>Customer Material No. : 23322753<br>BLUE LPF Adult Dog Chicken 6lb/2.7kg | 250 EA | 14.540 | 3,635.00 |
| 391 | 800173<br>BLUE LB Pup Ckn & BR 15#Dg<br>UPC No. : 859610000425<br>Customer Material No. : 23333297<br>BLUE LPF Large Breed Puppy Dog Chicken 15lb/6.8kg | 7 EA | 28.150 | 197.05 |
| 401 | 800169<br>BLUE Adlt Lamb & BR 15#Dg<br>UPC No. : 859610000357<br>Customer Material No. : 23333313<br>Blue Life Protection Formula Lamb and Brown Rice Recipe Adult Dog 15lb/6.8kg | 7 EA | 28.150 | 197.05 |
| 411 | 800146<br>BLUE Pup Ckn & BR 6#Dg<br>UPC No. : 859610000012<br>Customer Material No. : 23350952<br>BLUE LPF Puppy Dog Chicken 6lb/2.7kg | 250 EA | 14.540 | 3,635.00 |
| | **SubTotal** | | | 47,618.42 |
| | **Less than Truckload Surcharge** | | | 125.03 |
| | **Total Amount (USD)** | | | 47,743.45 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

## ShopKo

Track ID: 1751378249.1

Purchase Order

018676665B

Identification Code: 0998

Identification Code: 0998

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018676665B | Stand-alone Order | Original | 12/13/2018 | 9075555002 | 12/28/2018 |

| Do Not Deliver After (063) |
|---|
| 12/28/2018 |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 859610005185 | | | 312 | Each | $3.02 | $942.24 |
| 2 | | | | Inner Packs: 8 | | | |
| | 859610008353 | | | 312 | Each | $3.02 | $942.24 |
| 3 | | | | Inner Packs: 8 | | | |
| | 859610006472 | | | 132 | Each | $9.79 | $1,292.28 |
| 4 | | | | Inner Packs: 6 | | | |
| | 840243123032 | | | 224 | Each | $4.20 | $940.80 |
| 5 | | | | Inner Packs: 8 | | | |
| | 859610005307 | | | 132 | Each | $9.79 | $1,292.28 |
| 6 | | | | Inner Packs: 6 | | | |
| | 840243102815 | | | 104 | Each | $3.67 | $381.68 |
| 7 | | | | Inner Packs: 8 | | | |
| | 840243122998 | | | 224 | Each | $4.20 | $940.80 |
| 8 | | | | Inner Packs: 8 | | | |
| | 840243105618 | | | 216 | Each | $3.67 | $792.72 |
| 9 | | | | Inner Packs: 12 | | | |
| | 840243106332 | | | 216 | Each | $3.67 | $792.72 |
| 10 | | | | Inner Packs: 12 | | | |
| | 840243120215 | | | 240 | Each | $1.21 | $290.40 |
| 11 | | | | Inner Packs: 12 | | | |
| | 840243120239 | | | 240 | Each | $1.21 | $290.40 |
| 12 | | | | Inner Packs: 12 | | | |
| | 840243120253 | | | 240 | Each | $1.21 | $290.40 |
| 13 | | | | Inner Packs: 12 | | | |
| | 840243125098 | | | 80 | Each | $5.99 | $479.20 |

# ShopKo

Track ID: 1751378249.1

Purchase Order

018676665B

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 14 | | | | Inner Packs: 4 | | | |
| | 840243122455 | | | 100 | Each | $69.75 | $6,975.00 |
| 15 | | | | Inner Packs: 5 | | | |
| | 840243122509 | | | 100 | Each | $69.75 | $6,975.00 |
| 16 | | | | Inner Packs: 5 | | | |
| | 840243122431 | | | 64 | Each | $20.98 | $1,342.72 |
| 17 | | | | Inner Packs: 1 | | | |
| | 840243122479 | | | 50 | Each | $69.75 | $3,487.50 |
| 18 | | | | Inner Packs: 5 | | | |
| | 840243122547 | | | 100 | Each | $69.75 | $6,975.00 |
| 19 | | | | Inner Packs: 5 | | | |
| | 840243122486 | | | 64 | Each | $20.98 | $1,342.72 |
| 20 | | | | Inner Packs: 1 | | | |
| | 840243122417 | | | 50 | Each | $69.75 | $3,487.50 |
| 21 | | | | Inner Packs: 5 | | | |
| | 840243122561 | | | 50 | Each | $78.60 | $3,930.00 |
| 22 | | | | Inner Packs: 5 | | | |
| | 840243121229 | | | 74 | Each | $10.22 | $756.28 |
| 23 | | | | Inner Packs: 2 | | | |
| | 840243122974 | | | 74 | Each | $10.22 | $756.28 |
| 24 | | | | Inner Packs: 2 | | | |
| | 840243102280 | | | 336 | Each | $1.14 | $383.04 |
| 25 | | | | Inner Packs: 24 | | | |
| | 840243102334 | | | 336 | Each | $1.14 | $383.04 |
| 26 | | | | Inner Packs: 24 | | | |
| | 859610000135 | | | 150 | Each | $14.54 | $2,181.00 |
| 27 | | | | Inner Packs: 5 | | | |
| | 859610000333 | | | 150 | Each | $14.54 | $2,181.00 |
| 28 | | | | Inner Packs: 5 | | | |
| | 859610000029 | | | 150 | Each | $14.54 | $2,181.00 |
| 29 | | | | Inner Packs: 5 | | | |
| | 859610000289 | | | 50 | Each | $15.45 | $772.50 |

# ShopKo

Track ID: 1751378249.1

Purchase Order

018676665B

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Inner Packs: 5 | | | |
| 30 | 840243104932 | | | 204 | Each | $1.87 | $381.48 |
| | | | | Inner Packs: 12 | | | |
| 31 | 859610007479 | | | 204 | Each | $1.87 | $381.48 |
| | | | | Inner Packs: 12 | | | |
| 32 | 840243105212 | | | 204 | Each | $2.21 | $450.84 |
| | | | | Inner Packs: 12 | | | |
| 33 | 840243104963 | | | 204 | Each | $1.87 | $381.48 |
| | | | | Inner Packs: 12 | | | |
| 34 | 840243125159 | | | 96 | Each | $14.63 | $1,404.48 |
| | | | | Inner Packs: 1 | | | |
| 35 | 840243122585 | | | 90 | Each | $36.31 | $3,267.90 |
| | | | | Inner Packs: 1 | | | |
| 36 | 840243122608 | | | 60 | Each | $36.31 | $2,178.60 |
| | | | | Inner Packs: 1 | | | |
| 37 | 840243104871 | | | 300 | Each | $14.54 | $4,362.00 |
| | | | | Inner Packs: 5 | | | |
| 38 | 859610000074 | | | 250 | Each | $14.54 | $3,635.00 |
| | | | | Inner Packs: 5 | | | |
| 39 | 859610000425 | | | 7 | Each | $28.15 | $197.05 |
| | | | | Inner Packs: 1 | | | |
| 40 | 859610000357 | | | 7 | Each | $28.15 | $197.05 |
| | | | | Inner Packs: 1 | | | |
| 41 | 859610000012 | | | 250 | Each | $14.54 | $3,635.00 |
| | | | | Inner Packs: 5 | | | |
| | | | | Total Qty | | | Total |
| | | | | 6,446 | | | $74,250.10 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|
| Basic | 2% | 10 Days | 30 Days |

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logisics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 14 CA | 840243102280<br>10840243102287 | **Pate Adlt Turk & Chick Entrée 24/5.5oz**<br>LOT/BATCH# 20211109U QTY: 14 Blue Line#: 900022<br>**Cases 14** | 0.01 | 133<br>800125 |
| | 14 CA | 840243102334<br>10840243102331 | **BLUE Flaked Chick 24/5.5 oz**<br>LOT/BATCH# 20211022U QTY: 14 Blue Line#: 900023<br>**Cases 14** | 0.01 | 133<br>800130 |
| | 300 EA | 840243104871<br>10840243104878 | **BLUE SMALL BREED Adlt 5/6LB**<br>LOT/BATCH# 20200517AH4 QTY: 300 Blue Line#: 900035<br>**Cases: 60** | 10.44 | 1878<br>800187 |
| | 17 CA | 840243104932<br>10840243104939 | **ChkN/BROWN RICE/VEGETABLES 12/12.5 OZ**<br>LOT/BATCH# 20211029U QTY: 17 Blue Line#: 900028<br>**Cases 17** | 0.03 | 159<br>800195 |
| | 17 CA | 840243104963<br>10840243104960 | **Turk MEATLOAF DINNER 12/12.5 OZ**<br>LOT/BATCH# 20211010U QTY: 17 Blue Line#: 900031<br>**Cases 17** | 0.03 | 159<br>800199 |
| | 17 CA | 840243105212<br>10840243105219 | **BLUE BSTEW BEEF 12/12.5 OZ**<br>LOT/BATCH# 20211029X QTY: 17 Blue Line#: 900030<br>**Cases 17** | 0.03 | 159<br>800237 |
| | 18 CA | 840243105618<br>10840243105615 | **HEALTH BAR APPLES & YOG 12/16 OZ**<br>LOT/BATCH# 20200106H QTY: 18 Blue Line#: 900007<br>**Cases 18** | 0.23 | 238<br>800282 |
| | 18 CA | 840243106332<br>10840243106339 | **HEALTH BAR BAC EGG & CH 12/16 OZ**<br>LOT/BATCH# 20200209H QTY: 18 Blue Line#: 900008<br>**Cases 18** | 0.23 | 238<br>800280 |
| | 20 CA | 840243120215<br>10840243120212 | **BLUE Ckn Sq 12/2oz Cat**<br>LOT/BATCH# 20200207AM QTY: 20 Blue Line#: 900009<br>**Cases 20** | 8.15 | 56<br>801490 |

* The Fibre Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
'The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS**
**REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in his possession

________________
(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ____________ By: ________________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

**Ship From**

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

**Shippers Instructions**

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 20 CA | 840243120239<br>10840243120236 | BLUE Salm Sq 12/2oz Cat<br>LOT/BATCH# 20191025AM QTY: 20 Blue Line#: 900010<br>Cases 20 | 8.15 | 56<br>801491 |
| | 20 CA | 840243120253<br>10840243120250 | BLUE Tuna Sq 12/2oz Cat<br>LOT/BATCH# 20200213AM QTY: 20 Blue Line#: 900011<br>Cases 20 | 8.15 | 56<br>801492 |
| | 37 CA | 840243121229<br>10840243121226 | BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat<br>LOT/BATCH# 20210409U QTY: 37 Blue Line#: 900020<br>Cases 37 | 6.20 | 215<br>801545 |
| | 50 EA | 840243122417<br>10840243122414 | BLUE Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200601L QTY: 50 Blue Line#: 900019<br>Cases: 10 | 17.34 | 250<br>801660 |
| | 64 EA | 840243122431 | BLUE Adlt Indr Ckn & BR 10# Cat<br>LOT/BATCH# 20200418AH2 QTY: 64 Blue Line#: 900015<br>Cases 64 | 24.31 | 640<br>801662 |
| | 100 EA | 840243122455<br>10840243122452 | BLUE Adlt Indr Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200503AH4 QTY: 100 Blue Line#: 900013<br>Cases: 20 | 10.90 | 500<br>801664 |
| | 50 EA | 840243122479<br>10840243122476 | BLUE Adlt Indr Salm&BR 5/5# Cat<br>LOT/BATCH# 20200215L QTY: 50 Blue Line#: 900016<br>Cases: 10 | 36.10 | 250<br>801666 |
| | 64 EA | 840243122486 | BLUE SS Adlt Ckn & BR 10# Cat<br>LOT/BATCH# 20200125J QTY: 64 Blue Line#: 900018<br>Cases 64 | 23.60 | 640<br>801667 |
| | 100 EA | 840243122509<br>10840243122506 | BLUE SS Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200213B QTY: 100 Blue Line#: 900014<br>Cases: 20 | 34.68 | 500<br>801669 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his possession.

________________
(Signed)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for ________ By ________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

**Ship From**

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

**Shippers Instructions**

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 100 EA | 840243122547<br>10840243122544 | **BLUE Kit Ckn & BR 5/5# Cat**<br>LOT/BATCH# 20200210B QTY: 100 Blue Line#: 900017<br>**Cases: 20** | 34.68 | 500<br>801673 |
| | 90 EA | 840243122585 | **BLUE Adlt Ckn & BR 24# Dg**<br>LOT/BATCH# 20200412AH1 QTY: 90 Blue Line#: 900033<br>**Cases 90** | 77.50 | 2160<br>801677 |
| | 60 EA | 840243122608 | **BLUE LB Adlt Ckn & BR 24# Dg**<br>LOT/BATCH# 20200409AH1 QTY: 60 Blue Line#: 900034<br>**Cases 60** | 46.67 | 1440<br>801679 |
| | 37 CA | 840243122974<br>10840243122971 | **BLUE HG Adlt Pate 3oz Var12ct**<br>LOT/BATCH# 20210411U QTY: 37 Blue Line#: 900021<br>**Cases 37** | 6.20 | 167<br>801703 |
| | 28 CA | 840243122998<br>10840243122995 | **BLUE Stix Beef Recipe 8/6oz Dg**<br>LOT/BATCH# 20191031AM QTY: 28 Blue Line#: 900006<br>**Cases 28** | 9.70 | 84<br>801715 |
| | 28 CA | 840243123032<br>10840243123039 | **BLUE Stix Chicken Recipe 8/ 6oz Dg**<br>LOT/BATCH# 20191124AM QTY: 28 Blue Line#: 900004<br>**Cases 28** | 9.70 | 84<br>801713 |
| | 20 CA | 840243125098<br>10840243125095 | **BLUE Kitty Cravings Chicken 4/12oz Cat**<br>LOT/BATCH# 20200125AM QTY: 20 Blue Line#: 900012<br>**Cases 20** | 5.40 | 60<br>801864 |
| | 96 CA | 840243125159<br>10840243125156 | **BLUE HR Ckn & Beef 12.5oz Dg Var 8ct**<br>LOT/BATCH# 20210729U QTY: 96 Blue Line#: 900032<br>**Cases 96** | 16.12 | 600<br>801856 |
| | 250 EA | 859610000012<br>10859610000019 | **BLUE Chick AND BROWN RICE Pup 5/ 6LB**<br>LOT/BATCH# 20200206AH4 QTY: 250 Blue Line#: 900039<br>**Cases: 50** | 8.70 | 1565<br>800146 |

* The Paper Bags, Fiber Pails, Fiber Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

______ per ______"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in his possession

(Signature)

**For the Account of: (Shipper)**

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ____________ By: ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Ship From:
Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Seal | Vendor Ship Point # | Pro Number | Load # | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 150 EA | **859610000029**<br>10859610000026 | **BLUE Adlt HW Ckn & BR 5/6#Dg**<br>LOT/BATCH# 20200210AH3 QTY: 150 Blue Line#: 900026<br>**Cases: 30** | **5.22** | **939**<br>800147 |
| | 250 EA | **859610000074**<br>10859610000071 | **BLUE Adlt Ckn & BR 5/6#Dg**<br>LOT/BATCH# 20200526AH3 QTY: 250 Blue Line#: 900036<br>**Cases: 50** | **8.70** | **1565**<br>800152 |
| | 150 EA | **859610000135**<br>10859610000132 | **BLUE SENIOR Dog 5/6LB**<br>LOT/BATCH# 20200601AH3 QTY: 150 Blue Line#: 900024<br>**Cases: 30** | **5.22** | **939**<br>800155 |
| | 50 EA | **859610000289**<br>10859610000286 | **BLUE FISH & SWEET Potato 5/ 6LB**<br>LOT/BATCH# 20200203AH4 QTY: 50 Blue Line#: 900027<br>**Cases: 10** | **1.74** | **313**<br>800165 |
| | 150 EA | **859610000333**<br>10859610000330 | **BLUE LAMB AND BR Adlt5/ 6LB**<br>LOT/BATCH# 20200211AH4 QTY: 150 Blue Line#: 900025<br>**Cases: 30** | **5.22** | **939**<br>800168 |
| | 7 EA | **859610000357** | **BLUE LAMB AND BROWN RICE Adlt 15LB**<br>LOT/BATCH# 20200215AH2 QTY: 7 Blue Line#: 900038<br>**Cases 7** | **0.34** | **109**<br>800169 |
| | 7 EA | **859610000425** | **BLUE LARGE BREED Pup 15LB**<br>LOT/BATCH# 20200203AH2 QTY: 7 Blue Line#: 900037<br>**Cases 7** | **0.34** | **109**<br>800173 |
| | 39 CA | **859610005185**<br>10859610005182 | **BB BLUE BITS TRAINING Chick 8/ 4 oz**<br>LOT/BATCH# 20191212M QTY: 39 Blue Line#: 900001<br>**Cases 39** | **0.16** | **94**<br>800318 |
| | 22 CA | **859610005307**<br>10859610005304 | **BLUE Bones Regular Dog 6/12oz**<br>LOT/BATCH# 20200301AH3 QTY: 22 Blue Line#: 900005<br>**Cases 22** | **0.17** | **125**<br>800324 |

* The Fiber Bags, Fiber Pails, Fiber Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for such packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ______ per ______"

Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on the vehicle.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ________ Carrier By: ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount. | |

Ship From:
Blue Buffalo CO OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
| 0137998 | | | 94467 | 0000220437 |

| HM | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 22 CA | 859610006472<br>10859610006479 | BLUE Bones Large Dog 6/12oz<br>LOT/BATCH# 20200223AH3 QTY: 22 Blue Line#: 900003<br>Cases 22 | 0.17 | 125<br>800385 |
| | 17 CA | 859610007479<br>10859610007476 | BLUE HOMESTYLE RECIPE SR ChkN 12/12.5OZ<br>LOT/BATCH# 20211106U QTY: 17 Blue Line#: 900029<br>Cases 17 | 0.03 | 159<br>800442 |
| | 39 CA | 859610008353<br>10859610008350 | BB BEEF TRAINING BITS 8/ 4 OZ<br>LOT/BATCH# 20191114M QTY: 39 Blue Line#: 900002<br>Cases 39 | 0.16 | 78<br>800489 |
| | | | ****** END-OF-ORDER ******* | | |
| | | | **Total Cases** 1192 | | |

N.M.F.C.

| | QTY | | | WGT |
|---|---|---|---|---|
| | 20 | 27765-06 | BONES/CHEWS ETC FOR DOGS SUB6 CL 100.00 | 60 |
| | 2532 | 67060-00 | FEED ANIMAL/FISH/POULTRY CL 60.00 | 18353 |
| **Qty** | 2,552 | | **Order Totals** Cube 430.74 | Wt 18413 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his possession

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ______ Agent for: ______________ By: ______________
Carrier — Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount | |

**Ship From:**

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Lot Number | Description | | | | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|---|---|---|
| | 250 | 840243104871 | 800187 | 00108596100012614990 | 1<br>900035 | of | 16 | | |
| | 25 | 840243122585 | 801677 | 00108596100012615003 | 2<br>900033 | of | 16 | | |
| | 60 | 840243122608 | 801679 | 00108596100012615010 | 3<br>900034 | of | 16 | | |
| | 250 | 859610000012 | 800146 | 00108596100012615027 | 4<br>900039 | of | 16 | | |
| | 250 | 859610000074 | 800152 | 00108596100012615034 | 5<br>900036 | of | 16 | | |
| | 5 | 840243122585 | 801677 | 00108596100012615089 | 10<br>900033 | of | 16 | | |
| | 60<br>60 | 840243122585 | 801677 | 00108596100012615096<br>20200412AH1 | 11<br>900033 | of | 16 | | |
| | 96<br>96 | 840243125159 | 801856 | 00108596100012615126<br>20210729U | 14<br>900032 | of | 16 | | |
| | 76 | Mixed | Mixed | 00108596100012615041 | 6 | of | 16 | | |
| | 18 | 840243105618 | 800282 | 20200106H | 900007 | | | | |
| | 18 | 840243106332 | 800280 | 20200209H | 900008 | | | | |
| | 20 | 840243120215 | 801490 | 20200207AM | 900009 | | | | |
| | 20 | 840243120253 | 801492 | 20200213AM | 900011 | | | | |
| | 128 | Mixed | Mixed | 00108596100012615058 | 7 | of | 16 | | |
| | 64 | 840243122431 | 801662 | 20200418AH2 | 900015 | | | | |
| | 64 | 840243122486 | 801667 | 20200125J | 900018 | | | | |
| | 14 | Mixed | Mixed | 00108596100012615065 | 8 | of | 16 | | |
| | 7 | 859610000357 | 800169 | 20200215AH2 | 900038 | | | | |
| | 7 | 859610000425 | 800173 | 20200203AH2 | 900037 | | | | |

* The Paper Bags, Fiber Pails, Fiber Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Classification.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

______ per ______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS**
**REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent [illegible] in his possession.

____________
(Signature)

**For the Account of: (Shipper)**

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

**Send freight bill with copy of Bill of Lading to:**

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ____________ By: ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

Ship From:

Blue Buffalo CO OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Scale | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Lot Number | Description | | | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|---|---|
| | **218** | Mixed | Mixed | 00108596100012615072 | 9 | of | 16 | |
| | 20 | 840243120239 | 801491 | 20191025AM | 900010 | | | |
| | 28 | 840243122998 | 801715 | 20191031AM | 900006 | | | |
| | 28 | 840243123032 | 801713 | 20191124AM | 900004 | | | |
| | 20 | 840243125098 | 801864 | 20200125AM | 900012 | | | |
| | 39 | 859610005185 | 800318 | 20191212M | 900001 | | | |
| | 22 | 859610005307 | 800324 | 20200301AH3 | 900005 | | | |
| | 22 | 859610006472 | 800385 | 20200223AH3 | 900003 | | | |
| | 39 | 859610008353 | 800489 | 20191114M | 900002 | | | |
| | **170** | Mixed | Mixed | 00108596100012615102 | 12 | of | 16 | |
| | 14 | 840243102280 | 800125 | 20211109U | 900022 | | | |
| | 14 | 840243102334 | 800130 | 20211022U | 900023 | | | |
| | 17 | 840243104932 | 800195 | 20211029U | 900028 | | | |
| | 17 | 840243104963 | 800199 | 20211010U | 900031 | | | |
| | 17 | 840243105212 | 800237 | 20211029X | 900030 | | | |
| | 37 | 840243121229 | 801545 | 20210409U | 900020 | | | |
| | 37 | 840243122974 | 801703 | 20210411U | 900021 | | | |
| | 17 | 859610007479 | 800442 | 20211106U | 900029 | | | |
| | **350** | Mixed | Mixed | 00108596100012615119 | 13 | of | 16 | |
| | 50 | 840243104871 | 800187 | 20200517AH4 | 900035 | | | |
| | 150 | 859610000029 | 800147 | 20200210AH3 | 900026 | | | |
| | 150 | 859610000333 | 800168 | 20200211AH4 | 900025 | | | |
| | **400** | Mixed | Mixed | 00108596100012615133 | 15 | of | 16 | |
| | 50 | 840243122417 | 801660 | 20200601L | 900019 | | | |
| | 100 | 840243122455 | 801664 | 20200503AH4 | 900013 | | | |
| | 50 | 840243122479 | 801666 | 20200215L | 900016 | | | |
| | 100 | 840243122509 | 801669 | 20200213B | 900014 | | | |

* The Fibre Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding ______ per ______"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in the vehicle.

(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ______ Agent for: ______ Carrier By: ______ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

## Uniform Straight Bill of Lading



**Ship From:**
Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

**Shippers Instructions**

Manhattan #: CS0000737935

SAP Packing List: 0080245991

| | |
|---|---|
| WHSE B/L | 98745-1 |
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Lot Number | Description | | | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|---|---|
| | 100 | 840243122547 | 801673 | 20200210B | 900017 | | | |
| | 200 | Mixed | Mixed | 00108596100012615140 | 16 | of | 16 | |
| | 150 | 859610000135 | 800155 | 20200601AH3 | 900024 | | | |
| | 50 | 859610000289 | 800165 | 20200203AH4 | 900027 | | | |

* The Fibre Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation

Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS**
REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in the vehicle.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date________ Agent for: ____________ By: ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

Mary Spectrum
8:05 12/28/18
G1X 3454
9006

Shippers Instructions

IN 9:30 AM
out 3:00pm

Driver Copy

RECEIVED DEC 27 2018

WHSE B/L: 98745-1
Arrival Date:
Ship Date: 12/26/2018
Order Date: 12/19/2018
Route: Truckload
Freight Charge: Prepaid
COD Amount:

Ship From:
Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To:
Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 14 CA | 840243102280<br>10840243102287 | Pate Adlt Turk & Chick Entrée 24/5.5oz<br>LOT/BATCH# 20211109U QTY: 14 Blue Line#: 900022<br>Cases 14 | 0.01 | 133<br>800125 |
| | 14 CA | 840243102334<br>10840243102331 | BLUE Flaked Chick 24/5.5 oz<br>LOT/BATCH# 20211022U QTY: 14 Blue Line#: 900023<br>Cases 14 | 0.01 | 133<br>800130 |
| | 300 EA | 840243104871<br>10840243104878 | BLUE SMALL BREED Adlt 5/6LB<br>LOT/BATCH# 20200517AH4 QTY: 300 Blue Line#: 900035<br>Cases: 60 | 10.44 | 1878<br>800187 |
| | 17 CA | 840243104932<br>10840243104939 | ChkN/BROWN RICE/VEGETABLES 12/12.5 OZ<br>LOT/BATCH# 20211029U QTY: 17 Blue Line#: 900028<br>Cases 17 | 0.03 | 159<br>800195 |
| | 17 CA | 840243104963<br>10840243104960 | Turk MEATLOAF DINNER 12/12.5 OZ<br>LOT/BATCH# 20211010U QTY: 17 Blue Line#: 900031<br>Cases 17 | 0.03 | 159<br>800199 |
| | 17 CA | 840243105212<br>10840243105219 | BLUE BSTEW BEEF 12/12.5 OZ<br>LOT/BATCH# 20211029X QTY: 17 Blue Line#: 900030<br>Cases 17 | 0.03 | 159<br>800237 |
| | 18 CA | 840243105618<br>10840243105615 | HEALTH BAR APPLES & YOG 12/16 OZ<br>LOT/BATCH# 20200106H QTY: 18 Blue Line#: 900007<br>Cases 18 | 0.23 | 238<br>800282 |
| | 18 CA | 840243106332<br>10840243106339 | HEALTH BAR BAC EGG & CH 12/16 OZ<br>LOT/BATCH# 20200209H QTY: 18 Blue Line#: 900008<br>Cases 18 | 0.23 | 238<br>800280 |
| | 20 CA | 840243120215<br>10840243120212 | BLUE Ckn Sq 12/2oz Cat<br>LOT/BATCH# 20200207AM QTY: 20 Blue Line#: 900009<br>Cases 20 | 8.15 | 56<br>801490 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) **800-424-9300.** EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in his possession.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ____________ By: ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

**Shippers Instructions**

Manhattan #: CS0000737935

SAP Packing List: 0080245991

**Ship From:**

Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Lot Number / Description | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 20 CA | 840243120239<br>10840243120236 | BLUE Salm Sq 12/2oz Cat<br>LOT/BATCH# 20191025AM QTY: 20 Blue Line#: 900010<br>Cases 20 | 8.15 | 56<br>801491 |
| | 20 CA | 840243120253<br>10840243120250 | BLUE Tuna Sq 12/2oz Cat<br>LOT/BATCH# 20200213AM QTY: 20 Blue Line#: 900011<br>Cases 20 | 8.15 | 56<br>801492 |
| | 37 CA | 840243121229<br>10840243121226 | BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat<br>LOT/BATCH# 20210409U QTY: 37 Blue Line#: 900020<br>Cases 37 | 6.20 | 215<br>801545 |
| | 50 EA | 840243122417<br>10840243122414 | BLUE Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200601L QTY: 50 Blue Line#: 900019<br>Cases: 10 | 17.34 | 250<br>801660 |
| | 64 EA | 840243122431 | BLUE Adlt Indr Ckn & BR 10# Cat<br>LOT/BATCH# 20200418AH2 QTY: 64 Blue Line#: 900015<br>Cases 64 | 24.31 | 640<br>801662 |
| | 100 EA | 840243122455<br>10840243122452 | BLUE Adlt Indr Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200503AH4 QTY: 100 Blue Line#: 900013<br>Cases: 20 | 10.90 | 500<br>801664 |
| | 50 EA | 840243122479<br>10840243122476 | BLUE Adlt Indr Salm&BR 5/5# Cat<br>LOT/BATCH# 20200215L QTY: 50 Blue Line#: 900016<br>Cases: 10 | 36.10 | 250<br>801666 |
| | 64 EA | 840243122486 | BLUE SS Adlt Ckn & BR 10# Cat<br>LOT/BATCH# 20200125J QTY: 64 Blue Line#: 900018<br>Cases 64 | 23.60 | 640<br>801667 |
| | 100 EA | 840243122509<br>10840243122506 | BLUE SS Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200213B QTY: 100 Blue Line#: 900014<br>Cases: 20 | 34.68 | 500<br>801669 |

* The Fibre Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Classification.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
________ per ________.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his premises.

________________
(Signature)

**For the Account of: (Shipper)**

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

**Send freight bill with copy of Bill of Lading to:**

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date ______ Agent for, ________ (Carrier) By: __________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| 3454 | C.H. Robinson | RBTW | 018676665B |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cube Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 100 EA | 840243122547<br>10840243122544 | BLUE Kit Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200210B QTY: 100 Blue Line#: 900017<br>Cases: 20 | 34.68 | 500<br>801673 |
| | 90 EA | 840243122585 | BLUE Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200412AH1 QTY: 90 Blue Line#: 900033<br>Cases 90 | 77.50 | 2160<br>801677 |
| | 60 EA | 840243122608 | BLUE LB Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200409AH1 QTY: 60 Blue Line#: 900034<br>Cases 60 | 46.67 | 1440<br>801679 |
| | 37 CA | 840243122974<br>10840243122971 | BLUE HG Adlt Pate 3oz Var12ct<br>LOT/BATCH# 20210411U QTY: 37 Blue Line#: 900021<br>Cases 37 | 6.20 | 167<br>801703 |
| | 28 CA | 840243122998<br>10840243122995 | BLUE Stix Beef Recipe 8/6oz Dg<br>LOT/BATCH# 20191031AM QTY: 28 Blue Line#: 900006<br>Cases 28 | 9.70 | 84<br>801715 |
| | 28 CA | 840243123032<br>10840243123039 | BLUE Stix Chicken Recipe 8/ 6oz Dg<br>LOT/BATCH# 20191124AM QTY: 28 Blue Line#: 900004<br>Cases 28 | 9.70 | 84<br>801713 |
| | 20 CA | 840243125098<br>10840243125095 | BLUE Kitty Cravings Chicken 4/12oz Cat<br>LOT/BATCH# 20200125AM QTY: 20 Blue Line#: 900012<br>Cases 20 | 5.40 | 60<br>801864 |
| | 96 CA | 840243125159<br>10840243125156 | BLUE HR Ckn & Beef 12.5oz Dg Var 8ct<br>LOT/BATCH# 20210729U QTY: 96 Blue Line#: 900032<br>Cases 96 | 16.12 | 600<br>801856 |
| | 250 EA | 859610000012<br>10859610000019 | BLUE Chick AND BROWN RICE Pup 5/ 6LB<br>LOT/BATCH# 20200206AH4 QTY: 250 Blue Line#: 900039<br>Cases: 50 | 8.70 | 1565<br>800146 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Signature

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date______ Agent for: ______ Carrier By: ______ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 98745-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/26/2018 |
| Order Date | 12/19/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Manhattan #: CS0000737935

SAP Packing List: 0080245991

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 998 Omaha
10808 South 132nd Street
Omaha, NE 68138 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| 3454 | C.H. Robinson | | RBTW | 018676665B |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137998 | | | 94467 | 0000220437 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 150 EA | 859610000029<br>10859610000026 | BLUE Adlt HW Ckn & BR 5/6#Dg<br>LOT/BATCH# 20200210AH3 QTY: 150 Blue Line#: 900026<br>Cases: 30 | 5.22 | 939<br>800147 |
| | 250 EA | 859610000074<br>10859610000071 | BLUE Adlt Ckn & BR 5/6#Dg<br>LOT/BATCH# 20200526AH3 QTY: 250 Blue Line#: 900036<br>Cases: 50 | 8.70 | 1565<br>800152 |
| | 150 EA | 859610000135<br>10859610000132 | BLUE SENIOR Dog 5/6LB<br>LOT/BATCH# 20200601AH3 QTY: 150 Blue Line#: 900024<br>Cases: 30 | 5.22 | 939<br>800155 |
| | 50 EA | 859610000289<br>10859610000286 | BLUE FISH & SWEET Potato 5/6LB<br>LOT/BATCH# 20200203AH4 QTY: 50 Blue Line#: 900027<br>Cases: 10 | 1.74 | 313<br>800165 |
| | 150 EA | 859610000333<br>10859610000330 | BLUE LAMB AND BR Adlt5/6LB<br>LOT/BATCH# 20200211AH4 QTY: 150 Blue Line#: 900025<br>Cases: 30 | 5.22 | 939<br>800168 |
| | 7 EA | 859610000357 | BLUE LAMB AND BROWN RICE Adlt 15LB<br>LOT/BATCH# 20200215AH2 QTY: 7 Blue Line#: 900038<br>Cases 7 | 0.34 | 109<br>800169 |
| | 7 EA | 859610000425 | BLUE LARGE BREED Pup 15LB<br>LOT/BATCH# 20200203AH2 QTY: 7 Blue Line#: 900037<br>Cases 7 | 0.34 | 109<br>800173 |
| | 39 CA | 859610005185<br>10859610005182 | BB BLUE BITS TRAINING Chick 8/4 oz<br>LOT/BATCH# 20191212M QTY: 39 Blue Line#: 900001<br>Cases 39 | 0.16 | 94<br>800318 |
| | 22 CA | 859610005307<br>10859610005304 | BLUE Bones Regular Dog 6/12oz<br>LOT/BATCH# 20200301AH3 QTY: 22 Blue Line#: 900005<br>Cases 22 | 0.17 | 125<br>800324 |

* The Fiber Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) **800-424-9300.** EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in the possession

________
(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ________ Carrier By: ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills