Blue Buffalo Company, Ltd.
Invoices evidencing general unsecured claim

| Invoice Number | Invoice Date | Delivery Location | Amount |
|---|---|---|---|
| 90237217 | 12/07/2018 | Shopko DC 999, 1717 Lawrence Drive, De Pere, WI 54115 | $21,762.68 |
| 90239871 | 12/17/2018 | Shopko DC 997 Boise, 1001 E. Gowen Road, Boise, ID 83716 | $27,380.11 |
| | | | $49,142.79 |



***Blue Buffalo Company, Ltd.***
***11 River Road***
***Wilton, Connecticut 06897***
***USA***
***Phone +1 (203) 762-9751***
***Web: www.bluebuff.com***

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
Shopko DC 997 Boise
1001 E. Gowen Road
Boise ID 83716

| **Information** | |
|---|---|
| **Invoice No.** | 90239871 |
| **Invoice Date** | 12/17/2018 |
| **Delivery No.** | 80240519 |
| **Order No.** | 214077 |
| **Order Date** | 11/17/2018 |
| **Customer PO No.** | 018599430C |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 10,301.900 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 800323<br>BLUE Bones SM 12ozDg<br>UPC No. : 859610005284<br>Customer Material No. : 22776223<br>BLUE Bones Small Dog 12oz | 132 EA | 9.790 | 1,292.28 |
| 21 | 800603<br>BLUE KC Sizz Strps Pork 6oz Dg<br>UPC No. : 840243102815<br>Customer Material No. : 22776587<br>BLUE KC Sizzlers Strips Pork 6oz Dog | 104 EA | 3.670 | 381.68 |
| 31 | 800282<br>BLUE HBr Appls & Yog 16ozDg<br>UPC No. : 840243105618<br>Customer Material No. : 22776637<br>BLUE HEALTH BARS Apples & Yogurt 16oz Dog | 108 EA | 3.670 | 396.36 |
| 41 | 800280<br>BLUE HBr Bac Egg & Ch 16ozDg<br>UPC No. : 840243106332<br>Customer Material No. : 22776660<br>BLUE HEALTH BARS Bacon, Egg, & Cheese 16oz Dog | 108 EA | 3.670 | 396.36 |


# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 51 | 801490<br>BLUE KC Ckn 2oz Cat<br>UPC No. : 840243120215<br>Customer Material No. : 22786339<br>BLUE Chicken Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 61 | 801491<br>BLUE KC Salm 2oz Cat<br>UPC No. : 840243120239<br>Customer Material No. : 22786396<br>BLUE Salmon Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 71 | 801492<br>BLUE KC Tuna 2oz Cat<br>UPC No. : 840243120253<br>Customer Material No. : 22786446<br>BLUE Tuna Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 81 | 801664<br>BLUE Adlt Indr Ckn & BR 5# Cat<br>UPC No. : 840243122455<br>Customer Material No. : 22776868<br>BLUE Indoor Adult Cat Chicken 5lb/2.3kg | 100 EA | 13.130 | 1,313.00 |
| 91 | 801669<br>BLUE SS Adlt Ckn & BR 5# Cat<br>UPC No. : 840243122509<br>Customer Material No. : 22777106<br>BLUE Sensitive Stomach Adult Cat Chicken 5lb/2.3kg | 50 EA | 13.130 | 656.50 |
| 101 | 801662<br>BLUE Adlt Indr Ckn & BR 10# Cat<br>UPC No. : 840243122431<br>Customer Material No. : 22777197<br>BLUE Indoor Adult Cat Chicken 10lb/4.5kg | 32 EA | 20.140 | 644.48 |
| 111 | 801666<br>BLUE Adlt Indr Salm&BR 5# Cat<br>UPC No. : 840243122479<br>Customer Material No. : 22777783<br>BLUE Indoor Adult Cat Salmon 5lb/2.3kg | 50 EA | 13.130 | 656.50 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 121 | 801673<br>BLUE Kit Ckn & BR 5# Cat<br>UPC No. : 840243122547<br>Customer Material No. : 22777973<br>BLUE Kitten Cat Chicken 5lb/2.3kg | 50 EA | 13.130 | 656.50 |
| 131 | 801667<br>BLUE SS Adlt Ckn & BR 10# Cat<br>UPC No. : 840243122486<br>Customer Material No. : 22778088<br>BLUE Sensitive Stomach Adult Cat Chicken 10lb/4.5kg | 32 EA | 20.140 | 644.48 |
| 141 | 801660<br>BLUE Adlt Ckn & BR 5# Cat<br>UPC No. : 840243122417<br>Customer Material No. : 22778237<br>BLUE Adult Cat Chicken 5lb/2.3kg | 50 EA | 13.130 | 656.50 |
| 151 | 801675<br>BLUE GF Adlt Indr Ckn 4.5# Cat<br>UPC No. : 840243122561<br>Customer Material No. : 22778443<br>BLUE Grain Free Indoor Adult Cat Chicken 4.5lb/2.0kg | 50 EA | 14.890 | 744.50 |
| 161 | 801545<br>BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat<br>UPC No. : 840243121229<br>Customer Material No. : 22778484<br>BLUE Healthy Gourmet Flaked Tuna/Fish & Shrimp/Chicken 3 oz. Can Variety Pack 12 ct. | 74 EA | 10.220 | 756.28 |
| 171 | 801703<br>BLUE HG Adlt Pate 3oz Var 12ct Cat<br>UPC No. : 840243122974<br>Customer Material No. : 22778575<br>BLUE Healthy Gourmet Adult Variety Pack (12 count) - Pate | 74 EA | 10.220 | 756.28 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 181 | 800125<br>BLUE HG Pate Adlt Trky Ckn 5.5oz Cat<br>UPC No. : 840243102280<br>Customer Material No. : 22785505<br>BLUE Healthy Gourmet Paté Adult Cat Turkey + Chicken Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 191 | 800126<br>BLUE HG Pate Adlt Salm 5.5oz Cat<br>UPC No. : 840243102297<br>Customer Material No. : 22785992<br>BLUE Healthy Gourmet Paté Adult Cat Indoor Salmon Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 201 | 800127<br>BLUE HG PATE ADLT CKN 5.5oz Cat<br>UPC No. : 840243102303<br>Customer Material No. : 22786081<br>BLUE Healthy Gourmet Paté Adult Cat Indoor Chicken Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 211 | 800129<br>BLUE HG Pate Adlt Fish &Tuna 5.5ozCat<br>UPC No. : 840243102327<br>Customer Material No. : 22786131<br>BLUE Healthy Gourmet Paté Adult Cat Ocean Fish and Tuna Entrée<br>5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 221 | 800130<br>BLUE HG FLKD CKN & LIVER 5.5oz Cat<br>UPC No. : 840243102334<br>Customer Material No. : 22786149<br>BLUE HG FLKD CKN & LIVER 5.5oz CAT | 360 EA | 1.140 | 410.40 |
| 222 | 800130<br>BLUE HG FLKD CKN & LIVER 5.5oz Cat<br>UPC No. : 840243102334<br>Customer Material No. : 22786149<br>BLUE HG FLKD CKN & LIVER 5.5oz CAT | 312 EA | 1.140 | 355.68 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 231 | 800155<br>BLUE Sr Ckn & BR 6#Dg<br>UPC No. : 859610000135<br>Customer Material No. : 22774905<br>BLUE LPF Senior Dog Chicken 6lb/2.7kg | 100 EA | 14.540 | 1,454.00 |
| 241 | 800168<br>BLUE Adlt Lamb & BR 6#Dg<br>UPC No. : 859610000333<br>Customer Material No. : 22775308<br>Blue Life Protection Formula Lamb and Brown Rice Recipe Adult Dog 6lb/2.7kg | 50 EA | 14.540 | 727.00 |
| 251 | 800147<br>BLUE Adlt HW Ckn & BR 6#Dg<br>UPC No. : 859610000029<br>Customer Material No. : 22775332<br>BLUE LPF Healthy Weight Adult Dog Chicken 6lb/2.7kg | 50 EA | 14.540 | 727.00 |
| 261 | 800165<br>BLUE Adlt Fish & BR 6#Dg<br>UPC No. : 859610000289<br>Customer Material No. : 22775506<br>BLUE Adlt Fish & BR 6#Dg | 50 EA | 15.450 | 772.50 |
| 271 | 800197<br>BLUE HR Beef 12.5ozDg<br>UPC No. : 840243104956<br>Customer Material No. : 22775589<br>BLUE Homestyle Recipe Adult Dog Beef Dinner w. Garden Vegetables 12.5oz/354g | 204 EA | 1.870 | 381.48 |
| 281 | 800442<br>BLUE HR Sr Ckn 12.5ozDg<br>UPC No. : 859610007479<br>Customer Material No. : 22775704<br>BLUE Homestyle Recipe Senior Chicken Dinner w. Garden Vegetables 12.5oz/354g | 204 EA | 1.870 | 381.48 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 291 | 800237<br>BLUE BStw Beef 12.5ozDg<br>UPC No. : 840243105212<br>Customer Material No. : 22775712<br>BLUE BStw Beef 12.5ozDg | 204 EA | 2.210 | 450.84 |
| 301 | 800199<br>BLUE HR Trky 12.5ozDg<br>UPC No. : 840243104963<br>Customer Material No. : 22775795<br>BLUE Homestyle Recipe Adult Dog Turkey Meatloaf Dinner w. Garden Vegetables 12.5oz/354g | 204 EA | 1.870 | 381.48 |
| 311 | 801856<br>BLUE HR Ckn & Beef 12.5oz Dg Var 8ct<br>UPC No. : 840243125159<br>Customer Material No. : 22775993<br>BLUE Homestyle Recipes Variety Pack (8 count) - Chicken and Beef | 48 EA | 14.630 | 702.24 |
| 321 | 801677<br>BLUE Adlt Ckn & BR 24# Dg<br>UPC No. : 840243122585<br>Customer Material No. : 23290943<br>BLUE LPF Adult Dog Chicken 24lb/10.9kg | 30 EA | 35.230 | 1,056.90 |
| 331 | 801679<br>BLUE LB Adlt Ckn & BR 24# Dg<br>UPC No. : 840243122608<br>Customer Material No. : 23292279<br>BLUE LPF Large Breed Adult Dog Chicken 24lb/10.9kg | 20 EA | 35.230 | 704.60 |
| 341 | 800153<br>BLUE Adlt Ckn & BR 15#Dg<br>UPC No. : 859610000098<br>Customer Material No. : 23292501<br>BLUE LPF Adult Dog Chicken 15lb/6.8kg | 14 EA | 25.450 | 356.30 |

BLUE

# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 351 | 800187<br>BLUE SB Adlt Ckn & BR 6#Dg<br>UPC No. : 840243104871<br>Customer Material No. : 23292923<br>BLUE LPF Small Breed Adult Dog Chicken 6lb/2.7kg | 100 EA | 14.540 | 1,454.00 |
| 361 | 800152<br>BLUE Adlt Ckn & BR 6#Dg<br>UPC No. : 859610000074<br>Customer Material No. : 23322753<br>BLUE LPF Adult Dog Chicken 6lb/2.7kg | 100 EA | 14.540 | 1,454.00 |
| 371 | 800148<br>BLUE Pup Ckn & BR 15#Dg<br>UPC No. : 859610000036<br>Customer Material No. : 23333255<br>BLUE LPF Puppy Dog Chicken 15lb/6.8kg | 14 EA | 26.350 | 368.90 |
| 381 | 800173<br>BLUE LB Pup Ckn & BR 15#Dg<br>UPC No. : 859610000425<br>Customer Material No. : 23333297<br>BLUE LPF Large Breed Puppy Dog Chicken 15lb/6.8kg | 7 EA | 27.260 | 190.82 |
| 391 | 800146<br>BLUE Pup Ckn & BR 6#Dg<br>UPC No. : 859610000012<br>Customer Material No. : 23350952<br>BLUE LPF Puppy Dog Chicken 6lb/2.7kg | 100 EA | 14.540 | 1,454.00 |

| | |
|---|---|
| **SubTotal** | 26,138.68 |
| **Less than Truckload Surcharge** | 1,241.43 |
| **Total Amount (USD)** | 27,380.11 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

## ShopKo

**Track ID: 1751347229.1**

Purchase Order

018599430C

Identification Code: 0997

Identification Code: 0997

850 PURCHASE ORDER COMMENTS

LINKED POS 018599430-C,018605352-C

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018599430C | Stand-alone Order | Original | 11/16/2018 | 9075555002 | 12/11/2018 |

| Do Not Deliver After (063) | Agreement Number |
|---|---|
| 12/11/2018 | 850 PURCHASE ORDER COMMENTS |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 859610005284 | | | 132 | Each | $9.79 | $1,292.28 |
| | | | | Inner Packs: 6 | | | |
| 2 | 840243102815 | | | 104 | Each | $3.67 | $381.68 |
| | | | | Inner Packs: 8 | | | |
| 3 | 840243105618 | | | 108 | Each | $3.67 | $396.36 |
| | | | | Inner Packs: 12 | | | |
| 4 | 840243106332 | | | 108 | Each | $3.67 | $396.36 |
| | | | | Inner Packs: 12 | | | |
| 5 | 840243120215 | | | 240 | Each | $1.21 | $290.40 |
| | | | | Inner Packs: 12 | | | |
| 6 | 840243120239 | | | 240 | Each | $1.21 | $290.40 |
| | | | | Inner Packs: 12 | | | |
| 7 | 840243120253 | | | 240 | Each | $1.21 | $290.40 |
| | | | | Inner Packs: 12 | | | |
| 8 | 840243122455 | | | 100 | Each | $13.13 | $1,313.00 |
| | | | | Inner Packs: 5 | | | |
| 9 | 840243122509 | | | 50 | Each | $13.13 | $656.50 |
| | | | | Inner Packs: 5 | | | |
| 10 | 840243122431 | | | 32 | Each | $20.14 | $644.48 |
| | | | | Inner Packs: 1 | | | |
| 11 | 840243122479 | | | 50 | Each | $13.13 | $656.50 |
| | | | | Inner Packs: 5 | | | |
| 12 | 840243122547 | | | 50 | Each | $13.13 | $656.50 |

# ShopKo

Track ID: 1751347229.1

Purchase Order

018599430C

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 13 | 840243122486 | | | Inner Packs: 5<br>32 | Each | $20.14 | $644.48 |
| 14 | 840243122417 | | | Inner Packs: 1<br>50 | Each | $13.13 | $656.50 |
| 15 | 840243122561 | | | Inner Packs: 5<br>50 | Each | $14.89 | $744.50 |
| 16 | 840243121229 | | | Inner Packs: 5<br>74 | Each | $10.22 | $756.28 |
| 17 | 840243122974 | | | Inner Packs: 2<br>74 | Each | $10.22 | $756.28 |
| 18 | 840243102280 | | | Inner Packs: 2<br>336 | Each | $1.14 | $383.04 |
| 19 | 840243102297 | | | Inner Packs: 24<br>336 | Each | $1.14 | $383.04 |
| 20 | 840243102303 | | | Inner Packs: 24<br>336 | Each | $1.14 | $383.04 |
| 21 | 840243102327 | | | Inner Packs: 24<br>336 | Each | $1.14 | $383.04 |
| 22 | 840243102334 | | | Inner Packs: 24<br>672 | Each | $1.14 | $766.08 |
| 23 | 859610000135 | | | Inner Packs: 24<br>100 | Each | $14.54 | $1,454.00 |
| 24 | 859610000333 | | | Inner Packs: 5<br>50 | Each | $14.54 | $727.00 |
| 25 | 859610000029 | | | Inner Packs: 5<br>50 | Each | $14.54 | $727.00 |
| 26 | 859610000289 | | | Inner Packs: 5<br>50 | Each | $15.45 | $772.50 |
| 27 | 840243104956 | | | Inner Packs: 5<br>204 | Each | $1.87 | $381.48 |
| 28 | 859610007479 | | | Inner Packs: 12<br>204 | Each | $1.87 | $381.48 |

# ShopKo

Track ID: 1751347229.1

Purchase Order

018599430C

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 29 | | | | Inner Packs: 12 | | | |
| | 840243105212 | | | 204 | Each | $2.21 | $450.84 |
| 30 | | | | Inner Packs: 12 | | | |
| | 840243104963 | | | 204 | Each | $1.87 | $381.48 |
| 31 | | | | Inner Packs: 12 | | | |
| | 840243125159 | | | 48 | Each | $14.63 | $702.24 |
| 32 | | | | Inner Packs: 1 | | | |
| | 840243122585 | | | 30 | Each | $35.23 | $1,056.90 |
| 33 | | | | Inner Packs: 1 | | | |
| | 840243122608 | | | 20 | Each | $35.23 | $704.60 |
| 34 | | | | Inner Packs: 1 | | | |
| | 859610000098 | | | 21 | Each | $25.45 | $534.45 |
| 35 | | | | Inner Packs: 1 | | | |
| | 840243104871 | | | 100 | Each | $14.54 | $1,454.00 |
| 36 | | | | Inner Packs: 5 | | | |
| | 859610000074 | | | 100 | Each | $14.54 | $1,454.00 |
| 37 | | | | Inner Packs: 5 | | | |
| | 859610000036 | | | 14 | Each | $26.35 | $368.90 |
| 38 | | | | Inner Packs: 1 | | | |
| | 859610000425 | | | 7 | Each | $27.26 | $190.82 |
| 39 | | | | Inner Packs: 1 | | | |
| | 859610000012 | | | 100 | Each | $14.54 | $1,454.00 |
| | | | | Inner Packs: 5 | | | |
| | | | | Total Qty | | | Total |
| | | | | 5,256 | | | $26,316.83 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|
| Basic | 2% | 10 Days | 30 Days |

# Uniform Straight Bill of Lading

| WHSE B/L | Arrival Date | Ship Date | Order Date | Route | Freight Charge | COD Amount |
|---|---|---|---|---|---|---|
| 96133-1 | | 12/7/2018 | 11/30/2018 | Truckload | Prepaid | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 997 Boise
1001 E Gowen Road
Boise, ID 83716 USA

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| W31399 | C.H. Robinson | | RBTW | 018599430C |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs. |
|---|---|---|---|---|---|
| | 14 CA | 840243102280 | **Pate Adlt Turk & Chick Entrée 24/5.5oz** | 0.01 | 133 |
| | | 800125 | LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900018 | | |
| | | | **Cases** 14 | | |
| | 14 CA | 840243102297 | **BLUE Pate Adlt Indr Salm Entrée 24/5.5oz** | 0.01 | 133 |
| | | 800126 | LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900019 | | |
| | | | **Cases** 14 | | |
| | 14 CA | 840243102303 | **BL Pate Adlt Indr Chick Entrée 24/5.5oz** | 0.01 | 133 |
| | | 800127 | LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900020 | | |
| | | | **Cases** 14 | | |
| | 14 CA | 840243102327 | **Pate Adlt Ocn Fish & Tuna Ent 24/5.5oz** | 0.01 | 116 |
| | | 800129 | LOT/BATCH# 20210914U QTY: 14 Blue Line#: 900021 | | |
| | | | **Cases** 14 | | |
| | 28 CA | 840243102334 | **BLUE Flaked Chick 24/5.5 oz** | 0.02 | 266 |
| | | 800130 | LOT/BATCH# 20210730U QTY: 15 Blue Line#: 900022 | | |
| | | | **Cases** 15 | | |
| | | 800130 | LOT/BATCH# 20210910U QTY: 13 Blue Line#: 900023 | | |
| | | | **Cases** 13 | | |
| | 13 CA | 840243102815 | **BLUE KC Sizz Strps Pork 8/ 6oz Dg** | 0.05 | 49 |
| | | 800603 | LOT/BATCH# 20190920AM QTY: 13 Blue Line#: 900002 | | |
| | | | **Cases** 13 | | |
| | 100 EA | 840243104871 | **BLUE SMALL BREED Adlt 5/6LB** | 3.48 | 626 |
| | | 800187 | LOT/BATCH# 20200430AH4 QTY: 100 Blue Line#: 900036 | | |
| | | | **Cases:** 20 | | |
| | 17 CA | 840243104956 | **BLUE BEEF SIRLOIN DINNER 12/12.5 OZ** | 0.03 | 159 |
| | | 800197 | LOT/BATCH# 20211010U QTY: 17 Blue Line#: 900028 | | |
| | | | **Cases** 17 | | |

* The Fiber Boxes, Fibre Pails, Fibre Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding ________ per ________"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in his possession.

(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order. Date: ________ Agent for: ________ Carrier By: ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96133-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| W31399 | C.H. Robinson | | RBTW | 018599430C |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 17 CA | 840243104963<br>800199 | **Turk MEATLOAF DINNER 12/12.5 OZ**<br>LOT/BATCH# 20210919U QTY: 17 Blue Line#: 900031<br>**Cases** 17 | 0.03 | 159 |
| | 17 CA | 840243105212<br>800237 | **BLUE BSTEW BEEF 12/12.5 OZ**<br>LOT/BATCH# 20210918X QTY: 17 Blue Line#: 900030<br>**Cases** 17 | 0.03 | 159 |
| | 9 CA | 840243105618<br>800282 | **HEALTH BAR APPLES & YOG 12/16 OZ**<br>LOT/BATCH# 20200119H QTY: 9 Blue Line#: 900003<br>**Cases** 9 | 0.12 | 119 |
| | 9 CA | 840243106332<br>800280 | **HEALTH BAR BAC EGG & CH 12/16 OZ**<br>LOT/BATCH# 20200209H QTY: 9 Blue Line#: 900004<br>**Cases** 9 | 0.12 | 119 |
| | 20 CA | 840243120215<br>801490 | **BLUE Ckn Sq 12/2oz Cat**<br>LOT/BATCH# 20191203AM QTY: 20 Blue Line#: 900005<br>**Cases** 20 | 8.15 | 56 |
| | 20 CA | 840243120239<br>801491 | **BLUE Salm Sq 12/2oz Cat**<br>LOT/BATCH# 20191129AM QTY: 20 Blue Line#: 900006<br>**Cases** 20 | 8.15 | 56 |
| | 20 CA | 840243120253<br>801492 | **BLUE Tuna Sq 12/2oz Cat**<br>LOT/BATCH# 20191130AM QTY: 20 Blue Line#: 900007<br>**Cases** 20 | 8.15 | 56 |
| | 37 CA | 840243121229<br>801545 | **BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat**<br>LOT/BATCH# 20210311U QTY: 37 Blue Line#: 900016<br>**Cases** 37 | 6.20 | 215 |
| | 50 EA | 840243122417<br>801660 | **BLUE Adlt Ckn & BR 5/5# Cat**<br>LOT/BATCH# 20200420AH3 QTY: 50 Blue Line#: 900014<br>**Cases:** 10 | 17.34 | 250 |

* The Paper Bags, Fiber Body Fibre Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

$ ________ per

Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________ (Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in possession.

________ (Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ________ Carrier By ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| | |
|---|---|
| WHSE B/L | 96133-1 |
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| W31399 | C.H. Robinson | | RBTW | 018599430C |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 32 EA | 840243122431<br>801662 | BLUE Adlt Indr Ckn & BR 10# Cat<br>LOT/BATCH# 20200416AC QTY: 32 Blue Line#: 900010<br>Cases 32 | 12.15 | 320 |
| | 100 EA | 840243122455<br>801664 | BLUE Adlt Indr Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200418AH3 QTY: 100 Blue Line#: 900008<br>Cases: 20 | 10.90 | 500 |
| | 50 EA | 840243122479<br>801666 | BLUE Adlt Indr Salm&BR 5/5# Cat<br>LOT/BATCH# 20200212L QTY: 50 Blue Line#: 900011<br>Cases: 10 | 36.10 | 250 |
| | 32 EA | 840243122486<br>801667 | BLUE SS Adlt Ckn & BR 10# Cat<br>LOT/BATCH# 20200113J QTY: 32 Blue Line#: 900013<br>Cases 32 | 11.80 | 320 |
| | 50 EA | 840243122509<br>801669 | BLUE SS Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200124B QTY: 50 Blue Line#: 900009<br>Cases: 10 | 17.34 | 250 |
| | 50 EA | 840243122547<br>801673 | BLUE Kit Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200210B QTY: 50 Blue Line#: 900012<br>Cases: 10 | 17.34 | 250 |
| | 50 EA | 840243122561<br>801675 | BLUE GF Adlt Indr Ckn 5/4.5# Cat<br>LOT/BATCH# 20200207J QTY: 50 Blue Line#: 900015<br>Cases: 10 | 17.34 | 225 |
| | 30 EA | 840243122585<br>801677 | BLUE Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200206P QTY: 30 Blue Line#: 900033<br>Cases 30 | 25.83 | 720 |
| | 20 EA | 840243122608<br>801679 | BLUE LB Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200323AH2 QTY: 20 Blue Line#: 900034<br>Cases 20 | 15.56 | 480 |

* The Paper Bags, Fiber Pails, Fiber Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
______ per ______"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in the vehicle in possession

(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ______________ By: ______________________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96133-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:
Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| HM | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 37 CA | 840243122974<br>801703 | **BLUE HG Adlt Pate 3oz Var12ct**<br>LOT/BATCH# 20210315U QTY: 37 Blue Line#: 900017<br>**Cases** **37** | 6.20 | 167 |
| | 48 CA | 840243125159<br>801856 | **BLUE HR Ckn & Beef 12.5oz Dg Var 8ct**<br>LOT/BATCH# 20210729U QTY: 48 Blue Line#: 900032<br>**Cases** **48** | 8.06 | 300 |
| | 100 EA | 859610000012<br>800146 | **BLUE Chick AND BROWN RICE Pup 5/ 6LB**<br>LOT/BATCH# 20200125AH4 QTY: 100 Blue Line#: 900040<br>**Cases:** **20** | 3.48 | 626 |
| | 50 EA | 859610000029<br>800147 | **BLUE Adlt HW Ckn & BR 5/6#Dg**<br>LOT/BATCH# 20200107B QTY: 50 Blue Line#: 900026<br>**Cases:** **10** | 1.74 | 313 |
| | 14 EA | 859610000036<br>800148 | **BLUE Chick & BROWN RICE Pup 15LB**<br>LOT/BATCH# 20200204AH2 QTY: 14 Blue Line#: 900038<br>**Cases** **14** | 0.67 | 217 |
| | 100 EA | 859610000074<br>800152 | **BLUE Adlt Ckn & BR 5/6#Dg**<br>LOT/BATCH# 20200507AH3 QTY: 100 Blue Line#: 900037<br>**Cases:** **20** | 3.48 | 626 |
| | 14 EA | 859610000098<br>800153 | **BLUE Chick & BROWN RICE Adlt 15LB**<br>LOT/BATCH# 20200509AH1 QTY: 14 Blue Line#: 900035<br>**Cases** **14** | 0.67 | 217 |
| | 100 EA | 859610000135<br>800155 | **BLUE SENIOR Dog 5/6LB**<br>LOT/BATCH# 20200413AH4 QTY: 100 Blue Line#: 900024<br>**Cases:** **20** | 3.48 | 626 |
| | 50 EA | 859610000289<br>800165 | **BLUE FISH & SWEET Potato 5/ 6LB**<br>LOT/BATCH# 20200121AH3 QTY: 50 Blue Line#: 900027<br>**Cases:** **10** | 1.74 | 313 |

* The Paper Bags, Fiber Pails, Fiber Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
______ per ______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in his possession.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for ________ By: ________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

## Uniform Straight Bill of Lading

| WHSE B/L | Arrival Date | Ship Date | Order Date | Route | Freight Charge | COD Amount |
|---|---|---|---|---|---|---|
| 96133-1 | | 12/7/2018 | 11/30/2018 | Truckload | Prepaid | |

**Ship From:**
Blue Buffalo CO. OH
c/o Taylor Logistes Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**
Shopko DC 997 Boise
1001 E Gowen Road
Boise, ID 83716 USA

**Shippers Instructions**

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 50 EA | 859610000333<br>800168 | **BLUE LAMB AND BR Adlt5/ 6LB**<br>LOT/BATCH# 20200127AH3 QTY: 50 Blue Line#: 900025<br>Cases: 10 | 1.74 | 313 |
| | 7 EA | 859610000425<br>800173 | **BLUE LARGE BREED Pup 15LB**<br>LOT/BATCH# 20200202AH1 QTY: 7 Blue Line#: 900039<br>Cases 7 | 0.34 | 109 |
| | 22 CA | 859610005284<br>800323 | **BLUE Bones Small Dog 6/12oz**<br>LOT/BATCH# 20200415AH3 QTY: 22 Blue Line#: 900001<br>Cases 22 | 0.17 | 125 |
| | 17 CA | 859610007479<br>800442 | **BLUE HOMESTYLE RECIPE SR ChkN 12/12.5OZ**<br>LOT/BATCH# 20211009U QTY: 17 Blue Line#: 900029<br>Cases 17 | 0.03 | 159 |
| | | | ****** END-OF-ORDER *******<br>**Total Cases** 716 | | |

**N.M.F.C.**

| QTY | | | WGT |
|---|---|---|---|
| 1436 | 67060-00 | FEED ANIMAL/FISH/POULTRY CL 60.00 | 10229 |

| Qty | 1,436 | | **Order Totals** | Cube | 248.07 | Wt | 10229 |
|---|---|---|---|---|---|---|---|

* The Fiber Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______ (Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his possession.

______ (Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order. Date:________ Agent for: ____________ By: ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96133-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount | |

**Ship From:**
Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

**Ship To**
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

**Shippers Instructions**

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignee, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Lot Number | Description | | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|---|
| | 113 | Mixed | Mixed | 00108596100012192696 | 1 of 7 | | |
| | 13 | 840243102815 | 800603 | 20190920AM | 900002 | | |
| | 9 | 840243105618 | 800282 | 20200119H | 900003 | | |
| | 9 | 840243106332 | 800280 | 20200209H | 900004 | | |
| | 20 | 840243120215 | 801490 | 20191203AM | 900005 | | |
| | 20 | 840243120239 | 801491 | 20191129AM | 900006 | | |
| | 20 | 840243120253 | 801492 | 20191130AM | 900007 | | |
| | 22 | 859610005284 | 800323 | 20200415AH3 | 900001 | | |
| | 274 | Mixed | Mixed | 00108596100012192702 | 2 of 7 | | |
| | 14 | 840243102280 | 800125 | 20211010U | 900018 | | |
| | 14 | 840243102297 | 800126 | 20211010U | 900019 | | |
| | 14 | 840243102303 | 800127 | 20211010U | 900020 | | |
| | 14 | 840243102327 | 800129 | 20210914U | 900021 | | |
| | 15 | 840243102334 | 800130 | 20210730U | 900022 | | |
| | 13 | 840243102334 | 800130 | 20210910U | 900023 | | |
| | 17 | 840243104956 | 800197 | 20211010U | 900028 | | |
| | 17 | 840243104963 | 800199 | 20210919U | 900031 | | |
| | 17 | 840243105212 | 800237 | 20210918X | 900030 | | |
| | 37 | 840243121229 | 801545 | 20210311U | 900016 | | |
| | 37 | 840243122974 | 801703 | 20210315U | 900017 | | |
| | 48 | 840243125159 | 801856 | 20210729U | 900032 | | |
| | 17 | 859610007479 | 800442 | 20211009U | 900029 | | |
| | 250 | Mixed | Mixed | 00108596100012192719 | 3 of 7 | | |
| | 100 | 859610000012 | 800146 | 20200125AH4 | 900040 | | |
| | 50 | 859610000029 | 800147 | 20200107B | 900026 | | |
| | 50 | 859610000289 | 800165 | 20200121AH3 | 900027 | | |

* The Paper Bags, Fiber Pails, Fiber Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
________ per ________"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in the possession.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ________ Carrier By: ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96133-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistes Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| H/M | Quantity | Item Number | Lot Number | Description | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|
| | 50 | 859610000333 | 800168 | 20200127AH3 900025 | | |
| | 350 | Mixed | Mixed | 00108596100012192726 4 of 7 | | |
| | 50 | 840243122417 | 801660 | 20200420AH3 900014 | | |
| | 100 | 840243122455 | 801664 | 20200418AH3 900008 | | |
| | 50 | 840243122479 | 801666 | 20200212L 900011 | | |
| | 50 | 840243122509 | 801669 | 20200124B 900009 | | |
| | 50 | 840243122547 | 801673 | 20200210B 900012 | | |
| | 50 | 840243122561 | 801675 | 20200207J 900015 | | |
| | 300 | Mixed | Mixed | 00108596100012192733 5 of 7 | | |
| | 100 | 840243104871 | 800187 | 20200430AH4 900036 | | |
| | 100 | 859610000074 | 800152 | 20200507AH3 900037 | | |
| | 100 | 859610000135 | 800155 | 20200413AH4 900024 | | |
| | 99 | Mixed | Mixed | 00108596100012192740 6 of 7 | | |
| | 32 | 840243122431 | 801662 | 20200416AC 900010 | | |
| | 32 | 840243122486 | 801667 | 20200113J 900013 | | |
| | 14 | 859610000036 | 800148 | 20200204AH2 900038 | | |
| | 14 | 859610000098 | 800153 | 20200509AH1 900035 | | |
| | 7 | 859610000425 | 800173 | 20200202AH1 900039 | | |
| | 50 | Mixed | Mixed | 00108596100012192757 7 of 7 | | |
| | 30 | 840243122585 | 801677 | 20200206P 900033 | | |
| | 20 | 840243122608 | 801679 | 20200323AH2 900034 | | |

* The Paper Bags, Filter Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

_______ per _______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_______________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his possession.

_______________
(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order. Date: _________ Agent for: _________________ By: _________________________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE This form contains only the information necessary for the motor carrier to deliver, rate, and invoice the shipment described below.

**Shipper: Ship Date** 12/06/18

Blue Buffalo DC #1015
675 Gateway Boulevard
Park North DC
MONROE, OH 45050
Shipping 5133426120

Reference Number: CS0000733959

| | |
|---|---|
| Carrier: | CHR Consolidation – Richmond |
| Pro #: | |
| Load #: | 280912511 |
| Ship ID: | CS0000733959 |
| PU #: | |

**Consignee: Due Date** 12/11/18

SHOPKO DIST. CENTER #997
1001 E. Gowen Road
BOISE, ID 83716
SHOPKE (208) 344-8119

Reference Number: 018599430C

**All Freight charges PPD/3RD party bill to:**
CHRLTL
14800 Charlson Rd
Suite 2100
Eden Prairie, MN 55347

**PPD-3RD PARTY**

| Agent or Cashier: Per ______ (The signature here acknowledges only the amount prepaid) | Received: $ ______ to apply in prepayment of the charges on the property described hereon. | Charges Advanced: $ ______ |
|---|---|---|

| Type/ Reference | SKU/UPC | Description | QTY/ UOM | Pallets | Weight | Category/ Temp | NMFC/ Class |
|---|---|---|---|---|---|---|---|
| PO # 018599430C | CS00007339591 | DRY | 8 CAS | 8 | 10,976 | | 73227 60 |
| | | | 8 | 8 | 10,976 | | |

**Shipper Special Instructions:**

**Consignee Special Instructions:**

**Comments:**

The Shipper certifies that the above named materials are properly classified, described, marked, labeled, and packaged, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper Signature X [signature] Date: ______ Trailer# ______

Consignee Signature X [signature] Date: ______ Seal# ______

Driver Signature X [signature] Date: ______ Seal# ______

Max Barrow
12/13/18

7 SKIDS
Said to contain

# Uniform Straight Bill of Lading

| | |
|---|---|
| WHSE B/L | 96133-1 |
| Arrival Date | |
| Ship Date | 12/7/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistos Inc
675 Gateway Blvd
Monroe, OH 45050

Shippers Instructions

Manhattan #: CS0000733959

SAP Packing List: 0080240519

As Agent for the Shipper/Consignor whose name appears below

Ship To

Skopko DC 997 Boise
1001 E. Gowan Road
Boise, ID 83716 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| HM | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs. |
|---|---|---|---|---|---|
| | 14 CA | 840243102280<br>800125 | Pate Adlt Turk & Chick Entrée 24/5.5oz<br>LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900018<br>Cases 14 | 0.01 | 133 |
| | 14 CA | 840243102297<br>800126 | BLUE Pate Adlt Indr Salm Entrée 24/5.5oz<br>LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900019<br>Cases 14 | 0.01 | 133 |
| | 14 CA | 840243102303<br>800127 | BL Pate Adlt Indr Chick Entrée 24/5.5oz<br>LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900020<br>Cases 14 | 0.01 | 133 |
| | 14 CA | 840243102327<br>800129 | Pate Adlt Ocn Fish & Tuna Ent 24/5.5oz<br>LOT/BATCH# 20210914U QTY: 14 Blue Line#: 900021<br>Cases 14 | 0.01 | 116 |
| | 28 CA | 840243102334<br>800130 | BLUE Flaked Chick 24/3.5 oz<br>LOT/BATCH# 20210730U QTY: 15 Blue Line#: 900022<br>Cases 15 | 0.02 | 266 |
| | | 800130 | LOT/BATCH# 20210910U QTY: 13 Blue Line#: 900023<br>Cases 13 | | |
| | 13 CA | 840243102815<br>800603 | BLUE KC Sizz Strps Pork 8/ 6oz Dg<br>LOT/BATCH# 20190920AM QTY: 13 Blue Line#: 900002<br>Cases 13 | 0.05 | 49 |
| | 100 EA | 840243104871<br>800187 | BLUE SMALL BREED Adlt 5/6LB<br>LOT/BATCH# 20200430AH4 QTY: 100 Blue Line#: 900036<br>Cases: 20 | 3.48 | 626 |
| | 17 CA | 840243104956<br>800197 | BLUE BEEF SIRLOIN DINNER 12/12.5 OZ<br>LOT/BATCH# 20211010U QTY: 17 Blue Line#: 900028<br>Cases 17 | 0.03 | 159 |

* The Fibre Boxes, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Committee.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

_______ per _______"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_______________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) **800-424-9300.** EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in the possession.

_______________
(Signed)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date_______ Agent for: _______________ By: _______________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

WHSE B/L: 96133-1
Arrival Date:
Ship Date: 12/7/2018
Order Date: 11/30/2018
Route: Truckload
Freight Charge: Prepaid
COD Amount:

Ship From:
Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

Shippers Instructions:

As Agent for the Shipper/Consignor whose name appears below
Ship To:
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

Manhattan #: CS0000733959
SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| W31399 | C.H. Robinson | | RBTW | 018599430C |
| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
| 0137986 | | | 92269 | 0000214077 |

| HM | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs. |
|---|---|---|---|---|---|
| | 17 CA | 840243104963 800199 | Turk MEATLOAF DINNER 12/12.5 OZ LOT/BATCH# 20210919U QTY: 17 Blue Line#: 900031 Cases 17 | 0.03 | 159 |
| | 17 CA | 840243105212 800237 | BLUE BSTEW BEEF 12/12.5 OZ LOT/BATCH# 20210918X QTY: 17 Blue Line#: 900030 Cases 17 | 0.03 | 159 |
| | 9 CA | 840243105618 800282 | HEALTH BAR APPLES & YOG 12/16 OZ LOT/BATCH# 20200119H QTY: 9 Blue Line#: 900003 Cases 9 | 0.12 | 119 |
| | 9 CA | 840243106332 800280 | HEALTH BAR BAC EGG & CH 12/16 OZ LOT/BATCH# 20200209H QTY: 9 Blue Line#: 900004 Cases 9 | 0.12 | 119 |
| | 20 CA | 840243120215 801490 | BLUE Ckn Sq 12/2oz Cat LOT/BATCH# 20191203AM QTY: 20 Blue Line#: 900005 Cases 20 | 8.15 | 56 |
| | 20 CA | 840243120239 801491 | BLUE Salm Sq 12/2oz Cat LOT/BATCH# 20191129AM QTY: 20 Blue Line#: 900006 Cases 20 | 8.15 | 56 |
| | 20 CA | 840243120253 801492 | BLUE Tuna Sq 12/2oz Cat LOT/BATCH# 20191130AM QTY: 20 Blue Line#: 900007 Cases 20 | 8.15 | 56 |
| | 37 CA | 840243121229 801545 | BLUE HG FlkdTuna/Fish/Ckn 3ozVar12ct Cat LOT/BATCH# 20210311U QTY: 37 Blue Line#: 900016 Cases 37 | 6.20 | 215 |
| | 50 EA | 840243122417 801660 | BLUE Adlt Ckn & BR 5/5# Cat LOT/BATCH# 20200420AH3 QTY: 50 Blue Line#: 900014 Cases: 10 | 17.34 | 250 |

"The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Classification."

"This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation."

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value for the property is specifically stated by the shipper to be not exceeding ________ per ________."

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________ (Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on the premises.

________ (Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date ________ Agent for: ________ Carrier By: ________ Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

**WHSE B/L:** 96133-1

**Arrival Date:**

**Ship Date:** 12/7/2018

**Order Date:** 11/30/2018

**Route:** Truckload

**Freight Charge:** Prepaid

**COD Amount:**

**Ship From:**
Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignee whose name appears below

**Ship To:**
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

**Shipper's Instructions:**

Manhattan #: CS0000733959

SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| HM | Quantity | Item Number | Lot Number / Description | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 32 EA | 840243122431 801662 | BLUE Adlt Indr Ckn & BR 10# Cat<br>LOT/BATCH# 20200416AC QTY: 32 Blue Line#: 900010<br>Cases 32 | 12.15 | 320 |
| | 100 EA | 840243122455 801664 | BLUE Adlt Indr Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200418AH3 QTY: 100 Blue Line#: 900008<br>Cases: 20 | 10.90 | 500 |
| | 50 EA | 840243122479 801666 | BLUE Adlt Indr Salm&BR 5/5# Cat<br>LOT/BATCH# 20200212L QTY: 50 Blue Line#: 900011<br>Cases: 10 | 36.10 | 250 |
| | 32 EA | 840243122486 801667 | BLUE SS Adlt Ckn & BR 10# Cat<br>LOT/BATCH# 20200113J QTY: 32 Blue Line#: 900013<br>Cases 32 | 11.80 | 320 |
| | 50 EA | 840243122509 801669 | BLUE SS Adlt Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200124B QTY: 50 Blue Line#: 900009<br>Cases: 10 | 17.34 | 250 |
| | 50 EA | 840243122547 801673 | BLUE Kit Ckn & BR 5/5# Cat<br>LOT/BATCH# 20200210B QTY: 50 Blue Line#: 900012<br>Cases: 10 | 17.34 | 250 |
| | 50 EA | 840243122561 801675 | BLUE GF Adlt Indr Ckn 5/4.5# Cat<br>LOT/BATCH# 20200207J QTY: 50 Blue Line#: 900015<br>Cases: 10 | 17.34 | 225 |
| | 30 EA | 840243122585 801677 | BLUE Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200206P QTY: 30 Blue Line#: 900033<br>Cases 30 | 25.83 | 720 |
| | 20 EA | 840243122608 801679 | BLUE LB Adlt Ckn & BR 24# Dg<br>LOT/BATCH# 20200323AH2 QTY: 20 Blue Line#: 900034<br>Cases 20 | 15.56 | 480 |

* The Paper Bags, Place Pads, Fold Drums, Fiber Boxes used for this shipment conform to the specifications set forth in the maker's certificate thereof, and all other requirements of rules for those packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value for the property is specifically stated by the shipper to be not exceeding ______ per ______"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC/CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in the vehicle.

(Signature)

**For the Account of: (Shipper)**
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

**Send freight bill with copy of Bill of Lading to:**
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for:________ (Carrier) By:________ (Agent or Driver)

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

**WHSE B/L** 96133-1

**Arrival Date**

**Ship Date** 12/7/2018

**Order Date** 11/30/2018

**Route** Truckload

**Freight Charge** Prepaid

**COD Amount**

**Ship From**
Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

**Shippers Instructions**

Manhatten #: CS0000733959

SAP Packing List: 0080240519

As Agent for the Shipper/Consignor whose name appears below

**Ship To**
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignee.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| W31399 | C.H. Robinson | RBTW | 018599430C |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| 0137986 | | | 92269 | 0000214077 |

| HM | Quantity | Item Number | Description / Lot Number | Cube Feet | Gross Weight in lbs. |
|---|---|---|---|---|---|
| | 37 CA | 840243122974 801703 | BLUE HG Adlt Pate 3oz Var12ct<br>LOT/BATCH# 20210315U QTY: 37 Blue Line#: 900017.<br>Cases 37 | 6.20 | 167 |
| | 48 CA | 840243125159 801856 | BLUE HR Ckn & Beef 12.5oz Dg Var 8ct<br>LOT/BATCH# 20210729U QTY: 48 Blue Line#: 900032<br>Cases 48 | 8.06 | 300 |
| | 100 EA | 859610000012 800146 | BLUE Chick AND BROWN RICE Pup 5/6LB<br>LOT/BATCH# 20200125AH4 QTY: 100 Blue Line#: 900040<br>Cases: 20 | 3.48 | 626 |
| | 50 EA | 859610000029 800147 | BLUE Adlt HW Ckn & BR 5/6#Dg<br>LOT/BATCH# 20200107B QTY: 50 Blue Line#: 900026<br>Cases: 10 | 1.74 | 313 |
| | 14 EA | 859610000036 800148 | BLUE Chick & BROWN RICE Pup 15LB<br>LOT/BATCH# 20200204AH2 QTY: 14 Blue Line#: 900038<br>Cases 14 | 0.67 | 217 |
| | 100 EA | 859610000074 800152 | BLUE Adlt Ckn & BR 5/6#Dg<br>LOT/BATCH# 20200507AH3 QTY: 100 Blue Line#: 900037<br>Cases: 20 | 3.48 | 626 |
| | 14 EA | 859610000098 800153 | BLUE Chick & BROWN RICE Adlt 15LB<br>LOT/BATCH# 20200509AH1 QTY: 14 Blue Line#: 900035<br>Cases 14 | 0.67 | 217 |
| | 100 EA | 859610000135 800155 | BLUE SENIOR Dog 5/6LB<br>LOT/BATCH# 20200413AH4 QTY: 100 Blue Line#: 900024<br>Cases: 20 | 3.48 | 626 |
| | 50 EA | 859610000289 800165 | BLUE FISH & SWEET Potato 5/6LB<br>LOT/BATCH# 20200121AH3 QTY: 50 Blue Line#: 900027<br>Cases: 10 | 1.74 | 313 |

* The Fibre Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

________ per ________

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) **800-424-9300.** EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documents in his possession.

(Signature)

**For the Account of: (Shipper)**
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

**Send freight bill with copy of Bill of Lading to:**
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date: ________ Agent for: ________ (Carrier) By: ________ (Agent or Driver)

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

WHSE B/L: 96133-1
Arrival Date:
Ship Date: 12/7/2018
Order Date: 11/30/2018
Route: Truckload
Freight Charge: Prepaid
COD Amount:

Ship From:
Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below
Ship To
Shopko DC 997 Boise
1001 E. Gowen Road
Boise, ID 83716 USA

Shippers Instructions

Manhattan #: CS0000733959
SAP Packing List: 0080240519

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| W31399 | C.H. Robinson | | RBTW | 018599430C |
| Seals: 0137986 | Vendor Ship Point # | Pro Number | Load# 92269 | Shipper's Reference Number: 0000214077 |

| HM | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs. |
|---|---|---|---|---|---|
| | 50 EA | 859610000333<br>800168 | BLUE LAMB AND BR Adlty 6LB<br>LOT/BATCH# 20200127AH3 QTY: 50 Blue Line#: 900025<br>Cases: 10 | 1.74 | 313 |
| | 7 EA | 859610000425<br>800173 | BLUE LARGE BREED Pup 15LB<br>LOT/BATCH# 20200202AH1 QTY: 7 Blue Line#: 900039<br>Cases 7 | 0.34 | 109 |
| | 22 CA | 859610005284<br>800323 | BLUE Bones Small Dog 6/12oz<br>LOT/BATCH# 20200415AH3 QTY: 22 Blue Line#: 900001<br>Cases 22 | 0.17 | 125 |
| | 17 CA | 859610007479<br>800442 | BLUE HOMESTYLE RECIPE SR ChkN 12/12.5OZ<br>LOT/BATCH# 20211009U QTY: 17 Blue Line#: 900029<br>Cases 17 | 0.03 | 159 |
| | | | ****** END-OF-ORDER ******<br>Total Cases 716 | | |
| | | | N.M.F.C. | | |
| | QTY | | | | WGT |
| | 1436 | 67060-00 | FEED ANIMAL/FISH/POULTRY CL 60.00 | | 10229 |
| Qty | 1,436 | | Order Totals | Cube 248.07 | Wt 10229 |

* The Paper Bags, Fibre Flats, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for those packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the below named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
_______ per _______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300.** EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in the vehicle.

_______ (Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

SAID TO contain 1436
Mac Barros 7 S Kids

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:______ Agent for:______ (Carrier) By:______ (Agent or Driver)

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.



***Blue Buffalo Company, Ltd.***
***11 River Road***
***Wilton, Connecticut 06897***
***USA***
***Phone +1 (203) 762-9751***
***Web: www.bluebuff.com***

Remit to:
Blue Buffalo Company, LTD
P.O. Box 21607
New York, NY 10087-1607

ACH:
Routing #: 021000021
Account #: 192846076

01/08/2019 13:09:18

# Invoice

**Bill-To-Party**
Shopko Stores Operating Co
PO box 19045
Green Bay WI 54307-9045

**Ship-To-Party**
SHOPKO DC 999
1717 Lawrence Drive
De Pere WI 54115

| **Information** | |
|---|---|
| **Invoice No.** | 90237217 |
| **Invoice Date** | 12/07/2018 |
| **Delivery No.** | 80240492 |
| **Order No.** | 214076 |
| **Order Date** | 11/17/2018 |
| **Customer PO No.** | 018605749A |
| **Currency** | USD |
| **Term of Payment** | 2% 10 Days, Net 30 |
| **Incoterm** | FOB Free on board |
| **Gross Weight** | 6,435.940 LBS |
| **Customer No.** | 1000199 |

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 11 | 800318<br>BLUE Bts Ckn 4ozDg<br>UPC No. : 859610005185<br>Customer Material No. : 22776082<br>BB BLUE BITS TRAINING CHICKEN 4 oz | 312 EA | 3.020 | 942.24 |
| 21 | 800489<br>BLUE Bts Beef 4ozDg<br>UPC No. : 859610008353<br>Customer Material No. : 22776116<br>BB BEEF TRAINING BITS 4 OZ | 312 EA | 3.020 | 942.24 |
| 31 | 800323<br>BLUE Bones SM 12ozDg<br>UPC No. : 859610005284<br>Customer Material No. : 22776223<br>BLUE Bones Small Dog 12oz | 132 EA | 9.790 | 1,292.28 |
| 32 | 800323<br>BLUE Bones SM 12ozDg<br>UPC No. : 859610005284<br>Customer Material No. : 22776223<br>BLUE Bones Small Dog 12oz | 132 EA | 9.790 | 1,292.28 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 41 | 800324<br>BLUE Bones REG 12ozDg<br>UPC No. : 859610005307<br>Customer Material No. : 22776421<br>BLUE Bones Regular Dog 12oz | 132 EA | 9.790 | 1,292.28 |
| 51 | 800603<br>BLUE KC Sizz Strps Pork 6oz Dg<br>UPC No. : 840243102815<br>Customer Material No. : 22776587<br>BLUE KC Sizzlers Strips Pork 6oz Dog | 104 EA | 3.670 | 381.68 |
| 61 | 800282<br>BLUE HBr Appls & Yog 16ozDg<br>UPC No. : 840243105618<br>Customer Material No. : 22776637<br>BLUE HEALTH BARS Apples & Yogurt 16oz Dog | 216 EA | 3.670 | 792.72 |
| 71 | 800280<br>BLUE HBr Bac Egg & Ch 16ozDg<br>UPC No. : 840243106332<br>Customer Material No. : 22776660<br>BLUE HEALTH BARS Bacon, Egg, & Cheese 16oz Dog | 540 EA | 3.670 | 1,981.80 |
| 81 | 801490<br>BLUE KC Ckn 2oz Cat<br>UPC No. : 840243120215<br>Customer Material No. : 22786339<br>BLUE Chicken Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 91 | 801491<br>BLUE KC Salm 2oz Cat<br>UPC No. : 840243120239<br>Customer Material No. : 22786396<br>BLUE Salmon Crunchy Cat Treats 2oz | 240 EA | 1.210 | 290.40 |
| 101 | 801703<br>BLUE HG Adlt Pate 3oz Var 12ct Cat<br>UPC No. : 840243122974<br>Customer Material No. : 22778575<br>BLUE Healthy Gourmet Adult Variety Pack (12 count) - Pate | 74 EA | 10.220 | 756.28 |



# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 111 | 800125<br>BLUE HG Pate Adlt Trky Ckn 5.5oz Cat<br>UPC No. : 840243102280<br>Customer Material No. : 22785505<br>BLUE Healthy Gourmet Paté Adult Cat Turkey + Chicken Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 121 | 800126<br>BLUE HG Pate Adlt Salm 5.5oz Cat<br>UPC No. : 840243102297<br>Customer Material No. : 22785992<br>BLUE Healthy Gourmet Paté Adult Cat Indoor Salmon Entrée 5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 131 | 800127<br>BLUE HG PATE ADLT CKN 5.5oz Cat<br>UPC No. : 840243102303<br>Customer Material No. : 22786081<br>BLUE Healthy Gourmet Paté Adult Cat Indoor Chicken Entrée 5.5oz/156g | 672 EA | 1.140 | 766.08 |
| 141 | 800129<br>BLUE HG Pate Adlt Fish &Tuna 5.5ozCat<br>UPC No. : 840243102327<br>Customer Material No. : 22786131<br>BLUE Healthy Gourmet Paté Adult Cat Ocean Fish and Tuna Entrée<br>5.5oz/156g | 336 EA | 1.140 | 383.04 |
| 151 | 800130<br>BLUE HG FLKD CKN & LIVER 5.5oz Cat<br>UPC No. : 840243102334<br>Customer Material No. : 22786149<br>BLUE HG FLKD CKN & LIVER 5.5oz CAT | 336 EA | 1.140 | 383.04 |
| 161 | 800442<br>BLUE HR Sr Ckn 12.5ozDg<br>UPC No. : 859610007479<br>Customer Material No. : 22775704<br>BLUE Homestyle Recipe Senior Chicken Dinner w. Garden Vegetables<br>12.5oz/354g | 204 EA | 1.870 | 381.48 |



**Invoice No.** 90237217
**Invoice Date** 12/07/2018

01/08/2019 13:09:18

# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 171 | 800199<br>BLUE HR Trky 12.5ozDg<br>UPC No. : 840243104963<br>Customer Material No. : 22775795<br>BLUE Homestyle Recipe Adult Dog Turkey Meatloaf Dinner w. Garden Vegetables 12.5oz/354g | 204 EA | 1.870 | 381.48 |
| 181 | 800297<br>BLUE HR Pup Ckn 12.5ozDg<br>UPC No. : 840243105731<br>Customer Material No. : 22775878<br>BLUE HR PUPPY CHK DINNER 12.5OZ | 204 EA | 1.870 | 381.48 |
| 191 | 801856<br>BLUE HR Ckn & Beef 12.5oz Dg Var 8ct<br>UPC No. : 840243125159<br>Customer Material No. : 22775993<br>BLUE Homestyle Recipes Variety Pack (8 count) - Chicken and Beef | 48 EA | 14.630 | 702.24 |
| 201 | 800148<br>BLUE Pup Ckn & BR 15#Dg<br>UPC No. : 859610000036<br>Customer Material No. : 23333255<br>BLUE LPF Puppy Dog Chicken 15lb/6.8kg | 14 EA | 26.350 | 368.90 |
| 211 | 801666<br>BLUE Adlt Indr Salm&BR 5# Cat<br>UPC No. : 840243122479<br>Customer Material No. : 22777783<br>BLUE Indoor Adult Cat Salmon 5lb/2.3kg | 100 EA | 13.130 | 1,313.00 |
| 221 | 801675<br>BLUE GF Adlt Indr Ckn 4.5# Cat<br>UPC No. : 840243122561<br>Customer Material No. : 22778443<br>BLUE Grain Free Indoor Adult Cat Chicken 4.5lb/2.0kg | 100 EA | 14.890 | 1,489.00 |


# Invoice

| Item | Material/UPC/Customer Article | Quantity | Unit Price | Value |
|---|---|---|---|---|
| 231 | 800146<br>BLUE Pup Ckn & BR 6#Dg<br>UPC No. : 859610000012<br>Customer Material No. : 23350952<br>BLUE LPF Puppy Dog Chicken 6lb/2.7kg | 50 EA | 14.540 | 727.00 |
| 241 | 800153<br>BLUE Adlt Ckn & BR 15#Dg<br>UPC No. : 859610000098<br>Customer Material No. : 23292501<br>BLUE LPF Adult Dog Chicken 15lb/6.8kg | 49 EA | 25.450 | 1,247.05 |
| 251 | 801662<br>BLUE Adlt Indr Ckn & BR 10# Cat<br>UPC No. : 840243122431<br>Customer Material No. : 22777197<br>BLUE Indoor Adult Cat Chicken 10lb/4.5kg | 48 EA | 20.140 | 966.72 |
| 261 | 801667<br>BLUE SS Adlt Ckn & BR 10# Cat<br>UPC No. : 840243122486<br>Customer Material No. : 22778088<br>BLUE Sensitive Stomach Adult Cat Chicken 10lb/4.5kg | 32 EA | 20.140 | 644.48 |

| | |
|---|---|
| **SubTotal** | 21,155.67 |
| **Less than Truckload Surcharge** | 607.01 |
| **Total Amount (USD)** | 21,762.68 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

# Purchase Order

## ShopKo

Track ID: 1751347229.6

Purchase Order

018605749A

Identification Code: 0999

Identification Code: 0999

850 PURCHASE ORDER COMMENTS

LINKED POS 018605351-A,018605749-A

| PO # | Order Type | Order Purpose | PO Date | Internal Vendor Number | Do Not Deliver Before (064) |
|---|---|---|---|---|---|
| 018605749A | Stand-alone Order | Original | 11/16/2018 | 9075555002 | 12/11/2018 |

| Do Not Deliver After (063) | Agreement Number |
|---|---|
| 12/11/2018 | 850 PURCHASE ORDER COMMENTS |

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 859610005185 | | | 312 | Each | $3.02 | $942.24 |
| 2 | | | | Inner Packs: 8 | | | |
| | 859610008353 | | | 312 | Each | $3.02 | $942.24 |
| 3 | | | | Inner Packs: 8 | | | |
| | 859610005284 | | | 264 | Each | $9.79 | $2,584.56 |
| 4 | | | | Inner Packs: 6 | | | |
| | 859610005307 | | | 132 | Each | $9.79 | $1,292.28 |
| 5 | | | | Inner Packs: 6 | | | |
| | 840243102815 | | | 104 | Each | $3.67 | $381.68 |
| 6 | | | | Inner Packs: 8 | | | |
| | 840243105618 | | | 216 | Each | $3.67 | $792.72 |
| 7 | | | | Inner Packs: 12 | | | |
| | 840243106332 | | | 540 | Each | $3.67 | $1,981.80 |
| 8 | | | | Inner Packs: 12 | | | |
| | 840243120215 | | | 240 | Each | $1.21 | $290.40 |
| 9 | | | | Inner Packs: 12 | | | |
| | 840243120239 | | | 240 | Each | $1.21 | $290.40 |
| 10 | | | | Inner Packs: 12 | | | |
| | 840243122974 | | | 74 | Each | $10.22 | $756.28 |
| 11 | | | | Inner Packs: 2 | | | |
| | 840243102280 | | | 336 | Each | $1.14 | $383.04 |
| 12 | | | | Inner Packs: 24 | | | |
| | 840243102297 | | | 336 | Each | $1.14 | $383.04 |

Track ID: 1751347229.6

Purchase Order

018605749A

| Line # | UPC # | null | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|---|
| 13 | | | | Inner Packs: 24 | | | |
| | 840243102303 | | | 672 | Each | $1.14 | $766.08 |
| 14 | | | | Inner Packs: 24 | | | |
| | 840243102327 | | | 336 | Each | $1.14 | $383.04 |
| 15 | | | | Inner Packs: 24 | | | |
| | 840243102334 | | | 336 | Each | $1.14 | $383.04 |
| 16 | | | | Inner Packs: 24 | | | |
| | 859610007479 | | | 204 | Each | $1.87 | $381.48 |
| 17 | | | | Inner Packs: 12 | | | |
| | 840243104963 | | | 204 | Each | $1.87 | $381.48 |
| 18 | | | | Inner Packs: 12 | | | |
| | 840243105731 | | | 204 | Each | $1.87 | $381.48 |
| 19 | | | | Inner Packs: 12 | | | |
| | 840243125159 | | | 48 | Each | $14.63 | $702.24 |
| 20 | | | | Inner Packs: 1 | | | |
| | 859610000036 | | | 14 | Each | $26.35 | $368.90 |
| 21 | | | | Inner Packs: 1 | | | |
| | 840243122479 | | | 100 | Each | $13.13 | $1,313.00 |
| 22 | | | | Inner Packs: 5 | | | |
| | 840243122561 | | | 100 | Each | $14.89 | $1,489.00 |
| 23 | | | | Inner Packs: 5 | | | |
| | 859610000012 | | | 50 | Each | $14.54 | $727.00 |
| 24 | | | | Inner Packs: 5 | | | |
| | 859610000098 | | | 49 | Each | $25.45 | $1,247.05 |
| 25 | | | | Inner Packs: 1 | | | |
| | 840243122431 | | | 48 | Each | $20.14 | $966.72 |
| 26 | | | | Inner Packs: 1 | | | |
| | 840243122486 | | | 32 | Each | $20.14 | $644.48 |
| | | | | Inner Packs: 1 | | | |
| | | | | Total Qty | | | Total |
| | | | | 5,503 | | | $21,155.67 |

| Payment Terms Type | Terms Discount Percent | Terms Discount Days Due | Terms Net Days Due |
|---|---|---|---|

# ShopKo

Track ID: 1751347229.6

Purchase Order

018605749A

| Basic | 2% | 10 Days | 30 Days |
|---|---|---|---|

## Uniform Straight Bill of Lading

| | |
|---|---|
| WHSE B/L | 96120-1 |
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Manhattan #: CS0000733965

SAP Packing List: 0080240492

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| LTL | C.H. Robinson | RBTW | 018605749A |

| Seal | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 14 CA | 840243102280<br>800125 | **Pate Adlt Turk & Chick Entrée 24/5.5oz**<br>LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900012<br>**Cases 14** | 0.01 | 133 |
| | 14 CA | 840243102297<br>800126 | **BLUE Pate Adlt Indr Salm Entrée 24/5.5oz**<br>LOT/BATCH# 20211010U QTY: 14 Blue Line#: 900013<br>**Cases 14** | 0.01 | 133 |
| | 28 CA | 840243102303<br>800127 | **BL Pate Adlt Indr Chick Entrée 24/5.5oz**<br>LOT/BATCH# 20211010U QTY: 28 Blue Line#: 900014<br>**Cases 28** | 0.02 | 266 |
| | 14 CA | 840243102327<br>800129 | **Pate Adlt Ocn Fish & Tuna Ent 24/5.5oz**<br>LOT/BATCH# 20210914U QTY: 14 Blue Line#: 900015<br>**Cases 14** | 0.01 | 116 |
| | 14 CA | 840243102334<br>800130 | **BLUE Flaked Chick 24/5.5 oz**<br>LOT/BATCH# 20210730U QTY: 14 Blue Line#: 900016<br>**Cases 14** | 0.01 | 133 |
| | 13 CA | 840243102815<br>800603 | **BLUE KC Sizz Strps Pork 8/ 6oz Dg**<br>LOT/BATCH# 20190920AM QTY: 13 Blue Line#: 900006<br>**Cases 13** | 0.05 | 49 |
| | 17 CA | 840243104963<br>800199 | **Turk MEATLOAF DINNER 12/12.5 OZ**<br>LOT/BATCH# 20210919U QTY: 17 Blue Line#: 900018<br>**Cases 17** | 0.03 | 159 |
| | 18 CA | 840243105618<br>800282 | **HEALTH BAR APPLES & YOG 12/16 OZ**<br>LOT/BATCH# 20200119H QTY: 18 Blue Line#: 900007<br>**Cases 18** | 0.23 | 238 |
| | 17 CA | 840243105731<br>800297 | **BLUE HR Pup Chk DINNER 12/12.5OZ**<br>LOT/BATCH# 20210730U QTY: 17 Blue Line#: 900019<br>**Cases 17** | 0.03 | 194 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

______ per ______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation in his possession.

______
(Signature)

For the Account of (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:______ Agent for: ______ By: ______
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

## Uniform Straight Bill of Lading

| | |
|---|---|
| WHSE B/L | 96120-1 |
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount | |

Shippers Instructions

Manhattan #: CS0000733965

SAP Packing List: 0080240492

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| LTL | C.H. Robinson | RBTW | 018605749A |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 45 CA | 840243106332<br>800280 | **HEALTH BAR BAC EGG & CH 12/16 OZ**<br>LOT/BATCH# 20200209H QTY: 45 Blue Line#: 900008<br>**Cases 45** | 0.58 | 594 |
| | 20 CA | 840243120215<br>801490 | **BLUE Ckn Sq 12/2oz Cat**<br>LOT/BATCH# 20191203AM QTY: 20 Blue Line#: 900009<br>**Cases 20** | 8.15 | 56 |
| | 20 CA | 840243120239<br>801491 | **BLUE Salm Sq 12/2oz Cat**<br>LOT/BATCH# 20191129AM QTY: 20 Blue Line#: 900010<br>**Cases 20** | 8.15 | 56 |
| | 48 EA | 840243122431<br>801662 | **BLUE Adlt Indr Ckn & BR 10# Cat**<br>LOT/BATCH# 20200416AC QTY: 48 Blue Line#: 900026<br>**Cases 48** | 18.23 | 480 |
| | 100 EA | 840243122479<br>801666 | **BLUE Adlt Indr Salm&BR 5/5# Cat**<br>LOT/BATCH# 20200212L QTY: 100 Blue Line#: 900022<br>**Cases: 20** | 72.21 | 500 |
| | 32 EA | 840243122486<br>801667 | **BLUE SS Adlt Ckn & BR 10# Cat**<br>LOT/BATCH# 20200113J QTY: 32 Blue Line#: 900027<br>**Cases 32** | 11.80 | 320 |
| | 100 EA | 840243122561<br>801675 | **BLUE GF Adlt Indr Ckn 5/4.5# Cat**<br>LOT/BATCH# 20200207J QTY: 100 Blue Line#: 900023<br>**Cases: 20** | 34.68 | 450 |
| | 37 CA | 840243122974<br>801703 | **BLUE HG Adlt Pate 3oz Var12ct**<br>LOT/BATCH# 20210315U QTY: 37 Blue Line#: 900011<br>**Cases 37** | 6.20 | 167 |
| | 48 CA | 840243125159<br>801856 | **BLUE HR Ckn & Beef 12.5oz Dg Var 8ct**<br>LOT/BATCH# 20210729U QTY: 48 Blue Line#: 900020<br>**Cases 48** | 8.06 | 300 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements or rules for these packages in Uniform Freight Classification and the National Motor Freight Commission

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

per

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**

**800-424-9300.**

**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document on his possession.

(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ____________ By: ____________________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

| WHSE B/L | 96120-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Shippers Instructions

Ship From
Blue Buffalo CO OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below:
Ship To
SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

Manhattan #: CS0000733965

SAP Packing List: 0080240492

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| LTL | C.H. Robinson | RBTW | 018605749A |

| Scale | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|
| | 50 EA | 859610000012<br>800146 | BLUE Chick AND BROWN RICE Pup 5/ 6LB<br>LOT/BATCH# 20200125AH4 QTY: 50 Blue Line#: 900024<br>Cases: 10 | 1.74 | 313 |
| | 14 EA | 859610000036<br>800148 | BLUE Chick & BROWN RICE Pup 15LB<br>LOT/BATCH# 20200204AH2 QTY: 14 Blue Line#: 900021<br>Cases 14 | 0.67 | 217 |
| | 49 EA | 859610000098<br>800153 | BLUE Chick & BROWN RICE Adlt 15LB<br>LOT/BATCH# 20200509AH2 QTY: 49 Blue Line#: 900025<br>Cases 49 | 2.35 | 760 |
| | 39 CA | 859610005185<br>800318 | BB BLUE BITS TRAINING Chick 8/ 4 oz<br>LOT/BATCH# 20191011M QTY: 39 Blue Line#: 900001<br>Cases 39 | 0.16 | 94 |
| | 44 CA | 859610005284<br>800323 | BLUE Bones Small Dog 6/12oz<br>LOT/BATCH# 20200415AH3 QTY: 22 Blue Line#: 900004<br>Cases 22 | 0.34 | 251 |
| | | 800323 | LOT/BATCH# 20200414AH3 QTY: 22 Blue Line#: 900003<br>Cases 22 | | |
| | 22 CA | 859610005307<br>800324 | BLUE Bones Regular Dog 6/12oz<br>LOT/BATCH# 20200206AH3 QTY: 22 Blue Line#: 900005<br>Cases 22 | 0.17 | 125 |
| | 17 CA | 859610007479<br>800442 | BLUE HOMESTYLE RECIPE SR ChkN 12/12.5OZ<br>LOT/BATCH# 20211009U QTY: 17 Blue Line#: 900017<br>Cases 17 | 0.03 | 159 |
| | 39 CA | 859610008353<br>800489 | BB BEEF TRAINING BITS 8/ 4 OZ<br>LOT/BATCH# 20190915M QTY: 39 Blue Line#: 900002<br>Cases 39 | 0.16 | 78 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the below named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value for the property is specifically stated by the shipper to be not exceeding
per

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS** REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)
**800-424-9300.**
EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent documentation on hand.

(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for: ______________ By ______________ Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96120-1 |
| --- | --- |
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount | |

Ship From:

Blue Buffalo CO. OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

Shippers Instructions

Manhattan #: CS0000733965

SAP Packing List: 0080240492

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
| --- | --- | --- | --- | --- |
| LTL | C.H. Robinson | | RBTW | 018605749A |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Description / Lot Number | Cubic Feet | Gross Weight in lbs |
| --- | --- | --- | --- | --- | --- |
| | | | ****** END-OF-ORDER ******* | | |
| | | | **Total Cases** 873 | | |
| | | | **N.M.F.C.** | | |
| | **QTY** | | | | **WGT** |
| | 873 | 67060-00 | FEED ANIMAL/FISH/POULTRY CL 60.00 | | 6339 |
| **Qty** | 873 | | **Order Totals** | **Cube** 174.10 | **Wt** 6339 |

* The Paper Bags, Fibre Pails, Fibre Drums, Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the herein named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
'The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

________ per _______'

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____________
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in his possession.

____________
(Signature)

For the Account of: (Shipper)

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA -

I have received the above in good order: Date:________ Agent for: ________ By ____________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills.

# Uniform Straight Bill of Lading

| WHSE B/L | 96120-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:
Blue Buffalo CO OH
c/o Taylor Logistcs Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To
SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

Shippers Instructions

Manhattan #: CS0000733965

SAP Packing List: 0080240492

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | SCAC | PO Number |
|---|---|---|---|
| LTL | C.H. Robinson | RBTW | 018605749A |

| Seals | Vendor Ship Point # | Pro Number | Load# | Shipper's Reference Number |
|---|---|---|---|---|
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Lot Number | Description | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|
| | 45 | 840243106332 | 800280 | 00108596100012176931 2 of 7 | | |
| | 45 | | | 20200209H 900008 | | |
| | 116 | Mixed | Mixed | 00108596100012176924 1 of 7 | | |
| | 18 | 840243105618 | 800282 | 20200119H 900007 | | |
| | 20 | 840243120239 | 801491 | 20191129AM 900010 | | |
| | 39 | 859610005185 | 800318 | 20191011M 900001 | | |
| | 39 | 859610008353 | 800489 | 20190915M 900002 | | |
| | 99 | Mixed | Mixed | 00108596100012176948 3 of 7 | | |
| | 13 | 840243102815 | 800603 | 20190920AM 900006 | | |
| | 20 | 840243120215 | 801490 | 20191203AM 900009 | | |
| | 22 | 859610005284 | 800323 | 20200414AH3 900003 | | |
| | 22 | 859610005284 | 800323 | 20200415AH3 900004 | | |
| | 22 | 859610005307 | 800324 | 20200206AH3 900005 | | |
| | 63 | Mixed | Mixed | 00108596100012176955 4 of 7 | | |
| | 14 | 859610000036 | 800148 | 20200204AH2 900021 | | |
| | 49 | 859610000098 | 800153 | 20200509AH2 900025 | | |
| | 80 | Mixed | Mixed | 00108596100012176962 5 of 7 | | |
| | 48 | 840243122431 | 801662 | 20200416AC 900026 | | |
| | 32 | 840243122486 | 801667 | 20200113J 900027 | | |
| | 220 | Mixed | Mixed | 00108596100012176979 6 of 7 | | |
| | 14 | 840243102280 | 800125 | 20211010U 900012 | | |
| | 14 | 840243102297 | 800126 | 20211010U 900013 | | |
| | 28 | 840243102303 | 800127 | 20211010U 900014 | | |
| | 14 | 840243102327 | 800129 | 20210914U 900015 | | |
| | 14 | 840243102334 | 800130 | 20210730U 900016 | | |
| | 17 | 840243104963 | 800199 | 20210919U 900018 | | |

* The Fibre Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

_____ per _____"

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS**
**REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER)**
**800-424-9300.**
**EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in his possession.

_____
(Signature)

For the Account of: (Shipper)
Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:
Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date _____ Agent for: _____ By: _____
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

# Uniform Straight Bill of Lading

| WHSE B/L | 96120-1 |
|---|---|
| Arrival Date | |
| Ship Date | 12/4/2018 |
| Order Date | 11/30/2018 |
| Route | Truckload |
| Freight Charge | Prepaid |
| COD Amount: | |

Ship From:

Blue Buffalo CO OH
c/o Taylor Logistics Inc
675 Gateway Blvd
Monroe, OH 45050

As Agent for the Shipper/Consignor whose name appears below

Ship To

SHOPKO DC 999
1717 Lawrence Drive
De Pere, WI 54115 USA

Shippers Instructions

Manhattan #: CS0000733965

SAP Packing List: 0080240492

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Carrier acknowledges that Weber Distribution, as agent for the disclosed shipper/consignor, has no liability for payment of freight or any other charges, and the transportation contract evidenced by this bill of lading is between the carrier and the designated shipper/consignor.

| Vehicle Number | Carrier | | SCAC | PO Number |
|---|---|---|---|---|
| LTL | C.H. Robinson | | RBTW | 018605749A |
| **Seals** | **Vendor Ship Point #** | **Pro Number** | **Load#** | **Shipper's Reference Number** |
| LTL | | 776-156201-X | 91885 | 0000214076 |

| H/M | Quantity | Item Number | Lot Number | Description | Cubic Feet | Gross Weight in lbs |
|---|---|---|---|---|---|---|
| | 17 | 840243105731 | 800297 | 20210730U 900019 | | |
| | 37 | 840243122974 | 801703 | 20210315U 900011 | | |
| | 48 | 840243125159 | 801856 | 20210729U 900020 | | |
| | 17 | 859610007479 | 800442 | 20211009U 900017 | | |
| | 250 | Mixed | Mixed | 00108596100012176986 7 of 7 | | |
| | 100 | 840243122479 | 801666 | 20200212L 900022 | | |
| | 100 | 840243122561 | 801675 | 20200207J 900023 | | |
| | 50 | 859610000012 | 800146 | 20200125AH4 900024 | | |

* The Fiber Bags, Fiber Pails, Fibre Drums, Fiber Boxes used for this Shipment conform to the specifications set forth in the maker's certificate thereon, and all other Requirements of rules for these packages in Uniform Freight Classification and the National Motor Freight Commission.

* This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding

per

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**IF EMERGENCY ASSISTANCE IS REQUIRED REGARDING THESE PRODUCTS, TELEPHONE CHEMTREC (CHEMICAL TRANSPORTATION EMERGENCY CENTER) 800-424-9300. EMERGENCY INFORMATION IS AVAILABLE 24 HOURS A DAY. ALSO ADVISE SHIPPER.**

Carrier certifies emergency response information was made available and/or carrier has the DOT Emergency Response Guidebook or equivalent document in the possession.

(Signature)

**For the Account of: (Shipper)**

Blue Buffalo Company
11 River Road
Wilton, CT 06897 USA

Send freight bill with copy of Bill of Lading to:

Blue Buffalo CO. OH
11 River Road
Wilton CT 06897 USA

I have received the above in good order: Date:________ Agent for __________ By: ________________
Carrier Agent or Driver

Carrier: Above shippers Ref and Whse B/L number must appear on all freight bills

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213 (EIN 34-0492670) (RDWY) GR

**Customer Service Center:** 1.800.610.6500

776-156201-X ***1

| PICK UP DATE | DESTINATION | RATE CODE | ITEM/TENDER NO. | PAGE |
|---|---|---|---|---|
| 12-04-18 | 315-1 | /I2 | 817A..54 | 01 OF 03 |

P.O. NO. / DEPT. NO.
018605749A

ADV CA/CL CODE

ORG 216

SHIPPER: BLUE BUFFALO DC #1015 — SHIPPER C 4875
675 GATEWAY BLVD
MONROE OH 45050

BEY CA/CL CODE

SERVICE | EXCEP 3997

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

CONSIGNEE: SHOPKO DC
1717 LAWRENCE DR
DE PERE WI 54115

CONS. CODE 447C

CANA BOO

Paul Jossart 12-12-18
RECEIVED BY - PRINTED NAME DATE

SIGNED: Paul Jossart TIME

SPECIAL INSTS: SEAL DK 9936495 TR# 311835 RS

| UNIT NO | CHKR # | H/U | LOCATION | CHKR # | H/U | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 132464 | | | SHPA1 | | | | |

B/L OR GBL NO.
96120-1

INVOICE: * PACKING LIST MUST BE HAND * ED TO CUST AT TIME OF * DELIVERY

TOTAL CHARGES

PRO 776-156201-X

| NO. H/U | PKG. | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB.) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | ************ FOODSTUFFS ************2776156201X00 | | | | |
| | | | FOODSTUFFS- DO NOT LOAD WITH POISON | | | | |
| | | | APPT FEE TO BE BILLED TO | | | | |
| | | | CH ROBINSON | | | | |
| 7 | SKD | | FEED ANIMALS/FISH/POULTRY | C60 | 6339 | | |
| | | | NMFC=06706000 'CLC60 | | | | |
| | | | 873 CAS | | | | |
| | | | PALLET WEIGHT | PLTW | 530 | | |

Recd 673 cs on 7 SWP

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE ☐ SORT/SEGREGATION ☐ LIMITED ACCESS
☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY ☐ OTHER

DELIVERY RECEIPT

YRC Freight
10990 Roe Ave Overland Park, KS 66211-12 GR

Customer Service Center: 1.800.610.6500

| PICK UP DATE | DESTINATION | RATE CODE | ITEM/TENDER NO | PAGE |
|---|---|---|---|---|
| 12-04-18 | 315-1 | /I2 | 817A. , 54 | 02 OF 03 |

PO. NO./DEPT NO.: 018605749A

PRO NO: 776-156201-X

ORG 216

SHIPPER: BLUE BUFFALO DC #1015
675 GATEWAY BLVD
MONROE OH 45050

SHIPPER CODE 4875

ADV CA/CL CODE:
BEY CA/CL CODE:
SERVICE: EXCEP:

CONSIGNEE: SHOPKO DC
1717 LAWRENCE DR
DE PERE WI 54115

CONS. CODE 447C

CANA BOO

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY - PRINTED NAME    DATE

SIGNED:    TIME

| UNIT NO. | CHKR # | H/U | LOCATION | CHKR # | H/U | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 132464 | | | SHPA1 | | | | |

SPECIAL INSTS

B/L OR GBL NO. 96120-1

PRO 776-156201-X

INVOICE
PACKING LIST MUST BE HAND
ED TO CUST AT TIME OF
DELIVERY

TOTAL CHARGES

| NO. H/U | PKG. | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | LBS530<br>PERCENT DISCOUNT<br>(OUTBOUND)<br>GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 7 | TTL | //// | | TTL | 6869 | | PPD |
| | | | SLC STC<br>PAYER FOR SHIPPER:<br>CHRLTL | | | | |

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

- [ ] LIFTGATE
- [ ] SORT/SEGREGATION
- [ ] LIMITED ACCESS
- [ ] INSIDE DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] OTHER

DELIVERY RECEIPT

YRC Freight
10990 Roe Ave Overland Park, KS 66211-12 GR

Customer Service Center: 1.800.610.6500

| PICK UP DATE | DESTINATION | RATE CODE | ITEM/TENDER NO. | PAGE |
|---|---|---|---|---|
| 12-04-18 | 315-1 | /12 | 817A. . 54 | 03 OF 03 |

P.O. NO. / DEPT. NO.: 018605749A

SHIPPER: BLUE BUFFALO DC #1015 — SHIPPER CODE 4875
675 GATEWAY BLVD
MONROE OH 45050

SERVICE: PHU 06

CONSIGNEE: SHOPKO DC — CONS. CODE 447C
1717 LAWRENCE DR
DE PERE WI 54115

0.160
CANA BOO

SPECIAL INSTS:

PRO NO: 776-156201-X

ORG 216

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY - PRINTED NAME ____ DATE ____

SIGNED: ____ TIME ____

| UNIT NO. | CHKR # | H/U | LOCATION | CHKR # | H/U | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 132464 | | | SHPA1 | | | | |

B/L OR GBL NO: 96120-1

PRO 776-156201-X

INVOICE: * PACKING LIST MUST BE HAND ED TO CUST AT TIME OF DELIVERY

TOTAL CHARGES:

| NO. H/U | PKG. | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB.) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | 14800 CHARLSON RD<br>EDEN PRAIRIE MN 55347<br>LO#: 280912528<br>CR#: C80000733965<br>PEDIMENTO: C80000733965<br>PO=018605749A | PODP | | | |

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE • ADDITIONAL FEES MAY APPLY

☐ LIFTGATE ☐ SORT/SEGREGATION ☐ LIMITED ACCESS
☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY ☐ OTHER ____

DELIVERY RECEIPT

# EXHIBIT C

Blue Buffalo Company, Ltd.
Invoices evidencing unapproved deductions

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| 1400060111 | 08/27/2018 | $522.55 |
| 1400060108 | 09/20/2018 | $336.49 |
| 1400060111 | 09/20/2018 | $196.00 |
| 1400061278 | 10/11/2018 | $269.65 |
| 1400065760 | 10/29/2018 | $76.36 |
| 1400065760 | 10/31/2018 | $156.35 |
| 1400065760 | 11/06/2018 | $130.90 |
| 1400065760 | 11/06/2018 | $573.95 |
| 1400063990 | 11/06/2018 | $8,344.09 |
| 1400064180 | 11/15/2018 | $744.50 |
| 1400064180 | 11/15/2018 | $100.00 |
| 1400065761 | 11/29/2018 | $7,567.67 |
|  |  | $19,018.51 |