# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-80064 (TLS) |
| SPECIALTY RETAIL SHOPS ) | |
| HOLDING CORP.,, *et al.*[1] ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |

## SERTA SIMMONS BEDDING, LLC'S
## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Serta Simmons Bedding, LLC, also known as Serta, Inc. ("Serta") a creditor in the above-referenced bankruptcy matter, and for its Motion to Allow Late Filed Claim (the "Motion"), shows this Court the follow:

1.  On January 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. [Doc 1].

2.  Serta is a creditor of Shopko Stores Operating Co., LLC ("Shopko") pursuant to those certain invoices for goods provided to Shopko by Serta ("Invoices"). Attached hereto as **Exhibit "A"** is a true and correct copy of a summary of the Invoices.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592)(collectively referred to herein as the "Debtor").

3.  On February 5, 2019, the proof of claim bar date order was entered (the "POC DDL Notice") setting a bar date to file proof of claim of March 18, 2019 (the "POC DDL").  [Docket No. 10].

4.  Because the POC DDL Notice was not served on Serta, Serta did not have notice of the proof of claim deadline.

5.  Section 502(b)(9) provides that, "a proof of claim is not timely filed, except to the extent tardily filed as permitted under paragraphs (1), (2) or (3) of Section 726(a) of this title . . ." (emphasis added) 11 U.S.C. § 502(b)(9).  Claims which are tardily filed because a creditor did not have notice or actual knowledge of a case in time for timely filing of a proof of claim are allowed under § 726. 11 U.S.C. § 726 (2)(C)(Tardily filed claims are allowed under § 501(a) of this title, if …"(i) the creditor that holds such claim did not have notice or actual knowledge of the case in time for timely filing of a proof of such claim under § 501(a) of this title; and (ii) proof of such claim is filed in time to permit payment of such claim.").

6.  Bankruptcy Rule 3003(c)(3) provides that the court may extend the time within which proofs of claim may be filed. B.R. 9006(b)(1) provides that if the period of time has expired, a party must show that the failure to act was the result of excusable neglect.  The primary factor in determining whether excusable neglect has occurred regarding the enlarging of the bar date is whether the creditor was given adequate notice to file a timely proof of claim.  <u>In re Thompson McKinnon Securities</u>

Inc., 130 B.R. 717, 719-20 (Bankr. S.D.NY 191)(reasoning known creditors, were entitled to actual notice which may entitle them to an extension of the bar date to file a proof of claim). "Proceedings within the ambit of the Bankruptcy Code are no less susceptible to the requirements of due process than in any other realm . . . One such fundamental due process right is a creditor's right to notice of the bar date for filing a proof of claim." In re Collier, 307, B.R. 20, 25 (Bankr. D. Mass. 2004). The Supreme Court has repeatedly established that notice must be "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections" in order to satisfy due process. Id. citing Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950).

7.  Further, at a minimum, Serta's failure, if any, to timely file a Proof of Claim occurred as a result of "excusable neglect" and, therefore, Serta should be allowed to file its claim and such claim should be considered "timely-filed" and allowed. See F.R.B.P. 9006(b); In re Thompson McKinnon Securities Inc. supra at 719 (reasoning excusable neglect was established because creditor was classified as a known creditor and therefore was entitled to actual notice).

8.  As set forth on the Proof of Claim attached hereto as **Exhibit B**, SCB has a claim against Debtor pursuant to the Invoices. See Exhibit A.

9.      WHEREFORE, based on all of the above, SCB respectfully requests that its Proof of Claim filed contemporaneously herewith be considered timely-filed and allowed in the amount set forth thereon.

This 26th day of April, 2019.

>Respectfully submitted,
>**ROGERS LAW OFFICES**
>By/s/*Beth E. Rogers*
>Beth E. Rogers,
>Georgia Bar No. 612092
>100 Peachtree Street, Ste. 1950
>Atlanta, Georgia 30303
>770-685-6320 phone
>678-990-9959 fax
>brogers@berlawoffice.com
>*Attorney for Serta*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-80064 (TLS) |
| SPECIALTY RETAIL SHOPS ) | |
| HOLDING CORP.,, *et al.*[2] ) | |
| ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **SERTA SIMMONS BEDDING, LLC'S MOTION TO ALLOW LATE FILED CLAIM** by the electronic case filing system and/or by depositing a true and correct copy of the same in the United States Mail, postage prepaid, addressed as follows:

United States Trustee Jerry.L.Jensen@usdoj.gov

James J. Niemeier, jniemeier@mcgrathnorth.com
Michael T. Eversden, meversden@mcgrathnorth.com
Lauren R. Goodman, lgoodman@mcgrathnorth.com
*Counsel for Debtors*

This 26th day of April, 2019.

/s/Beth E. Rogers
Beth E. Rogers
Georgia Bar No. 612092
*Attorney for Creditor*

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592)(collectively referred to herein as the "Debtor").

Exhibit A

# Account Statement

Page: 1

**Serta**
WE MAKE THE WORLD'S
BEST MATTRESS ™

Simmons Bedding Company             Remit To: Serta INC
One Concourse Parkway, Suite 800              PO Box 945655
Atlanta, GA 30328                             Atlanta GA 30394-5655
770-512-7700

Customer 557934                      Statement Date:    04/09/19
                                     Payment Terms :   CBD

        SHOPKO STORES OPERATING ***CH 11***
        700 PILGRIM WAY                      Last Paid:         03/26/2019
        GREEN BAY, WI 54304                  Last Paid Amount:        0.00
        United States

Attention: Jacqueline Smith

| Invoice Number | Type | Invoice Date | Due Date | Your Reference | Invoice Amt | Balance Due | Days |
|---|---|---|---|---|---:|---:|---:|
| 06647498-001 | Sale | 05/17/2018 | 07/16/2018 | 017969590C | 32,508.00 | 32,508.00 | 267 |
| 06647499-001 | Sale | 05/17/2018 | 07/16/2018 | 017969591B | 26,316.00 | 26,316.00 | 267 |
| 07037036-001 | Sale | 08/29/2018 | 10/28/2018 | 018366226A | 7,740.00 | 7,740.00 | 163 |
| 07061491-001 | Sale | 09/14/2018 | 11/13/2018 | 018384732A | 6,192.00 | 6,192.00 | 147 |
| 07090582-001 | Sale | 09/14/2018 | 11/13/2018 | 018406416A | 3,096.00 | 3,096.00 | 147 |
| 07090581-001 | Sale | 09/17/2018 | 11/16/2018 | 018406415B | 3,096.00 | 3,096.00 | 144 |
| 07107297-001 | Sale | 09/24/2018 | 11/23/2018 | 018426747C | 3,096.00 | 3,096.00 | 137 |
| 07124574-001 | Sale | 09/27/2018 | 11/26/2018 | 018447897A | 1,548.00 | 606.78 | 134 |
| 07172642-001 | Sale | 10/10/2018 | 12/09/2018 | 018491247C | 1,548.00 | 1,548.00 | 121 |
| 07172643-001 | Sale | 10/10/2018 | 12/09/2018 | 018491248B | 1,548.00 | 1,548.00 | 121 |
| 07172644-001 | Sale | 10/10/2018 | 12/09/2018 | 018491249A | 3,096.00 | 3,096.00 | 121 |
| 07192662-001 | Sale | 10/18/2018 | 12/17/2018 | 018512175C | 6,192.00 | 6,192.00 | 113 |
| 07192663-001 | Sale | 10/18/2018 | 12/17/2018 | 018512176B | 3,096.00 | 3,096.00 | 113 |
| 07192664-001 | Sale | 10/18/2018 | 12/17/2018 | 018512177A | 9,288.00 | 9,288.00 | 113 |
| 07210010-001 | Sale | 10/25/2018 | 12/24/2018 | 018531619B | 3,096.00 | 3,096.00 | 106 |
| 07210011-001 | Sale | 10/26/2018 | 12/25/2018 | 018531620A | 1,548.00 | 1,548.00 | 105 |
| 07229955-001 | Sale | 10/31/2018 | 12/30/2018 | 018550674C | 1,548.00 | 1,548.00 | 100 |
| 07229956-001 | Sale | 10/31/2018 | 12/30/2018 | 018550675B | 1,548.00 | 1,548.00 | 100 |
| 07229957-001 | Sale | 10/31/2018 | 12/30/2018 | 018550676A | 3,096.00 | 3,096.00 | 100 |
| 07210009-001 | Sale | 11/02/2018 | 01/01/2019 | 018531618C | 3,096.00 | 3,096.00 | 98 |
| 07248701-001 | Sale | 11/12/2018 | 01/11/2019 | 018570612A | 6,192.00 | 6,192.00 | 88 |

```
                               AGED AMOUNTS
              1-30 Days     31-60 Days     61-90 Days     91 > Days
 Current      Past Due      Past Due       Past Due       Past Due        TOTAL DUE
                                           6,192.00       121,350.78      127,542.78
```

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Specialty Retail Shops Holding Corp. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **District of Nebraska** |
| Case number: | **19–80064** |

**FILED**
**U.S. Bankruptcy Court**
**District of Nebraska**
4/26/2019
**Diane Zech, Clerk**

Exhibit B

# Official Form 410
## Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Serta Simmons Bedding, LLC
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: Serta, Inc.

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
Serta Simmons Bedding, LLC
Name
c/o Beth E. Rogers
100 Peachtree Street, Suite 1950
Atlanta, GA 30303–3030

Contact phone  770–685–6320
Contact email  brogers@berlawoffice.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent?** (if different)
Name

Contact phone
Contact email

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing?

Official Form 410  Proof of Claim  page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 7934 |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $ 127542.38 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>goods sold |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe:<br><br>**Basis for perfection:**<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $<br>**Amount of the claim that is secured:** $<br>**Amount of the claim that is unsecured:** $ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: |

Official Form 410            Proof of Claim            page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4/26/2019
MM / DD / YYYY

/s/ Randal Brian Wingate
Signature

Print the name of the person who is completing and signing this claim:

Name: Randal Brian Wingate
First name   Middle name   Last name

Title: Manager of Credit Services and Accounts Receivable

Company: Serta Simmons Bedding, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 2451 Industry Avenue
Number   Street
Doraville, GA 30360
City   State   ZIP Code

Contact phone: 404–534–5246   Email: bwingate@sertasimmons.com

Official Form 410    Proof of Claim    page 3

```
                         Serta
                                                                              Account Statement
                                                                                                                   Page:    1

         Simmons Bedding Company              Remit To: Serta INC
         One Concourse Parkway, Suite 800               PO Box 945655
         Atlanta, GA 30328                             Atlanta GA 30394-5655
         770-512-7700

Customer 557934                                    Statement Date:       04/09/19
                                                   Payment Terms :       CBD

         SHOPKO STORES OPERATING ***CH 11***
         700 PILGRIM WAY                           Last Paid:            03/26/2019
         GREEN BAY, WI 54304                       Last Paid Amount:     0.00
         United States


Attention: Jacqueline Smith
```

| Invoice Number | Type | Invoice Date | Due Date | Your Reference | Invoice Amt | Balance Due | Days |
|---|---|---|---|---|---:|---:|---:|
| 06647498-001 | Sale | 05/17/2018 | 07/16/2018 | 017969590C | 32,508.00 | 32,508.00 | 267 |
| 06647499-001 | Sale | 05/17/2018 | 07/16/2018 | 017969591B | 26,316.00 | 26,316.00 | 267 |
| 07037036-001 | Sale | 08/29/2018 | 10/28/2018 | 018366226A | 7,740.00 | 7,740.00 | 163 |
| 07061491-001 | Sale | 09/14/2018 | 11/13/2018 | 018384732A | 6,192.00 | 6,192.00 | 147 |
| 07090582-001 | Sale | 09/14/2018 | 11/13/2018 | 018406416A | 3,096.00 | 3,096.00 | 147 |
| 07090581-001 | Sale | 09/17/2018 | 11/16/2018 | 018406415B | 3,096.00 | 3,096.00 | 144 |
| 07107297-001 | Sale | 09/24/2018 | 11/23/2018 | 018426747C | 3,096.00 | 3,096.00 | 137 |
| 07124574-001 | Sale | 09/27/2018 | 11/26/2018 | 018447897A | 1,548.00 | 606.78 | 134 |
| 07172642-001 | Sale | 10/10/2018 | 12/09/2018 | 018491247C | 1,548.00 | 1,548.00 | 121 |
| 07172643-001 | Sale | 10/10/2018 | 12/09/2018 | 018491248B | 1,548.00 | 1,548.00 | 121 |
| 07172644-001 | Sale | 10/10/2018 | 12/09/2018 | 018491249A | 3,096.00 | 3,096.00 | 121 |
| 07192662-001 | Sale | 10/18/2018 | 12/17/2018 | 018512175C | 6,192.00 | 6,192.00 | 113 |
| 07192663-001 | Sale | 10/18/2018 | 12/17/2018 | 018512176B | 3,096.00 | 3,096.00 | 113 |
| 07192664-001 | Sale | 10/18/2018 | 12/17/2018 | 018512177A | 9,288.00 | 9,288.00 | 113 |
| 07210010-001 | Sale | 10/25/2018 | 12/24/2018 | 018531619B | 3,096.00 | 3,096.00 | 106 |
| 07210011-001 | Sale | 10/26/2018 | 12/25/2018 | 018531620A | 1,548.00 | 1,548.00 | 105 |
| 07229955-001 | Sale | 10/31/2018 | 12/30/2018 | 018550674C | 1,548.00 | 1,548.00 | 100 |
| 07229956-001 | Sale | 10/31/2018 | 12/30/2018 | 018550675B | 1,548.00 | 1,548.00 | 100 |
| 07229957-001 | Sale | 10/31/2018 | 12/30/2018 | 018550676A | 3,096.00 | 3,096.00 | 100 |
| 07210009-001 | Sale | 11/02/2018 | 01/01/2019 | 018531618C | 3,096.00 | 3,096.00 | 98 |
| 07248701-001 | Sale | 11/12/2018 | 01/11/2019 | 018570612A | 6,192.00 | 6,192.00 | 88 |

```
                                       _____ AGED AMOUNTS _____
                  1-30 Days      31-60 Days      61-90 Days      91 > Days
 Current          Past Due       Past Due        Past Due        Past Due        TOTAL DUE
                                                 6,192.00        121,350.78      127,542.78
```