ntcnc (04/10)

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

Specialty Retail Shops Holding Corp.

Debtor(s)

Bankruptcy Proceeding No. 19–80064–TLS
Chapter 11

Judge: Thomas L. Saladino

## NOTICE OF NONCOMPLIANCE

ISSUE:    Motion to Allow Claim Out of Time

ATTY:    Beth E. Rogers

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 4/29/19

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.