hrgtrl (09/14)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

Specialty Retail Shops Holding Corp.          Bankruptcy Proceeding No.  19–80064–TLS
                                               Chapter  11
Debtor(s)

                                               Judge:  Thomas L. Saladino

## NOTICE OF TRIAL DATE

An evidentiary hearing with live testimony on Debtor's Amended Chapter 11 Plan (Fil. #570) and Objections AND Debtors' Motion for an Order (I) Authorizing the Debtors To Surcharge Certain Collateral, (II) Allowing the Lenders' Secured Claim in an Amount that Accounts for the Surcharge (Fil. #656) and any objections is scheduled for one (1) day, on **May 28, 2019** at **09:30 AM** in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE. Any objection, resistance, or request for hearing with respect to the surcharge motion must be filed on or before **May 17, 2019 at 5 p.m. CDT.**

**Briefs**, if applicable, **exhibits** and **joint exhibit list** and witness lists (example of exhibit list attached) shall be electronically filed by **May 23, 2019.** Electronically filed exhibits shall follow the procedures outlined in Appendix "J" of the Local Rules.

Any and all objections to the use of witnesses, deposition testimony, discovery response, or exhibits identified on the joint exhibit list, including any objection pursuant to F.R. Civ. P. 32(a) that a deponent is available to testify at trial, shall be made in writing by **May 24, 2019.** Failure to object (except under Fed. R. Evid. 402 and 403) shall be deemed a waiver of objections unless excused by the court for good cause.

Parties intending to **LISTEN ONLY** must dial into the AT&T TeleConference at the toll free number 1-888-273-3658, access code 7121323, security code 0804. Any party listening in by phone will not be allowed to question or cross examine a witness or participate in the trial by any manner.

If a need for the use of equipment for the hearing impaired exists, please notify the courtroom department prior to the scheduled hearing.

Dated:  4/29/19

                                        Diane Zech
                                        Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to movant.
*Michael Eversden

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

SPECIALTY RETAIL SHOPS HOLDING
CORP, *et al.*,

Debtor(s).

CASE NO. BK19-80064

CH. 11

(Jointly Administered)

## JOINT EXIBIT LIST

Counsel for: _____: _____

Counsel for: _____: _____

Counsel for: _____: _____

Counsel for: _____: _____

| FILING # | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|----------|------------------------|---------|----------|
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |
|          |                        |         |          |

| FILING # | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | CASE NO. BK19-80064 |
|---|---|
| SPECIALTY RETAIL SHOPS HOLDING CORP, *et al.*, | CH. 11 |
| Debtor(s). | (Jointly Administered) |

## JOINT WITNESS LIST

| WITNESS NAME | Will/ May Call | WITNESS TO BE CALLED BY: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Use Additional Sheet(s) For Additional Witnesses