# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 19-80064 |
| | ) | Chapter 11 Proceeding |
| Specialty Retail Shops Holding Corp., | ) | |
| | ) | **ENTRY OF APPEARANCE AND** |
| Debtor. | ) | **REQUEST FOR NOTICE** |

COMES NOW Trev E. Peterson of the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP and hereby enters his appearance as local counsel for Dramm Corporation, a creditor and party in interest in the above-captioned proceedings. Dramm Corporation, hereby requests that copies of all pleadings and notices to which it is entitled pursuant to Bankruptcy Rule 2002, be served upon its attorney named below:

Trev E. Peterson
3800 VerMaas Place, Suite 200
Lincoln, Nebraska 68502
(402) 475-7011

Dated: April 29, 2019.

DRAMM CORPORATION, Creditor,

By: KNUDSEN, BERKHEIMER,
    RICHARDSON & ENDACOTT, LLP
    3800 VerMaas Place, Suite 200
    Lincoln, Nebraska 68502
    (402) 475-7011

By: /s/ Trev E. Peterson - #16637
    One of Said Attorneys

**PROOF OF SERVICE**

      I certify that on April 29, 2109 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Michael T. Eversden, James J. Niemeier, Jerry L. Jensen, Acting Assistant US Trustee and all others requesting electronic notice of filings through the Court's CM/ECF filing system.

      /s/  Trev E. Peterson - #16637