**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064 (TLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF GLOBAL SETTLEMENT OF PLAN ISSUES AMONG THE DEBTORS, CREDITORS' COMMITTEE, SUN CAPITAL PARTNERS, AND LENDERS**

**PLEASE TAKE NOTICE THAT** on March 1, 2019, United States Bankruptcy Court for the District of Nebraska (the "Court") entered an order [Docket No. 572] (the "Disclosure Statement Order"): (a) authorizing Specialty Retail Shops Holding Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Second Amended Joint Chapter 11 Plan of Specialty Retail Shops Holding Corp. and Its Debtor Affiliates* (as may be modified, amended, or supplemented from time to time, the "Initial Plan") [Docket No. 570]; (b) approving the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Specialty Retail Shops Holding Corp. and Its Debtor Affiliates* (the "Disclosure Statement") [Docket No. 571] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article XII.A. of the Plan, the Debtors hereby file the amended chapter 11 plan attached hereto as **Exhibit A** (the "Settlement Plan") and a redline reflecting cumulative changes made to the Initial Plan attached as **Exhibit B**. The Settlement Plan reflects a global settlement of all disputed issues among the Debtors, the official committee of unsecured creditors (the "Committee"), Sun Capital Partners ("Sun"), Wells Fargo Bank, N.A. ("Wells Fargo"), and Shopko Note Holdings, LLC ("Spirit," and together with Wells Fargo, the "Lenders").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek confirmation of the Settlement Plan at the hearing commencing on **May 28, 2019, at 9:30 a.m.** prevailing Central

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

Time, before the Honorable Judge Saladino, in the United States Bankruptcy Court for the District of Nebraska, located at 111 South 18th Plaza, Suite 1125, Omaha, NE 68102.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors, the Committee, Sun, and the Lenders each support confirmation of the Settlement Plan.

| | |
|---|---|
| Dated:  May 21, 2019<br>Omaha, Nebraska | /s/ *James J. Niemeier* |

James J. Niemeier (NE Bar No. 18838)
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:    (402) 341-3070
Facsimile:    (402) 341-0216
Email:    jniemeier@mcgrathnorth.com
    meversden@mcgrathnorth.com
    lgoodman@mcgrathnorth.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    patrick.nash@kirkland.com
    travis.bayer@kirkland.com

- and -

Steven Serajeddini (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors*

## Exhibit A

**Settlement Plan**

## Exhibit B

**Plan Redline**