AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| May 28, 2019 | BK19-80064 | Jackie A. | | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Robert Duffy | X | X | | | |
| Adam Verost | X | X | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | SEE ATTACHED WITNESS & EXHIBIT LIST | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: ) <br> ) <br> SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 19-80064-TLS <br><br> (Jointly Administered) |

# DEBTORS' EXHIBIT AND WITNESS LIST

Specialty Retail Shops Holding Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully submit this Exhibit and Witness List on behalf of the Debtors and the Special Committee of Independent Directors, concerning the matters set for hearing before this Court on May 28, 2019.

| | |
|---|---|
| **Counsel for Debtors:** | Steven Serajedinni, Steve Hackney, Travis M. Bayer, Jeffery Lula - Kirkland & Ellis, LLP |
| **Counsel for Debtors:** | James J. Niemeier, Michael T. Eversden, Lauren Goodman- McGrath North Mullin & Kratz, P.C., LLO |
| **Counsel for Special Committee of Independent Directors:** | Brian Lennon, Todd G. Cosenza – Willkie Farr & Gallagher LLP |

# EXHIBIT LIST

| FILING # | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 571 | DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP AND ITS DEBTOR AFFILIATES | ✓ | ✓ |
| 1361 | NOTICE OF GLOBAL SETTLEMENT OF PLAN ISSUES AMONG THE DEBTORS, CREDITORS' COMMITTEE, SUN CAPITAL PARTNERS, AND LENDERS | ✓ | ✓ |
| 1367 | SECOND AMENDED JOINT CHAPTER 11 PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP. AND ITS DEBTOR AFFILIATES | ✓ | ✓ |
| 215 | ORDER (I) AUTHORIZING THE TRANSACTIONS OF CERTAIN PHARMACY ASSETS FREE AND CLEAR OF ALL INTERESTS AND (II) GRANTING RELATED RELIEF | ✓ | ✓ |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); ShopKo Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin, 54304. The cases have been procedurally consolidated and are being jointly administered under the case caption listed above.

| | | | |
|---|---|---|---|
| 1204 | ORDER (I) AUTHORIZING THE SALE OF THE DEBTORS' OPTICAL BUSINESS, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (III) AUTHORIZING A SETTLEMENT OF CLAIMS AND CAUSES OF ACTION, (IV) GRANTING RELIEF RELATED TO THE WIND-DOWN OF THE DEBTORS' REMAINING OPERATIONS, AND (V) GRANTING RELATED RELIEF | ✓ | ✓ |
| 1421 | DECLARATION OF ADAM W. VEROST IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP. (and attached exhibits) | ✓ | ✓ |
| 1426 | DEBTORS' BRIEF IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP. AND ITS DEBTOR AFFILIATES | | |
| 1427 | DECLARATION OF ROBERT J. DUFFY IN SUPPORT OF CONFIRMATION OF THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP. AND ITS DEBTOR AFFILIATES (and attached exhibits) | ✓ | ✓ |
| 1428 | DECLARATION OF CRAIG JOHNSON OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF SPECIALTY RETAIL SHOPS HOLDING CORP. AND ITS DEBTOR AFFILIATES (and attached exhibits) | ✓ | ✓ |
| 1427 | Exhibit A Liquidation Analysis | ✓ | ✓ |
| 1254 | Motion authorizing dbs to enter into settlement agmt with Sun Capital parties | ✓ | ✓ |

## WITNESS LIST

| WITNESS NAME | Will/ May Call |
|---|---|
| Adam Verost (Ducera) | May Call |
| Robert Duffy (BRG) | May Call |
| Craig Johnson (Prime Clerk) | May Call |
| Any witness listed by any other party | May Call |
| Any witness necessary to lay the foundation for exhibits | May Call |
| Any witness required for the purposes of rebuttal | May Call |

May 23, 2019
Omaha, Nebraska

/s Michael T. Eversden
James J. Niemeier (NE Bar No. 18838)
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:    (402) 341-3070
Facsimile:    (402) 341-0216
Email:        jniemeier@mcgrathnorth.com
              meversden@mcgrathnorth.com
              lgoodman@mcgrathnorth.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              patrick.nash@kirkland.com
              travis.bayer@kirkland.com

- and –

Steven Serajeddini (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          steven.serajeddini@kirkland.com
*Co-Counsel to the Debtors*