Form C12 (02/98)
ntcconf.jsp

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

Specialty Retail Shops Holding Corp.

Debtor(s)

Bankruptcy Proceeding No.  19–80064–TLS
Chapter  11

Judge:  Thomas L. Saladino

**NOTICE OF ORDER OF CONFIRMATION OF PLAN**

NOTICE IS GIVEN that an order was entered on June 11, 2019 by the Court in the above−captioned case confirming the debtor's plan dated 5/31/2019.

The Order Confirming Plan is on file and available for inspection in the office of the Clerk of the United States Bankruptcy Court.

The movant shall give immediate notice to all parties in interest as required by rule or statute.

Dated:  6/11/19

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.