UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
-------------------------------------------------------X

In re:

SPECIALTY RETAIL SHOPS HOLDING
CORP., et al.,[1]

Debtors.
-------------------------------------------------------X

Chapter 11
Bankruptcy Case No. 19-80064-TLS
(Jointly Administered)

## MOTION OF BOWE INDUSTRIES INC. d/b/a CHANGES FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

TO: THE HONORABLE THOMAS L. SALADINO
      UNITED STATES BANKRUPTCY JUDGE

Bowe Industries Inc. d/b/a Changes ("Changes"), by its attorneys, hereby moves this Court (the "Motion") for the allowance and payment of its administrative priority claim in the amount of $31,582.80 pursuant to 11 U.S.C. §503(b)(1). In support of the Motion, Changes states as follows:

**Background**

1. On January 16, 2019 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief in this Court pursuant to Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Servives Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

or examiner has been appointed in these cases.

3. The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. On or about December 13, 2016, Changes entered into a Vendor Terms/Allowance Agreement (the "Vendor Agreement") with Shopko Stores Operating Co., LLC ("Shopko"), which had an effective date (the "Effective Date") of January 1, 2017. The Vendor Agreement provided that it would automatically renew on the anniversary of the Effective Date unless either party terminates, or an updated Vendor Terms/Allowance Agreement is signed. To date, no updated Vendor Terms/Allowance Agreement has been signed. A copy of the Vendor Agreement is annexed hereto as Exhibit A.

5. Pursuant to the Vendor Agreement, the payments terms (the "Payment Terms") were NET 60. To date, the Payment Terms have not been modified. As such, the net payment for all goods delivered to Shopko by Changes was due within 60 days of the goods being invoiced. Subsequent to the filing of the Debtors' petitions, Changes agreed to continue shipping goods to Shopko. The same Payment Terms as those contained in the pre-Petition Vendor Agreement applied to those goods which were shipped by Changes to Shopko during the post-Petition period.

6. On or about February 28, 2019, goods were shipped from Changes to Shopko, and were invoiced the same day. A copy of the invoices is annexed hereto as Exhibit B. As such, Shopko's claim for payment for said goods did not accrue until April 29, 2019, which was 60 days after invoicing. While the Court entered an order on February 14, 2019 establishing a

deadline of April 1, 2019 for the filing of all administrative claims which accrued prior to April

1, 2019 (the "Administrative Claims Bar Date"), the payment which Shopko owed Changes for

the goods which were invoiced on February 28, 2019, did not accrue until April 29, 2019.

Because Shopko's claim did not accrue until April 29, 2019, Changes' administrative claim was

not subject to the April 1, 2019 Administrative Claims Bar Date.  Consequently, this Motion by

Changes for Allowance of an Administrative Expense Claim is being timely made.

**Relief Requested**

7.  The invoices annexed hereto reflect a total amount of $31,582.80 due from Shopko to

Changes for goods delivered to Shopko and invoiced on February 28, 2019, no portion of which

was paid in accordance with the Vendor Agreement prior to April 29, 2019, nor at any time

thereafter.  Such amount remains outstanding and unpaid as of the date of this Motion.

Consequently, Changes is seeking the entry of an order pursuant to 11 U.S.C. § 503(b)(1) for

allowance and payment of administrative expenses in the sum of $31,582.80.

**Basis for Relief Requested**

8.  Section 503(b)(1)(A) of the Bankruptcy Code provides, *inter alia*, that "there shall be

allowed, administrative expenses...including...the actual, necessary costs and expenses of

preserving the estate."  11 U.S.C. § 503(b)(1)(A).  Section 507(a)(2) of the Bankruptcy Code

grants such administrative expense priority as set forth therein.  *See* 11 U.S.C. § 507(a)(2).

9.  In order to obtain administrative expense status under Section 503(b)(1), a claimant

must demonstrate that its claim was an actual and necessary cost or expense of preserving the

bankruptcy estate.  This test generally requires proof of a benefit to the bankruptcy estate.  *In re*

*Burival*, 406 B.R. 548, 555 (B.A.P. 8th Cir. 2009); *aff'd* 613 F.3d 810 (8th Cir. 2010); ) (*See also*

*In re Pre-Press Graphics Co.*, 300 B.R. 902, 909 (Bankr. N.D. Ill. 2003), which provides, *inter alia*, that "in order to demonstrate the priority of an administrative claim, the debt must (1) arise out of a transaction with the debtor-in-possession and (2) benefit the operation of the debtor's business."). Moreover, the policy behind priority treatment for administrative expenses is to encourage creditors to cooperate with the debtor's reorganization effort. *In re Pre-Press Graphics Co.*, 300 B.R. at 909.

10. The debt for which Changes seeks administrative expense priority arose out of a post-petition transaction between Changes and Shopko; specifically, a post-petition delivery of goods to Shopko. Moreover, the post-petition delivery of goods benefitted the operation of Shopkos's business; namely, providing inventory for Shopko to sell enabled it to continue its business operation.

## Reservation of Rights

11. Changes reserves the right to amend, revise or supplement its Administrative Claim in any respect as new facts may be developed through investigation, discovery or otherwise, including, without limitation, the right to assert any additional damages, or to assert the Motion against any new or different Debtors. Additionally, this Motion is not intended to be, and shall not be construed as: (1) an election of remedies; (2) a waiver of any defaults; or (3) a waiver or limitation of any rights, remedies, claims or interests that Changes may have against the Debtors or any third parties.

## Rule 9013-1 Notice

Please take notice that, pursuant to Local Rule 9013-1(E), any objection or resistance to this Motion for Allowance of Administrative Claim or request for a hearing as to the same, must

be filed with the Bankruptcy Court Clerk – Omaha, Roman L. Hruska Courthouse, 111 18th

Plaza, Suite 1125, Omaha, Nebraska 68102 and served on the above-listed creditor on or before

July 31, 2019 (the "Resistance Date").  Unless a resistance or request for a hearing is filed and

served on or before the Resistance Date, then pursuant to Local Rule 9013-1(D), the Court may

enter an order in favor of the moving party.

Dated:  Garden City, New York        KIRSCHENBAUM & KIRSCHENBAUM, P.C.
     July 10, 2019        *Attorneys for Bowe Industries, Inc. d/b/a Changes*

            By: **/s/ Steven B. Sheinwald**_____
              Steven B. Sheinwald (admitted pro hac vice)
              NY Reg No. 2004463
              200 Garden City Plaza, Suite 315
              Garden City, NY  11530
              Tel: (516) 747-6700
              Facsimile: (516) 747-6781
              E-mail: steves@kirschenbaumesq.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2019, I caused the above document to be filed with the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

None

            By: **/s/ Steven B. Sheinwald**_____
              Steven B. Sheinwald

# EXHIBIT A

| Run date: 12-12-2016 | **SHOPKO STORES OPERATING CO., LLC.** | Report ID: PR0091 |
|---|---|---|
| Run time: 02:41:40 PM | VENDOR TERMS/ALLOWANCE AGREEMENT | Page: 1 of 2 |

| Vendor Name: CHANGES | DVP :JENNIFER LEMIRANDE | *Effective Date: 01-01-2017 |
|---|---|---|
| Primary Vendor: 9340272005 | Buyer: DARRIN HOFFMANN | To: 12-31-2017 |
| Secondary Vendor ID(s): | | |

Department(s): 84   163

| ACCRUAL | % of Receipts | N/A | Method of Payment Off invoice | Billback(*) | Auto Bill | Source of Allowance | Bill Frequency | Class | Type |
|---|---|---|---|---|---|---|---|---|---|
| Advertising (POP required) | | X | | | | | | | Dept |
| Branding | 1.00 | | | X | X | Receipts | Monthly | | Dept |
| Promotional | 2.00 | | | X | X | Receipts | Monthly | | Dept |
| Defective Allowance | 0.50 | | | X | X | Receipts | Monthly | | Dept |
| **New Store Allowance | 15.00 | | | X | X | Receipts | Monthly | | Dept |
| Remodel Allowance | 10.00 | | | X | | Receipts | Monthly | | Dept |
| Partnership | | X | | | | | | | Dept |
| Planogram | | X | | | | | | | Dept |
| Volume Rebate | | X | | | | | | | Dept |

**Calculation Method:**

Purchase calculation setup:

| Bracket # | Purchases up to | Accrual % |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

**New Store Delivery Count: _____3_____

Freight Terms: _____

**Comments:**

BRANDING-BROADCAST PARTNERSHIP

| FLAT DOLLAR AMOUNTS | Amt per SKU | Flat $ Amt | % Receipts | Comments |
|---|---|---|---|---|
| New Sku Allowance ($500 minimum per SKU) | | | | |
| Planogram Allowance ($25 minimum per SKU) | | | | |
| Placement/Endcap/Fastrack Allowance | | | | |
| Partnership Program | | | | |
| Signage/Visual Allowances | | | | |
| New Store Allowance | | | | |
| Other (1) | | | | |
| Other (2) | | | | |
| Other (3) | | | | |

**MARKDOWN AND DEFECTIVE ASSISTANCE**

Assistance for markdowns and excessive defectives may be necessary to offset the performance of your product
- Our seasonal gross margin expectation is **42%.** Vendor profitability will be discussed on a regular basis and settled quarterly.
  This is our mutually agreed upon gross margin goal, but does not imply or require a guarantee.
- Excessive Defectives:  Vendor is responsible for the cost of the actual defectives that exceed the defective allowance received by
  Shopko. This is a flat dollar amount and will be deducted as a Billback.
- If no defective allowance, how are the defectives to be handled?

(C) Copyright 2016. All rights reserved.  Strictly confidential and proprietary.
Disclosure, use or reproduction without written consent is strictly prohibited.

| | | |
|---|---|---|
| Run date:12-12-2016<br>Run time:02:41:40 PM | **SHOPKO STORES OPERATING CO., LLC.**<br>VENDOR TERMS/ALLOWANCE AGREEMENT | Report ID: PR0091<br>Page: 2 of 2 |

**PAYMENT TERMS**

Regular: NET 60          New Store:                    Seasonal or Special:

For Billback Programs, Vendor authorizes Shopko Stores Operating Co., LLC to bill vendor monthly for any allowance as set forth hereinafter. Shopko Stores Operating Co., LLC reserves the right to offset these billings against funds currently owed the vendor. If the funds are insufficient, the Vendor agrees to remit such amount within 30 days from the date of billing unless other terms have been agreed upon by Shopko's buyer and the Vendor as noted below. Shopko's Vendor Partnership manual can be found at www.shopko.com/vendors. This manual is updated periodically. It is the vendor's responsibility to review the manual to ensure Shopko's requirements are met.

\* This agreement will automatically renew on anniversary of the Effective Date unless either party terminates, or an updated Vendor Terms/Allowance Agreement is signed

Signature _____          Date _____

Authorized Signature (must be signed by Merchandising Vice President)

Signature _____          Date _12/13/16_

Authorized Signature (must be signed by an authorized vendor representative)

**Print Name** MICHAEL AMBROISE                    **Print Title:** NATIONAL ACCOUNTS DIRECTOR

Phone #718-441-6464          **Fax #**718-441-8624          **E-Mail:** MAMBROISE@CHANGESONLINE.COM

**Allowance Billing Information**

**Attention of:** MICHAEL AMBROISE

**Phone #** 718-441-6464          **Fax #** 718-441-8624          **E-Mail:** MAMBROISE@CHANGESONLINE.COM

**Address1:** 88-36 77TH AVE

**Address2:**

**City:** GLENDALE          **State:** NY          **Zip Code:** 11385-0000

**Collection Method:** DEDUCT FROM DOMESTIC PAYMENTS

(C) Copyright 2016. All rights reserved.  Strictly confidential and proprietary.
Disclosure, use or reproduction without written consent is strictly prohibited.

# EXHIBIT B

```
Invoice Number  1853642
Invoice Date    02/28/19
Invoice From:   CHANGES
                88-36 77 Avenue
                Glendale, NY 11385
                (718) 441-6464


Invoice to:     SHOPKO STORES
                ATTN: ACCOUNTS PAYABLE
                P.O. BOX 19045
                GREEN BAY        WI54307

Ship to:        SHOPKO
                1717 LAWRENCE DRIVE

                DEPERE          WI54115

Account Number  414-497-2210
PO Number       018655094A
Terms           NET 30 DAYS
Ship Via        ABF FREIGHT
```

| QUANTITY AMOUNT | STYLE # | COLOR | SIZE | DESCRIPTION | PRICE | |
|---|---|---|---|---|---|---|
| 153 | 99-423-AST | | | SHOPKO S  6 PK 0 | 27.90 | 4,268.70 |
| 149 | 99-424-AST | | | SHOPKO S  6 PK 6 | 27.90 | 4,157.10 |
| 93 | 99-425-AST | | | SHOPKO S  6 PK 3 | 27.90 | 2,594.70 |
| | | | | TOTAL OF INVOICE | | 11,020.50 |

```
                                # CARTONS          395
                                SHIPPING WEIGHT    1185
                                TRACKING #         13646739
```

```
Invoice Number  1853643
Invoice Date    02/28/19
Invoice From:   CHANGES
                88-36 77 Avenue
                Glendale, NY 11385
                (718) 441-6464


Invoice to:     SHOPKO STORES
                ATTN: ACCOUNTS PAYABLE
                P.O. BOX 19045
                GREEN BAY        WI54307

Ship to:        SHOPKO
                1717 LAWRENCE DRIVE

                DEPERE           WI54115

Account Number  414-497-2210
PO Number       018655095A
Terms           NET 30 DAYS
Ship Via        ABF FREIGHT
```

| QUANTITY | STYLE # | COLOR | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 07-711-14 | OXFORD | M | VINTAGE LOGO | 4.65 | 111.60 |
| 36 | 07-711-14 | OXFORD | L | VINTAGE LOGO | 4.65 | 167.40 |
| 36 | 07-711-14 | OXFORD | XL | VINTAGE LOGO | 4.65 | 167.40 |
| 24 | 07-715-14 | OXFORD | 2XL | VINTAGE LOGO | 4.65 | 111.60 |
| 24 | 62-711-14 | BLACK | M | SUNSET AND GODZI | 4.65 | 111.60 |
| 36 | 62-711-14 | BLACK | L | SUNSET AND GODZI | 4.65 | 167.40 |
| 36 | 62-711-14 | BLACK | XL | SUNSET AND GODZI | 4.65 | 167.40 |
| 24 | 62-715-14 | BLACK | 2XL | SUNSET AND GODZI | 4.65 | 111.60 |
| 24 | 30-711-88 | ROYAL H | M | RED WHITE BLUE K | 4.65 | 111.60 |
| 48 | 30-711-88 | ROYAL H | L | RED WHITE BLUE K | 4.65 | 223.20 |
| 48 | 30-711-88 | ROYAL H | XL | RED WHITE BLUE K | 4.65 | 223.20 |
| 24 | 30-715-88 | ROYAL H | 2XL | RED WHITE BLUE K | 4.65 | 111.60 |

```
                        TOTAL OF INVOICE            1,785.60

                        # CARTONS            32
                        SHIPPING WEIGHT      192
                        TRACKING #           13646739
```

```
Invoice Number   1853644
Invoice Date     02/28/19
Invoice From:    CHANGES
                 88-36 77 Avenue
                 Glendale, NY 11385
                 (718) 441-6464


Invoice to:      SHOPKO STORES
                 ATTN: ACCOUNTS PAYABLE
                 P.O. BOX 19045
                 GREEN BAY        WI54307

Ship to:         SHOPKO
                 1001 E GOWEN ROAD

                 BOISE            ID83716

Account Number   414-497-2210
PO Number        018655094C
Terms            NET 30 DAYS
Ship Via         UPS FREIGHT
```

| QUANTITY AMOUNT | STYLE # | COLOR | SIZE | DESCRIPTION | | | PRICE | |
|---|---|---|---|---|---|---|---|---|
| 83 | 99-423-AST | | | SHOPKO S | 6 PK 0 | 27.90 | 2,315.70 |
| 82 | 99-424-AST | | | SHOPKO S | 6 PK 6 | 27.90 | 2,287.80 |
| 62 | 99-425-AST | | | SHOPKO S | 6 PK 3 | 27.90 | 1,729.80 |

```
                                TOTAL OF INVOICE          6,333.30

                                # CARTONS          227
                                SHIPPING WEIGHT    681
                                TRACKING #         97438937
```

```
Invoice Number  1853645
Invoice Date    02/28/19
Invoice From:   CHANGES
                88-36 77 Avenue
                Glendale, NY 11385
                (718) 441-6464


Invoice to:     SHOPKO STORES
                ATTN: ACCOUNTS PAYABLE
                P.O. BOX 19045
                GREEN BAY        WI54307

Ship to:        SHOPKO
                1001 E GOWEN ROAD

                BOISE            ID83716

Account Number  414-497-2210
PO Number       018655095C
Terms           NET 30 DAYS
Ship Via        UPS FREIGHT
```

| QUANTITY | STYLE # | COLOR | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12 | 07-711-14 | OXFORD | M | VINTAGE LOGO | 4.65 | 55.80 |
| 24 | 07-711-14 | OXFORD | L | VINTAGE LOGO | 4.65 | 111.60 |
| 24 | 07-711-14 | OXFORD | XL | VINTAGE LOGO | 4.65 | 111.60 |
| 12 | 07-715-14 | OXFORD | 2XL | VINTAGE LOGO | 4.65 | 55.80 |
| 12 | 62-711-14 | BLACK | M | SUNSET AND GODZI | 4.65 | 55.80 |
| 24 | 62-711-14 | BLACK | L | SUNSET AND GODZI | 4.65 | 111.60 |
| 24 | 62-711-14 | BLACK | XL | SUNSET AND GODZI | 4.65 | 111.60 |
| 12 | 62-715-14 | BLACK | 2XL | SUNSET AND GODZI | 4.65 | 55.80 |
| 12 | 30-711-88 | ROYAL H | M | RED WHITE BLUE K | 4.65 | 55.80 |
| 36 | 30-711-88 | ROYAL H | L | RED WHITE BLUE K | 4.65 | 167.40 |
| 36 | 30-711-88 | ROYAL H | XL | RED WHITE BLUE K | 4.65 | 167.40 |
| 12 | 30-715-88 | ROYAL H | 2XL | RED WHITE BLUE K | 4.65 | 55.80 |

```
                          TOTAL OF INVOICE         1,116.00

                          # CARTONS            20
                          SHIPPING WEIGHT     120
                          TRACKING #     97438937
```

```
Invoice Number  1853646
Invoice Date    02/28/19
Invoice From:   CHANGES
                88-36 77 Avenue
                Glendale, NY 11385
                (718) 441-6464


Invoice to:     SHOPKO STORES
                ATTN: ACCOUNTS PAYABLE
                P.O. BOX 19045
                GREEN BAY        WI54307

Ship to:        SHOPKO
                10808 S. 132 STREET

                OMAHA            NE68138

Account Number  414-497-2210
PO Number       018655094B
Terms           NET 30 DAYS
Ship Via        UPS FREIGHT
```

| QUANTITY AMOUNT | STYLE # | COLOR | SIZE | DESCRIPTION | | | | PRICE | |
|---|---|---|---|---|---|---|---|---|---|
| 163 | 99-423-AST | | | SHOPKO S | 6 PK 0 | 27.90 | 4,547.70 |
| 157 | 99-424-AST | | | SHOPKO S | 6 PK 6 | 27.90 | 4,380.30 |
| 46 | 99-425-AST | | | SHOPKO S | 6 PK 3 | 27.90 | 1,283.40 |

```
                              TOTAL OF INVOICE            10,211.40

                              # CARTONS          366
                              SHIPPING WEIGHT    1098
                              TRACKING #         97438935
```

```
Invoice Number  1853647
Invoice Date    02/28/19
Invoice From:   CHANGES
                88-36 77 Avenue
                Glendale, NY 11385
                (718) 441-6464


Invoice to:     SHOPKO STORES
                ATTN: ACCOUNTS PAYABLE
                P.O. BOX 19045
                GREEN BAY        WI54307

Ship to:        SHOPKO
                10808 S. 132 STREET

                OMAHA            NE68138

Account Number  414-497-2210
PO Number       018655095B
Terms           NET 30 DAYS
Ship Via        UPS FREIGHT
```

| QUANTITY | STYLE # | COLOR | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12 | 07-711-14 | OXFORD | M | VINTAGE LOGO | 4.65 | 55.80 |
| 36 | 07-711-14 | OXFORD | L | VINTAGE LOGO | 4.65 | 167.40 |
| 36 | 07-711-14 | OXFORD | XL | VINTAGE LOGO | 4.65 | 167.40 |
| 12 | 07-715-14 | OXFORD | 2XL | VINTAGE LOGO | 4.65 | 55.80 |
| 12 | 62-711-14 | BLACK | M | SUNSET AND GODZI | 4.65 | 55.80 |
| 36 | 62-711-14 | BLACK | L | SUNSET AND GODZI | 4.65 | 167.40 |
| 36 | 62-711-14 | BLACK | XL | SUNSET AND GODZI | 4.65 | 167.40 |
| 12 | 62-715-14 | BLACK | 2XL | SUNSET AND GODZI | 4.65 | 55.80 |
| 12 | 30-711-88 | ROYAL H | M | RED WHITE BLUE K | 4.65 | 55.80 |
| 12 | 30-711-88 | ROYAL H | L | RED WHITE BLUE K | 4.65 | 55.80 |
| 12 | 30-711-88 | ROYAL H | XL | RED WHITE BLUE K | 4.65 | 55.80 |
| 12 | 30-715-88 | ROYAL H | 2XL | RED WHITE BLUE K | 4.65 | 55.80 |

```
                          TOTAL OF INVOICE              1,116.00

                          # CARTONS            20
                          SHIPPING WEIGHT     120
                          TRACKING #      97438935
```