hrgtrl (09/14)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

---

In
Re:

    Specialty Retail Shops Holding Corp.

    Debtor(s)

Bankruptcy Proceeding No.  19–80064–TLS
Chapter  11

Judge:  Thomas L. Saladino

---

### NOTICE OF TRIAL DATE

    An evidentiary hearing with live testimony on the Transaction regarding the Sale of Certain Real Property. Debtor will seek Court's Approval of the Winning Bids (Related Docs #[1651],[1736]); is scheduled for **August 15, 2019** at **1:00 PM** Central Time in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE. Any and all objections, if any, to the Transaction (a "Transaction Objection") must be filed by **August 12, 2019 at 4:00 PM** Central Time.

    **Briefs**, if applicable, **exhibits** and **joint exhibit list** (example of exhibit list attached) shall be electronically filed by **August 13, 2019.** Electronically filed exhibits shall follow the procedures outlined in Appendix "J" of the Local Rules.

    Any and all objections to the use of witnesses, deposition testimony, discovery response, or exhibits identified on the joint exhibit list, including any objection pursuant to F.R. Civ. P. 32(a) that a deponent is available to testify at trial, shall be made in writing by **August 14, 2019.** Failure to object (except under Fed. R. Evid. 402 and 403) shall be deemed a waiver of objections unless excused by the court for good cause.

    Parties intending to LISTEN ONLY must dial into the AT&T TeleConference at the toll free number 1-888-684-8852, access code 5799715, security code 0804. Any party listening in by phone will not be allowed to question or cross examine a witness or participate in the trial by any manner.

    If a need for the use of equipment for the hearing impaired exists, please notify the courtroom department prior to the scheduled hearing.

Dated:  7/29/19

                Diane Zech
                Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to movant.

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In
Re:

Specialty Retail Shops Holding Corp.          Bankruptcy Proceeding No.  19–80064–TLS
                                              Chapter  11
Debtor(s)

                                              Deputy:
                                              Reporter:
                                              Judge:  Thomas L. Saladino
                                              Trial Date: 5/28/19

## EXHIBIT LIST

Counsel for   _____
Counsel for   _____
Counsel for   _____

| Filing # | Description of Exhibit | Offered | Admitted |
|----------|------------------------|---------|----------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |