**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | ) | Case No. 19-80064-TLS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' MONTHLY OPERATING REPORT
FOR THE PERIOD 6/2/2019 THROUGH 7/6/2019**

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORT, CONSISTING OF _22_ PAGES IS TRUE AND CORRECT.

Date submitted _July 31, 2019_    Signed _____

Printed _____Russ Steinhorst____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - BS (Assets)**
**$**

| | 2-Feb-19 | 2-Mar-19 | 6-Apr-19 | 4-May-19 | 1-Jun-19 | 6-Jul-19 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash and cash equivalents | 20,339,274 | 34,177,902 | 44,223,847 | 38,661,532 | 30,067,121 | 14,095,327 |
| Accounts Receivable | 41,932,701 | 33,293,845 | 24,723,692 | 24,319,075 | 21,021,161 | 8,064,140 |
| Inventory | 422,528,957 | 353,824,858 | 261,141,635 | 164,226,849 | 67,158,924 | (0) |
| Prepaid Expenses/ Deposits | 8,347,041 | 6,005,525 | 6,723,396 | 17,574,150 | 9,879,344 | 10,872,072 |
| Other | 6,169,955 | 6,022,271 | 404,293 | 16,847 | - | - |
| **Total Current Assets** | 499,317,928 | 433,324,401 | 337,216,863 | 244,798,453 | 128,126,549 | 33,031,538 |
| | | | | | | |
| **Fixed Assets** | | | | | | |
| Property and Equipment | 119,811,894 | 119,787,580 | 115,766,000 | 111,411,000 | 97,972,647 | 94,177,558 |
| Intangible Assets | 9,106,076 | 146,421 | - | - | - | - |
| **Total Fixed Assets** | 128,917,970 | 119,934,001 | 115,766,000 | 111,411,000 | 97,972,647 | 94,177,558 |
| | | | | | | |
| **Other Assets** | 18,994,652 | 12,931,713 | 12,224,314 | 12,117,519 | 12,017,407 | 10,794,843 |
| | | | | | | |
| **Total Assets** | 647,230,550 | 566,190,115 | 465,207,177 | 368,326,972 | 238,116,603 | 138,003,939 |

During March, Shopko moved from accrual based accounting to "quasi-cash" based accounting. Shopko conducted a full assessment of their balance sheet and removed accrual-based estimated liabilities, deferred income, and inventory reserves. Shopko maintained balances for assets that were deemed able to be monetized and their relevant reserves, where applicable, vouchered Accounts Payable balances and Debt balances.

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - BS (Liabilities & Equity)**
**$**

| | 2-Feb-19 | 2-Mar-19 | 6-Apr-19 | 4-May-19 | 1-Jun-19 | 6-Jul-19 |
|---|---|---|---|---|---|---|
| **Liabilities** | | | | | | |
| Post Petition Debt | 58,934,311 | 216,083,126 | 108,522,288 | 65,021,627 | 43,386,862 | 26,230,803 |
| | | | | | | |
| **Pre Petition Debt** | | | | | | |
| Secured | 291,702,327 | 65,935,657 | 55,968,894 | 51,052,956 | 4,210,466 | 4,206,453 |
| Unsecured Priority | 117,832 | 117,832 | 117,832 | 117,832 | 117,832 | 117,832 |
| Unsecured Non-Priority | 242,086,989 | 242,086,989 | 216,663,604 | 213,290,330 | 212,246,970 | 211,783,991 |
| Other | 218,143,234 | 224,836,250 | 152,223,167 | 123,226,193 | 85,520,318 | 44,590,412 |
| **Total Liabilities** | 810,984,692 | 749,059,854 | 533,495,784 | 452,708,938 | 345,482,447 | 286,929,491 |
| | | | | | | |
| **Equity** | | | | | | |
| Preferred & Common Stock | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 |
| Additional Paid in Capital/ Owner Draws | 62,514,061 | 62,324,627 | 62,514,061 | 62,514,061 | 62,514,061 | 62,514,061 |
| Accumulated other comprehensive income | (1,544,730) | (1,041,693) | (1,041,693) | (1,041,693) | (1,041,693) | (1,041,693) |
| | | | | | | |
| Retained Earnings/ Net Assets | | | | | | |
| through filing date | | | | | | |
| post filing date | (224,733,498) | (244,162,697) | (129,771,000) | (145,864,359) | (167,763,487) | (210,407,946) |
| | | | | | | |
| **Total Equity** | (163,754,142) | (182,869,738) | (68,288,607) | (84,381,966) | (106,281,094) | (148,925,553) |
| | | | | | | |
| **Total Liabilities & Equity** | 647,230,550 | 566,190,116 | 465,207,177 | 368,326,972 | 239,201,353 | 138,003,939 |

\* Other Debt includes $12.5 million of Term Loan B-1 in 6-Jul-19 Period

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Income Statement**
$

| | 1/16/2019 - 2/2/2019 | 2/3/2019 - 3/2/2019 | 3/3/2019 - 4/6/2019 | 4/7/2019 - 5/4/2019 | 5/5/2019 - 6/1/2019 | 6/2/2019 - 7/6/2019 |
|---|---|---|---|---|---|---|
| Sales | 76,343,526 | 127,543,729 | 196,894,305 | 133,482,476 | 110,232,168 | 62,873,826 |
| Other Income | 1,112,634 | 2,386,000 | 1,212,306 | 244,876 | 502,345 | 161,028 |
| Total Revenues | 77,456,160 | 129,929,729 | 198,106,611 | 133,727,352 | 110,734,513 | 63,034,854 |
| | | | | | | |
| Cost of sales | 54,231,316 | 86,389,140 | 136,400,992 | 97,814,726 | 89,008,141 | 58,332,478 |
| | | | | | | |
| **Gross Margin** | 23,224,844 | 43,540,589 | 61,705,619 | 35,912,626 | 21,726,372 | 4,702,376 |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Sales & Marketing | 741,335 | 1,799,658 | 869,364 | 1,246,490 | 2,127,955 | 1,201,356 |
| Total Payroll | 13,391,980 | 17,832,740 | 20,092,881 | 13,270,696 | 8,748,393 | 7,748,546 |
| Fringe Benefits (pr taxes) | 2,796,370 | 2,972,331 | 3,520,268 | 1,501,754 | 2,544,998 | 2,102,179 |
| Rent | 5,244,528 | 4,420,338 | 14,647,945 | 6,152,955 | 4,621,980 | 2,567,780 |
| Travel & Entertainment | 187,018 | 178,399 | 367,804 | (67,708) | 17,971 | 109,340 |
| Attorney Fees | 2,127,000 | 3,661,000 | 2,747,000 | 1,907,000 | 1,658,000 | 751,000 |
| Insurance | 524,917 | 603,489 | 78,427 | 77,767 | 583,453 | 399,118 |
| Other Pro Fees | 1,603,466 | 10,772,214 | 11,924,648 | 12,318,424 | 16,599,348 | 21,495,611 |
| Dues & Subscriptions | 80,885 | 145,430 | (46,398) | 133,034 | 37,752 | 15,782 |
| Telecommunications | 197,780 | 228,325 | 151,994 | 410,678 | 167,384 | 119,365 |
| Office Supplies | 176,675 | 302,884 | 126,101 | 264,136 | 22,761 | (28,534) |
| Maintenance & Repairs | 2,322,076 | 3,636,099 | 2,932,321 | 1,633,402 | 1,012,054 | 827,440 |
| Utilities | 1,372,675 | 2,144,749 | (623,110) | 2,170,190 | 1,805,558 | 1,333,216 |
| Property taxes | 885,743 | 1,756,719 | 2,157,915 | 1,460,407 | 1,326,894 | 16,209 |
| Gain/loss on sale of PP&E and Intangibles | (8,335,286) | (9,261,694) | 22,557 | 236,035 | (707,568) | (193,916) |
| Other | 2,273,869 | 7,523,387 | 2,843,933 | 2,051,097 | 1,986,602 | 1,091,708 |
| **Total Operating Expenses** | 25,591,032 | 50,162,003 | 61,813,651 | 44,766,356 | 42,553,534 | 39,556,201 |
| | | | | | | |
| **Reorganization items, net** | | 1,445,935 | 117,810,670 | (2,539,443) | 1,185,297 | 8,822,874 |
| | | | | | | |
| **Operating Income (Loss)** | | | | | | |
| | | | | | | |
| **Other Expenses** | | | | | | |
| USTP Quarterly Fees | 250,000 | | | 252,925 | - | - |
| Depreciation & Amort | 1,710,474 | 2,493,000 | 2,497,664 | 2,288,366 | 2,072,783 | 2,021,555 |
| Income Taxes | - | - | - | - | - | - |
| Interest (net) | 8,765,557 | 2,967,000 | 2,201,937 | 2,433,879 | 1,356,006 | 1,964,872 |
| **Total Other Expenses** | 10,726,031 | 5,460,000 | 4,699,601 | 4,975,170 | 3,428,789 | 3,986,427 |
| | | | | | | |
| **Net Income (Loss)** | (13,092,219) | (12,081,414) | 113,003,037 | (16,368,343) | (23,070,654) | (30,017,378) |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Other Expenses**
$

| | 1/16/2019 - 2/2/2019 | 2/3/2019 - 3/2/2019 | 3/3/2019 - 4/6/2019 | 4/7/2019 - 5/4/2019 | 5/5/2019 - 6/1/2019 | 6/2/2019 - 7/6/2019 |
|---|---|---|---|---|---|---|
| BANK INTERCHANGE FEES | 1,196,346 | 1,591,368 | 2,501,710 | 1,742,804 | 1,573,454 | 1,042,059 |
| NET CASH SHORT/BAD DEBT | 404,150 | 5,143,419 | 82,251 | (46,683) | 135,582 | (94,266) |
| PRE-OPENING | 41,985 | 212,145 | 124,235 | 4,231 | 7,218 | 21,426 |
| P & A ALLOWANCES | (118,367) | (84,457) | - | - | - | - |
| EXTRANEOUS | - | 5,007 | (612) | 25,142 | 62,103 | 72,944 |
| FREIGHT SHOPKO TRUCK | 21,409 | 24,430 | 21,321 | 4,946 | - | - |
| FRT, HANDLE MDSE | 46,679 | 29,392 | 90,393 | 32,080 | (25,595) | 5,808 |
| OUTBOUND FREIGHT EXPENSE | 1,636 | 2,839 | 11,027 | 5,932 | 3,436 | 4,680 |
| 3RD PARTY PROCESS FEE | 6,321 | 3,028 | (6,135) | (103) | (10,417) | - |
| ON LINE THIRD PARTY EXP | 15,590 | 7,313 | (12,231) | - | - | - |
| INMAR 3RD PARTY FEE | 70,606 | 46,138 | 14,241 | (379) | (200) | - |
| GIFT CARD EXPENSE | 214,028 | 15,156 | 14,366 | 11,455 | 7,660 | 4,515 |
| TEAMMATE BENEFITS | 26,833 | 14,840 | 21,842 | 21,108 | 22,854 | 18,493 |
| TEAMMATE EVENTS - MEALS | 7,976 | 4,885 | 3,380 | 328 | 42 | - |
| PRE-EMPLOYMENT TESTING | 4,339 | (4,984) | 7,045 | 776 | - | - |
| SERVICE RECOGNITION | 2,105 | 4,765 | 6,205 | - | - | - |
| FEDERAL EXCLUSION PROGRAM | 0 | - | - | - | - | - |
| CBRF PROJECT EXPENSE | 429 | 521 | 316 | - | - | - |
| EQUIPMENT RENTAL | 8,244 | 4,981 | 19,406 | 5,465 | 188 | 468 |
| UNIFORM REPLACEMENT | 8,416 | (57) | 1,669 | (168) | (228) | (256) |
| 340B TRANSACTION FEE EXP | 26,761 | (1,011) | - | - | - | - |
| ELECTRONIC PRESCRIPTIONS | 19,079 | 20,791 | (95,205) | - | 13,907 | - |
| LAWN & GARDEN EXPENSE | 515 | - | 34,309 | - | - | - |
| STORE TRAFFIC PROMOTION | 6,112 | 8,287 | 5,178 | 296 | - | - |
| CHARITABLE CONTRIBUTIONS | 2,748 | 2,791 | 1,168 | - | - | - |
| LOCAL ORGANIZATION DONATIONS | 489 | 464 | 503 | - | - | - |
| PROFESSIONAL SERVICES | 117,120 | 2,533 | 280 | 323,691 | 0 | 382,021 |
| CONTRACTED SERVICES | (33,532) | 112,249 | (56,775) | 35,237 | 15,103 | - |
| PROTECTIVE SERVICES | 20,062 | 53,816 | 9,859 | 5,871 | 10,106 | 3,619 |
| INVENTORY FEES | 11,443 | 7,085 | 32,805 | - | - | - |
| ALARM MONITORING FEES | 1,513 | 1,638 | 52,689 | 3,104 | 1,224 | 2,193 |
| REIMBURSE FRONTEND GLPOS | 14,921 | 13,556 | 57,999 | 50,182 | 38,799 | 31,178 |
| BANK CHARGES | 49,257 | 50,530 | 42,866 | 42,920 | 42,241 | 36,682 |
| SCANNING ACCURACY | 69 | 160 | 129 | 94 | 13 | 3 |
| MISCELLANEOUS EXPENSE | 22,455 | 33,708 | (133) | 21,358 | 10,838 | 551 |
| ARMOR CAR USAGE | 11,881 | 51,641 | 32,062 | 26,148 | 936 | 833 |
| CLOSED LOCATION EXPENSE | 1,430 | - | - | - | - | - |
| EXTRAN | 20,980 | - | - | - | - | - |
| RESTRUCTURE EXPENSE | 3,660 | - | - | - | - | 10,000 |
| G&A ALLOCATION D.C. (GA) | (107,702) | - | - | - | - | - |
| G&A ALLOCAT. OPT LAB (GA) | (48,462) | - | - | - | - | - |
| FORGIVEN DEBT - INTERN ADVANCES (GA) | 59,166 | (350) | (350) | (350) | - | - |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Other Expenses**
$

| | 1/16/2019 - 2/2/2019 | 2/3/2019 - 3/2/2019 | 3/3/2019 - 4/6/2019 | 4/7/2019 - 5/4/2019 | 5/5/2019 - 6/1/2019 | 6/2/2019 - 7/6/2019 |
|---|---|---|---|---|---|---|
| TEAMMATE BENEFITS (GA) | 13,836 | 24,392 | 10,894 | 257 | 85 | 13 |
| SERVICE RECOGNITION (GA) | - | 830 | 1,905 | - | 40 | - |
| BAD CHECK RECOVERY (GA) | - | - | - | (1,420) | (264) | (264) |
| EDUCATION & SEMINARS (GA) | 1,199 | 274 | 1,127 | 1,079 | - | 1,215 |
| TRAINING SUPPLIES (GA) | 853 | 108 | 1,264 | - | - | - |
| CONTINUING EDUCATION (GA) | 1,929 | 855 | 2,804 | - | - | - |
| PRE-EMPLOYMENT TESTING (GA) | 6,317 | 1,758 | 33 | - | - | - |
| APPLICANT TRAVEL (GA) | 267 | - | - | - | - | - |
| RECRUITING FEES (GA) | 2,064 | 12,083 | 14,801 | 1,219 | - | - |
| SAMPLE EXPENSE BUYERS (GA) | 76 | 22 | 6 | - | - | - |
| SAMPLE EXP NON-BUYERS (GA) | 36 | - | - | - | - | - |
| MODEL FEES (GA) | 17,727 | 16,445 | 3,618 | - | - | - |
| BUYING SERVICE (GA) | 943 | 1,467 | 1,467 | 5,867 | - | - |
| REGISTERED AGENT (GA) | (7,111) | 1,006 | 10,056 | - | 379 | 75 |
| ROYALTY/REVENUE INCOME (GA) | (12,223) | (8,531) | (6,824) | (5,844) | (2,242) | (136) |
| TECHNOLOGY FUND INCOME (GA) | (3,720) | (5,787) | (34,720) | - | - | - |
| MARKETING FUND (GA) | (5,342) | (8,310) | (151,843) | - | - | - |
| SALES TAX DISCOUNT (GA) | (0) | (1) | (1) | (1) | (0) | 1 |
| MISCELLANEOUS INCOME 266120 (GA) | (4,356) | (1,507) | (76,637) | (377,509) | (4,565) | (3,232) |
| INTERN/EXTERNAL INCOME (GA) | (908) | (1,218) | (1,794) | (1,034) | (737) | (793) |
| SAMPLE INCOME (GA) | (7,759) | (22,734) | (39,087) | - | - | - |
| CIVIL RECOURSE/RESTITUTION (GA) | (3,877) | (7,049) | (3,180) | (148) | (1,916) | (1,784) |
| DISASTER RECOVERY (GA) | 14,421 | 11,663 | 2,293 | 2,375 | 2,255 | 3,713 |
| ALARM MONITORING FEES (GA) | 338 | (26) | - | 325 | - | - |
| MISCELLANEOUS EXPENSE (GA) | 10,309 | 3,035 | (6,244) | 1 | 52 | 6 |
| BANK CHARGES (GA) | 11,603 | 25,604 | 7,772 | 10,050 | 6,868 | 5,972 |
| PRE OPENING MISCELLANEOUS (GA) | 75 | - | - | - | - | - |
| CLOSED LOCATION EXPENSE (GA) | 26,075 | - | - | - | - | - |
| EXTRAN (GA) | (12,129) | - | - | - | - | - |
| DATA MINING INCOME (GA) | - | - | (12,094) | - | - | - |
| RECEIV DIFFERENCE (GA) | - | - | 110 | - | 2,326 | (0) |
| Management Fee | 64,538 | 100,392 | 100,392 | 100,392 | 100,392 | - |
| | 2,273,869 | 7,523,387 | 2,843,933 | 2,051,096 | 2,011,936 | 1,547,736 |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Cash Flow**
$

| | 1/16/2019 - 2/2/2019 | 2/3/2019 - 3/2/2019 | 3/3/2019 - 4/6/2019 | 4/7/2019 - 5/4/2019 | 5/5/2019 - 6/1/2019 | 6/2/2019 - 7/6/2019 |
|---|---|---|---|---|---|---|
| Current Month Cash | 20,339,274 | 34,177,902 | 44,223,847 | 38,661,532 | 30,067,121 | 14,095,327 |
| Prior Month Cash | 11,589,614 | 20,339,274 | 34,177,902 | 44,223,847 | 38,661,532 | 30,067,121 |
| **Net Cash Increase (Decrease)** | 8,749,660 | 13,838,628 | 10,045,945 | (5,562,315) | (8,594,411) | (15,971,794) |
| | | | | | | |
| **Sources (Uses) of Cash** | | | | | | |
| Net Income (Loss) | (13,092,219) | (12,081,414) | 113,003,037 | (16,368,343) | (23,070,654) | (30,017,378) |
| Add: Non- cash (dep & amort) | 1,710,474 | 2,493,000 | 2,497,664 | 2,288,366 | 2,072,783 | 2,021,555 |
| Non-cash Gain/loss | (1,853,601) | (11,010,236) | 296,885 | 225,008 | 1,261,796 | 200,778 |
| Other non-cash allowance | (1,090,651) | 1,483,054 | (1,216,454) | (2,238,391) | (2,163,052) | (13,379,051) |
| **Cash Generated from Operations** | (14,325,997) | (19,115,596) | 114,581,132 | (16,093,360) | (21,899,127) | (41,174,096) |
| | | | | | | |
| Add: | | | | | | |
| *Decrease in Assets* | | | | | | |
| Accounts Receivable | 7,466,103 | 8,638,856 | 8,570,153 | 404,617 | 3,297,914 | 12,957,021 |
| Inventory | 30,831,049 | 68,704,099 | 92,683,223 | 96,914,786 | 97,067,925 | 67,158,924 |
| Prepaid Expenses | 1,993,580 | 2,341,515 | (717,871) | (10,850,753) | 7,694,806 | (992,728) |
| Other Current Assets | (4,143,488) | 147,684 | 5,617,978 | 387,445 | 16,847 | - |
| Fixed Assets | 1,320,917 | 8,983,969 | 4,168,001 | 4,355,000 | 13,438,353 | 3,795,089 |
| Other Assets | (7,777,444) | 6,062,939 | 707,399 | 106,795 | 100,112 | 1,222,564 |
| *Increase (Decrease) in Liabilities* | | | | | | |
| Post Petition Debt | 58,934,311 | 157,148,816 | (107,560,839) | (43,500,661) | (21,634,765) | (17,156,059) |
| Pre Petition Debt | (65,549,371) | (219,073,655) | (108,003,231) | (37,286,185) | (85,591,726) | (41,396,897) |
| | | | | | | |
| **Total Sources (Uses) of Cash** | 8,749,660 | 13,838,628 | 10,045,945 | (5,562,315) | (7,509,661) | (15,586,181) |
| | | | | | | |
| **Net Cash Increase (Decrease)** | 8,749,660 | 13,838,628 | 10,045,945 | (5,562,315) | (8,594,411) | (15,971,794) |

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR- Schedule of A/R Aging**

$

| | Total | 0 - 90 Days | Over 90 Days | | |
|---|---|---|---|---|---|
| 1/16/2019 | 49,398,804 | 38,551,961 | 10,846,844 | | |
| *% of Total* | 100% | 78% | 22% | 0% | 0% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 2/2/2019 | 41,932,701 | 28,129,679 | 2,324,986 | 804,259 | 2,180,010 | 8,493,768 |
| *% of Total* | 100% | 67% | 6% | 2% | 5% | 20% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 3/2/2019 | 33,293,845 | 16,246,161 | 6,720,370 | 2,787,407 | 1,709,261 | 5,830,646 |
| *% of Total* | 100% | 49% | 20% | 8% | 5% | 18% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 4/6/2019 | 24,723,692 | 10,569,910 | 6,104,425 | 1,285,090 | 1,372,081 | 5,392,186 |
| *% of Total* | 100% | 43% | 25% | 5% | 6% | 22% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 5/4/2019 | 24,319,075 | 10,332,329 | 1,045,970 | 5,532,301 | 910,867 | 6,497,607 |
| *% of Total* | 100% | 42% | 4% | 23% | 4% | 27% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 6/1/2019 | 23,684,409 | 9,956,288 | 698,695 | 422,351 | 5,773,857 | 6,833,218 |
| *% of Total* | 100% | 42% | 3% | 2% | 24% | 29% |

| | Total | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days |
|---|---|---|---|---|---|---|
| 7/6/2019 | 22,681,487 | 9,547,189 | 109,935 | 118,146 | 693,867 | 12,212,350 |
| *% of Total* | 100% | 42% | 0% | 1% | 3% | 54% |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Schedule of Fixed Assets**
$

| | 2-Feb-19 | 2-Mar-19 | 6-Apr-19 | 4-May-19 | 1-Jun-19 | 6-Jul-19 |
|---|---|---|---|---|---|---|
| Building | 5,579,501 | 5,555,799 | 5,532,097 | 5,508,395 | 5,484,693 | 5,460,991 |
| Land | 1,126,697 | 1,125,702 | 1,124,706 | 1,123,711 | 1,122,716 | 1,121,721 |
| Leasehold Improvements | 44,656,803 | 43,953,951 | 42,745,486 | 42,505,500 | 41,253,852 | - |
| Store fixtures and equipment | 42,050,702 | 41,349,087 | 39,985,885 | 38,416,815 | 36,607,927 | - |
| Shop Machinery & Equip. | - | - | - | - | - | - |
| PC/Lan/Mainframe | 10,862,165 | 11,016,305 | 10,504,189 | 9,788,629 | 8,964,698 | - |
| Automobile / OTR Tractors and Trailers | 3,235,093 | 3,138,378 | 3,041,664 | 2,944,949 | 2,848,234 | - |
| Boat/ Airplane | - | - | - | - | - | - |
| Intangibles | 9,106,076 | 146,421 | - | - | - | - |
| Capital Leased Assets | 5,445,601 | 5,244,417 | 5,124,133 | 4,073,849 | 2,721,765 | - |
| Other (list) | | | | | | |
| DC WAREHOUSE EQUIPMENT | 6,457,039 | 6,342,917 | 6,228,967 | 6,115,016 | 6,001,395 | - |
| DC MOTORIZED EQUIPMENT | - | - | - | - | - | - |
| GO FIXTURES & EQUIPMENT | 398,293 | 390,540 | 384,342 | 376,656 | 368,976 | - |
| CONSTRUCTION IN PROCESS | | 1,670,484 | 1,094,530 | 557,480 | 1,202,744 | - |
| Total | 128,917,970 | 119,934,001 | 115,766,000 | 111,411,000 | 106,577,001 | 6,582,712 |

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR - Post Petition Debt**

$

| | 2-Feb-19 | 2-Mar-19 | 6-Apr-19 | 4-May-19 | 1-Jun-19 | 6-Jul-19 |
|---|---|---|---|---|---|---|
| **Trade Accounts Payable** | 2,818,048 | 9,529,943 | 8,048,379 | 11,043,366 | 12,084,655 | 15,897,418 |
| **Taxes Payable** | | | | | | |
| Federal payroll taxes | 3,532,086 | 4,852,569 | 1,823,672 | 1,638,966 | 813,625 | 656,437 |
| State payroll taxes | 561,067 | 758,762 | 280,645 | 248,009 | 124,017 | 129,526 |
| Local payroll taxes | 1,750 | 2,741 | 4,136 | 2,225 | 1,951 | - |
| State sales taxes | 3,097,569 | 5,257,380 | 9,386,537 | 16,058,645 | 21,028,918 | 2,450,201 |
| Real taxes/ personal prop. Taxes | 1,145,797 | 1,792,723 | 5,173,636 | 7,882,983 | 9,270,469 | 7,087,307 |
| Other (list) | | | | | | |
| PREPAID CELLULAR 911 SURCHARGE | 20 | 56 | 182 | 219 | 425 | 310 |
| CALIF ELEC RE-CYCLE FEE | 17 | 78 | 66 | 565 | 507 | - |
| USE TAXES PAYABLE | 8,519 | 60,454 | 17,270 | 10,248 | 15,195 | 9,605 |
| MN CARE TAX | 10,803 | 14,918 | 19,848 | 8,934 | 6,369 | - |
| WASHINGTON B & O | 21,215 | 39,162 | 68,181 | 47,601 | 36,592 | - |
| WASHINGTON LITER TAX | 336 | 627 | 445 | 1,625 | 128 | - |
| **Total Taxes Payable** | 8,379,178 | 12,779,469 | 16,774,619 | 25,900,020 | 31,298,195 | 10,333,385 |
| **Other Liabilities** | | | | | | |
| Post petition secured debt | 47,571,275 | 193,643,007 | 83,453,650 | 28,000,483 | 4,012 | - |
| Accrued interest payable | 165,810 | 130,708 | 245,640 | 77,757 | - | - |
| Other (list) | | | | | | |
| **Total Other Liabilities** | 47,737,085 | 193,773,715 | 83,699,290 | 28,078,241 | 4,012 | - |
| **Total Post Petition Debt** | 58,934,311 | 216,083,126 | 108,522,288 | 65,021,627 | 43,386,862 | 26,230,803 |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

### 1. Insurance Coverage

| | Carrier/ Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| **D&O & Employment Practices Liability (Annual Installment)** [1] | Federal Insurance Co. | D&O Limit: $30,000,000<br>EPL Limit: $10,000,000 | 07/31/20 | 07/31/20 |
| **1st Excess D&O / EPL (Annual Installment)** | National Union Fire Insurance Co. of Pittsburgh PA | $15,000,000 xs $25,000,000 | 07/31/20 | 07/31/20 |
| **2nd Excess D&O / EPL (Annual Installment)** | American Zurich Ins Co. | $15,000,000 xs $40,000,000 | 07/31/20 | 07/31/20 |
| **3rd Excess D&O / EPL (Annual Installment)** | Allianz Global Risks US Ins Co. | $15,000,000 xs $55,000,000 | 07/31/20 | 07/31/20 |
| **4th Excess D&O/EPL** | Allianz Global Risks US Ins Co. | $5,000,000 xs $70,000,000 | 07/31/20 | 07/31/20 |
| **Stand Alone Side A D&O (Annual Installment)** | Federal Insurance Co. | $10,000,000 | 07/31/20 | 07/31/20 |
| **Fiduciary Liability  (Annual Installment)** | Federal Insurance Co. | $10,000,000 | 07/31/20 | 07/31/20 |
| **Kidnap & Ransom** | Federal Insurance Co. | $10,000,000 | 07/31/20 | 07/31/20 |
| **Crime (Annual Installment)** | Federal Insurance Co. | $10,000,000 | 07/31/20 | 07/31/20 |
| **D&O - $7.5M** | Federal Insurance Co. | $7,500,000 | 01/11/20 | 01/11/20 |
| **1st Excess $7.5M** | Allianz Global Risks US Ins Co. | $7,500,000 | 01/11/20 | 01/11/20 |
| **2nd Excess $7.5M** | North River Ins Co. | $7,500,000 | 01/11/20 | 01/11/20 |
| **3rd Layer $5M X $15M D&O; $2.5M X $7.5M Fiduciary** | Markel American Ins Co. | $5,000,000 | 01/11/20 | 01/11/20 |
| **4th Layer $5M X $20M Side A** | ACE American Ins Co. | $5,000,000 | 01/11/20 | 01/11/20 |
| **Ocean Cargo** | AIG | $5,000,000 | 11/1/2019 | 11/1/2019 |
| **Work Comp - Deductible (AOS)** | ACE American | Statutory $1,000,000 | 11/1/2019 | 11/1/2019 |
| **Work Comp - Retro (WI)** | ACE American | Statutory $1,000,000 | 11/1/2019 | 11/1/2019 |
| **General Liability** | ACE American | General Aggregate: $5,500,000<br>Products/Comp Ops: $3,500,000<br>Per Occurrence: $1,500,000<br>Personal & Adv Injury: $5,750,000<br>Fire Damage Legal Liability: $500,000 | 11/1/2019 | 11/1/2019 |
| **General Liability (Spirit Locations)** | ACE American | General Aggregate: $1,750,000<br>Products/Comp Ops: $1,750,000<br>Per Occurrence: $100,000<br>Personal & Adv Injury: $5,750,000<br>Fire Damage Legal Liability: $3,750,000 | 11/1/2019 | 11/1/2019 |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

| | | | | |
|---|---|---|---|---|
| **Michigan Liquor Policy** | ACE American | Each Common Cause: $50,000 Aggregate: $50,000 | 11/1/2019 | 11/1/2019 |
| **Automobile Liability** | ACE American | $2,000,000 | 11/1/2019 | 11/1/2019 |
| **Umbrella Liability** | ACE Prop & Cas | $25,000,000 | 11/1/2019 | 11/1/2019 |
| **Excess Liability ($25M xs $25M)** | Liberty Ins. Underwriters, Inc. | $25,000,000 | 11/1/2019 | 11/1/2019 |
| **Excess Liability ($25M xs $50M)** | Indemnity Insurance Company of North America | $25,000,000 | 11/1/2019 | 11/1/2019 |
| **Optometrist Professional Liability** | Coverys Specialty Insurance Co. | $5,000,000 | 11/1/2019 | 11/1/2019 |
| **Pharmacy Professional Liability** | Coverys Specialty Insurance Co. | $5,000,00 | 11/1/2019 | 11/1/2019 |
| **Storage Tank Liability** | Liberty Surplus Insurance Co. | Each Accident: $2,000,000 Aggregate: $4,000,000 | 11/1/2019 | 11/1/2019 |
| **Foreign Package** | Great Northern | BI & PD Limit: $1,000,000 General Aggregate: $2,000,000 Occurrence: $1,000,000 Personal & Adv Injury: $1,000,000 Fire Damage Legal Liability: $1,000,000 Medical Expense: $10,000 Employer's Liability: $1,000,000 | 11/1/2019 | 11/1/2019 |
| Property Insurance | Lockton Companies | $10,000,000 | 6/30/2019 | 6/30/2019 |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

**2. Payments to Secured Creditors**

| Payee | Description[1] | Current Month Amount Paid | Total Post Petition |
|---|---|---|---|
| Wells Fargo Capital | Revolver - Principal | 8,043,818 | 272,188,184 |
| Wells Fargo Capital | Term Loan B - Principal | - | 49,055,313 |
| Wells Fargo Capital | Term Loan B-1 - Principal | 20,749,125 | 22,500,000 |
| Wells Fargo Capital | Revolver A-1 - Principal | - | 30,000,000 |

1 - Term loan payments are non-cash transfers.

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

**3. Payments to Tax Entities (current month)**

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid |
|---|---|---|---|
| Other | 6/3/2019 | 5 | - |
| State Sales & Use Taxes | 6/3/2019 | 159,674 | - |
| State Sales & Use Taxes | 6/3/2019 | 26,405 | - |
| State Sales & Use Taxes | 6/3/2019 | 430,537 | - |
| State Sales & Use Taxes | 5/16/2019 | 155,517 | - |
| Other | 5/20/2019 | 49 | - |
| State Sales & Use Taxes | 6/10/2019 | 79,373 | - |
| Other | 6/3/2019 | 15 | - |
| State Sales & Use Taxes | 6/11/2019 | 205,831 | - |
| Other | 6/14/2019 | 1,773 | - |
| State Sales & Use Taxes | 6/18/2019 | 79,373 | - |
| State Sales & Use Taxes | 6/20/2019 | 6,038 | - |
| State Sales & Use Taxes | 6/24/2019 | 1,223 | - |
| State Sales & Use Taxes | 6/20/2019 | 229,088 | - |
| State Sales & Use Taxes | 6/20/2019 | 69,346 | - |
| State Sales & Use Taxes | 6/21/2019 | 88,070 | - |
| State Sales & Use Taxes | 6/20/2019 | 29,492 | - |
| State Sales & Use Taxes | 6/20/2019 | 36,227 | - |
| State Sales & Use Taxes | 6/20/2019 | 41,735 | - |
| State Sales & Use Taxes | 6/20/2019 | 3,329 | - |
| State Sales & Use Taxes | 6/20/2019 | 36,090 | - |
| State Sales & Use Taxes | 6/24/2019 | 418 | - |
| State Sales & Use Taxes | 6/24/2019 | 3 | - |
| Other | 6/21/2019 | 15 | - |
| Other | 6/21/2019 | 3 | - |
| State Sales & Use Taxes | 6/21/2019 | 88,348 | - |
| Other | 6/21/2019 | 91 | - |
| State Sales & Use Taxes | 6/21/2019 | 406,922 | - |
| State Sales & Use Taxes | 6/20/2019 | 59 | - |
| State Sales & Use Taxes | 6/24/2019 | 11,705 | - |
| State Sales & Use Taxes | 6/25/2019 | 79,373 | - |
| State Sales & Use Taxes | 6/20/2019 | 2,694 | - |
| State Sales & Use Taxes | 6/20/2019 | 101,305 | - |
| State Sales & Use Taxes | 6/21/2019 | 1,755,276 | - |
| State Sales & Use Taxes | 6/21/2019 | 5,172 | - |
| State Sales & Use Taxes | 6/21/2019 | 245,735 | - |
| State Sales & Use Taxes | 6/21/2019 | 616,804 | - |
| State Sales & Use Taxes | 6/25/2019 | 411,006 | - |
| Other | 6/26/2019 | 0 | - |
| State Sales & Use Taxes | 6/26/2019 | 9,063 | - |
| State Sales & Use Taxes | 6/26/2019 | 9 | - |
| State Sales & Use Taxes | 6/25/2019 | 30,864 | - |
| State Sales & Use Taxes | 6/26/2019 | 258,112 | - |
| State Sales & Use Taxes | 6/27/2019 | 258,510 | - |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

| | | | |
|---|---|---|---|
| Other | 6/28/2019 | 1,773 | - |
| State Sales & Use Taxes | 7/1/2019 | 79,373 | - |
| State Sales & Use Taxes | 6/28/2019 | 99,445 | - |
| State Sales & Use Taxes | 6/28/2019 | 298,292 | - |
| Other | 7/2/2019 | 1 | - |
| State Sales & Use Taxes | 7/2/2019 | 124,993 | - |
| State Sales & Use Taxes | 7/2/2019 | 18,716 | - |
| Other | 6/26/2019 | 7 | - |
| State Sales & Use Taxes | 6/18/2019 | 148,477 | - |
| State Sales & Use Taxes | 7/2/2019 | 105,043 | - |
| Other | 6/21/2019 | 88 | - |
| Other | 7/2/2019 | 1 | - |
| Property Taxes | 6/10/2019 | 58,802 | - |
| Property Taxes | 6/10/2019 | 4,186 | - |
| Property Taxes | 6/13/2019 | 3,257 | - |
| Property Taxes | 6/13/2019 | 2,445 | - |
| Property Taxes | 6/13/2019 | 3,475 | - |
| Property Taxes | 6/13/2019 | 1,381 | - |
| Property Taxes | 6/13/2019 | 3,189 | - |
| Property Taxes | 6/13/2019 | 2,854 | - |
| Property Taxes | 6/13/2019 | 2,181 | - |
| Property Taxes | 6/13/2019 | 2,562 | - |
| Property Taxes | 6/13/2019 | 4,621 | - |
| Property Taxes | 6/13/2019 | 2,086 | - |
| Property Taxes | 6/13/2019 | 2,688 | - |
| Property Taxes | 6/13/2019 | 2,397 | - |
| Property Taxes | 7/2/2019 | 52,520 | - |
| Property Taxes | 6/13/2019 | 2,293 | - |
| Property Taxes | 6/13/2019 | 1,020 | - |
| Property Taxes | 6/13/2019 | 2,803 | - |
| Property Taxes | 6/13/2019 | 1,803 | - |
| Property Taxes | 6/13/2019 | 463 | - |
| Property Taxes | 6/13/2019 | 37,898 | - |
| Property Taxes | 6/13/2019 | 162 | - |
| Property Taxes | 6/13/2019 | 1,483 | - |
| Property Taxes | 6/13/2019 | 1,131 | - |
| Property Taxes | 6/25/2019 | 2,607 | - |
| Property Taxes | 6/25/2019 | 4,535 | - |
| Property Taxes | 6/25/2019 | 3,450 | - |
| Property Taxes | 6/25/2019 | 2,023 | - |
| Property Taxes | 6/25/2019 | 2,422 | - |
| Property Taxes | 6/25/2019 | 3,142 | - |
| Property Taxes | 6/25/2019 | 1,742 | - |
| Property Taxes | 6/25/2019 | 212 | - |
| Property Taxes | 6/25/2019 | 2,539 | - |
| Property Taxes | 6/25/2019 | 2,516 | - |
| Property Taxes | 6/25/2019 | 2,680 | - |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

| | | | |
|---|---|---|---|
| Federal Payroll Taxes (include employee portion) | 5/9/19 & 5/23/19 | 3,024,294 | - |
| FUTA | 5/9/19 & 5/23/19 | 20,941 | - |
| State Payroll Taxes Withheld | 5/9/19 & 5/23/19 | 437,177 | - |
| SUTA | 5/9/19 & 5/23/19 | 31,607 | - |

*Other includes E911 tax, commercial activity tax, franchise tax and federal deposit

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR - Summary of Significant Items**

**4. Payments of Compensation (current month)**

| Name | Amount | Date of Court Order |
|------|--------|---------------------|
| DePaul,James | 178,104 | 01/16/2019 |
| Petersen,Ray | 171,360 | 01/16/2019 |
| Steinhorst,Russell | 674,138 | 01/16/2019 |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Summary of Significant Items**

**5. Payments to Professionals (current month)**

| Name | Amount | Date of Court Order |
|------|-------:|---------------------|
| Gordon Brothers | 23,304,997 | 01/16/2019 |
| McGrath North Mullin & Kratz | 96,667 | 01/16/2019 |
| Kirkland & Ellis | 663,000 | 01/16/2019 |
| BRG | 930,000 | 01/16/2019 |
| Prime Clerk | 407,410 | 01/16/2019 |
| Willkie Far & Gallagher | 761,763 | 01/16/2019 |

**6. Record of Disbursements and Payments of Quarterly Fees**

| Period Ending | Total Disbursements | Quarterly Total | Quarterly Fee | Date Paid | Amount Paid |
|---------------|--------------------:|----------------:|--------------:|-----------|------------:|
| January (1/16-2/2) | 73,731,930 | | | | |
| February | 88,320,924 | 88,320,924 | | | |
| March | 83,143,950 | 171,464,874 | | | |
| April | 54,273,904 | 225,738,778 | 252,925 | 4/26/2019 | 252,925 |
| May | 66,761,476 | 66,761,476 | | | |
| June | 59,941,385 | 126,702,861 | | | |

**Specialty Retail Shops Holding Corp. (19-80064)**
**MOR - Bank Reconciliation**

| Debtor Entity | Bank Name | Account Type | Account Number (last 4) | Bank Balance | Reconciled Balance | Ledger Balance | Reconciled as of 6/18? | GL Account |
|---|---|---|---|---|---|---|---|---|
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *0778 | 1,202,112.59 | 1,141,949.83 | 1,141,294.91 | Yes | 109219 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *0719 | - | - | - | Yes | 109239 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *0151 | - | - | - | Yes | 109233 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *1696 | - | (45,817.43) | (57,744.73) | Yes | 109240 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *1688 | (7,642.88) | (348,215.47) | (323,306.49) | Yes | 109242 |
| Shopko Stores Operating Co | Bank of America | | *6347 | - | - | - | Yes | 109256 |
| **Above accounts reconciled together** | | | | **1,052,978.85** | **5,044,097.79** | **4,811,063.56** | **Yes** | **Total** |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *2403 | - | - | - | yes | 001047 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *7337 | 7,014.32 | 7,644.23 | 163,501.14 | yes | 109251 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *5654 | | | | Yes | 109243 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *1670 | - | - | - | Yes | 109241 |
| Shopko Stores Operating Co | Bank of America | Other A/P Cash | *6134 | - | - | - | yes | 109231 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *4654 | 120,247.46 | 120,247.46 | 120,247.46 | yes | 001119 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *4647 | 11,328.12 | 11,328.12 | 11,295.80 | yes | 001118 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *4662 | - | - | - | yes | 001117 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *9416 | 7,038.53 | 7,038.53 | 7,038.53 | yes | 001046 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *7528 | 8.32 | 8.32 | 8.32 | yes | 001045 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *4102 | - | - | - | yes | 001021 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *3485 | - | - | - | yes | 001018 |
| Shopko Stores Operating Co | Associated | Other A/P Cash | *0366 | 23,005.61 | 23,005.61 | 22,677.49 | yes | 001015 |
| Shopko Stores Operating Co | Wells Fargo | Demand Deposit | *3108 | 34,386.73 | 451,093.76 | 451,093.76 | Yes | 109255 |
| Shopko Stores Operating Co | Bank of America | Professional Service Escrow | *9586 | 11,167,236.97 | 11,167,236.97 | 11,167,236.97 | yes | 001200 |
| Shopko Stores Operating Co | Associated | Demand Deposit | *4807 | 348,041.11 | 1,638,660.20 | 1,638,660.20 | Yes | 001113 |
| Shopko Stores Operating Co | US Bank | Demand Deposit | *2253 | 226,820.17 | 659,774.16 | 659,774.16 | Yes | 001113 |
| Shopko Stores Operating Co | Wells Fargo | Demand Deposit | *8789 | 1,126,488.71 | 2,886,526.53 | 2,886,526.53 | Yes | 001113 |
| Shopko Stores Operating Co | Dakota Bank | Demand Deposit | *1763 | 11,986.09 | 20,931.45 | 20,931.45 | Yes | 001113 |
| Shopko Stores Operating Co | Grant County Bank | Demand Deposit | *8834 | 5,106.25 | 10,945.21 | 10,945.21 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank of Beloit | Demand Deposit | *6700 | 4,782.35 | 9,444.46 | 9,444.46 | Yes | 001113 |
| Shopko Stores Operating Co | Banc Central | Demand Deposit | *5202 | 2,092.84 | 8,189.33 | 8,189.33 | Yes | 001113 |
| Shopko Stores Operating Co | Western Bank of Wolf Point | Demand Deposit | *5528 | 9,448.81 | 21,626.35 | 21,626.35 | Yes | 001113 |
| Shopko Stores Operating Co | Bank of the West | Demand Deposit | *7476 | 1,592.65 | 8,300.11 | 8,300.11 | Yes | 001113 |
| Shopko Stores Operating Co | First Nat'l Bank of Moose Lak | Demand Deposit | *2201 | 3,104.50 | 5,221.35 | 5,221.35 | Yes | 001113 |
| Shopko Stores Operating Co | First Nat'l Bank Mahnomen | Demand Deposit | *4201 | 6,772.49 | 12,605.36 | 12,605.36 | Yes | 001113 |
| Shopko Stores Operating Co | Little Horn State Bank | Demand Deposit | *3018 | 6,929.44 | 16,054.14 | 16,054.14 | Yes | 001113 |
| Shopko Stores Operating Co | DeMotte State Bank | Demand Deposit | *9403 | 3,961.61 | 8,872.14 | 8,872.14 | Yes | 001113 |
| Shopko Stores Operating Co | First State Bank of No. Dakota | Demand Deposit | *5796 | 5,700.99 | 7,913.76 | 7,913.76 | Yes | 001113 |
| Shopko Stores Operating Co | First Bank of Kansas | Demand Deposit | *5692 | 3,765.01 | 8,874.25 | 8,874.25 | Yes | 001113 |
| Shopko Stores Operating Co | Farmers & Merchants Nation | Demand Deposit | *3492 | 6,965.62 | 10,691.56 | 10,691.56 | Yes | 001113 |
| Shopko Stores Operating Co | Security State Bank | Demand Deposit | *5668 | 12,647.81 | 22,393.34 | 22,393.34 | Yes | 001113 |
| Shopko Stores Operating Co | First Dakota National Bank | Demand Deposit | *1317 | 12,594.81 | 17,614.42 | 17,614.42 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *1188 | 4,823.77 | 6,658.45 | 6,658.45 | Yes | 001113 |
| Shopko Stores Operating Co | Northstar Bank Colorado | Demand Deposit | *4528 | 3,606.85 | 9,622.40 | 9,622.40 | Yes | 001113 |
| Shopko Stores Operating Co | First Presidio Bank | Demand Deposit | *8339 | 5,807.09 | 12,650.75 | 12,650.75 | Yes | 001113 |
| Shopko Stores Operating Co | 1st National Bank | Demand Deposit | *3200 | 4,651.59 | 9,011.29 | 9,011.29 | Yes | 001113 |
| Shopko Stores Operating Co | Grand Marsh State Bank | Demand Deposit | *5204 | 4,865.10 | 8,537.85 | 8,537.85 | Yes | 001113 |

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR - Bank Reconciliation**

| Debtor Entity | Bank Name | Account Type | Account Number (last 4) | Bank Balance | Reconciled Balance | Ledger Balance | Reconciled as of 6/18? | GL Account |
|---|---|---|---|---|---|---|---|---|
| Shopko Stores Operating Co | mBank | Demand Deposit | *9457 | 5,065.76 | 10,860.45 | 10,860.45 | Yes | 001113 |
| Shopko Stores Operating Co | People State Bank | Demand Deposit | *7169 | 7,859.81 | 14,811.27 | 14,811.27 | Yes | 001113 |
| Shopko Stores Operating Co | Miners State Bank | Demand Deposit | *0309 | 3,782.01 | 9,331.36 | 9,331.36 | Yes | 001113 |
| Shopko Stores Operating Co | Superior National Bank & Tru | Demand Deposit | *1775 | 3,925.96 | 7,936.26 | 7,936.26 | Yes | 001113 |
| Shopko Stores Operating Co | American Trust & Savings | Demand Deposit | *2638 | 3,343.92 | 6,553.57 | 6,553.57 | Yes | 001113 |
| Shopko Stores Operating Co | 1st Bational Bank | Demand Deposit | *5890 | 2,484.21 | 4,713.50 | 4,713.50 | Yes | 001113 |
| Shopko Stores Operating Co | State Bank of Arcadia | Demand Deposit | *5756 | 5,237.72 | 9,264.49 | 9,264.49 | Yes | 001113 |
| Shopko Stores Operating Co | Johnson Bank | Demand Deposit | *7398 | 4,932.75 | 7,463.12 | 7,463.12 | Yes | 001113 |
| Shopko Stores Operating Co | Savanna Thomson State Bank | Demand Deposit | *8652 | 4,661.69 | 9,662.01 | 9,662.01 | Yes | 001113 |
| Shopko Stores Operating Co | Fountain Trust | Demand Deposit | *9901 | 6,659.98 | 14,366.37 | 14,366.37 | Yes | 001113 |
| Shopko Stores Operating Co | Central Illinois Bank | Demand Deposit | *3154 | 4,377.93 | 8,230.19 | 8,230.19 | Yes | 001113 |
| Shopko Stores Operating Co | Fountain Trust | Demand Deposit | *3901 | 5,512.80 | 14,265.22 | 15,062.55 | Yes | 001113 |
| Shopko Stores Operating Co | Arcola/Tuscola First National | Demand Deposit | *3555 | 2,900.61 | 9,306.42 | 9,306.42 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank of Dwight | Demand Deposit | *9108 | 3,602.73 | 6,782.47 | 6,782.47 | Yes | 001113 |
| Shopko Stores Operating Co | Choice One Bank | Demand Deposit | *6185 | 8,041.81 | 17,315.95 | 17,315.95 | Yes | 001113 |
| Shopko Stores Operating Co | Firstbank | Demand Deposit | *4945 | 7,164.28 | 16,576.30 | 16,576.30 | Yes | 001113 |
| Shopko Stores Operating Co | Chemical Bank & Trust Co | Demand Deposit | *7117 | 5,756.18 | 15,777.42 | 15,777.42 | Yes | 001113 |
| Shopko Stores Operating Co | Lake City Bank | Demand Deposit | *5615 | 5,439.02 | 12,666.37 | 12,666.37 | Yes | 001113 |
| Shopko Stores Operating Co | United Bank & Trust | Demand Deposit | *0113 | 4,590.44 | 10,512.39 | 10,512.39 | Yes | 001113 |
| Shopko Stores Operating Co | Tri-County Bank | Demand Deposit | *7281 | 6,110.86 | 13,547.30 | 13,547.30 | Yes | 001113 |
| Shopko Stores Operating Co | West Shore Bank | Demand Deposit | *9556 | 6,402.91 | 14,551.96 | 14,551.96 | Yes | 001113 |
| Shopko Stores Operating Co | CP Federal Credit Union | Demand Deposit | *8543 | 3,762.72 | 12,039.28 | 12,039.28 | Yes | 001113 |
| Shopko Stores Operating Co | Chemical Bank | Demand Deposit | *6820 | 6,069.23 | 15,641.31 | 15,641.31 | Yes | 001113 |
| Shopko Stores Operating Co | Northwestern Bank | Demand Deposit | *5042 | 5,437.61 | 12,214.06 | 12,214.06 | Yes | 001113 |
| Shopko Stores Operating Co | Sac Federal Credit Union | Demand Deposit | *4613 | 6,489.37 | 9,250.06 | 9,250.06 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank of Hampto | Demand Deposit | *1291 | 4,822.70 | 11,288.21 | 11,288.21 | Yes | 001113 |
| Shopko Stores Operating Co | Northwestern Bank | Demand Deposit | *7737 | 3,530.05 | 6,356.43 | 6,356.43 | Yes | 001113 |
| Shopko Stores Operating Co | Bank Iowa | Demand Deposit | *2937 | 2,783.71 | 6,800.31 | 6,800.31 | Yes | 001113 |
| Shopko Stores Operating Co | Fidelity Bank | Demand Deposit | *3124 | 4,394.38 | 11,402.15 | 11,402.15 | Yes | 001113 |
| Shopko Stores Operating Co | State National Bank & Trust | Demand Deposit | *4142 | 1,944.12 | 4,235.00 | 4,235.00 | Yes | 001113 |
| Shopko Stores Operating Co | Waukon State Bank | Demand Deposit | *4051 | 3,609.63 | 6,285.07 | 6,285.07 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4110 | 4,464.51 | 7,619.98 | 7,619.98 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank (Ainswort | Demand Deposit | *6139 | 4,558.76 | 7,379.50 | 7,379.50 | Yes | 001113 |
| Shopko Stores Operating Co | Farmers & Merchants State Ba | Demand Deposit | *5283 | 2,606.14 | 5,500.05 | 5,500.05 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4161 | 3,373.80 | 8,650.70 | 8,650.70 | Yes | 001113 |
| Shopko Stores Operating Co | State Bank of Toledo | Demand Deposit | *1278 | 6,115.90 | 12,210.44 | 12,210.44 | Yes | 001113 |
| Shopko Stores Operating Co | First State Bank (Ida Grove) | Demand Deposit | *1696 | 3,725.34 | 8,687.44 | 8,687.44 | Yes | 001113 |
| Shopko Stores Operating Co | Shelby County State Bank | Demand Deposit | *9502 | 3,697.04 | 8,101.55 | 10,772.89 | Yes | 001113 |
| Shopko Stores Operating Co | Audubon State Bank | Demand Deposit | *2178 | 4,935.97 | 7,691.85 | 7,691.85 | Yes | 001113 |
| Shopko Stores Operating Co | Bank of the West | Demand Deposit | *3172 | 2,986.38 | 10,330.61 | 10,330.61 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4209 | 5,538.47 | 7,756.45 | 7,756.45 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4217 | 3,326.94 | 9,287.32 | 9,287.32 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank (Greenfiel | Demand Deposit | *9414 | 3,644.02 | 6,407.45 | 6,407.45 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4065 | 2,892.12 | 6,568.26 | 6,568.26 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4081 | 2,157.56 | 3,422.85 | 3,422.85 | Yes | 001113 |

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR - Bank Reconciliation**

| Debtor Entity | Bank Name | Account Type | Account Number (last 4) | Bank Balance | Reconciled Balance | Ledger Balance | Reconciled as of 6/18? | GL Account |
|---|---|---|---|---|---|---|---|---|
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4153 | 5,236.17 | 6,778.33 | 6,778.33 | Yes | 001113 |
| Shopko Stores Operating Co | Central National Bank | Demand Deposit | *0740 | 3,555.75 | 5,900.34 | 5,900.34 | Yes | 001113 |
| Shopko Stores Operating Co | Union State Bank | Demand Deposit | *9791 | 5,159.10 | 9,523.46 | 9,523.46 | Yes | 001113 |
| Shopko Stores Operating Co | Nebraska State Bank | Demand Deposit | *7185 | 3,841.15 | 5,680.08 | 5,680.08 | Yes | 001113 |
| Shopko Stores Operating Co | First State Bank (Norton) | Demand Deposit | *0717 | 4,167.45 | 9,079.15 | 9,079.15 | Yes | 001113 |
| Shopko Stores Operating Co | United Bank & Trust | Demand Deposit | *9860 | 3,620.41 | 7,935.23 | 7,935.23 | Yes | 001113 |
| Shopko Stores Operating Co | 1st State Bank (Gothenburg) | Demand Deposit | *2168 | 2,867.36 | 4,910.75 | 4,910.75 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank (Scott City | Demand Deposit | *2550 | 4,757.89 | 9,197.58 | 9,197.58 | Yes | 001113 |
| Shopko Stores Operating Co | Points West Community Bank | Demand Deposit | *1724 | 2,479.66 | 5,022.18 | 5,022.18 | Yes | 001113 |
| Shopko Stores Operating Co | First Bank of Lyon | Demand Deposit | *3550 | 4,629.56 | 8,368.44 | 8,368.44 | Yes | 001113 |
| Shopko Stores Operating Co | American State Bank & Trust | Demand Deposit | *8002 | 3,421.78 | 8,134.58 | 8,134.58 | Yes | 001113 |
| Shopko Stores Operating Co | Central National Bank | Demand Deposit | *1179 | 2,798.78 | 8,340.14 | 8,340.14 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4073 | 5,074.33 | 11,032.19 | 11,032.19 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4196 | 3,079.27 | 4,890.53 | 4,890.53 | Yes | 001113 |
| Shopko Stores Operating Co | Carroll County Trust | Demand Deposit | *4369 | 4,858.93 | 12,077.53 | 12,077.53 | Yes | 001113 |
| Shopko Stores Operating Co | Mid | Demand Deposit | *2156 | 4,026.59 | 10,883.93 | 10,883.93 | Yes | 001113 |
| Shopko Stores Operating Co | Bethany Trust Company | Demand Deposit | *5001 | 500.00 | 5,013.89 | 5,013.89 | Yes | 001113 |
| Shopko Stores Operating Co | Exchange Bank of NE MO | Demand Deposit | *0287 | 5,859.23 | 13,396.18 | 13,396.18 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank | Demand Deposit | *2210 | 6,519.61 | 15,931.02 | 15,931.02 | Yes | 001113 |
| Shopko Stores Operating Co | Consumer National Bank | Demand Deposit | *7664 | 10,219.75 | 21,335.65 | 21,335.65 | Yes | 001113 |
| Shopko Stores Operating Co | The Citizens National Bank | Demand Deposit | *8560 | 6,003.08 | 17,037.18 | 17,037.18 | Yes | 001113 |
| Shopko Stores Operating Co | FCN Bank | Demand Deposit | *8162 | 9,562.21 | 17,640.90 | 17,640.90 | Yes | 001113 |
| Shopko Stores Operating Co | First Federal Savings Bank | Demand Deposit | *0020 | 3,133.26 | 7,293.09 | 7,293.09 | Yes | 001113 |
| Shopko Stores Operating Co | Security Bank & Trust Co. | Demand Deposit | *9844 | 5,907.61 | 9,574.61 | 9,574.61 | Yes | 001113 |
| Shopko Stores Operating Co | united Valley Bank | Demand Deposit | *1140 | 3,879.95 | 7,591.73 | 7,591.73 | Yes | 001113 |
| Shopko Stores Operating Co | Security State Bank | Demand Deposit | *3781 | 2,934.73 | 5,168.44 | 5,168.44 | Yes | 001113 |
| Shopko Stores Operating Co | United Community Bank | Demand Deposit | *0397 | 3,685.25 | 7,684.89 | 7,684.89 | Yes | 001113 |
| Shopko Stores Operating Co | Glenwood State Bank | Demand Deposit | *1428 | 2,219.44 | 4,608.45 | 4,608.45 | Yes | 001113 |
| Shopko Stores Operating Co | United Farmers & Merchants | Demand Deposit | *5829 | 3,327.47 | 6,354.93 | 6,354.93 | Yes | 001113 |
| Shopko Stores Operating Co | Merchants Bank | Demand Deposit | *9227 | 4,549.28 | 9,014.10 | 9,014.10 | Yes | 001113 |
| Shopko Stores Operating Co | Citizens State Bank | Demand Deposit | *6708 | 6,260.39 | 11,149.31 | 11,149.31 | Yes | 001113 |
| Shopko Stores Operating Co | Great Western Bank | Demand Deposit | *4145 | 4,553.14 | 7,012.18 | 7,012.18 | Yes | 001113 |
| Shopko Stores Operating Co | 1st Farmers & Merchants Ban | Demand Deposit | *6744 | 2,200.78 | 3,954.99 | 3,954.99 | Yes | 001113 |
| Shopko Stores Operating Co | 1st Bank & Trust | Demand Deposit | *3320 | 3,540.81 | 6,657.02 | 6,657.02 | Yes | 001113 |
| Shopko Stores Operating Co | Pioneer Bank | Demand Deposit | *5411 | 4,336.56 | 8,540.38 | 8,540.38 | Yes | 001113 |
| Shopko Stores Operating Co | United Prairie Bank | Demand Deposit | *5143 | 3,195.64 | 5,019.47 | 5,019.47 | Yes | 001113 |
| Shopko Stores Operating Co | Points West Community Bank | Demand Deposit | *9706 | 3,012.96 | 5,585.25 | 5,585.25 | Yes | 001113 |
| Shopko Stores Operating Co | First State Bank of Newcastle | Demand Deposit | *6113 | 3,111.42 | 5,281.68 | 5,281.68 | Yes | 001113 |
| Shopko Stores Operating Co | Central Bank & Trust | Demand Deposit | *6287 | 5,953.34 | 11,136.37 | 11,136.37 | Yes | 001113 |
| Shopko Stores Operating Co | Black Hills Federal Credit Unic | Demand Deposit | *9002 | 2,441.13 | 7,367.94 | 7,367.94 | Yes | 001113 |
| Shopko Stores Operating Co | First National Bank of Buffalo | Demand Deposit | *1952 | 2,514.02 | 4,266.64 | 4,266.64 | Yes | 001113 |
| Shopko Stores Operating Co | Stockman Bank | Demand Deposit | *3139 | 2,099.94 | 3,552.49 | 3,552.49 | Yes | 001113 |
| Shopko Stores Operating Co | 1st Montana Bank | Demand Deposit | *6458 | 5,361.71 | 12,387.65 | 12,387.65 | Yes | 001113 |
| Shopko Stores Operating Co | Bank of Greybull | Demand Deposit | *1859 | 2,151.29 | 4,251.18 | 4,251.18 | Yes | 001113 |
| Shopko Stores Operating Co | Houghton State Bank | Demand Deposit | *2494 | 2,779.71 | 6,985.91 | 6,985.91 | Yes | 001113 |

**Specialty Retail Shops Holding Corp. (19-80064)**

**MOR - Bank Reconciliation**

| Debtor Entity | Bank Name | Account Type | Account Number (last 4) | Bank Balance | Reconciled Balance | Ledger Balance | Reconciled as of 6/18? | GL Account |
|---|---|---|---|---|---|---|---|---|
| Shopko Stores Operating Co | Titonka Savings Bank | Demand Deposit | *2504 | 7,042.96 | 10,494.59 | 10,494.59 | Yes | 001113 |
| Shopko Stores Operating Co | Associated | Utility Escrow | *2794 | 1,290,000 | 1,290,000 | 1,290,000 | yes | 001210 |