UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-80064 (TLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1966, 1968 & 2005** |

### 9013-1 NOTICE OF FILNG OF MOTION FOR RELIEF FROM THE ORDER GRANTING MOTION OF DEFENDANTS PURSUANT TO CONFIRMATION ORDER TO DETERMINE WHETHER CAUSES OF ACTION ARE PROPERTY OF THE DEBTORS' ESTATES, AND REQUEST FOR HEARING

**PLEASE TAKE NOTICE** that on October 11, 2019, CGP Canadian, LTD; GGSK Tulia, LTD; CGP Seymour, LTD; CGP Orofino, LLC; CGP Comanche, LTD; CGP Jacksboro, LTD; CGP Cotulla, LTD; CGP Prosser, LLC; and CGP Clifton, LTD (the "CGP Landlords") as creditors and parties in interest, filed their *Motion for Relief From The Order Granting Motion Of Defendants Pursuant to Confirmation Order To Determine Whether Causes Of Action Are Property Of the Debtors' Estates* [Doc. 2005] (the "Motion") with the United States Bankruptcy Court for the District of Nebraska.

By agreement of the parties, any Response or Resistance must be filed on or before **November 1, 2019** with the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and served on (i) counsel to the Landlord Plaintiffs, Benton & Centeno, LLP, 2019 Third Avenue North,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6670); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (211); Shopko Holding (6346); ShopKo Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109; SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304.

Birmingham, Alabama 35203, Attn: Lee R. Benton; (ii) the U.S. Trustee; and (III) any other entity designated by the Court.

If no Response is filed on or before the date set forth above, the Bankruptcy Court may enter an Order on the Motion without further notice or opportunity to be held.

Further, in the event that a Response is filed, a Reply to such Response must be filed on or before **November 18, 2019** with the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and served on (i) counsel for Defendants, Sun Capital Partners Group, Inc., Sun Capital Partners, IV, LP, and Sun Capital Management, LLC, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110-1726, Attn: Andrew J. Gallo; counsel for Defendant, KLA-Shopko, LLC, Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599, Attn: Stephen J. Kastenberg; and counsel for Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Steven Serajeddini; and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Travis Bayer, (ii) the U.S. Trustee; and (III) any other entity designated by the Court.

A hearing on the Motion will be held in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska, at a date established by the Court.

Filed this the 17th day of October, 2019.

/s/ Lee R. Benton
Lee R. Benton (ASB8421E63L)
Samuel C. Stephens (ASB0400X11T)
BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone No.: 205.278.8000

## CERTIFICATE OF SERVICE

I certify that on the 17th day of October, 2019, I filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States postal service, postage prepaid, the document to the non-CM/ECF participants named on the matrix below.

Baker, Donelson, Bearman, Caldwell & Berkowitz
ATTN: Daniel J. Feretti
1301 McKinney Street, Suite 3700
Houston, TX 77010

Specialty Retail Shops Holding Corp
ATTN: Susan Buckna, General Counsel
700 Pilgrim Way
Green Bay, WI 54304

IRS Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346
Nebraska Division of Revenue
Nebraska State Office Building
1313 Farnam St., Suite 100
Omaha, NE 68102-1836

EPA Office of General Counsel 2310A
USEPA William Jefferson Clinton Bldg
North (WJC North)
1200 Pennsylvania Avenue NW
Washington, DC 20004

State of Idaho Attorney General
ATTN: Bankruptcy Dept
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

State of Iowa Attorney General
ATTN: Bankruptcy Dept.
1305 E. Walnut Street
Des Moines, IA 50319

State of Kentucky Attorney General
ATTN: Bankruptcy Dept.
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

State of Ohio Attorney General
ATTN: Bankruptcy Dept.
30 E. Broad Street, 14th Floor
Columbus, OH 43215

State of Washington Attorney General
ATTN: Bankruptcy Dept.
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

State of Wyoming Attorney General
ATTN: Bankruptcy Dept.
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

G.E. Lighting, a business unit of General Electric Company
6681 Country Club Drive
Golden Valley, MN 55427

Berkeley Research Group, LLC
75 State Street, 18th Floor, Suite 1805
Boston, MA 02109

Office of the United States Trustee
ATTN: Jerry Jensen, Esq.
Roman L Hruska U.S. Courthouse
111 South 18th Plaza, Suite 1148
Omaha, NE 68102

Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

IRS Insolvency Section
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Nebraska State Treasury
ATTN: John Murante
State Capitol, Room 2015
P.O. Box 94788
Lincoln, NE 68509-4788

Environmental Protection Agency Region 7
ATTN: David Cozad
11201 Renner Blvd.
Lenexa, KS 66219

State of Indiana Attorney General
ATTN: Bankruptcy Dept.
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

State of Kansas Attorney General
ATTN: Bankruptcy Dept.
120 SW 10th Avenue., 2nd Floor
Topeka, KS 66612-1597

State of New Mexico Attorney General
ATTN: Bankruptcy Dept.
P.O. Drawer 1508
Santa Fe, NM 87504-1508

State of Oklahoma Attorney General
ATTN: Bankruptcy Dept.
313 NE 21st Street
Oklahoma City, OK 73105

State of Wisconsin Attorney General
ATTN: Bankruptcy Dept.
State Capitol Room 114 East
P.O. Box 78957
Madison, WI 53707-7857

IBM Credit LLC
ATTN: Andrew Gravina
Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082-4859

Knudsen, Berkheimer, Richardson & Endacott, LLP
ATTN: Trev E. Peterson
3800 Vermass Place, Suite 200
Lincoln, NE 68502

Prime Clerk LLC
ATTN: Josh Karotkin
830 3rd Avenue, Floor 9
New York, NY 10022

Andrew J. Gallo
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726

Stephen J. Kastenberg
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Travis Bayer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Steven Serajeddini
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

James Niemeier
McGrath North Mullin & Kratz, P.C., LLP
1601 Dodge Street
Omaha, NE 68102

/s/ Lee R. Benton
Attorney for CGP Landlords