LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR PRESIDIO COUNTY TAX OFFICE



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | § | IN PROCEEDINGS UNDER |
| | § | CHAPTER 11 OF THE |
| SHOPKO STORES OPERATING CO., | § | BANKRUPTCY ACT |
| LLC | § | |
| | § | |
| DEBTOR | § | NO. 19-80075 |

### WITHDRAWAL OF AMENDED CLAIM NO. 2964
### FOR TAXES OF THE PRESIDIO COUNTY TAX OFFICE

Claimant, PRESIDIO COUNTY TAX OFFICE filed Amended Secured Claim Number 2964 for taxes of the Presidio County Tax Office in the amount of $10,202.88. Claimant wishes to withdraw this claim since Shopko Stores went out of business prior to 2019.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091, FAX: (806) 744-9953
lmonroe@pbfcm.com

By _____
LAURA J. MONROE
Bar No. 14272300